AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___05 - 441___

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __three__ COPIES OF AO FORM 85.

__6/27/05__        __[signature]__
(Date forms issued)        (Signature of Party or their Representative)

__Frederick L. Cottrell III__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action