IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No.:<br>)<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS ADVANCED MICRO DEVICES, INC. AND AMD
INTERNATIONAL SALES & SERVICE, LTD.'S DISCLOSURE STATEMENT
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)</u>**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiffs advise the Court that Advanced Micro Devices, Inc. is a publicly held corporation and that no company owns 10% or more of its stock. AMD International Sales & Service, Ltd. is a wholly-owned subsidiary of Advanced Micro Devices, Inc.

RLF1-2890630-1

/s/ *[signature]*

Jesse A. Finkelstein (#1090)

Of Counsel:

Charles P. Diamond
Linda J. Smith
Mark A. Samuels
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

Dated: June 27, 2005

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2005, I caused copies of Plaintiffs Advanced Micro Devices, Inc and AMD International Sales & Service, Ltd's Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1(a) to be served on the following at the address and in the manner indicated.

**VIA Hand Delivery**
INTEL CORPORATION
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**VIA Federal Express**
INTEL KABUSHIKI KAISHA
5-6, Tokodai Tsukuba-shi
300-2635 Ibaraki-ken
Japan

_____
Frederick L Cottrell (#2555)
cottrell@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

RLF1-2892986-1