# United States District Court

District Of Delaware

ADVANCED MICRO DEVICES, INC., a Delaware )
corporation, and AMD INTERNATIONAL SALES )
& SERVICE, LTD., a Delaware corporation, )
)
)  **SUMMONS IN A CIVIL CASE**
)
  Plaintiffs, )  CASE NUMBER: 05 - 441
)
)
v. )  **JURY TRIAL DEMANDED**
)
)
INTEL CORPORATION, a Delaware corporation )
and INTEL KABUSHIKI KAISHA, a Japanese )
corporation, )
)
  Defendants )

TO:   **INTEL CORPORATION**
   c/o The Corporation Trust Company
   1209 Orange Street
   Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY
**Frederick L. Cottrell, III, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             JUN 2 7 2005

CLERK                                       DATE

(By) DEPUTY CLERK

RLF1-2890619-1

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/28/05 |
| NAME OF SERVER (PRINT) KEVIN DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: INTEL CORPORATION C/O THE CORPORATION TRUST COMPANY 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY BRIAN PENROD (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/28/05
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

ALSO SERVED
RULE 7.1(a) DISCLOSURE STATEMENT & CIVIL COVER SHEET

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.