IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-441 |

## [PROPOSED] ORDER

The Court having considered Plaintiffs' Motion for Leave to Serve the Document Preservation Subpoenas attached to the Declaration of Charles P. Diamond as Exhibit B, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2005, that the Motion for Leave to Serve the Document Preservation Subpoenas attached to the Declaration of Charles P. Diamond as Exhibit B is GRANTED.

_____
United States District Court Judge