## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF and served the foregoing on the following counsel via Federal Express:

>Darren B. Bernhard, Esquire
>Howrey LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004-2402

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com