# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

July 1, 2005

**VIA HAND DELIVERY AND E-FILE**
Clerk of the Court
United States District Court
District of Delaware
Wilmington, DE 19801
Attn: Ms. Monica Mosley

Re: **Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. vs. Intel Corporation and Intel Kabushiki Kaisha, C.A. No. 05-441**

Dear Sir:

We represent plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (jointly, "AMD") in the above-entitled action. Please find enclosed AMD's Motion for Leave to Serve Document Preservation Subpoenas, with supporting declarations of Charles P. Diamond and Kelly J. Kuchta. Although the case, at least to our knowledge, has not yet been assigned, AMD respectfully requests that this Motion be considered on an expedited basis given the nature of the relief sought by AMD. Thank you in advance for your assistance.

Respectfully,

Frederick L. Cottrell, III

FLC:ps
Enclosure
Cc: Darren B. Bernhard, Esq (via facsimile)
    Charles P. Diamond, Esq. (via facsimile)

RLF1-2895268-2