# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

July 5, 2005

**BY ELECTRONIC FILING**
**AND BY HAND DELIVERY**
Dr. Peter T. Dalleo, Clerk
United States District Court
 for the District of Delaware
844 North King Street
Room 4209
Lock Box 18
Wilmington, DE 19801

RE:   Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,
      C.A. No. 05-441

Dear Dr. Dalleo:

On Friday, July 1, 2005, the Court granted Plaintiffs' Motion for Leave to Serve Document Preservation Subpoenas ("Motion"). In connection with the service of the subpoenas anticipated by the Motion, plaintiffs respectfully request that the Motion for Admission *Pro Hac Vice* of Charles P. Diamond, Mark A. Samuels and Linda J. Smith (D.I. 4) be presented to the duty judge for consideration at the Court's earliest convenience.

If the Court should have any questions or concerns, undersigned counsel remains available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III

FLC/lll

cc:   Darren B. Bernhard, Esquire (By Telecopy)
      Charles P. Diamond, Esquire (By Telecopy)

RLF1-2895943-1