IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD., <br><br>   Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as lead Delaware counsel on behalf of defendants Intel Corporation.

             POTTER ANDERSON & CORROON LLP

             By: _/s/ Richard L. Horwitz_
               Richard L. Horwitz (#2246)
               Hercules Plaza, 6th Floor
               1313 N. Market Street
               Wilmington, Delaware 19899-0951
               (302) 984-6000
               rhorwitz@potteranderson.com

Dated: July 11, 2005           *Attorneys for Defendant*
                 *Intel Corporation*

689924

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 11, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

By: /s/ Richard L. Horwitz
Richard L. Horwitz
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com

689962