IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>) Civil Action No. 05-441 JJF<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER WAIVING SERVICE AND EXTENDING TIME TO RESPOND TO THE COMPLAINT

Plaintiffs ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD. (hereafter jointly, "AMD") and INTEL CORPORATION (hereafter "Intel Corp.") and INTEL KABUSHIKI KAISHA (hereafter "Intel KK"), by and through their undersigned attorneys, stipulate as follows:

WHEREAS, AMD commenced this action on June 27, 2005;

WHEREAS, on June 28, 2005 AMD served Intel Corp., and on June 30, 2005 it delivered to Intel KK a request for waiver of service pursuant to Federal Rule of Civil Procedure 4(d); and

WHEREAS, the parties have entered into this agreement in order to extend and/or conform the response dates of the two defendants.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, subject to the approval of the Court, that Intel KK acknowledges service of the complaint as if the same had been effected by the Japanese Central Authority pursuant to the Hague Convention;

IT IS FURTHER STIPULATED that defendants' responses to the complaint shall be filed and served on or before September 6, 2005; and

IT IS FURTHER STIPULATED that the parties shall hold their initial Rule 26(f) conference during the week of August 1, 2005.

Jesse A. Finkelstein (#1090)
  finkelstein@rlf.com
Frederick L. Cottrell, III (#2555)
  cottrell@rlf.com
Chad M. Shandler (#3796)
  shandler@rlf.com
Steven J. Fineman (#4025)
  fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7500

Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

OF COUNSEL:
Charles P. Diamond, Esq.
  cdiamond@omm.com
Linda J. Smith, Esq.
  lsmith@omm.com
Mark A Samuels, Esq.
  msamuels@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 246-6800

>                    /s/
> _____
> Richard L. Horwitz (#2246)
>    rhorwitz@potteranderson.com
> Potter Anderson & Corroon LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> P. O. Box 551
> Wilmington, DE   19899-9051
> (302) 984-6000
>
> Attorneys for Intel Corporation and Intel Kabushiki Kaisha

IT IS SO ORDERED THIS _____ day of July, 2005.

>  _____
> United States District Judge