# THE FURTH FIRM LLP

ATTORNEYS AT LAW

225 BUSH STREET, 15TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4249
TELEPHONE (415) 433-2070
FACSIMILE (415) 982-2076
www.furth.com

SONOMA COUNTY OFFICE
10300 CHALK HILL ROAD
HEALDSBURG, CA 95448
TELEPHONE (707) 838-4379
FACSIMILE (707) 838-9685

July 11, 2005



VIA EXPRESS MAIL

Clerk of Court
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
Wilmington, DE 19801
Telephone: (302) 573-6170

Re: *Brauch, et al. v. Intel Corp.*, Northern District of California Case No. C:05-2743, (filed July 5, 2005) (assigned to the Hon. Bernard Zimmerman).

Dear Clerk:

Please be advised that plaintiffs Michael Brauch and Andrew Meimes, plaintiffs in the above-referenced action pending in the Northern District of California, have applied to the Judicial Panel on Multidistrict Litigation (the "Judicial Panel") requesting that the Judicial Panel transfer four nearly-identical actions currently pending in U.S. District Court for the District of Delaware to the Northern District of California and consolidate them with the ten nearly-identical actions already pending there. These actions are captioned as follows:

## District of Delaware Actions

1. *Advanced Micro Devices, Inc., a Delaware corporation, and AMD International Sales & Service, Ltd., a Delaware corporation, v. Intel Corp., a Delaware corporation, and Intel Kabushiki Kaisha, a Japanese corporation*, No. 1:05-cv-00441, filed in the United States District Court for the District of Delaware on June 27, 2005 and assigned to Judge Joseph J. Farnan, Jr.

2. *Jim Kidwell, Mary Reeder, John Maita, JWRE, Inc., Chrystal Moeller, and Caresse Harms, on their own behalves and on all others similarly situated, v. Intel Corp.*, No. 1:05-cv-00470, filed in the United States District Court for the District of Delaware on July 6, 2005. This action is not assigned to a judge as of the date of this filing.

3. *Robert J. Rainwater, Kathy Ann Chapman, and Sonia Yaco, on their own behalves and on behalf of all others similarly situated, v. Intel Corp.*, No. 1:05-cv-00473, filed in the United States District Court for the District of Delaware on July 7, 2005. This action is not assigned to a judge as of the date of this filing.

56649.1

July 11, 2005
Page 2

4. *Matthew Kravitz and Raphael Allison, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. 1:05-cv-00476, filed in the United States District Court for the District of Delaware on July 8, 2005. This action has not been assigned to a judge as of the date of this filing.

Northern District of California Actions

1. *David E. Lipton and Dana F. Thibedeau, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. C:05-2669, filed in the United States District Court for the Northern District of California and assigned to Judge Marilyn Hall Patel, June 29, 2005.

2. *Ronald Konieczka, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. C:05-2700, filed in the United States District Court for the Northern District of California and assigned to Judge Marilyn Hall Patel, June 30, 2005.

3. *Maria I. Prohias, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. C:05-2699, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, June 30, 2005.

4. *Steven J. Hamilton, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. C:05-2721, filed in the United States District Court for the Northern District of California and assigned to Judge Joseph C. Spero, July 1, 2005.

5. *Patricia M. Niehaus, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. C:05-2720, filed in the United States District Court for the Northern District of California and assigned to Judge Joseph C. Spero, July 1, 2005.

6. *Michael Brauch, a resident of San Francisco, and Andrew Meimes, a resident of New York, on behalf of themselves and all others similarly situated, v. Intel Corp.*, No. C:05-2743, filed in the United States District Court for the Northern District of California and assigned to Judge Bernard Zimmerman, July 5, 2005.

7. *Susan Baxley, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. C-05-2758, filed in the United States District Court for the Northern District of California and assigned to Judge Edward M. Chen, July 6, 2005.

8. *Huston Frazier, Jeanne Cook Frazier and Brian Weiner, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. C:05-2813, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, July 11, 2005.

9. *Dwight E. Dickerson, a resident of Oakland, California, individually and on behalf of all others similarly situated, v. Intel Corp.*, No. C:05-2818, filed in the United States District Court for the Northern District of California and assigned to Judge James Larson, July 11, 2005.

56649.1

July 11, 2005
Page 3

10. *The Harman Press, on behalf of itself and all others similarly situated v. Intel Corp.*, Case number to be assigned, filed in the United States District Court for the Northern District of California on July 11, 2005. This action has not been assigned to a judge as of the date of this filing.

I enclose a copy of the materials filed with the Judicial Panel. If you have any questions, please do not hesitate to contact the undersigned.

Sincerely

Alex C. Turan

Enclosures.

cc:   All Counsel on attached Service List

56649.1