**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:05-CV-00441 |

**NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY**
**MR. HIROFUMI OKUYAMA TO**
**PLAINTIFFS' SUBPOENA TO PRESERVE DOCUMENTS**

    Pursuant to Local Rule 5.4, on August 24, 2005, counsel for Mr. Hirofumi Okuyama served Objections of Non-Party Mr. Hirofumi Okuyama To Plaintiffs' Subpoena To Preserve Documents, by e-mail only, upon the following counsel for the parties in the above-captioned matter.

    James Bo Pearl, Esq. (jpearl@omm.com)]
    Charles P. Diamond, Esq. (cdiamond@omm.com)
    David Herron, Esq. (dherron@omm.com)
    Darren B. Bernhard, Esq. (BernhardD@howrey.com)
    Robert E. Cooper, Esq. (rcooper@gibsondunn.com)

        MORRIS, NICHOLS, ARSHT & TUNNELL


        */ Leslie A. Polizoti*
        Jon A. Abramczyk (#2432)
        Leslie A. Polizoti (#4299)
        MORRIS, NICHOLS, ARSHT & TUNNELL
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        Tel: (302)658.9200
        lpolizoti@mnat.com

        *Attorneys for Mr. Hirofumi Okuyama*

*Of Counsel*

Robert P. Parker
Erika C. Birg
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
 & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax: (202) 223-7420


Dated: August 24, 2005.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY MR. HIROFUMI OKUYAMA TO PLAINTIFFS' SUBPOENA TO PRESERVE DOCUMENTS was served this 24th day of August 2005, by e-mail only, upon:

James Bo Pearl, Esq.  (jpearl@omm.com)
Charles P. Diamond, Esq. (cdiamond@omm.com)
David Herron, Esq. (dherron@omm.com)
O'Melveny & Myers
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Darren B. Bernhard, Esq. (bernhardD@howrey.com)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402

Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
Gibson, Dunn & Cruthcer, LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197

Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19899

Richard L. Horwitz, Esq. (rhorwitz@potteranderson.com)
Potter, Anderson & Corroon
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

　　　　／s／ Leslie A. Polizoti
Leslie A. Polizoti (#4299)