IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-441 JJF |
| vs. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER RE: INITIAL DISCLOSURES**

WHEREAS, on August 8, 2005, plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (hereafter jointly, "AMD"), and Intel Corporation and Intel Kabushiki Kaisha (hereafter jointly "Intel") conducted their conference of counsel pursuant to F.R.C.P. 26(f);

WHEREAS, subject to the Court's approval, the parties have agreed to certain modifications of their Initial Disclosure obligations under F.R.C.P. 26(a)(1).

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN AMD AND INTEL, THROUGH THEIR UNDERSIGNED COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.     The parties shall exchange their Initial Disclosures of the identity of individuals pursuant to F.R.C.P. 26(a)(1)(A) on September 29, 2005.

2.     The parties shall exchange their Initial Disclosures of the description by category of documents, data compilations and tangible things that they may use to support their claims or defenses, unless solely for impeachment, pursuant to F.R.C.P. 26(a)(1)(B), on February 15, 2006.

3.      The parties are mutually relieved of the obligation to make the Initial Disclosures otherwise required by F.R.C.P. 26(a)(1)(C)-(D).

4.      This stipulation is limited to the timing and scope of the initial Rule 26(a)(1) disclosures and is not intended to address any other issues concerning the timing and scope of discovery.

/s/ Frederick L. Cottrell, III (#2555)
Jesse A. Finkelstein (#1090)
   finkelstein@rlf.com
Frederick L. Cottrell, III (#2555)
   cottrell@rlf.com
Chad M. Shandler (#3796)
   shandler@rlf.com
Steven J. Fineman (#4025)
   fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE   19899
(302) 651-7500

OF COUNSEL:
Charles P. Diamond, Esq.
Linda J. Smith, Esq.
Mark A Samuels, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
(310) 246-6800

Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

2

/s/ Richard L. Horwitz (#2246)
Richard L. Horwitz (#2246)
  rhorwitz@potteranderson.com
W. Harding Drane, Jr. (#1023)
  wdrane@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P. O. Box 551
Wilmington, DE   19899-9051
(302) 984-6000

Attorneys for Intel Corporation and Intel
Kabushiki Kaisha

OF COUNSEL:
Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900071
(213) 229-7000

Peter E. Moll, Esq.
Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

IT IS SO ORDERED THIS _____ day of August, 2005.

_____
United States District Judge

696528

3