IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 05-441 (JJF) |
| vs. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS INTEL CORPORATION AND INTEL KABUSHIKI KAISHA'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Intel Corporation ("Intel") and Intel Kabushiki Kaisha disclose as follows: Intel Corporation has no parent company and no publicly held entity owns 10% or more of Intel's stock. Intel Kabushiki Kaisha is a wholly-owned subsidiary of Intel Corporation.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Robert E. Cooper, Esq. Daniel S. Floyd, Esq. Gibson, Dunn & Crutcher LLP 333 South Grand Avenue Los Angeles, CA 900071 (213) 229-7000 | By: _/s/ Richard L. Horwitz_ Richard L. Horwitz (#2246) W. Harding Drane, Jr. (#1023) Hercules Plaza, 6th Floor 1313 N. Market Street P.O. Box 951 Wilmington, DE 19899-0951 (302) 984-6000 rhorwitz@potteranderson.com wdrane@potteranderson.com |
| Peter E. Moll, Esq. Darren B. Bernhard Howrey LLP 1299 Pennsylvania Avenue N.W. Washington, DC 20004 (202) 783-0800 | |
| | *Attorneys for Defendants Intel Corporation and Intel Kabushiki Kaisha* |

Dated: September 1, 2005

697180

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on September 1, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

I hereby certify that on September 1, 2005, I have Federal Expressed the documents to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

By: /s/ Richard L. Horwitz
Richard L. Horwitz
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com

689962