IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | Civil Action No. 05-441 JJF |

## LIMITED ENTRY OF APPEARANCE

TO:   U.S. District Court for the District of Delaware
      844 North King Street
      Lock Box 18
      Wilmington, DE  19801

**PLEASE ENTER** the appearance of Adam Balick of Bifferato, Gentilotti, Biden & Balick, P.A. on behalf of the Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, LTD, for the limited purpose of representing the Plaintiffs in connection with the issuance of a subpoena to Dell, Inc., a non-party to this action.

                              BIFFERATO, GENTILOTTI, BIDEN & BALICK, P.A.

                              /s/ Adam Balick
                              Adam Balick (ID # 2718)
                              711 King Street
                              Wilmington, Delaware  19801
                              (302) 658-4265
                              abalick@bgbblaw.com
Dated: September 7, 2005      Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Adam Balick hereby certify that on the 7th day of September, 2005 the attached Limited Entry of Appearance was served electronically upon the following:

Frederick L. Cottrell III
Cottrell@rlf.com
One Rodney Square
920 North King Street
Wilmington, Delaware 19801

Charles P. Diamond
CDiamond@omm.com
Linda J. Smith
lsmith@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Mark A. Samuels
MSamuels@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Richard Horwitz
rhorwitz@potteranderson.com
Potter Anderson & Corroon, LLP
1313 North Market Street
Hercules Plaza, 6th
P.O. Box 951
Wilmington, DE 19899-0951

Daniel S. Floyd
dfloyd@gibsondunn.com
Robert E. Cooper
rcooper@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Darren B. Bernhard
BernhardD@howrey.com
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

_____
ADAM BALICK