IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND STIPULATION AND ORDER RE: INITIAL DISCLOSURES

WHEREAS, on August 25, 2005, plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (hereafter jointly, "AMD") and Intel Corporation and Intel Kabushiki Kaisha (hereafter jointly "Intel") filed a Stipulation and Order re: Initial Disclosures on August 25, 2005 (D.I. 49) (the "Stipulation"), which was approved by the Court on August 31 and entered on September 6 (D.I. 53);

WHEREAS, the Stipulation provided, among other things, that the parties shall exchange their Initial Disclosures of the identity of individuals pursuant to F.R.C.P. 26(a)(1)(A) on September 29, 2005; and

WHEREAS, Intel has requested, and AMD has agreed to, some brief additional time for the parties to finalize the disclosures;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN AMD AND INTEL, THROUGH THEIR UNDERSIGNED COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. The parties shall exchange their Initial Disclosures of the identity of individuals pursuant to F.R.C.P. 26(a)(1)(A) on October 6, 2005.

2. The Stipulation otherwise remains in effect as originally approved.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Charles P. Diamond, Esq.<br>Linda J. Smith, Esq.<br>Mark A Samuels, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA  90067<br>(310) 246-6800 | RICHARDS, LAYTON & FINGER<br><br>By: */s/ Frederick L. Cottrell, III*<br>   Jesse A. Finkelstein (#1090)<br>      finkelstein@rlf.com<br>   Frederick L. Cottrell, III (#2555)<br>      cottrell@rlf.com<br>   Chad M. Shandler (#3796)<br>      shandler@rlf.com<br>   Steven J. Fineman (#4025)<br>      fineman@rlf.com<br>   One Rodney Square<br>   P. O. Box 551<br>   Wilmington, DE   19899<br>   (302) 651-7500<br><br>*Attorneys for Plaintiffs*<br>*Advanced Micro Devices, Inc. and*<br>*AMD International Sales & Service, Ltd.* |

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Robert E. Cooper, Esq.<br>Daniel S. Floyd, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000<br><br>Peter E. Moll, Esq.<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | By: */s/ W. Harding Drane, Jr.*<br>    Richard L. Horwitz (#2246)<br>      rhorwitz@potteranderson.com<br>    W. Harding Drane, Jr. (#1023)<br>      wdrane@potteranderson.com<br>    Hercules Plaza, Sixth Floor<br>    1313 North Market Street<br>    P. O. Box 551<br>    Wilmington, DE  19899-9051<br>    (302) 984-6000<br><br>*Attorneys for Defendants*<br>*Intel Corporation and Intel Kabushiki Kaisha* |

IT IS SO ORDERED THIS _____ day of _____, 2005.

_____
United States District Judge

701555