**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:05-CV-00441 |

**NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY
NEC CORPORATION TO
<u>PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS</u>**

    Pursuant to Local Rule 5.4, on October 4, 2005, counsel for NEC Corporation served Objections of Non-Party NEC Corporation to Plaintiffs' Subpoena to Produce Documents, by e-mail only, upon the following counsel for the parties in the above-captioned matter.

    James Bo Pearl, Esq. (jpearl@omm.com)
    Charles P. Diamond, Esq. (cdiamond@omm.com)
    David Herron, Esq. (dherron@omm.com)
    Darren B. Bernhard, Esq. (BernhardD@howrey.com)
    Robert E. Cooper, Esq. (rcooper@gibsondunn.com)

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Leslie A  Polizoti*

OF COUNSEL       Jon A. Abramczyk (#2432)
           Leslie A. Polizoti (#4299)
Robert P. Parker      1201 N. Market Street
Erika C. Birg       P.O. Box 1347
Aaron Futch       Wilmington, DE 19899
PAUL, WEISS, RIFKIND,  (302)658.9200
WHARTON & GARRISON LLP Attorneys for NEC Corp.
1615 L Street, NW, Suite 1300
Washington, DC 20036
Tel: (202) 223-7300

Dated: October 5, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY NEC CORPORATION TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS was served this 5th day of October 2005, by e-mail only, upon:

>James Bo Pearl, Esq.  (jpearl@omm.com)
>Charles P. Diamond, Esq. (cdiamond@omm.com)
>David Herron, Esq. (dherron@omm.com)
>O'Melveny & Myers
>1999 Avenue of the Stars
>7th Floor
>Los Angeles, CA 90067-6035
>
>Darren B. Bernhard, Esq. (bernhardD@howrey.com)
>Howrey LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, DC  20004-2402
>
>Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
>Gibson, Dunn & Cruthcer, LLP
>333 South Grand Avenue
>Los Angeles, CA  90071-3197
>
>Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE  19899
>
>Richard L. Horwitz, Esq. (rhorwitz@potteranderson.com)
>Potter, Anderson & Corroon
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE  19899

>    */s/ Leslie A. Polizoti*
>Leslie A. Polizoti (#4299)