IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-441-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBPOENAS**

TO:   Richard L. Horwitz, Esquire          Robert E. Cooper, Esquire
       Potter Anderson & Corroon LLP        Daniel S. Floyd, Esquire
       1313 North Market Street             Gibson, Dunn & Crutcher, LLP
       P. O. Box 951                        333 South Grand Avenue
       Wilmington, DE  19899                Los Angeles, CA 90071-3197

       Darren B. Bernhard, Esquire
       Howrey LLP
       1299 Pennsylvania Avenue, N.W.
       Washington, DC 20004-2402

   PLEASE TAKE NOTICE that Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Services, Ltd. have caused the following subpoenas, attached hereto as Exhibits 1- 36, to be served on the date indicated:

**OCTOBER 4, 2005**

   ASI Computer Technologies, Inc.       Tech Data Corporation
   48289 Fremont Boulevard               5350 Tech Data Drive
   Fremont, CA 94538                     Clearwater, FL 33760
   (Exhibit 1)                           (Exhibit 2)

RLF1-2930616-1

Gateway Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Exhibit 3)

Sony Corporation
550 Madison Avenue
New York, New York 10022
(Exhibit 4)

Toshiba America Information Systems, Inc.
c/o JD Donaldson
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
(Exhibit 5)

Toshiba America, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Exhibit 6)

Rackable Systems, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(Exhibit 7)

NEC USA, Inc.
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(Exhibit 8)

MPC Computers, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(Exhibit 9)

NEC Computers, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(Exhibit 10)

CompUSA, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(Exhibit 11)

Office Depot, Inc.
c/o Corporate Creations Network, Inc.
1308 Delaware Ave.
Wilmington, DE 19806
(Exhibit 12)

Egenera Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Exhibit 13)

Synnex Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Exhibit 14)

RLF1-2930616-1

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233
(Exhibit 15)

Fujitsu-Siemens Computers, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Exhibit 16)

NEC Solutions (America), Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Exhibit 17)

Ingram Micro, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Exhibit 18)

Sun Microsystems, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
(Exhibit 19)

Dell Corporation
One Dell Way
Round Rock, TX 78682
(Exhibit 20)

Avnet, Inc.
2211 South 47th Street
Phoenix, AZ 85034
(Exhibit 21)

Hewlett-Packard Company
Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
(Exhibit 22)

Supermicro Computer, Inc.
980 Rock Avenue
San Jose, CA 95131
(Exhibit 23)

Fujitsu Computer Systems, Inc.
c/o Lawyers Incorporating Service
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833
(Exhibit 24)

Fujitsu America, Inc.
c/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90027
(Exhibit 25)

Acer America Corporation
2641 Orchard Parkway
San Jose, CA 95134
(Exhibit 26)

Fujitsu Ltd.
c/o Masato Uchida
6660 Hawaii Kai Drive
Honolulu, Hawaii 96825
(Exhibit 27)

Appro International Inc.
446 South Abbott Ave.
Milpitas, CA 95035
(Exhibit 28)

RLF1-2930616-1

| | |
|---|---|
| Acer Inc.<br>c/o Acer America Corporation<br>2641 Orchard Parkway<br>San Jose, CA 95134<br>(Exhibit 29) | Fujitsu-Siemens Computers B.V.<br>Fujitsu-Siemens Computers, Inc.<br>1250 E. Arques, MS 190<br>Sunnyvale, CA 95085<br>(Exhibit 30) |
| Averatec, Inc.<br>1231 East Dyer Road, Suite 150<br>Santa Ana, CA 92705<br>(Exhibit 31) | Best Buy Enterprise Services, Inc.<br>c/o National Registered Agents Inc.<br>(NRAI)<br>590 Park Street, #6<br>St. Paul, MN 55103<br>(Exhibit 32) |
| Best Buy Company, Inc.<br>c/o National Registered Agents Inc.<br>(NRAI)<br>590 Park Street, #6<br>St. Paul, MN 55103<br>(Exhibit 33) | Fry's Electronics, Inc.<br>Attn: Brian Henri<br>Legal Counsel<br>600 East Brokaw Road<br>San Jose, CA 95112<br>(Exhibit 34) |

### OCTOBER 5, 2005

| | |
|---|---|
| Lenovo Group Ltd.<br>One Manhattanville Road<br>Purchase, NY 10577<br>(Exhibit 35) | International Business Machines Corporation<br>New Orchard Road<br>Armonk, NY 10504<br>(Exhibit 36) |

RLF1-2930616-1

Of Counsel:
Charles P. Diamond
Linda J. Smith
Mark A. Samuels
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

/s/ 
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

Dated: October 5, 2005

RLF1-2930616-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899

Steven J. Fineman (#4025)
fineman@rlf.com

RLF1-2931071-1