IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-441-JJF |
| vs. | ) ) ) | |
| INTEL CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF NON-PARTY LENOVO GROUP LTD.'S OBJECTIONS TO SUBPOENA IN A CIVIL CASE

Pursuant to Local Rule 5.4, on October 25, 2005, counsel for Lenovo Group Ltd. served its Objections to Subpoena In A Civil Case to plaintiffs' subpoena to produce documents, by United States first-class mail, upon the following counsel for the parties in the above-captioned matter.

Charles P. Diamond, Esq.
James Bo Pearl, Esq.
Darren B. Bernhard, Esq.
Robert E. Cooper, Esq.
Frederick L. Cottrell, Esq.
Richard L. Horwitz, Esq.



9010244.1

This the 25th day of October, 2005.

        KILPATRICK STOCKTON LLP

By: _____
Hayden J. Silver, III
N.C. State Bar No. 10037
J. Christopher Jackson
N.C. State Bar No. 26916
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1800

*Attorneys for Lenovo Group Ltd.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this date I caused to be served the foregoing **NOTICE OF SERVICE OF NON-PARTY LENOVO GROUP LTD.'S OBJECTIONS TO SUBPOENA IN A CIVIL CASE** upon counsel of record by depositing a copy thereof in the United States mail, first-class postage prepaid and addressed as follows:

Charles P. Diamond, Esq.
James Bo Pearl, Esq.
O'Melveny & Meyers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

Darren B. Bernhard, Esq.
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004

Robert E. Cooper, Esq.
Gibson, Dunn & Crutcher, LLP
333 South Grand Ave.
Los Angeles, CA 90071

Frederick L. Cottrell, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esq.
Potter, Anderson & Corroon
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

9010244.1

This the 25th day of October, 2005.

_____
Attorney for Lenovo Group Ltd.

KILPATRICK STOCKTON, LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC  27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1800

4

9010244.1