IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:05-CV-00441 |
| v. | ) ) | |
| INTEL CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY SYNNEX CORPORATION TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS

Pursuant to Local Rule 5.4, on November 8, 2005, counsel for SYNNEX CORPORATION served Objections of Non-Party SYNNEX CORPORATION to Plaintiffs' Subpoena to Produce Documents, by e-mail only, upon the following counsel for the parties in the above-captioned matter:

James Bo Pearl, Esq. (jpearl@omm.com)
Charles P. Diamond, Esq. (cdiamond@omm.com)
David Herron, Esq. (dherron@omm.com)
Darren B. Bernhard, Esq. (BernhardD@howrey.com)
Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
Richard L. Horwitz Esq. (rhorwitz@potteranderson.com)

| | |
|---|---|
| *Of Counsel* | MORRIS, NICHOLS, ARSHT & TUNNELL |
| Kenneth A. Gallo<br>Patricia C. Crowley<br>Mitchell P. Zeff<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>1615 L Street, NW, Suite 1300<br>Washington, DC 20036<br>(202) 223-7300 | /s/Leslie A. Polizoti<br>Jon A. Abramczyk (#2432)<br>Leslie A. Polizoti (#4299)<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658.9200<br>Attorneys for SYNNEX CORPORATION |
| November 8, 2005 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF SERVICE OF OBJECTIONS OF NON PARTY SYNNEX CORPORATION TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS was served this 8th day of November 2005, by e-mail only, upon:

James Bo Pearl, Esq. (jpearl@omm.com)
Charles P. Diamond, Esq. (cdiamond@omm.com)
David Herron, Esq. (dherron@omm.com)
O'Melveny & Myers
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Darren B. Bernhard, Esq. (bernhardD@howrey.com)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
Gibson, Dunn & Cruthcer, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esq. (rhorwitz@potteranderson.com)
Potter, Anderson & Corroon
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

/s/Leslie A. Polizoti
Leslie A. Polizoti (#4299)