## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

_____
Salem M. Katsh

Dated: 1/3/05

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY 10019

RLF1-2952265-1