## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>        Plaintiffs,<br><br>        v.<br><br>INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )  C.A. No. 05-MD-1717 (JJF)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation and Intel Kabushiki Kaisha, hereby certifies that true and correct copies of Intel Corporation's and Intel Kabushiki Kaisha's DEFENDANTS INTEL CORPORATION AND INTEL KABUSHIKI KAISHA'S RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS [NOS. 1-218] were caused to be served on January 27. 2006 on the attorneys of record at the following addresses as indicated:

## VIA FEDERAL EXPRESS DELIVERY

Michael Maddigan
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

**VIA HAND DELIVERY**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

**FIRST CLASS U.S. MAIL**

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Chimicles & Tikellis Llp
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Robert D. Goldberg (#631)
Biggs And Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

James L. Holzman (#663)
David W. Gregory (#4408)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Joel E. Friedlander (#3163)
James G. McMillan, III (#3979)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Scott E. Chambers (#2532)
Jeffrey J. Clark (#3485)
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross &
Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

R. Bruce McNew (#967)
TAYLOR & McNew, LLP
3711 Kennett Pike
Suite 210
Greenville, DE 19807

Salem M. Katsch
B. Grollman
Kasowitz Benson Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY 10019

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000 | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane, Jr. (#1023)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |
| Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | Attorneys for Defendants<br>Intel Corporation and Intel Kabushiki Kaisha |

Dated: January 27, 2006

717133

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on January 27, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

### VIA HAND DELIVERY

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

### FIRST CLASS U.S. MAIL

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Chimicles & Tikellis Llp
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Robert D. Goldberg (#631)
Biggs And Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

James L. Holzman (#663)
David W. Gregory (#4408)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Joel E. Friedlander (#3163)
James G. McMillan, III (#3979)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Scott E. Chambers (#2532)
Jeffrey J. Clark (#3485)
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross &
Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

| | |
|---|---|
| R. Bruce McNew (#967)<br>TAYLOR & Mcnew, LLP<br>3711 Kennett Pike<br>Suite 210<br>Greenville, DE 19807 | Salem M. Katsch<br>B. Grollman<br>Kasowitz Benson Torres & Friedman LLP<br>1633 Broadway, 22nd Floor<br>New York, NY  10019 |

      I hereby certify that on January 27, 2006, I have sent via Federal Express delivery the documents to the following non-registered participants:

Michael Maddigan
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

                POTTER ANDERSON & CORROON LLP

                By:   */s/ Richard L. Horwitz*
                        Richard L. Horwitz (#2246)
                        W. Harding Drane, Jr. (#1023)
                        Hercules Plaza, 6th Floor
                        1313 N. Market Street
                        P.O. Box 951
                        Wilmington, DE 19899-0951
                        (302) 984-6000
                        rhorwitz@potteranderson.com
                        wdrane@potteranderson.com

717133