IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action  No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THIRD STIPULATION AND ORDER RE: INITIAL DISCLOSURES

WHEREAS, on August 25, 2005, plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (hereafter jointly, "AMD") and Intel Corporation and Intel Kabushiki Kaisha (hereafter jointly "Intel") filed a Stipulation and Order re: Initial Disclosures  (D.I. 49) (the "Stipulation"), which was approved by the Court on August 31, 2005 and entered on September 6, 2005 (D.I. 53);

WHEREAS, the Stipulation provided, among other things, that the parties shall exchange their Initial Disclosures of the description by category of documents, data compilations and tangible things that they may use to support their claims or defenses, unless solely for impeachment, pursuant to F.R.C.P. 26(a)(1)(B), on February 15, 2006; and

WHEREAS, subject to the approval of the Court, the parties have agreed to a brief additional period of time for the parties to finalize the disclosures;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN AMD AND INTEL, THROUGH THEIR UNDERSIGNED COUNSEL, AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.  The parties shall exchange their Initial Disclosures of the description by category of documents, data compilations and tangible things that they may use to support their claims or defenses, unless solely for impeachment, pursuant to F.R.C.P. 26(a)(1)(B), on April 17, 2006.

2.  The Stipulation otherwise remains in effect as originally approved or otherwise amended.

|  |  |
|---|---|
| | /s/ Frederick L. Cottrell, III (#2555) |
| | Jesse A. Finkelstein (#1090) |
| |   finkelstein@rlf.com |
| | Frederick L. Cottrell, III (#2555) |
| |   cottrell@rlf.com |
| | Chad M. Shandler (#3796) |
| |   shandler@rlf.com |
| | Steven J. Fineman (#4025) |
| |   fineman@rlf.com |
| | Richards, Layton & Finger |
| | One Rodney Square |
| | P. O. Box 551 |
| OF COUNSEL: | Wilmington, DE  19899 |
| Charles P. Diamond, Esq. | (302) 651-7500 |
| Linda J. Smith, Esq. | |
| Mark A Samuels, Esq. | Attorneys for Plaintiffs Advanced Micro |
| O'Melveny & Myers LLP | Devices, Inc. and AMD International Sales & |
| 1999 Avenue of the Stars, 7th Floor | Service, Ltd. |
| Los Angeles, CA  90067 | |
| (310) 246-6800 | |

|  |  |
|---|---|
| OF COUNSEL:<br>Robert E. Cooper, Esq.<br>Daniel S. Floyd, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000<br><br>Peter E. Moll, Esq.<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | /s/ Richard L. Horwitz (#2246)<br>Richard L. Horwitz (#2246)<br>  rhorwitz@potteranderson.com<br>W. Harding Drane, Jr. (#1023)<br>  wdrane@potteranderson.com<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P. O. Box 551<br>Wilmington, DE   19899-9051<br>(302) 984-6000<br><br>Attorneys for Intel Corporation and Intel Kabushiki Kaisha |

Dated:  February 15, 2006

719838

IT IS SO ORDERED THIS _____ day of February, 2006.

_____
United States District Judge