IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 05-441-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### O R D E R

WHEREAS, the above-captioned action is ready for an Initial Conference for the purpose of entering a Scheduling and Case Management Order;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) An Initial Conference will be held solely in the above-captioned case, on **Thursday, April 20, 2006 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

2) The Court will issue an Agenda for the Initial Conference. The parties shall submit, by **April 7, 2006**, any suggestions for matters to be included on the Agenda.

  March 22, 2006                                  _/s/ Joseph J. Farnan_
     DATE                                              UNITED STATES DISTRICT JUDGE