**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-441 (JJF) |
| v. | ) ) | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | ) ) ) | |
| Defendants. | ) ) | |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) | C.A. No. 05-MD-1717 (JJF) |

**<u>NOTICE OF SERVICE</u>**

The undersigned, counsel for Intel Corporation and Intel Kabushiki Kaisha, hereby certifies that true and correct copies of Intel Corporation's and Intel Kabushiki Kaisha's Responses to Plaintiffs' Third Request For Production of Documents and Things (Nos. 238-255) were caused to be served on April 12, 2006 on the attorneys of record at the following addresses as indicated:

**<u>VIA HAND DELIVERY</u>**

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Robert D. Goldberg (#631)
Biggs And Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

James L. Holzman (#663)
David W. Gregory (#4408)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Joel E. Friedlander (#3163)
James G. McMillan, III (#3979)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Scott E. Chambers (#2532)
Jeffrey J. Clark (#3485)
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

R. Bruce McNew (#967)
Taylor & McNew, LLP
2710 Centerville Road
Suite 210
Wilmington, DE 19808

Salem M. Katsch
Laurin B. Grollman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY 10019

**VIA FEDERAL EXPRESS**

Michael Maddigan
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

OF COUNSEL:

Robert E. Cooper
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900071
(213) 229-7000

Peter E. Moll
Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Dated:  April 12, 2006

727803

POTTER ANDERSON & CORROON LLP


By:   */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

Attorneys for Defendants
Intel Corporation and Intel Kabushiki Kaisha

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 12, 2006, the attached

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

I hereby certify that on April 12, 2006, I have sent the documents to the following

non-registered participants in the manner indicated:

### VIA FIRST CLASS U.S. MAIL

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Robert D. Goldberg (#631)
Biggs And Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

James L. Holzman (#663)
David W. Gregory (#4408)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Joel E. Friedlander (#3163)
James G. McMillan, III (#3979)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Scott E. Chambers (#2532)
Jeffrey J. Clark (#3485)
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

R. Bruce McNew (#967)
Taylor & McNew, LLP
2710 Centerville Road
Suite 210
Wilmington, DE 19808

Salem M. Katsch
Laurin B. Grollman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, NY  10019

**<u>VIA FEDERAL EXPRESS</u>**

Michael Maddigan
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071

By:   _/s/ Richard L. Horwitz_
      Richard L. Horwitz (#2246)
      W. Harding Drane, Jr. (#1023)
      POTTER ANDERSON & CORROON LLP
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      wdrane@potteranderson.com

689962