IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | : : : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 05-441-JJF |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | : : : : : |
| Defendants. | : |

### O R D E R

IT IS HEREBY ORDERED that counsel shall be prepared to address the following matters during the April 20, 2006 Conference:

| TIME ALLOTTED: | ISSUES TO BE PRESENTED: | |
|---|---|---|
| 10 minutes | 1. | <u>Statement of Plaintiff's Legal Contentions</u> |
| 10 minutes | 2. | <u>Statement of Defendant's Responses</u> |
| 10 minutes* | 3. | <u>Identification of Any Legal Issues by Plaintiffs and Defendants that Need to be Resolved Prior to the Commencement of Discovery</u> |
| 30 minutes* | 4. | <u>General Issues Related To Discovery</u> |
| | | a.   Coordination with MDL Class Cases |
| | | b.   Phasing of Discovery (e.g. document production phase, etc.) |
| | | c.   E-discovery issues |
| | | d.   Protective Order |

        e.    Discovery Disputes - Appointment of a Special Master

        f.    Schedule for completion of discovery

20 minutes*    5.    <u>Development Of A Case Management Plan And Order</u> -- The parties shall separately or jointly present items appropriate for inclusion in the Case Management And Scheduling Order. The Court will take the matters presented under advisement for inclusion in a Case Management And Scheduling Order to be issued by the Court subsequent to the Conference.

**NOTE:**    **Time allocations designated with an (*) shall be equally divided between the parties, unless otherwise allocated by agreement of the parties.**

_April 18, 2006_
Date

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE