```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

ADVANCED MICRO DEVICES, INC., a     :
Delaware corporation, and AMD       :
INTERNATIONAL SALES & SERVICE       :
LTD, a Delaware corporation,        :
                                    :
       Plaintiffs,                 :
                                    :
  v.                                : Civil Action No. 05-441-JJF
                                    :
INTEL CORPORATION, a Delaware       :
corporation, and INTEL              :
KABUSHIKI KAISHA, a Japanese        :
corporation,                        :
                                    :
       Defendants.                 :

### O R D E R

WHEREAS, the Court conducted an initial conference in this matter on Thursday, April 20, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants shall file their Motion To Dismiss with respect to foreign conduct claims no later than **Tuesday, May 2, 2006**;

2. The parties shall submit a Proposed Case Management Order no later than **Monday, May 15, 2006**. In the event that the parties have any disputes with respect to their proposed Case Management Order, the Court will conduct a hearing on those disputes on **Thursday, May 18, 2006, at 10:00 a.m.**;

3. The parties shall submit a Proposed Protective Order no later than **Monday, May 22, 2006.**

April 24, 2006
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE