IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | Civil Action No. 05-441 JJF |

**SUPPLEMENTAL STIPULATION RE: PRESERVATION
OF DOCUMENTS BY DELL INC.**

WHEREAS, an action was commenced in the United States District Court for the District of Delaware on June 27, 2005, Civil Action No. 05-441-JJF, by plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (hereafter jointly, "AMD") against defendants Intel Corporation and Intel Kabushiki Kaisha (hereafter jointly, "Intel");

WHEREAS, Dell Inc. (hereafter, "Dell"), a non-party to this action, and AMD have previously entered into a Stipulation Re: Preservation of Documents ("Preservation Stipulation"), which was entered by the Court on or about September 12, 2005;

WHEREAS, pursuant to the Preservation Stipulation, Dell has used good faith efforts to preserve specified email back-up tapes (Preservation Stipulation, ¶ 2), to preserve specified share drive back-up tapes (Preservation Stipulation ¶ 3), to image hard drives from specified computers of listed "Custodians" (Preservation Stipulation ¶ 4), and to copy the microprocessor procurement databases (Preservation Stipulation ¶ 6) (collectively the "2005 Preservation

Media").

WHEREAS, Dell and AMD desire to clarify Dell's ongoing obligations pursuant to the Preservation Stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN AMD AND DELL, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. Paragraphs 2-4 of this Supplemental Stipulation shall not apply to Dan Allen, Jeff Clark, Michael Dell, Glenn Neland, or Kevin Rollins.

2. Except as to documents and information stored on the 2005 Preservation Media, Dell has no other obligation to preserve any documents or information.

3. Dell has no obligation to send or to confirm receipt of Litigation Hold notices (*see* Preservation Stipulation ¶¶ 1,7).

4. Dell has no further obligation to suspend auto-deletion of email (*see* Preservation Stipulation ¶ 5).

5. This Supplemental Stipulation will remain in force pending further Stipulation or order of the Court or agreement of the parties to this Stipulation. AMD and Dell stipulate and agree that, upon request of the other, they shall, in good faith, confer about the contents and obligations under this Supplemental Stipulation as appropriate.

Respectfully submitted,

BIFFERATO GENTILOTTI BIDEN
& BALICK

_____
Adam Balick (#2718)
  abalick@bgbblaw.com
711 King Street
Wilmington, Delaware 19801
(302) 658-4262

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and AMD International
Sales & Service, Ltd.

OF COUNSEL:
Charles P. Diamond, Esq.
  cdiamond@omm.com
Linda J. Smith, Esq.
  lsmith@omm.com
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
(310) 246-6800

Mark A Samuels, Esq.
  msamuels@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6340

Dated: April 25, 2006

                                      Respectfully submitted,

Dated: April 24, 2006

_____
Thomas R. Jackson, Esq.
trjackson@jonesday.com
Daniel T. Conrad, Esq.
dtconrad@jonesday.com
**JONES DAY**
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: 214-220-3939
Facsimile: 214-969-5100

**Attorneys for Dell Inc.**

## ORDER

It is so ordered this ___ day of April, 2006

_____
United States District Judge