## CERTIFICATE OF SERVICE

I, Adam Balick, hereby certify that on the 25th day of April, 2006, the foregoing Supplemental Stipulation re: Preservation of Documents by Dell, Inc. was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

Darren B. Bernhard, Esquire    bernhardd@howrey.com

Robert E. Cooper, Esquire    rcooper@gibsondunn.com,

Frederick L. Cottrell , III, Esquire    cottrell@rlf.com

W. Harding Drane, Jr, Esquire    wdrane@potteranderson.com,

Steven J. Fineman, Esquire    fineman@rlf.com

Daniel S. Floyd, Esquire    dfloyd@gibsondunn.com,

Richard L. Horwitz, Esquire    rhorwitz@potteranderson.com

Peter E. Moll, Esquire    Mollp@howrey.com

Leslie A. Polizoti, Esquire    lpolizoti@mnat.com

Chad Michael Shandler, Esquire    shandler@rlf.com


I hereby certify that on April 25, 2006, I have delivered the Supplemental Stipulation re: Preservation of Documents by Dell, Inc by First Class Mail to the following non-registered participants:

Thomas R. Jackson, Esquire
Daniel T. Conrad, Esquire
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515

Charles P. Diamond, Esquire
Linda J. Smith, Esquire
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Vernon R. Proctor, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Mark A. Samuels, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

Salem M. Katsh, Esquire
Laurin B. Grollman, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York ,NY 10019

_____

Adam Balick