**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD., | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) C. A. No. 05-441 (JJF) |
| v. | ) <br> ) |
| INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA, | ) <br> ) <br> ) |
| Defendants. | ) |

| | |
|---|---|
| IN RE: | ) <br> ) |
| INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) MDL Docket No. 05-1717 (JJF) <br> ) <br> ) |

| | |
|---|---|
| PHIL PAUL, on behalf of himself<br>and all others similarly situated, | ) <br> ) C.A. No. 05-485-JJF |
| Plaintiffs, | ) <br> ) CONSOLIDATED ACTION <br> ) |
| v. | ) <br> ) |
| INTEL CORPORATION, | ) <br> ) |
| Defendant. | ) |

**STIPULATION AND PROTECTIVE ORDER REGARDING
EXPERT DISCOVERY**

The parties hereto, through their respective counsel of record, hereby stipulate to

the following regarding the scope of expert discovery.

1.      In order to avoid consuming the parties' and the Court's time and resources

on potential discovery issues relating to experts, the parties have agreed to certain

limitations on the scope of expert-related discovery. Neither the terms of the stipulation nor the parties' agreement to them implies that any of the information restricted from discovery in this stipulation would otherwise be discoverable.

2.      With respect to testifying-expert discovery, neither the expert witness nor the party retaining him or her need produce, or answer deposition questions or interrogatories about, the following:

(a)      communications between the expert and counsel for the party retaining him or her (including notes and memoranda memorializing the same) unless the expert witness is relying upon those communications in connection with the expert witness' opinions in this matter.

(b)      draft reports prepared by, for, or at the direction of an expert witness.

3.      This Stipulation will not relieve a testifying expert witness, or the party retaining him or her, of the obligation to produce other documents required to be produced by Federal Rule of Civil Procedure 26(a)(2)(B), including communications (and notes and memoranda memorializing the same) between the expert and others who (1) worked for or consulted with the expert witness, (2) prepared materials that the expert witness considered, or (3) were interviewed and provided information to the expert witness that he or she considered in forming opinions in this matter.

4.      Unless independently discoverable, a party or its agents need not produce documents prepared, collected or considered by a non-testifying expert or consultant (or permit testimony about them) that were not provided to and considered by an expert witness in forming opinions in this matter.

5.      The parties agree to comply with this Stipulation and Protective Order

pending the Court's approval and entry of this order.

RICHARDS, LAYTON & FINGER

OF COUNSEL:

By: */s/ Frederick L. Cottrell, III*

Charles P. Diamond, Esq.                  Jesse A. Finkelstein (#1090)
Linda J. Smith, Esq.                      Frederick L. Cottrell, III (#2555)
Mark A Samuels, Esq.                      Chad M. Shandler (#3796)
O'Melveny & Myers LLP                     Steven J. Fineman (#4025)
1999 Avenue of the Stars, 7th Floor       One Rodney Square
Los Angeles, CA  90067                    P. O. Box 551
(310) 246-6800                            Wilmington, DE   19899
                                          (302) 651-7500
Salem M. Katsh                            finkelstein@rlf.com
Laurin B. Grollman                        shandler@rlf.com
Kasowitz, Benson, Torres & Friedman LLP   fineman@rlf.com
1633 Broadway, 22nd Floor            cottrell@rlf.com
New York, New York 10019

                                          *Attorneys for Plaintiffs*
Dated:  April 27, 2006                    *Advanced Micro Devices, Inc. and*
                                          *AMD International Sales & Service, Ltd.*

PRICKETT, JONES & ELLIOTT, P.A.

OF COUNSEL
(INTERIM  CLASS COUNSEL):

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
COHEN, MILSTEIN, HAUSFELD
  & TOLL , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL
  SHAPIRO, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Dated:  April 27, 2006

By: */s/ James L. Holzman*
   James L. Holzman (#663)
   J. Clayton Athey (#4378)
   Eric M. Andersen (#4376)
   Prickett, Jones & Elliott, P.A.
   1310 King Street
   P.O. Box 1328
   Wilmington, DE 19899
   jlholzman@prickett.com
   jcathey@prickett.com
   emandersen@prickett.com

Interim Liaison Counsel

OF COUNSEL:

Robert E. Cooper
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900071
(213) 229-7000

Peter E. Moll
Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Richard A. Ripley
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC  20006
Telephone:  (202) 373-6000
Facsimile:  (202) 373-6001

David M. Balabanian
Christopher B. Hockett
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Dated:  April 27, 2006

729296

POTTER ANDERSON & CORROON LLP


By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

Attorneys for Defendants
Intel Corporation and Intel Kabushiki Kaisha


IT IS SO ORDERED THIS _____ day of  April, 2006.


        _____
        United States District Judge