

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

April 28, 2006

<u>**BY HAND DELIVERY AND E-FILE**</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re:   *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*,
      C. A. No. 05-441-JJF;
      *In re Intel Corp.*, C.A. No. 05-1717-JJF; and
      <u>*Phil Paul v. Intel Corporation, C. A. No. 05-485-JJF (Consolidated)*</u>

Dear Judge Farnan:

This letter follows up on the April 21, 2006 in-chambers conference with Your Honor, as well as Judge Poppiti's April 24, 2006 letter, related to potential conflict issues.

First, we are pleased to report that the *Intel v. Neighborcare Holdings, Inc.* matter, which Judge Poppiti discussed in his letter, has been resolved, so there is no current conflict arising from Blank Rome's representation in that matter.

Second, we understand that Blank Rome, in its capacity as counsel for Rita Chou, recently served third-party subpoenas on Intel Capital Corporation, a wholly-owned subsidiary of Intel, in litigation captioned *Peter Lee v. Rita Chou*, Index No. 350610/03, pending in the New York Supreme Court for New York County. So far as Intel is aware, Judge Poppiti has had no personal involvement in that matter, and consistent with the discussion of screening procedures in his letter, we are confident that he will have no future involvement should others at Blank Rome remain involved with the matter.

In sum, to the extent that there might be any basis for Intel to object to Judge Poppiti's service as Special Master in the present litigation based on Blank Rome's representation of its clients in the two matters mentioned above, Intel waives all such objections.

Respectfully,

/s/ Richard L. Horwitz

Richard L. Horwitz (#2246)

RLH/msb/729777

cc:   James L. Holzman, Esquire (by eFile and hand delivery)
      Frederick L. Cottrell, III, Esquire (by eFile and hand delivery)