# RICHARDS, LAYTON & FINGER

**FREDERICK L. COTTRELL, III**
DIRECTOR

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

Direct Dial
(302) 651-7509
COTTRELL@RLF.COM

April 28, 2006

**VIA HAND DELIVERY**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

Re:   Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al. C.A. No. 05-441-JJF and In re Intel Corporation, C.A. No. 05-MD-1717

Dear Judge Poppiti:

This letter addresses two issues in response to Your Honor's letter dated April 24, 2006. First, in response to the possible Intel conflict, AMD does not object to your service as Special Master in this case. We look forward to the initial conference with you.

Second, the parties to this litigation, the MDL litigation and the California class action ("Parties") are finalizing a proposed Protective Order. Pursuant to a stipulation to be filed by the Parties, the current iteration of the Protective Order will be sent by May 1, 2006 to all third parties currently under subpoena or identified as third parties likely to be subpoenaed. The noticed third parties will submit any comments to the Protective Order to the Court on or before May 12, 2006, and the Parties shall respond to the third parties' comments by May 22, 2006. At Judge Farnan's request, the proposed Protective Order will be submitted to the Court by May 22, 2006. We will send you the Protective Order before it is sent to Judge Farnan for consideration.

Please contact me if you have any questions or concerns. Thank you.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg
Enclosure

RLF1-3007691-1

April 27, 2006
Page 2

cc:    The Honorable Joseph J. Farnan, Jr.
        Richard L. Horwitz, Esquire (via hand delivery)
        James L. Holzman, Esquire (via hand delivery)
        Chad M. Shandler, Esquire
        Charles Diamond, Esquire (via telecopy)