# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 05-441 (JJF) ) ) ) ) ) ) ) |
| IN RE: <br><br> INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) MDL Docket No. 05-1717 (JJF) ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | ) ) ) C.A. No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) ) ) ) |

## STIPULATION AND ORDER REGARDING ENGLISH TRANSLATIONS

The parties hereto, through their respective counsel of record and subject to the approval of the Court, hereby stipulate to the following regarding the use of translations of foreign language documents:

1.  In accordance with Local Rule 7.1.3(d), whenever a document, paper or testimony in a foreign language is included in any appendix or exhibit, or is cited from the record in any brief or motion, an English translation shall be included with the document, paper, or testimony. It shall not be necessary, prior to filing the English translation, to obtain approval from the Court or agreement from another party regarding the accuracy of the translation; however, any other party may dispute the correctness of the English translation in its responsive papers. If an English translation is submitted with a reply brief or other filing to which no response otherwise would be allowed, then any party may dispute the correctness of the translation by a short filing within two weeks or such different time period as to which the parties might stipulate or the Court might order.

2.  The parties agree to comply with this Stipulation pending the Court's approval and entry of this order.

RICHARDS, LAYTON & FINGER

OF COUNSEL:

By  /s/ Frederick L. Cottrell

Charles P. Diamond, Esq.  
Linda J. Smith, Esq.  
Mark A Samuels, Esq.  
O'Melveny & Myers LLP  
1999 Avenue of the Stars, 7th Floor  
Los Angeles, CA  90067  
(310) 246-6800

Jesse A. Finkelstein (#1090)  
Frederick L. Cottrell, III (#2555)  
Chad M. Shandler (#3796)  
Steven J. Fineman (#4025)  
One Rodney Square  
P. O. Box 551  
Wilmington, DE  19899  
(302) 651-7500  
finkelstein@rlf.com  
shandler@rlf.com  
fineman@rlf.com  
cottrell@rlf.com

Salem M. Katsh  
Laurin B. Grollman  
Kasowitz, Benson, Torres & Friedman LLP  
1633 Broadway, 22nd Floor  
New York, New York 10019

Dated:  May 2, 2006

*Attorneys for Plaintiffs*  
*Advanced Micro Devices, Inc. and*  
*AMD International Sales & Service, Ltd.*

| | |
|---|---|
| OF COUNSEL<br>(INTERIM CLASS COUNSEL):<br><br>Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Allyson B. Baker<br>COHEN, MILSTEIN, HAUSFELD<br>  & TOLL , P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br><br>Michael P. Lehman<br>Thomas P. Dove<br>Alex C. Turan<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br><br>Steve W. Berman<br>Anthony D. Shapiro<br>HAGENS BERMAN SOBOL<br>  SHAPIRO, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br><br>Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br><br>Dated: May 2, 2006 | PRICKETT, JONES & ELLIOTT, P.A.<br><br>By /s/ James L. Holzman<br>James L. Holzman (#663)<br>J. Clayton Athey (#4378)<br>Eric M. Andersen (#4376)<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>emandersen@prickett.com<br><br>*Interim Liaison Counsel* |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000 | By: /s/ Richard L. Horwitz<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane, Jr. (#1023)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |
| Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | *Attorneys for Defendants*<br>*Intel Corporation and Intel Kabushiki Kaisha* |
| Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 373-6000<br>Facsimile: (202) 373-6001 | |
| David M. Balabanian<br>Christopher B. Hockett<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 | |

Dated: May 2, 2006

729834

IT IS SO ORDERED THIS _____ day of May, 2006.

_____
United States District Judge