# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

May 15, 2006

**VIA HAND DELIVERY AND E-FILE**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: **Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,**
C.A. No. 05-441-JJF

**In re Intel Corp.,**
C.A. No. 05-MD-1717-JJF

**Phil Paul, et al. v. Intel Corporation.**
C.A. No. 05-485-JJF

Dear Judge Farnan:

The parties have consulted on a form of Case Management Order and it is my understanding that the enclosed is the final product of those negotiations. Please do not hesitate to call with any questions.

Respectfully,

*Frederick L. Cottrell, III by Gregory E. Stuhlman (#4765)*

Frederick L. Cottrell, III

FLC,III/afg
Enclosure
cc: Richard L. Horwitz, Esquire (By E-File and Hand Delivery)
　　Charles P. Diamond, Esquire (By E-File)
　　James L. Holzman, Esquire (By E-File and Hand Delivery)

RLF1-3014287-1