IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : : | MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-441-JJF |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | : : : : : | |
| Defendants. | : : | |
| PHIL PAUL, on behalf of himself and all other similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-485-JJF |
| INTEL CORPORATION, | : : | CONSOLIDATED ACTION |
| Defendant. | : : | |

### O R D E R

WHEREAS, on May 16, 2006, the Court approved the parties Case Management Order No. 1 which allows for a Scheduling Conference in September 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status/Scheduling Conference will be held **at 11:00 a.m. on Wednesday, September 27, 2006,** in Courtroom No. 4B on the 4th

Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.  Parties shall submit a joint memoranda stating the issues they wish to have included on the agenda for the Status/Scheduling Conference by no later than **Monday, September 25, 2006.**

 May 17, 2006
_____          _____
     DATE                        UNITED STATES DISTRICT JUDGE