## BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION

SUITE 1400

222 DELAWARE AVENUE

WILMINGTON, DELAWARE 19801

(302) 573-3500

FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. McMILLAN, III

May 19, 2006

**Via Hand Delivery**

Mr. Ron Eberhard

Clerk of the Court

District Court of Delaware

District of Delaware

844 N. King Street, Room 4209

Wilmington, Delaware 19801

> Re: *Advanced Micro Devices, Inc. v. Intel Corp.*, C.A. No. 05-441-JJF
> *In re Intel Corp. Microprocessor Antitrust Litig.*, MDL No. 1717-JJF
> *Paul v. Intel Corp.*, C.A. No., 05-485-JJF

Dear Ron:

I write on behalf of third-party witness Egenera, Inc. ("Egenera") in regard to the above-referenced actions (the "Actions"). The parties to the Actions submitted a stipulated proposed protective order (the "Proposed Order"), dated May 1, 2006, which provides that third-party witnesses may submit written objections and comments to the Proposed Order on or before May 12, 2006.[1] Because it is not a party to the Actions and CM-ECF does not permit a filing by an "interested party," Egenera was unable to electronically file a letter to Judge Farnan enclosing Egenera, Inc.'s objections and comments to the Proposed Protective Order and two *pro hac vice* motions.

At your direction, therefore, we are providing you with copies of the following documents in hard copy and on CD-ROM, and ask that you file the documents on behalf of Egenera:

1. A Letter to Judge Farnan enclosing Objections Of Third-Party Egenera, Inc. To Stipulated Confidentiality Agreement And [Proposed] Protective Order with a Certificate of Service (Exhibit A);

2. Third Party Egenera, Inc.'s Motion And Order For Admission Pro Hac Vice Of Kathryn K. Conde with a Certificate of Service (Exhibit B); and

---

[1] The date for filing objections and comments to the Proposed Order was extended to May 19, 2006 by agreement of counsel.

Mr. Ron Eberhard
May 19. 2006
2

3.  Third Party Egenera, Inc.'s Motion And Order For Admission Pro Hac Vice Of Sarah P. Kelly with a Certificate of Service (Exhibit C).

Please also find enclosed a check in the amount of $50.00 to cover the costs of the *pro hac vice* filings. (Exhibit D, hard copy only). As counsel to Egenera, today we have served hard copies of the foregoing documents on counsel of record.

If you have any questions, please contact me at your convenience.

Sincerely,

/s/ Dominick T. Gattuso

Dominick T. Gattuso (Bar ID No. 3630)

Enclosures

{W0001307.}