## BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III

May 19, 2006

<u>Via Electronic Filing and Hand Delivery</u>

The Honorable Joseph F. Farnan, Jr.
District Court of Delaware
District of Delaware
844 N. King Street, Room 4209
Wilmington, Delaware 19801

> Re: *Advanced Micro Devices, Inc. v. Intel Corp.*, C.A. No. 05-441-JJF
> *In re Intel Corp. Microprocessor Antitrust Litig.*, MDL No. 1717-JJF
> *Paul v. Intel Corp.*, C.A. No., 05-485-JJF

Dear Judge Farnan:

In accordance with the Proposed Protective Order negotiated and stipulated to by the parties in the above-captioned actions, please find enclosed for your review a copy of Objections Of Third-Party Egenera, Inc. to Stipulated Confidentiality Agreement and [Proposed] Protective Order.

Respectfully,

/s/ Dominick T. Gattuso

Dominick T. Gattuso (Bar ID No. 3630)

Enclosure

cc: Frederick L. Cottrell, III, Esq.
Richard L. Horwitz, Esq.
James L. Holzman, Esq.
Kathryn K. Conde, Esq.
Sarah P. Kelly, Esq.
David J. Margules, Esq.

{W0000900.}