**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | : : : : : : : : : : : : : : : : | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | : : : | MDL. No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | : : : : : : : : : : : : | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**THIRD PARTY EGENERA, INC.'S MOTION AND
ORDER FOR ADMISSION PRO HAC VICE OF KATHRYN K. CONDE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of the following attorney to represent third party Egenera, Inc.: Kathryn K. Conde,

Esquire, Nutter McClennen & Fish LLP, World Trade Center West, 155 Seaport Boulevard,

Boston, MA 02210.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

OF COUNSEL:

Kathryn K. Conde
Sarah P. Kelly
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel: 617.439.2000
Fax: 617.310.9000

/s/ Domick T. Gattuso
David Margules  (Bar No. 2554)
dmargules@bmf-law.com
Dominick T. Gattuso  (Bar No. 3630)
dgattuso@bmf-law.com
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel:  (302) 573-3508
Fax:  (302) 573-3501

*Attorneys for Third Party Egenera, Inc.*

Dated: May 19, 2006


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of May, 2006, that counsel's

motion for admission *pro hac vice* is granted.


_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Courts of Appeal for the First and Sixth Circuits. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Kathryn K. Conde, Esquire
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel: 617.439.2000
Fax: 617.310.9000

Dated: May 18, 2006

1530620.1