## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on May 19, 2006, I caused to be electronically filed a true and correct copy of the notice of the foregoing document –

**Motion and Order for Admissions Pro Hac Vice** – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Frederick L. Cottrell, III, Esq.
>Chad M. Shandler, Esq.
>Richards Layton & Finger, P.A.
>One Rodney Square, P.O. Box 551
>Wilmington, Delaware 19899
>
>Richard L. Horwitz, Esq.
>W. Harding Drane, Jr., Esq.
>Potter Anderson & Corroon LLP
>1313 North Market Street, P.O. Box 951
>Wilmington, Delaware 19801
>
>James L. Holzman, Esq.
>J. Clayton Athey, Esq.
>Prickett Jones & Elliott, P.A.
>1310 King Street, P.O. Box 1328
>Wilmington, Delaware 19899

I further certify that on May 19, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above listed counsel.

>_____/s/ Dominick T. Gattuso_____
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>David J. Margules (#2254) [dmargules@bmf-law.com]
>Dominick T. Gattuso (#3630) [dgattuso@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, Delaware 19801
>(302) 573-3500
>*Attorneys for Third Party Egenera, Inc.*

{W0001181.}