# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500  Fax: 612-339-4181
www.rkmc.com

KELLY K. PIERCE
612-349-0139
KKPierce@rkmc.com

May 19, 2006

**VIA E-MAIL AND FEDERAL EXPRESS**

Clerk of U.S. District Court
ATTN: Ron Eberhard
U.S. District Court
J. Caleb Boggs Federal Building
844 King Street
Lockbox 18
Wilmington, DE 19801

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corp., et al.* (C.A. No. 05-441-JJF)
*In re Intel Corp. Microprocessor Antitrust Litigation* (MDL No. 1717-JJF)
*Paul v. Intel Corp.* (C.A. No. 05-485-JJF)
Our File No.: 011082.2327

Dear Mr. Eberhard:

Enclosed for filing in the above matter, please find a letter from Outside Party Best Buy Company, Inc. ("Best Buy") to the Honorable Joseph J. Farnan, Jr., transmitting Best Buy's comments on and objections to the Stipulated Confidentiality Agreement and Proposed Protective Order. As an Outside Party currently under subpoena in the above matter, Best Buy files these comments and objections pursuant to the Court's invitation that it do so.

Per our agreement with Deborah Krett in Judge Farnan's chambers, we will also transmit PDF copies of each of these letters directly to chambers.

If you have any questions regarding these matters, please feel free to contact me.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*Kelly K. Pierce*

Kelly K. Pierce

KKP/blw

MP3 20180655.1
LANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

Hon. Joseph J. Farnan, Jr.
May 19, 2006
Page 2

cc: Thomas R. Harris, V.P. & Associate General Counsel
    Maria L. Koss, Corporate Counsel
    Anne M. Lockner

Case 1:05-cv-00441-JJF    Document 131    Filed 05/19/2006    Page 2 of 2

Hon. Joseph J. Farnan, Jr.
May 19, 2006

MP3 20180655.1