## CERTIFICATE OF SERVICE

I, David C. Malatesta, Jr., Esquire, hereby certify that on the 19th day of May, 2006, a true and exact copy of the foregoing document was sent by email to the following:

>Frederick L. Cottrell, III (cottrell@rlf.com)
>Chad M. Shandler (shandler@rlf.com)
>Richards, Layton & Finger, P.A.
>One Rodney Square, P.O. Box 551
>Wilmington, DE 19899
>*Counsel for AMD*


>Richard L. Horwitz (rhorwitz@potteranderson.com)
>W. Harding Drane, Jr. (wdrane@potteranderson.com)
>Potter Anderson & Corroon LLP
>1313 North Market Street, P.O. Box 951
>Wilmington, DE 19801
>*Counsel for Intel Corporation and Intel Kabushiki Kaisha*


>James L. Holzman (jlholzman@prickett.com)
>J. Clayton Athey (jcathey@prickett.com)
>Prickett Jones & Elliott, P.A.
>1310 King Street, P.O. Box 1328
>Wilmington, DE 19899
>*Interim Liaison Counsel*


By: /s/ *Brian J. Chapman, Esq*
David C. Malatesta, Jr. (No.: 3755)
Brian J. Chapman (No.: 4231)
**Kent & McBride, P.C.**
1105 Market Street, Suite 500
Wilmington, Delaware 19801
Phone: 302-777-5477
Local Counsel for Circuit City Stores, Inc.