# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2006, copies of the Comments and Objections by Third Party Distributors ASI Computer Technologies, Inc., Avnet, Inc., Ingram Micro Inc., Synnex Corporation, and Tech Data Corporation to the Proposed Protective Order were served by first class mail and electronic mail on the following:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>cottrell@rlf.com<br>Chad M. Shandler, Esquire<br>shandler@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE  19899 | Richard L. Horwitz, Esquire<br>rhorwitz@potteranderson.com<br>W. Harding Drane, Jr., Esquire<br>wdrane@potteranderson.com<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, P.O. Box 951<br>Wilmington, DE  19899 |
| James L. Holzman, Esquire<br>jlholzman@prickett.com<br>J. Clayton Athley, Esquire<br>jcathey@prickett.com<br>Prickett Jones & Elliott, P.A.<br>1310 King Street, P.O. Box 1328<br>Wilmington, DE  19899 | |

/s/ Elizabeth D. Power
Elizabeth D. Power (ID No. 4135)