IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) MDL No. 05-1717-JJF |

**NOTICE OF SERVICE**

TO: Frank L. Cottrell, III, Esquire
   Chad M. Shandler, Esquire
   Richards Layton & Finger, P.A.
   One Rodney Square, P.O. Box 551
   Wilmington, DE 19899

   James L. Holzman, Esquire
   J. Clayton Athey, Esquire
   Prickett Jones & Elliott, P.A.
   1310 King Street, P.O. Box 1328
   Wilmington, DE 19899

   Richard L. Horwitz, Esquire
   W. Harding Drane, Jr., Esquire
   Potter, Anderson & Corroon LLP
   1313 North Market Street,
   Wilmington, DE 19801

   PLEASE TAKE NOTICE that on May 19, 2006, true and correct copies of Microsoft Corporation's Response and Objections To Subpoena From Advanced Micro Devices, Inc. and

AMD International Sales & Services, Ltd. were caused to be served by First Class U.S. Mail and e-mail on the following:

| **COUNSEL FOR AMD** | **COUNSEL FOR INTEL** |
|---|---|
| Charles P. Diamond<br>cdiamond@omm.com<br>Linda J. Smith<br>lsmith@omm.com<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-6035 | Robert E. Cooper<br>rcooper@gibsondunn.com<br>Daniel S. Floyd<br>rfloyd@gibsondunn.com<br>Gibson, Dunn & Crutcher, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| Mark A. Samuels<br>msamuels@omm.com<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071 | Darren B. Bernhard<br>bernhardd@howrey.com<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2402 |
| Jesse A. Finkelstein<br>finkelstein@rlf.com<br>Frederick L. Cottrell, III<br>cottrell@rlf.com<br>Chad M. Shandler<br>shandler@rlf.com<br>Steven J. Fineman<br>fineman@rlf.com<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Richard L. Horowitz<br>rhorowitz@potteranderson.com<br>Potter Anderson & Carroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899 |

                                                                    /s/ Richard M. Donaldson
Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
Attorneys for Microsoft Corporation

Dated:  May 19, 2006