## CERTIFICATION OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed *Third Party Microsoft Corporation's Response and Comments Re Proposed Protective Order and letter to Judge Farnan re same* with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Richard L. Horwitz, Esquire
W. Harding Drane, Jr., Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

All counsel of record

I further certify that on May 19, 2006, I have caused a copy of the foregoing document to be served by hand delivery on the above listed counsel.

                                                    /s/ Noel C. Burnham
Noel C. Burnham (#3483)
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Tel: (302) 504-7890

2077237v1