# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

**RICHARD MONTGOMERY DONALDSON**
Admitted in Delaware, Pennsylvania & New Jersey

Direct Dial
302-504-7840

rdonaldson@mmwr.com

300 Delaware Avenue, Suite 750
Wilmington, DE 19801
302-504-7800
Fax 302-504-7820

123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
215-772-1500
Fax 215-772-7620

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002
856-488-7700
Fax 856-488-7720

One Westlakes, Suite 200
Berwyn, PA 19312
610-889-2210
Fax 610-889-2220

May 19, 2006

*VIA E-FILING and BY HAND DELIVERY*
The Honorable Joseph J. Farnan, Jr.
United States District Court For
The District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

    Re:    **Advanced Micro Devices, Inc et al. v. Intel Corporation et al.
C.A. No.: 05-441-JJF
In Re Intel Corporation Microprocessor Antitrust Litigation
MDL No. 1717 - JJF
Phil Paul et al. v. Intel Corporation
C.A. No.: 05-485 – JJF**

Dear Judge Farnan:

    We represent Microsoft Corporation, which has been served with a third-party subpoena in connection with the consolidated cases referenced above. Microsoft also has received a notice directed to third parties and their counsel (D.I. 109) advising (1) that a Proposed Protective Order has been negotiated by the parties and filed of record for Court approval and (2) that third parties from which document discovery is or may be sought may interpose comments and objections to the Proposed Protective Order. Accordingly, attached for the Court's consideration is a courtesy copy of Third Party Microsoft Corporation's Response and Comments Re Proposed Protective Order, which is being filed with the Court today.

    Needless to say, both I and my colleague at the Heller Erhman firm, Attorney Dale A. Rice, are at the Court's disposal should any further input or assistance in crafting a final protective order prove useful.

Montgomery, McCracken, Walker & Rhoads, llp

The Honorable Joseph J. Farnan, Jr.
May 19, 2006
Page 2

                                                      Respectfully yours,

                                                      */s/ Richard M. Donaldson*

                                                      Richard M. Donaldson

RMD/saa
Enclosure

cc:    Dr. Peter T. Dalleo, Clerk of the Court (via electronic filing w/encl.)
        Frederick L. Cottrell, III, Esq. (via hand delivery w/encl.)
        Richard L. Horwitz, Esq. (via hand delivery w/encl.)
        James L. Holzman, Esq. (via hand delivery w/encl.)