FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
Cottrell@rlf.com

May 31, 2006

**VIA HAND DELIVERY AND E-FILE**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE  19801

Re:   **Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,**
C.A. No. 05-441-JJF

**In re Intel Corp.,**
C.A. No. 05-MD-1717-JJF

**Phil Paul, et al. v. Intel Corporation.**
C.A. No. 05-485-JJF

Dear Judge Farnan:

As a result of the Order in place governing the submission of a revised proposed Protective Order, 05-441-JJF (D.I. 71), AMD, Intel and the interim class counsel have discussed the third-party comments. Changes that we have been able to agree upon are incorporated in the revised proposed Protective Order which we enclose as Exhibit A. (For convenience of the Court and the Special Master, Exhibit B is a red-lined version of the same which compares it to the Parties' initial proposal.) The areas of remaining disagreement are discussed in the Parties' responses, filed yesterday. Counsel remain available to discuss these documents at the Court's and/or the Special Master's convenience.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III

FLC,III/afg
Enclosure

RLF1-3020111-1

The Honorable Joseph J. Farnan, Jr.
May 31, 2006
Page 2


cc:   The Honorable Vincent J. Poppiti (By Hand Delivery)
   Richard L. Horwitz, Esquire (By E-File and Hand Delivery)
   James L. Holzman, Esquire (By E-File and Hand Delivery)

RLF1-3020111-1