**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
Cottrell@rlf.com

May 31, 2006

**VIA HAND DELIVERY AND E-FILE**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE  19801

    Re:    **Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,**
              **C.A. No. 05-441-JJF**

              **In re Intel Corp.,**
              **C.A. No. 05-MD-1717-JJF**

              **Phil Paul, et al. v. Intel Corporation.**
              **C.A. No. 05-485-JJF**

Dear Judge Farnan:

      As a follow-up to my earlier letter of today, I enclose on behalf of AMD and interim class counsel -- but not Intel -- a second red-lined Proposed Protective Order. This document is the same as the redline submitted to you earlier but contains as well (highlighted in yellow) the few additional changes that AMD and interim class counsel propose but to which Intel objects.

      We thought this might be helpful because it lays out in one place all of the changes to the Protective Order that the Parties propose.

                                  Respectfully,

                                  */s/ Frederick L. Cottrell, III*

                                  Frederick L. Cottrell, III

FLC,III/afg
Enclosure
cc:    The Honorable Vincent J. Poppiti (By Hand Delivery)
        Richard L. Horwitz, Esquire (By E-File and Hand Delivery)
        James L. Holzman, Esquire (By E-File and Hand Delivery)

RLF1-3020106-2