IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) | MDL No. 05-1717-JJF |
| ADVANCED MICRODEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>                  Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>                  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself<br>And all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>                  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**NOTICE OF SERVICE**

| | | |
|---|---|---|
| TO: | Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899 | James L. Holzman, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899-1328 |
| | Robert D. Goldberg, Esquire<br>Biggs and Battaglia<br>921 North Orange Street<br>Wilmington, DE 19899 | Darren B. Bernhard, Esquire<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 |
| | Robert E. Cooper, Esquire<br>Daniel S. Floyd, Esquire<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | |

PLEASE TAKE NOTICE that true and correct copies of the Revised Proposed Protective Order and letters to the Court were caused to be served on the following third parties on May 31, 2006 in the manner indicated:

**BY ELECTRONIC MAIL**
Appro International, Inc.
c/o Daniel Kim
CEO and President
446 South Abbott Avenue
Milpitas, CA 95035
DanielKim@appro.com

**BY ELECTRONIC MAIL**
Avnet, Inc.
c/o Jordan Green
Fennemore Craig, P.C.
3003 North Central Avenue, Ste. 2600
Phoenix, AZ 85012-2913
jgreen@fclaw.com

**BY ELECTRONIC MAIL**
Averatec
c/o Karen H. Bromberg
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
kbromberg@cohengresser.com

**BY ELECTRONIC MAIL**
Best Buy Company, Inc.
c/o Maria L. Koss
7601 Penn Avenue South
Richfield, MN 55423-3645
maria.koss@bestbuy.com

Best Buy Company, Inc.
c/o Kelly K. Pierce
Robbins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
kkpierce@rkmc.com

**BY ELECTRONIC MAIL**
Circuit City Stores, Inc.
c/o Howard Feller
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219-4030
hfeller@mcguirewoods.com

Circuit City Stores, Inc.
c/o Brian J. Chapman
Kent & McBride, P.C.
1105 Market Street, Suite 500
Wilmington, DE 19801
bchapman@kentmcbride.com

**BY ELECTRONIC MAIL**
Best Buy Enterprise Services, Inc.
c/o Maria L. Koss
7601 Penn Avenue South
Richfield, MN 55423-3645
maria.koss@bestbuy.com

Best Buy Enterprise Services, Inc.
c/o Kelly K. Pierce
Robbins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
kkpierce@rkmc.com

**BY ELECTRONIC MAIL**
Comp USA, Inc.
c/o Ted Daniel
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3200
Dallas, TX 75202-2799
tdaniel@jenkens.com

**BY ELECTRONIC MAIL**
Egenera Inc.
c/o Kathryn K. Conde
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
kconde@nutter.com

**BY ELECTRONIC MAIL**
Dell Corporation
c/o Jeffrey J. Joyce
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515
jjjoyce@JonesDay.com

**BY ELECTRONIC MAIL**
Fry's Electronics, Inc.
c/o Brian Henri
Legal Department
600 East Brokaw Road
San Jose, CA 95112
bdh@i.frys.com

**BY ELECTRONIC MAIL**
Fujitsu Computer Systems Inc.
c/o Jill D. Neiman
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482
jneiman@mofo.com

**BY ELECTRONIC MAIL**
Fujitsu America, Inc.
c/o Jill D. Neiman
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482
jneiman@mofo.com

**BY ELECTRONIC MAIL**
Fujitsu Ltd.
c/o Jill D. Neiman
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482
jneiman@mofo.com

Fujitsu Ltd.
c/o Peter J. Stern
Morrison Foerster
AIG Building, 11th Floor
1-1-3 Marunouchi, Chiyoda-ku Tokyo
Japan 100-0005
pstern@mofo.com

**BY ELECTRONIC MAIL**
Hewlett Packard Company
c/o Michael J. Holston
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
mholston@morganlewis.com

Hewlett Packard Company
c/o David Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
David.primack@dbr.com

**BY ELECTRONIC MAIL**
Gateway Inc.
c/o Greg Call
Assistant General Counsel
Gateway, Inc.
7565 Irvine Center Drive
Irvine, CA 92618-2930
Greg.call@gateway.com

**BY ELECTRONIC MAIL**
Ingram Micro
c/o Jonathan P. Hersey
Sheppard Mullen Richter & Hampton LLP
650 Town Center Drive
4th Floor
Costa Mesa, CA 92626-1993/
jhersey@sheppardmullin.com

Ingram Micro
c/o Elizabeth D. Power
Zuckerman Spaeder LLP
919 N. Market Street, Suite 990
Wilmington, DE 19899
bpower@zuckerman.com

**BY ELECTRONIC MAIL**
Hitachi Ltd.
c/o William A. Streff, Jr.
Kirkland & Ellis LLP
200 E. Randolph Drive
54th Floor
Chicago, IL 60601
wstreff@kirkland.com

**BY ELECTRONIC MAIL**
Lenovo Group
c/o Hayden J. Silver, III
J. Christopher Jackson
Kilpatrick Stockton LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612
jaysilver@kilpatrickstockton.com
jcjackson@kilpatrickstockton.com

**BY ELECTRONIC MAIL**
International Business Machines Corporation
c/o Michael Paskin
Sally Kesh
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
mpaskin@cravath.com
skesh@cravath.com

**BY ELECTRONIC MAIL**
MPC Computers, Inc.
c/o Brian T. Hansen
Legal Department
906 East Karcher Road
Nampa, ID 83687
bthansen@mpccorp.com

**BY ELECTRONIC MAIL**
Microsoft
c/o Dale A. Rice
Heller Ehrman
333 Bush Street
San Francisco, CA 94104-2878
Dale.rice@hellerehrman.com

**BY ELECTRONIC MAIL**
NEC Computers International
c/o Dean A. Morehous
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
dam@thelenreid.com

Microsoft
c/o R. Montgomery Donaldson
Montgomery, McCracken, Walker & Rhoads
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
rdonaldson@mmwr.com

**BY ELECTRONIC MAIL**
NEC Computers Inc.
c/o Erika C. Birg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694
ebirg@paulweiss.com

**BY ELECTRONIC MAIL**
NEC USA, Inc.
c/o Erika C. Birg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694
ebirg@paulweiss.com

**BY ELECTRONIC MAIL**
NEC Solutions (America), Inc.
c/o Erika C. Birg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694
ebirg@paulweiss.com

**BY ELECTRONIC MAIL**
Office Depot, Inc.
c/o Heather Stern
Corporate Attorney
Office Depot
2200 Old Germantown Rd.
Mail Code: LEGL
Delray Beach, FL 33445
hstern@officedepot.com

**BY ELECTRONIC MAIL**
Office Depot, Inc.
c/o P. Benjamin Zuckerman
Greenberg Traurig, P.A.
5100 Town Center Circle, Suite 400
Boca Raton, FL 33486
zuckermanb@gtlaw.com

**BY ELECTRONIC MAIL**
Skype Inc.
c/o Michael G. Rhodes
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121
mrhodes@cooley.com

**BY ELECTRONIC MAIL**
Rackable Systems, Inc.
c/o Bill Garvey
General Counsel & VP Corp. Dev.
1933 Milmont Drive
Milpitas, CA 95035
bgarvey@rackable.com

**BY ELECTRONIC MAIL**
Sony Corporation
c/o Michael S. Sundermeyer
Williams & Connolly LLP/
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
msundermeyer@wc.com

**BY ELECTRONIC MAIL**
Sun Microsystems, Inc.
c/o Clay James
Dir., Associate Gen. Counsel, Chief Litigation Counsel
Sun Microsystems, Inc.
500 Eldorado Boulevard
UBRM01-205
Broomfield, CO 80021
Clayton.James@Sun.COM

**BY ELECTRONIC MAIL**
Synnex
c/o Craig Benson
Paul Weiss Rifkand Wharton & Garrison
1615 L Street
Washington, DC 20036-5694
cbenson@paulweiss.com

Synnex
c/o Jon Abramczyk
Morris, Nichols, Arsht & Tunnell LLP
1201 N. market Street
P.O. Box 1347
Wilmington, DE 19899
jabramczyk@mnat.com

**BY ELECTRONIC MAIL**
Sony Electronics, Inc.
c/o P. Clarkson Collins
Morris, James, Hitchens, & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-1621
pcollins@morrisjames.com

**BY ELECTRONIC MAIL**
Supermicro Computer Inc.
c/o Bruce C. Piontkowski
Ropers, Majeski, Kohn & Bentley
80 N. First Street
San Jose, CA 95113
bpiontkowski@ropers.com

**BY ELECTRONIC MAIL**
Tech Data, Corp.
c/o Kevin Teismann, Esquire
Legal Department
5350 Tech Data Drive
Clearwater, FL 33760
kevin.teismann@techdata.com


Tech Data, Corp.
c/o Eric Adams
Carlton Fields
eadams@carltonfields.com

**BY ELECTRONIC MAIL**
Toshiba America, Inc.
c/o John D. Donaldson
George Paul
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
jdonaldson@whitecase.com
gpaul@whitecase.com

**BY ELECTRONIC MAIL**
Toshiba America Information Systems, Inc.
c/o John D. Donaldson
George Paul
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
jdonaldson@whitecase.com
gpaul@whitecase.com

Toshiba America Information Systems, Inc.
c/o Vernon Proctor
Proctor Heyman LLP
1116 West Street
Wilmington, DE 19801
vproctor@proctorheyman.com

**BY ELECTRONIC MAIL**
Toshiba Corporation
c/o John D. Donaldson
George Paul
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
jdonaldson@whitecase.com

Of Counsel:
Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Dated: June 1, 2006

**BY ELECTRONIC MAIL**
Acer America
c/o Peter McMahon
McMahon Serepca
100 Marine Parkway, Suite 350
Redwood Shores, CA 94065-1046
peter@mcmahonserepca.com

_/s/ Jesse A. Finkelstein_
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Gregory E. Stuhlman (#4765)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Stuhlman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899-1489

and have sent by Federal Express to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Gregory E. Stuhlman (#4765)
stuhlman@rlf.com