RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL
(302) 651-7509
COTTRELL@RLF.COM

June 2, 2006

**VIA HAND DELIVERY**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.* C.A. No. 05-441-JJF, *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF, and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF

Dear Judge Poppiti:

In anticipation of the hearing set for June 12, 2006, to discuss the Protective Order in the above matter, the following is a list of documents Your Honor may wish to review before the hearing. For your convenience, we have included the docket item numbers from the *Advanced Micro Devices Inc. v. Intel Corp.*, C.A. No. 05-441 docket:

| | |
|---|---|
| D.I. 109 | Joint Proposed Order re: Protective Order Approval Process (Proposed Protective Order attached as Exhibit A) |
| D.I. 115 | Stipulation and Order Regarding Protective Order Approval Process |
| D.I. 127 | Objections by Hewlett Packard |
| D.I. 128 | Objections by Egenera |
| D.I. 132 | Objections by Best Buy |
| D.I. 133 | Objections by Fujitsu Ltd., NEC Corp., Sony Corp., Sony Elecs. Inc., Toshiba Corp. |
| D.I. 134 | Objections by Circuit City |
| D.I. 136 | Objections by Acer Am. Corp. |
| D.I. 139 | Objections by ASI Computer Techs., Inc., Avnet Inc., Ingram Micro Inc., Synnex Corp., Tech Data Corp. |
| D.I. 141 | Objections by Microsoft Corp. |

The Honorable Vincent J. Poppiti
June 2, 2006
Page 2

| | |
|---|---|
| D.I. 142 | Objections by Int'l Business Machine Corp. |
| D.I. 143 | Objections by Dell |
| D.I. 144 | Objections by Lenovo Group |
| D.I. 145 | Objections by Fry's Elecs. |
| D.I. 148 | Response of Intel Corp., et al. to the Objections of the Third Parties to the Protective Order |
| D.I. 149 | Response of Advanced Micro Devices Inc., et al. to the Objections of the Third Parties to the Protective Order |
| D.I. 150 | Letter to the Honorable Joseph J. Farnan, Jr. re: Revised Protective Order |
| D.I. 151 | Letter to the Honorable Joseph J. Farnan, Jr. re: Revised Protective Order |

> Letter to The Honorable Joseph J. Farnan dated May 19, 2006 from Willam A. Streff, Jr., Esq., re: Hitachi's comments to the Proposed Protective Order (not efiled)

If Your Honor should need copies of any of the foregoing, we will be happy to provide them to you.

On a related matter, the parties will provide notice to third parties of the hearing scheduled for June 12, 2006 ("Notice") so that third parties have an opportunity to attend the hearing and be heard on the matter. However, we anticipate that there will be many third parties who elect not to travel to Delaware for the hearing, and instead would prefer to rely on the arguments and objections contained in their papers. We would like to represent to third parties in the Notice that their failure to attend in person will not prejudice their position and that the Special Master will consider all objections presented in the papers as well as at the hearing. The following is what we propose to send in the Notice to third parties:

> "Upon receipt of the third party responses and objections to the Proposed Protective Order as well as Intel's and Plaintiffs' responses to those objections, this matter has been referred to the Special Master by Judge Farnan. The Special Master has called a hearing to be held on June 12 at 10:00 a.m. at the United States District Courthouse in Wilmington, DE. At this hearing, any interested third party who filed objections may attend. If a third party elects not to attend the hearing, the Special Master will consider the objections submitted and rule on that basis."

Intel has informed us that it opposes the inclusion of the last sentence of this proposed Notice and will send a letter explaining why. AMD believes it would be burdensome

The Honorable Vincent J. Poppiti
June 2, 2006
Page 3

and costly for the third parties and the litigants to require every third party to attend in person and restate their written objections.

      Please let us know as soon as possible whether this Notice accurately reflects how the Court intends to handle this hearing. Once we receive approval (or revised language), we will notify each third party of the hearing.

      Respectfully,

      Frederick L. Cottrell, III (#2555)

FLC,III/cml

cc:   Richard L. Horwitz, Esquire  (via hand delivery)
      James L. Holzman, Esquire  (via hand delivery)