IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-441-JJF |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKA KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) ) | |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) | MDL No. 1717-JJF |
| Phil Paul, on behalf of himself and all other similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-485-JJF |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

### NOTICE OF HEARING RE: D.I. 109

PLEASE TAKE NOTICE that the Special Master will conduct a hearing on Monday, June 12, 2006 beginning at 10:00 a.m. to consider the Proposed Protective Order (D.I. 109) to be entered in the above-captioned cases and the objections thereto of any party or third party wishing to be heard. The hearing will be conducted in Courtroom 2B of the J. Caleb Boggs

Courthouse, United States District Court for the District of Delaware, 844 N. King Street, Wilmington, Delaware 19801. The objections of any party or third party unable to attend the hearing will be considered on their previously docketed submissions.

SO ORDERED this 2nd day of June, 2006.

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master