IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all others Similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## NOTICE OF APPEARANCE

Please enter Michael P. Kelly as attorney for ASI Computer Technologies, Inc. in the above-captioned action.

McCARTER & ENGLISH, LLP


/s/ Michael P. Kelly
MICHAEL P. KELLY, DE Bar I.D. #2295
919 North Market Street, Suite 1800
P. O. Box 111
Wilmington, DE  19899
Attorney for ASI Computer Technologies, Inc.

ME1\5689055.1