IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>　　　　　　Defendants. | C.A. No. 05-441-JJF |
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## **ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as counsel to non-party/movant Dell Inc. in the above action.

2

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Richard I.G. Jones, Jr. (I.D. #3301)
Lauren E. Maguire (I.D #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899
Tel:  302-654-1888
Fax: 302-654-2067

*Attorneys for non-party Dell Inc.*

Dated:  June 8, 2006
170274.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2006, the attached **ENTRY OF APPEARANCE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| James L. Holzman, Esquire<br>Prickett Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |

/s/ *Lauren E. Maguire*
_____
Lauren E. Maguire

170275.1