IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADVANCED MICRO DEVICES, INC., a          )
Delaware corporation, and AMD            )
INTERNATIONAL SALES & SERVICES, LTD.,    )
a Delaware corporation,                  )
                                         )
                                         )          C.A. No. 05-441-JJF
                Plaintiffs,              )
                                         )
        v.                               )
                                         )
INTEL CORPORATION, a Delaware corporation, )
and INTEL KABUSHIKI KAISHA, a Japanese   )
corporation,                             )
                                         )
                Defendants.              )
                                         )
_____)
                                         )
IN RE                                    )
INTEL CORPORATION                        )
MICROPROCESSOR ANTITRUST                 )          MDL No. 1717-JJF
LITIGATION                               )
                                         )
_____)
                                         )
PHIL PAUL, on behalf of himself and all others )
similarly situated,                      )
                                         )
                Plaintiffs,              )
                                         )          C.A. No. 05-485-JJF
        v.                               )
                                         )          CONSOLIDATED ACTION
INTEL CORPORATION,                       )
                                         )
                Defendants.              )
                                         )
_____)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Daniel T. Conrad to represent non-party Dell Inc. in this matter.  Pursuant to this

Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to

cover the annual fee for the attorney listed above.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Richard I.G. Jones, Jr. (I.D. #3301)
Lauren E. Maguire (I.D #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
Fax: 302-654-2067

*Attorneys for non-party Dell Inc.*

Dated: June 8, 2006
170263.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-441-JJF |
| v. | ) ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 05-485-JJF |
| v. | ) ) ) | CONSOLIDATED ACTION |
| INTEL CORPORATION, | ) ) ) | |
| Defendants. | ) ) ) ) | |

## **ORDER**

This _____ day of _____, 2006, the Court having

considered the motion for the admission *pro hac vice* of Daniel T. Conrad to represent non-party

Dell Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorney is admitted *pro hac vice*.


_____
                                          Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Daniel T. Conrad
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Telephone:  (214) 220-3939
Facsimile: (214) 969-5100

Dated:   June 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2006, the attached **MOTION AND ORDER**

**FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at

the address and in the manner indicated:


Frederick L. Cottrell, III, Esquire                                 HAND DELIVERY
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Richard L. Horwitz, Esquire                                         HAND DELIVERY
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19801

James L. Holzman, Esquire                                           HAND DELIVERY
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899


*/s/ Lauren E. Maguire*
_____
Lauren E. Maguire

170275.1