## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., <u>et al.</u>, <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, <u>et al.</u>, <br><br> Defendants. | Civil Action No. 1:05-CV-00441 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Aaron Futch of Paul, Weiss, Rifkind, Wharton & Garrison, 1615 L Street, NW, Washington, DC  20036 to represent defendants in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Leslie A. Polizoti

Jon A. Abramczyk (#2432)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lpolizoti@mnat.com
*Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 6/12/06

Aaron Futch
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to cottrell@rlf.com and rhorwitz@potteranderson.com.


<u>/s/ Leslie A. Polizoti</u> (#4299) _____
lpolizoti@mnat.com