IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-441 JJF |
| IN RE:<br><br>INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | )<br>)<br>)<br>)    Civil Action No. 05-MD-1717-JJF<br>) |

**NOTICE OF SERVICE**

TO:  Richard L. Horwitz, Esquire
    Potter Anderson & Corroon LLP
    1313 North Market Street
    P. O. Box 951
    Wilmington, DE 19899

    Darren B. Bernhard, Esquire
    Howrey LLP
    1299 Pennsylvania Avenue, N.W.
    Washington, DC 20004-2402

    Robert E. Cooper, Esquire
    Daniel S. Floyd, Esquire
    Gibson, Dunn & Crutcher, LLP
    333 South Grand Avenue
    Los Angeles, CA 90071-3197

    Robert D. Goldberg, Esquire
    Biggs and Battaglia
    921 North Orange Street
    Wilmington, DE 19899-1489

    James L. Holzman, Esquire
    Prickett, Jones & Eliott, P.A.
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899-1328

PLEASE TAKE NOTICE that two true and correct copies of Response of Plaintiffs Advanced Micro Devices and AMD International Sales & Service, Ltd. to Intel Corporation's

and Intel Kabushiki Kaisha's Third Set of Requests for the Production of Documents were caused to be served on June 19, 2006 on counsel of record in the manner indicated:

<table>
<tr><td>

**BY HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

**BY HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

</td><td>

**BY FEDERAL EXPRESS**
Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

**BY HAND DELIVERY**
Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899-1489

</td></tr>
</table>

Of Counsel:
Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Dated: June 19, 2006

/s/ Jesse A. Finkelstein
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19899-1489

and have sent by Federal Express to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Steven J. Fineman (#4025)
fineman@rlf.com