# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

June 20, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.* C.A. No. 05-441-JJF, *In re Intel Corporation,* C.A. No. 05-MD-1717-JJF, and *Phil Paul, et al. v. Intel Corporation,* C.A. 05-485-JJF

Dear Judge Poppiti:

As a follow-up to the conference call of Monday, enclosed please find a red-line version of the Stipulation and Proposed Order on Procedures For the Handling of Discovery Disputes Before Special Master ("Stipulation and Proposed Order") which highlights changes resulting from negotiations and agreements between the interested parties. Also enclosed is a clean copy of the Stipulation and Proposed Order. Subject to Your Honor's approval, the Stipulation and Proposed Order is ready for signatures. As always, counsel remains available to discuss this matter at Your Honor's convenience.

Respectfully,

Frederick L. Cottrell, III

Enclosures

cc: Richard L. Horwitz, Esquire (via e-mail)
James L. Holzman, Esquire (via e-mail)

RLF1-3029130-1