# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | )<br>)<br>) MDL Docket No. 05-1717 (JJF)<br>)<br>) |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>INTEL CORPORATION,<br><br>      Defendants. | )<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ISSUANCE OF SUBPOENAS DUCES TECUM

PLEASE TAKE NOTICE that, on or before June 22, 2006, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Intel Corporation and Intel Kabushiki Kaisha, by their counsel, have issued subpoenas duces tecum with accompanying schedules of document requests (attached hereto as Exhibits 1-71), which have been or will be served, on the third parties listed below.

The subpoenas command each third party to produce documents and things, pursuant to Rule 45, Fed. R. Civ. P., concerning the categories identified in Schedule A attached to each subpoena. The document production will take place within 30 days of service of the subpoenas, at the locations listed below, or at such alternative dates, times, and/or locations as may be mutually agreed upon by counsel.

The subpoenaed parties are:

| Name | Date/Location of Document Production |
|---|---|
| Abboud Trading Corporation<br>c/o Joseph Shomar<br>7777 NW 146th Street<br>Miami Lakes, FL 33016 | August 7, 2006 (Ex. 1)<br>Ross Frew<br>1544 SW 13th Street<br>Boca Raton, FL 33486 |
| Acer America Corporation<br>2641 Orchard Parkway<br>San Jose, California 95134 | August 7, 2006 (Ex. 2)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Adobe Systems Incorporated<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | August 7, 2006 (Ex. 3)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Alienware Corporation<br>c/o Nelson Gonzalez<br>14591 SW 120th Street<br>Miami, FL 33186-8638 | August 7, 2006 (Ex. 4)<br>Ross Frew<br>1544 SW 13th Street<br>Boca Raton, FL 33486 |
| Appro International<br>446 South Abbott Avenue<br>Milpitas, CA 95035 | August 7, 2006 (Ex. 5)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| ASI Corporation<br>c/o Alison Hightower, Nossaman, Guthner,<br>Knox & Elliott LLP<br>50 California Street, 34th Floor<br>San Francisco, CA 94111 | August 7, 2006 (Ex. 6)<br>Howrey LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303 |

| | |
|---|---|
| Asus Computer International<br>c/o Ron Lemieux<br>600 Hansen Way<br>Palo Alto, CA 94304-1043 | August 7, 2006 (Ex. 7)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Atipa Technologies<br>4921 Legends Drive<br>Lawrence, Kansas 66049 | August 7, 2006 (Ex. 8)<br>Atipa Technologies<br>4921 Legends Drive<br>Lawrence, Kansas 66049 |
| Avertatec, Inc.<br>c/o Saeed Shahbazi<br>1231 East Dyer Road, Suite 150<br>Santa Ana, CA 92705 | August 7, 2006 (Ex. 9)<br>Howrey LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071 |
| Avnet, Inc.<br>c/o Jordan Green, Fennemore Craig LLP<br>3003 North Central Avenue, Suite 2600<br>Phoenix, AZ 85012-2913 | August 7, 2006 (Ex. 10)<br>Omni Pro Legal<br>722 East Osbourne, #330<br>Phoenix, AZ 85014 |
| BEA Systems, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | August 7, 2006 (Ex. 11)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Bell Microproducts, Inc.<br>c/o Greg Handshcuh<br>1941 Ringwood Avenue<br>San Jose, CA 95131 | August 7, 2006 (Ex. 12)<br>Howrey LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303 |
| Best Buy Company, Inc.<br>7601 Penn Avenue South<br>Richfield, Minnesota 55423 | August 7, 2006 (Ex. 13)<br>Best Buy Company, Inc.<br>7601 Penn Avenue South<br>Richfield, Minnesota 55423 |
| Best Buy Enterprise Services, Inc.<br>7601 Penn Avenue South<br>Richfield, Minnesota 55423 | August 7, 2006 (Ex. 14)<br>Best Buy Enterprise Services, Inc.<br>7601 Penn Avenue South<br>Richfield, Minnesota 55423 |

| | |
|---|---|
| Chartered Semiconductor<br>   Manufacturing, Inc.<br>c/o The Prentice-Hall Corporation<br>   System, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, Delaware 19808 | August 7, 2006 (Ex. 15)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Circuit City Stores, Inc.<br>9950 Mayland Drive<br>Richmond, Virginia 23233 | August 7, 2006 (Ex. 16)<br>Circuit City Stores, Inc.<br>9950 Mayland Drive<br>Richmond, Virginia 23233 |
| CompUSA, Inc.<br>14951 North Dallas Parkway<br>Dallas, Texas 75254 | August 7, 2006 (Ex. 17)<br>Gibson, Dunn & Crutcher LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, Texas 75201 |
| Costco Wholesale Corporation<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | August 7, 2006 (Ex. 18)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| D&H Distributing Company<br>c/o Michael Schwab<br>2525 N. Seventh Street<br>Harrisburg, PA 17110 | August 7, 2006 (Ex. 19)<br>Shinkowsky Investigations<br>316 Fawn Ridge Drive<br>Harrisburg, PA 17110 |
| Dell Corporation<br>One Dell Way<br>Round Rock, Texas 78682 | August 7, 2006 (Ex. 20)<br>Dell Corporation<br>One Dell Way<br>Round Rock, Texas 78682 |
| DivX, Inc.<br>c/o RL&F Service Corp.<br>One Rodney Square, 10th Floor<br>Wilmington, Delaware 19801 | August 7, 2006 (Ex. 21)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Egenera, Inc.<br>165 Forest Street<br>Marlboro, MA 01752 | August 7, 2006 (Ex. 22)<br>Egenera, Inc.<br>165 Forest Street<br>Marlboro, MA 01752 |

| | |
|---|---|
| Epox International, Inc.<br>c/o Frank Lee<br>11 Toscany<br>Irvine, CA 92614 | August 7, 2006 (Ex. 23)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Foxconn Electronics, Inc.<br>c/o Donald Sung<br>468 E. Lambert Road<br>Fullerton, CA 92835 | August 7, 2006 (Ex. 24)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Foxconn Technology Co., Ltd.<br>c/o Donald Sung<br>468 E. Lambert Road<br>Fullerton, CA 92835 | August 7, 2006 (Ex. 25)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Fry's Electronics, Inc.<br>600 East Brokaw Road<br>San Jose, CA 95112 | August 7, 2006 (Ex. 26)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Fujitsu America, Inc.<br>1250 East Arques Avenue<br>Sunnyvale, CA 94085-5401 | August 7, 2006 (Ex. 27)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Fujitsu Computer Systems, Inc.<br>1250 East Arques Avenue<br>Sunnyvale, CA 94085-5401 | August 7, 2006 (Ex. 28)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Fujitsu-Siemens Computers, Inc.<br>c/o CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | August 7, 2006 (Ex. 29)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Gateway, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | August 7, 2006 (Ex. 30)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Hewlett-Packard Company<br>c/o Michael J. Holston<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103 | August 7, 2006 (Ex. 31)<br>Talone & Associates<br>423 South 15th Street<br>Philadelphia, PA 19146 |

| | |
|---|---|
| Hitachi America, Ltd<br>2000 Sierra Point Parkway<br>Brisbane, CA 94005 | August 7, 2006 (Ex. 32)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Hon Hai Precision Industry Co., Ltd.<br>c/o Jeff Tsai<br>468 E. Lambert Road<br>Fullerton, California 92835 | August 7, 2006 (Ex. 33)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| IBM Corporation<br>c/o Sally Kesh<br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | August 7, 2006 (Ex. 34)<br>Keating & Walker<br>1 Beekman Street<br>New York, NY 10038 |
| Ingram Micro, Inc.<br>c/o Jonathon P. Hersey<br>Sheppard Mullin Richter & Hamilton LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626 | August 7, 2006 (Ex. 35)<br>Howrey LLP<br>2020 Main Street, Suite 1000<br>Irvine, CA 92614-8200 |
| Intcomex, Inc.<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | August 7, 2006 (Ex. 36)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19801 |
| JEDEC Solid State Technology Association<br>2500 Wilson Boulevard<br>Arlington, Virginia 22201 | August 7, 2006 (Ex. 37)<br>JEDEC Solid State Technology<br>  Association<br>2500 Wilson Boulevard<br>Arlington, Virginia 22201 |
| Lenovo (United States) Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | August 7, 2006 (Ex. 38)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| LG Electronics U.S.A., Inc.<br>c/o Richard C. Wingate<br>1000 Sylvan Avenue<br>Englewood, NJ 07632 | August 7, 2006 (Ex. 39)<br>J&K Investigative Service<br>147 Taylor Avenue<br>Hillsborough, NJ 08844 |

| | |
|---|---|
| McKinsey & Company<br>c/o Jean Molino<br>McKinsey & Company<br>55 East 52nd Street<br>New York, NY 10055 | August 7, 2006 (Ex. 40)<br>Keating & Walker<br>1 Beekman Street<br>New York, NY 10038 |
| Micro Center, Inc.<br>c/o Registered Agents, Ltd.<br>1220 N. Market Street, Suite 804<br>Wilmington, DE 19801 | August 7, 2006 (Ex. 41)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Microsoft Corporation<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | August 7, 2006 (Ex. 42)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Mitac, Inc.<br>c/o Lily Chen<br>674 Via De La Valle #101<br>Solana Beach, CA 92075 | August 7, 2006 (Ex. 43)<br>Gibson, Dunn & Crutcher LLP<br>Jamboree Center<br>4 Park Plaza<br>Irvine, CA 92614 |
| MPC Computers LLC<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | August 7, 2006 (Ex. 44)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| MSI Computer Corporation<br>c/o Connie Chang<br>901 Canada Court<br>City of Industry, CA 91748 | August 7, 2006 (Ex. 45)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| NEC Computers, Inc.<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | August 7, 2006 (Ex. 46)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| NEC Solutions (America), Inc.<br>c/o Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange STreet<br>Wilmington, DE 19801 | August 7, 2006 (Ex. 47)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |

| | |
|---|---|
| NEC USA, Inc.<br>c/o The Prentice-Hall Corporation<br>    System, Inc.<br>2711 Centerville Road, Suite 400<br>Wilmington, Delaware  19808 | August 7, 2006 (Ex. 48)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Network Appliance<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware  19801 | August 7, 2006 (Ex. 49)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Office Depot, Inc.<br>2200 Old Germantown Road<br>Delray Beach, FL  33445 | August 7, 2006 (Ex. 50)<br>Office Depot, Inc.<br>2200 Old Germantown Road<br>Delray Beach, FL  33445 |
| OfficeMax Incorporated<br>1111 West Jefferson Street<br>Suite 510<br>Boise, Idaho  83702 | August 7, 2006 (Ex. 51)<br>OfficeMax Incorporated<br>1111 West Jefferson Street<br>Suite 510<br>Boise, Idaho  83702 |
| PathScale, Inc.<br>c/o Scott Metcalf<br>2071 Stierlin Court<br>Mountain View, California  94043 | August 7, 2006 (Ex. 52)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Phoenix Technologies Ltd.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 | August 7, 2006 (Ex. 53)<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE  19899 |
| Pinnacle Systems, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 | August 7, 2006 (Ex. 54)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE  19899 |
| Rackable Systems<br>1933 Milmont Drive<br>Milpitas, California  95035 | August 7, 2006 (Ex. 55)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304 |

| | |
|---|---|
| Samsung Electronics America, Inc.<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | August 7, 2006 (Ex. 56)<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 |
| Selectron Corporation<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | August 7, 2006 (Ex. 57)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Sony Electronics, Inc.<br>c/o Andrew Quinn, Esq., Director<br>Law Department<br>16530 Via Esprillo, MZ-5170<br>San Diego, CA 92127 | August 7, 2006 (Ex. 58)<br>Legal Support<br>1620 5th Avenue<br>Suite 110<br>San Diego, CA 92101 |
| Staples, Inc.<br>500 Staples Drive<br>Framingham, Massachusetts 01702 | August 7, 2006 (Ex. 59)<br>Staples, Inc.<br>500 Staples Drive<br>Framingham, Massachusetts 01702 |
| Sun Microsystems, Inc.<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | August 7, 2006 (Ex. 60)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Supermicro Computer, Inc.<br>980 Rock Avenue<br>San Jose, California 95131 | August 7, 2006 (Ex. 61)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Synnex Corporation<br>c/o Craig Benson, Paul Weiss LLP<br>1615 L Street, NW, Suite 1300<br>Washington, DC 20036-5694 | August 7, 2006 (Ex. 62)<br>Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| Tech Data Corporation<br>c/o David Vetter<br>5350 Tech Data Drive<br>Clearwater, FL 33760 | August 7, 2006 (Ex. 63)<br>S & W Detectives<br>1701 Arch Street<br>Tampa, FL 33607 |

| | |
|---|---|
| Toshiba America Information Systems, Inc.<br>9740 Irvine Boulevard<br>Irvine, CA 92618 | August 7, 2006 (Ex. 64)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| Toys R Us, Inc.<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | August 7, 2006 (Ex. 65)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19899 |
| Trigem Computer, Inc.<br>c/o Averatec, Inc.<br>1231 East Dyer Road, Suite 150<br>Santa Ana, CA 92705 | August 7, 2006 (Ex. 66)<br>Howrey LLP<br>550 South Hope Street, Suite 1100<br>Los Angeles, CA 90071 |
| Tyan Computer Corporation<br>c/o Teresa Chen<br>3288 Laurelview Court<br>Fremont, CA 94538 | August 7, 2006 (Ex. 67)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| UGS Corporation<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | August 7, 2006 (Ex. 68)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19899 |
| UMC USA<br>c/o Peter J. Courture<br>978 Highlands Circle<br>Los Altos, California 94024 | August 7, 2006 (Ex. 69)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Uniwill Computer International Corporation<br>c/o Robert Tsay<br>3358 Gateway Blvd.<br>Fremont, CA 94538 | August 7, 2006 (Ex. 70)<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 |
| Wal-Mart Stores, Inc.<br>702 Southwest 8th Street<br>Bentonville, Arkansas 72716 | August 7, 2006 (Ex. 71)<br>Wal-Mart Stores, Inc.<br>702 Southwest 8th Street<br>Bentonville, Arkansas 72716 |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 900071<br>(213) 229-7000 | By: /s/ W. Harding Drane, Jr.<br>    Richard L. Horwitz (#2246)<br>    W. Harding Drane, Jr. (#1023)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    wdrane@potteranderson.com |
| Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue<br>N.W. Washington, DC 20004<br>(202) 783-0800 | Attorneys for Defendants<br>Intel Corporation and Intel Kabushiki Kaisha |
| Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 373-6000<br>Facsimile:  (202) 373-6001 | |
| David M. Balabanian<br>Christopher B. Hockett<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286 | |

Dated: June 23, 2006
738255

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, W. Harding Drane, hereby certify that on June 23, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

James L. Holzman
J. Clayton Athey
Eric M. Andersen
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

I hereby certify that on June 23, 2006, I have sent by E-mail the documents to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
cdiamond@omm.com
lsmith@omm.com

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
msamuels@omm.com

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com
abaker@cmht.com

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
mplehmann@furth.com
tdove@furth.com
aturan@furth.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

By: /s/ *W. Harding Drane, Jr.*
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

2