

Phone:  (302) 425-6410
Fax:    (302) 428-5132
Email:  Poppiti@BlankRome.com

June 27, 2006

**BY E-MAIL AND BY HAND**

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

James L. Holzman, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

    Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.* C.A. No. 05-441-JJF, *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF, and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF

Dear Counsel:

    I have learned that Best Buy, which filed an Objection to the proposed Protective Order, is presently represented by my Firm in a case pending in Florida. I am not presently aware of the caption of the case.

    In this regard, please be advised that I have not had, nor will I have any involvement with the Florida case. Further, to the best of my knowledge, the Florida case is not related in any way to the Intel litigation.

    Nonetheless, I have taken steps to establish a screening procedure to ensure that, through an "ethical wall," no information that may come into my possession in my capacity as Special Master will be shared with or otherwise made available to those involved in the Florida case, and that I will not receive or have access to any information which may come into the possession of members of my Firm in connection with the Florida case.

Chase Manhattan Centre 1201 Market Street Suite 800 Wilmington, DE 19801
www.BlankRome.com

062038.00616/40163126v.1

Delaware • Florida • Maryland • New Jersey • New York • Ohio • Pennsylvania • Washington, DC



Frederick L. Cottrell, III, Esquire
Richard Horwitz, Esquire
James L. Holzman, Esquire
June 27, 2006
Page 2

    I also, respectfully assert that I am satisfied I will be able to discharge the responsibility of Special Master in a fair and impartial manner, and that I do not believe that my ability to do so might reasonably be questioned in light of the above information. I do not anticipate that any action by your respective clients is necessary.

                                        Yours very truly,

                                        Vincent J. Poppiti

VJP:mes

cc:    The Honorable Joseph J. Farnan, Jr. – by hand