IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., ET AL., | |
| Plaintiffs, | |
| v. | Civil Action No. 05-00441-JJF |
| INTEL CORPORATION, ET AL., | MDL Docket No. 1717-JJF |
| Defendants | |

### NOTICE OF SERVICE

I, Vernon R. Proctor, hereby certify that on July 10, 2006, copies of Non-Party Toshiba America Information Systems, Inc.'s Objections to Defendants' Document Subpoena were served as follows:

<u>By Facsimile and First Class Mail</u>:
Robert E. Cooper, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

<u>By Hand Delivery</u>:
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899
*Counsel for Class Plaintiffs*

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE  19899
*Counsel for AMD*

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market St.
Hercules Plaza, 6th Floor
Wilmington, DE  19899
*Counsel for Intel*

Copies of this Notice of Service were served on the foregoing counsel electronically and as indicated above.

                                            PROCTOR HEYMAN LLP

By: /s/ Vernon R. Proctor
Vernon R. Proctor
Delaware Bar No. 1019
Patricia L. Enerio
Delaware Bar No. 3728
1116 West Street
Wilmington, DE 19801
Telephone: (302) 472-7300
Facsimile: (302) 472-7320
E-mail: vproctor@proctorheyman.com

*Attorneys for Toshiba America Information Systems, Inc.*

OF COUNSEL:

George L. Paul
John D. Donaldson
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355