

1    NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
     ALISON S. HIGHTOWER (SBN 112429)
2    50 California Street, 34th Floor
     San Francisco, California 94111-4799
3    Telephone: (415) 398-3600
     Facsimile: (415) 398-2438
4
     MICHAEL P. KELLY (DE Bar No. 2295)
5    McCARTER & ENGLISH, Attorneys At Law
     919 N. Market Street, 18th Floor
6    Wilmington, DE 19801
     Telephone: (302) 984-6300
7    Facsimile: (302) 984-2493
8    Attorneys for Third Party Respondent
     ASI COMPUTER TECHNOLOGIES, INC.
9
10
11
12                   UNITED STATES DISTRICT COURT
13                  FOR THE DISTRICT OF DELAWARE
14
15   ADVANCED MICRO DEVICES, INC., AND   )   Case No: 05-441-JJF
     AMD INTERNATIONAL SALES & SERVICES, )
16   LTD.,                                )   **NOTICE OF SERVICE OF OBJECTIONS OF**
                                          )   **THIRD PARTY RESPONDENT ASI**
17          Plaintiffs,                   )   **COMPUTER TECHNOLOGIES, INC. TO**
                                          )   **DOCUMENT SUBPOENA OF DEFENDANTS**
18          vs.                           )   **INTEL CORPORATION AND INTEL**
                                          )   **KABUSHIKI KAISHA**
19   INTEL CORPORATION AND INTEL          )
     KABUSHIKI KAISHA,                    )
20                                        )
            Defendants.                   )
21   ─────────────────────────────────── )
22
23
24
25
26
27
28

204487_1.doc

NOTICE OF SERVICE OF ASI COMPUTER TECHNOLOGIES, INC.'S OBJECTIONS TO INTEL'S SUBPOENA

1       Pursuant to Local Rule 5.4, on July 17, 2006, counsel for ASI Computer Technologies, Inc.

2  served Objections Of Third Party Respondent ASI Computer Technologies, Inc. To Document

3  Subpoena Of Defendants Intel Corporation And Intel Kabushiki Kaisha, by United States first-class

4  mail, upon the following counsel for the defendants in the above captioned matter, *AMD, et al. v. Intel,*

5  *et al.,* Civil Case No. 05-441-JJF:

6
                     Jason C. Raofield
7
                     Howrey, LLP
               1299 Pennsylvania Ave., NW
8
               Washington, D.C. 20004-2402

9
  Dated: July 18, 2006           NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
10

11

12       By: *Alison S Hightower*
          Alison S. Hightower (CA SBN 112429)
13        ahightower@nossaman.com
          50 California Street, 34th Floor
14        San Francisco, California 94111-4799
          Telephone: (415) 398-3600
15        Facsimile: (415) 398-2438

16       and
          /s/  Michael P. Kelly
17        Michael P. Kelly (DE Bar No. 2295)
          mkelly@mccarter.com
18        McCARTER & ENGLISH, Attorneys At Law
          919 N. Market Street, 18th Floor
19        Wilmington, DE 19801
          Telephone: (302) 984-6300
20        Facsimile: (302) 984-2493

21       Attorneys for Third Party Respondent
          ASI COMPUTER TECHNOLOGIES, INC.

22

23

24

25

26

27

28