# PROOF OF SERVICE (FEDERAL)

STATE OF CALIFORNIA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and am not a party to the within action; my business address is Nossaman, Guthner, Knox & Elliott, LLP, 50 California Street, 34th Floor San Francisco, California 94111-4799.

On **July 18, 2006**, at my employer's above-stated place of business, I served the foregoing document(s) described as NOTICE OF SERVICE OF OBJECTIONS OF THIRD PARTY RESPONDENT ASI COMPUTER TECHNOLOGIES, INC. TO DOCUMENT SUBPOENA OF DEFENDANTS INTEL CORPORATION AND INTEL KABUSHIKI KAISHA on interested parties in this action by placing ( ) the original (X) a true copy thereof enclosed in a sealed separate envelope to each addressee as follows:

Jason Raofield, Esq.
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

Robert E. Cooper, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Allyson B. Baker, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

Frederick L. Cottrell, III, Esq.
Chad Michael Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter, Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

James J. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street, Box 1328
Wilmington, DE 19899

Charles P. Diamond, Esq.
James Bo Pearl, Esq.
O'Melveny & Meyers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

(X)  **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid in a collection box from where it would be placed in the

1  United States Mail at San Francisco, California that same day in my employer's ordinary course of business.

2

( )  **(By Personal Service)** I caused to be delivered by hand true and correct copies thereof _____ on the _____ interested parties in this action by having the _____ messenger service personally deliver same in a sealed envelope to the office of the addressee(s) as above indicated.

( )  **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P 1013(e), to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

( )  **(By Federal Express)** I served a true and correct copy by Federal Express or other overnight delivery service, for delivery on the next business day. A true and correct copy of the Federal Express or other overnight delivery service airbill is attached hereto.

( )  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 18, 2006, at San Francisco, California.

                                                        Vicky Perry