1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   ALISON S. HIGHTOWER (SBN 112429)
2  50 California Street, 34th Floor
   San Francisco, California 94111-4799
3  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
4
   MICHAEL P. KELLY (DE Bar No. 2295)
5  McCARTER & ENGLISH, Attorneys At Law
   919 N. Market Street, 18th Floor
6  Wilmington, DE 19801
   Telephone: (302) 984-6300
7  Facsimile: (302) 984-2493

8  Attorneys for Third Party Respondent
   ASI COMPUTER TECHNOLOGIES, INC.
9

10
                   UNITED STATES DISTRICT COURT
11
                   FOR THE DISTRICT OF DELAWARE
12

13

14  ADVANCED MICRO DEVICES, INC., AND    )
    AMD INTERNATIONAL SALES & SERVICES, )
15  LTD.,                                )
                                         )
16        Plaintiffs,                    )
                                         )
17     vs.                               )  Case No: 05-441-JJF
                                         )
18  INTEL CORPORATION AND INTEL          )
    KABUSHIKI KAISHA,                    )
19                                       )
          Defendants.                    )
20  _____ )
                                         )
21  IN RE INTEL CORPORATION              )  MDL No. 1717-JJF
    MICROPROCESSOR ANTITRUST             )
22  LITIGATION                           )

23

24  **AMENDED NOTICE OF SERVICE OF OBJECTIONS OF THIRD PARTY RESPONDENT ASI
       COMPUTER TECHNOLOGIES, INC. TO DOCUMENT SUBPOENA OF DEFENDANTS
25           INTEL CORPORATION AND INTEL KABUSHIKI KAISHA**

26

27

28

Pursuant to Local Rule 5.4, on July 18, 2006, counsel for ASI Computer Technologies, Inc. served Objections Of Third Party Respondent ASI Computer Technologies, Inc. To Document Subpoena Of Defendants Intel Corporation And Intel Kabushiki Kaisha, by United States first-class mail, upon the following counsel for the defendants in the above captioned matter, *AMD, et al. v. Intel, et al.*, Civil Case No. 05-441-JJF:

          Jason C. Raofield
          Howrey, LLP
          1299 Pennsylvania Ave., NW
          Washington, D.C. 20004-2402

Dated: July 18, 2006        McCarter & ENGLISH, LLP

          By: /s/ Michael P. Kelly
          Michael P. Kelly (DE Bar No. 2295)
          919 N. Market Street, 18th Floor
          Wilmington, DE 19801
          (302) 984-6300

          Alison S. Hightower (CA SBN 112429)
          ahightower@nossaman.com
          NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
          50 California Street, 34th Floor
          San Francisco, California 94111-4799
          Telephone: (415) 398-3600
          Facsimile: (415) 398-2438

          Attorneys for Third Party Respondent
          ASI COMPUTER TECHNOLOGIES, INC.