UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:05-CV-441<br>MDL Docket No. 05-MD-1717 |

NOTICE OF SERVICE OF OBJECTIONS OF
NON-PARTY NEC USA, INC. TO
DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS

       Pursuant to Local Rule 5.4, on July 31, 2006, counsel for NEC USA, Inc. served Objections of Non-Party NEC USA, Inc. to Defendants' Subpoena to Produce Documents, by e-mail and first-class mail, upon the following counsel for the Defendants in the above-captioned matter:

       Robert E. Cooper, Esq. (rcooper@gibsondunn.com)

                         MORRIS, NICHOLS, ARSHT & TUNNELL

                         */s/ Leslie A. Polizoti*

                         _____
                         Jon A. Abramczyk (#2432)
                         Leslie A. Polizoti (#4299)
                         MORRIS, NICHOLS, ARSHT & TUNNELL
                         1201 N. Market Street
                         P.O. Box 1347
                         Wilmington, DE 19899
                         Tel: (302)658.9200
                         lpolizoti@mnat.com

                         *Attorneys for NEC USA, Inc.*

Doc #:DC1:158017.2

2

*Of Counsel*

Robert P. Parker
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
  & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax: (202) 223-7420


Dated: July 31, 2006