## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY NEC USA, INC. TO DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS was served this 31st day of July 2006, by e-mail and first-class mail, upon:

>Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
>Gibson, Dunn & Cruthcer, LLP
>333 South Grand Avenue
>Los Angeles, CA 90071-3197
>
>James Bo Pearl, Esq. (jpearl@omm.com)
>Charles P. Diamond, Esq. (cdiamond@omm.com)
>David Herron, Esq. (dherron@omm.com)
>O'Melveny & Myers
>1999 Avenue of the Stars
>7th Floor
>Los Angeles, CA 90067-6035
>
>Darren B. Bernhard, Esq. (bernhardD@howrey.com)
>Howrey LLP
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004-2402
>
>Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19899
>
>Richard L. Horwitz, Esq. (rhorwitz@potteranderson.com)
>Potter, Anderson & Corroon
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899

>>    _/s/ Leslie A. Polizoti_____
>>    Leslie A. Polizoti (#4299)

Doc #:DC1:158017.2