**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF SERVICE OF OBJECTIONS OF NON-PARTY NEC SOLUTIONS (AMERICA), INC. TO DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS was served this 31st day of July 2006, by e-mail and first-class mail, upon:

> Robert E. Cooper, Esq. (rcooper@gibsondunn.com)
> Gibson, Dunn & Cruthcer, LLP
> 333 South Grand Avenue
> Los Angeles, CA  90071-3197
>
> James Bo Pearl, Esq.  (jpearl@omm.com)
> Charles P. Diamond, Esq. (cdiamond@omm.com)
> David Herron, Esq. (dherron@omm.com)
> O'Melveny & Myers
> 1999 Avenue of the Stars
> 7th Floor
> Los Angeles, CA 90067-6035
>
> Darren B. Bernhard, Esq. (bernhardD@howrey.com)
> Howrey LLP
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC  20004-2402
>
> Frederick L. Cottrell, Esq. (Cottrell@rlf.com)
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE  19899
>
> Richard L. Horwitz, Esq. (rhorwitz@potteranderson.com)
> Potter, Anderson & Corroon
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE  19899

            ___/s/ Leslie A. Polizoti_____
            Leslie A. Polizoti (#4299)

Doc #:DC1:158019.2