**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:05-CV-441 <br> MDL Docket No. 05-MD-1717 |

**NOTICE OF SERVICE OF OBJECTIONS OF**
**NON-PARTY NEC COMPUTERS INC. TO**
**DEFENDANTS' SUBPOENA TO PRODUCE DOCUMENTS**

Pursuant to Local Rule 5.4, on July 31, 2006, counsel for NEC Computers Inc. served Objections of Non-Party NEC Computers Inc. to Defendants' Subpoena to Produce Documents, by e-mail and first-class mail, upon the following counsel for the Defendants in the above-captioned matter:

Robert E. Cooper, Esq. (rcooper@gibsondunn.com)

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Leslie A. Polizoti*

        _____
        Jon A. Abramczyk (#2432)
        Leslie A. Polizoti (#4299)
        MORRIS, NICHOLS, ARSHT & TUNNELL
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        Tel: (302)658.9200
        lpolizoti@mnat.com

        *Attorneys for NEC Computers Inc.*

Doc #:DC1:158018.2

*Of Counsel*

Robert P. Parker
Aaron Futch
PAUL, WEISS, RIFKIND,
WHARTON
 & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
Tel: (202) 223-7300
Fax: (202) 223-7420


Dated: July 31, 2006