IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Advanced Micro Devices, Inc., and AMD International Sales & Services, Ltd.<br><br>Plaintiffs,<br><br>v.<br><br>Intel Corporation and Intel Kabushiki Kaisha,<br><br>Defendants. | C.A. No. 05-441-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 1, 2006, copies of RESPONSES AND OBJECTIONS OF NON-PARTY NETWORK APPLIANCE, INC. TO DEFENDANT INTEL'S SUBPOENA IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Sqare
920 North King Street
P.O. Box 551
Wilmington, DE 19899

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY U.S. MAIL**

Charles B. Diamond, Esq.
Linda J. Smith, Esq.
Mark A. Samuels, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005

August 1, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Network Appliance, Inc.

OF COUNSEL:
Renata B. Hesse, Esquire
Richard L. Woodworth, Esquire
Wilson Sonsini Goodrich & Rosati
Two Fountain Square, Reston Town Center
11921 Freedom Drive
Reston, VA 20190-5634

631492v1

2