IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Advanced Micro Devices, Inc., and AMD International Sales & Services, Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>Intel Corporation and Intel Kabushiki Kaisha,<br><br>Defendants. | C.A. No. 05-441-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 1, 2006, copies of RESPONSES AND OBJECTIONS OF NON-PARTY NETWORK APPLIANCE, INC. TO DEFENDANT INTEL'S SUBPOENA IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Sqare
920 North King Street
P.O. Box 551
Wilmington, DE 19899

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**BY U.S. MAIL**

Charles B. Diamond, Esq.
Linda J. Smith, Esq.
Mark A. Samuels, Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

August 1, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
(302) 655-5000

Counsel for Network Appliance, Inc.

OF COUNSEL:
Renata B. Hesse, Esquire
Richard L. Woodworth, Esquire
Wilson Sonsini Goodrich & Rosati
Two Fountain Square, Reston Town Center
11921 Freedom Drive
Reston, VA 20190-5634

631492v1                                2