IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. AND AMD INTERNATIONAL SALES & SERVICES, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION AND INTEL KABUSHIKI KAISHA <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-00441-JJF |

FILED
AUG 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### NOTICE OF SERVICE OF NON-PARTY WITNESS INTCOMEX' RESPONSE AND OBJECTIONS

COMES NOW Intcomex, Inc., a non-party witness, and files its Response and Objections to AMD's Subpoena Duces Tecum.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 11th day of August, 2006 upon Jason C. Raofield, Esq., Howrey, LLP, 1299 Pennsylvania Ave, NW, Washington, DC 20004 and to James Bo Pearl, Esq., O'Melveny & Myers LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067.

ADORNO & YOSS LLP

By: _____
John Arrastia, Jr.
Florida Bar Number: 0072461
2525 Ponce de Leon Blvd., Suite 400
Miami, Florida 33134
Phone: (305) 460-1000
Fax: (305) 460-1422

{M1532522_1}

0109160004

ADORNO & YOSS LLP
ATTORNEYS AT LAW
2525 PONCE DE LEON BOULEVARD
SUITE 400
MIAMI, FLORIDA 33134-6012

U.S.M.S.
MIAMI
X-RAY

MIAMI FL 331
11 AUG 2006 PM 6 L

02 1A
0004319038  AUG 11 2006
MAILED FROM ZIPCODE 33134

19801+3519

Delaware District Court
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519