PETER C. McMAHON (California State Bar No. 161841)
PAMELA L. KELLY (California State Bar No. 230721)
McMAHON SEREPCA LLP
100 Marine Parkway, Suite 305
Redwood Shores, CA 94065-1046
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Non-Party
ACER AMERICA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Advanced Micro Devices, Inc. and AMD International Sales & Services, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, a Delaware corporation <br><br> Defendant. | C. A. No. 05-441-JJF <br><br> CONSOLIDATED ACTION |
| IN RE: <br> INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 5, 2006, true and correct copies of the

OBJECTIONS OF NON-PARTY ACER AMERICA CORPORATION TO SUBPOENA FROM

INTEL CORPORATION AND INTEL KABUSHIKI KAISHA were caused to be served by

First Class U.S. Mail on the following:

   Robert E. Cooper, Esq.
   Gibson, Dunn & Crutcher LLP
   333 South Grand Avenue
   Los Angles, CA 90071-3197

Peter C. McMahon (Cal. Bar. No. 161841)
McMahon Serepca LLP
100 Marine Parkway, Suite 350
Redwood City, CA 94065
Telephone: (650) 637-0600
Facsimile: (650) 637-0700
Attorneys for Acer America Corporation

Dated: September 5, 2006

PETER C. McMAHON (California State Bar No. 161841)
PAMELA L. KELLY (California State Bar No. 230721)
McMAHON SEREPCA LLP
100 Marine Parkway, Suite 305
Redwood Shores, CA 94065-1046
Tel: 650-637-0600
Fax: 650-637-0700

Attorneys for Non-Party
ACER AMERICA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Advanced Micro Devices, Inc. and AMD International Sales & Services, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, a Delaware corporation <br><br> Defendant. | C. A. No. 05-441-JJF <br><br> CONSOLIDATED ACTION |
| IN RE: <br> INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |

### CERTIFICATE OF SERVICE

I, Peter C. McMahon, hereby certify that on September 5, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing and that a hard copy of the foregoing Notice of Service and this Certificate of Service were served by U.S. Mail on the following:

Charles P. Diamond
Linda J. Smith
O'Melveny & Meyers LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035

| | |
|---|---|
| Mark A. Samuels<br>O'Melveny & Meyers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071 | Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899 |
| Jesse A. Finkelstein<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Darren B. Bernhard, Esq.<br>Howrey LLP<br>1299 Pennsylvania Ave, N.W.<br>Washington, DC 20004-2402 |

_/s/ Peter C. McMahon_

Peter C. McMahon (Cal. Bar. No. 161841)
McMahon Serepca LLP
100 Marine Parkway, Suite 350
Redwood City, CA 94065
Telephone: (650) 637-0600
Facsimile: (650) 637-0700
Attorneys for Acer America Corporation

Dated: September 5, 2006