IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| INTEL CORP. MICROPROCESSOR : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION, : | |
| : | |
| ADVANCED MICRO DEVICES, INC. and : | |
| AMD INTERNATIONAL SALES & : | |
| SERVICE, LTD., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-441-JJF |
| : | |
| INTEL CORPORATION and INTEL : | |
| KABUSHIKI KAISHA, : | |
| : | |
| Defendants. : | |

**O R D E R**

WHEREAS, the Court held a status conference in the above-captioned action on September 26, 2006;

NOW THEREFORE IT IS HEREBY ORDERED that a second status conference will be held on **Thursday, December 7, 2006 at 11:00 a.m.** in Courtroom 4B, on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 27, 2006
DATE

UNITED STATES DISTRICT JUDGE