IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| INTEL CORP. MICROPROCESSOR : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION, : | |
| : | |
| ADVANCED MICRO DEVICES, INC. and : | |
| AMD INTERNATIONAL SALES & : | |
| SERVICE, LTD., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-441-JJF |
| : | |
| INTEL CORPORATION and INTEL : | |
| KABUSHIKI KAISHA, : | |
| : | |
| Defendants. : | |

### CASE MANAGEMENT ORDER NO. 2

WHEREAS, the Court held a status conference on Wednesday, September 27, 2006, at which time, the Court and the parties discussed dates for a trial in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that Trial in the above-captioned action shall commence on **Thursday, April 27, 2009 at 9:30 a.m.** in Courtroom 4B, on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 27, 2006
DATE

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE