CHAD M. SHANDLER
DIRECTOR

**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

DIRECT DIAL
(302) 651-7836
SHANDLER@RLF.COM

October 6, 2006

**VIA ELECTRONIC MAIL AND HAND DELIVERY**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.* C.A. No. 05-441-JJF;
*In re Intel Corporation Microprocessor Antitrust Litigation*, MDL, C.A. No. 05-MD-1717-JJF;
*Phil Paul, v. Intel Corporation*, C.A. 05-485-JJF

Dear Judge Poppiti:

Pursuant to the discussion of Item One (Current Status of Discovery) of the agenda which the Court prepared for the Status Conference held on October 5, 2006 at 11:00 a.m., attached please find a chart of the outstanding third party corporate subpoenas by category. Please note that in some instances, several different affiliates of a given company were served. For example, we list NEC to represent subpoenas outstanding to NEC Corporation, NEC Computers, Inc., NEC Computers International, NEC USA, Inc., and NEC Solutions America, Inc. In those instances, we have only listed the company on the chart by its trademark name, although indicating that more than one subpoena was served.

Respectfully,

Chad M. Shandler

CS/lll
Enclosure
cc:  Clerk of the Court w/ enclosure ( via e-file)
     Richard L. Horwitz, Esquire w/ enclosure (via e-mail)
     James L. Holzman, Esquire w/ enclosure (via e-mail)

RLF1-3067715-1

## OUTSTANDING THIRD PARTY CORPORATE SUBPOENAS

I. **OEMS**

| | SERVED COMPANY | STATUS |
|---|---|---|
| 1. | Acer (including subsidiary and affiliated companies) | |
| 2. | Alienware | |
| 3. | Apple Computers | |
| 4. | Appro International | |
| 5. | Atipa | |
| 6. | Averatec (including subsidiary and affiliated companies) | |
| 7. | Dell | |
| 8. | Egenera | |
| 9. | Fujitsu (including subsidiary and affiliated companies) | |
| 10. | Gateway | |
| 11. | Hitachi (including subsidiary and affiliated companies) | |
| 12. | Hewlett Packard | |
| 13. | IBM | |
| 14. | Lenovo (including subsidiary and affiliated companies) | |
| 15. | LG Electronics (including subsidiary and affiliated companies) | |
| 16. | MPC Computers | |
| 17. | NEC Corporation (including subsidiary and affiliated companies) | |
| 18. | Network Appliance | |
| 19. | Rackable | |
| 20. | Samsung (including subsidiary and affiliated companies) | |
| 21. | Sony Corporation (including subsidiary and affiliated companies) | |
| 22. | Sun Microsystems | |
| 23. | Supermicro | |
| 24. | Toshiba (including subsidiary and affiliated companies) | |
| 25. | Trigem (including subsidiary and affiliated companies) | |

II. **RETAILERS**

| | SERVED COMPANY | STATUS |
|---|---|---|
| 26. | Best Buy (including subsidiary and affiliated companies) | |
| 27. | Circuit City | |
| 28. | CompUSA | |
| 29. | Costco | |
| 30. | Fry's | |
| 31. | Micro Center | |

|     |                                                      |     |
| --- | ---------------------------------------------------- | --- |
| 32. | Office Depot                                         |     |
| 33. | Office Max                                           |     |
| 34. | Staples                                              |     |
| 35. | Toys R Us                                            |     |
| 36. | Wal-Mart (including subsidiary and affiliated companies) |     |

### III.  DISTRIBUTORS

|     | SERVED COMPANY        | STATUS |
| --- | --------------------- | ------ |
| 37. | Abboud Trading        |        |
| 38. | ASI                   |        |
| 39. | Avnet                 |        |
| 40. | Bell Microproducts    |        |
| 41. | D&H Distributing      |        |
| 42. | Ingram Micro          |        |
| 43. | Intcomex              |        |
| 44. | Synnex                |        |
| 45. | Tech Data             |        |

### IV.  SOFTWARE COMPANIES

|     | SERVED COMPANY        | STATUS |
| --- | --------------------- | ------ |
| 46. | Adobe                 |        |
| 47. | Bea                   |        |
| 48. | DivX                  |        |
| 49. | Microsoft             |        |
| 50. | Pathscale             |        |
| 51. | Phoenix Technologies  |        |
| 52. | Pinnacle              |        |
| 53. | Skype                 |        |
| 54. | UGS                   |        |

### V.  ODMs/MOTHERBOARDS/CHIPSETS

|     | SERVED COMPANY                                         | STATUS |
| --- | ------------------------------------------------------ | ------ |
| 55. | Asus (including subsidiary and affiliated companies)   |        |
| 56. | ATI                                                    |        |
| 57. | Epox (including subsidiary and affiliated companies)   |        |
| 58. | FoxConn (including subsidiary and affiliated companies) |        |

| | | |
|---|---|---|
| 59. | Micro-Star (including subsidiary and affiliated companies) | |
| 60. | Mitac | |
| 61. | Solectron | |
| 62. | Tyan (including subsidiary and affiliated companies) | |
| 63. | Uniwill | |

## VI. STANDARD SETTING ENTITIES

| | SERVED COMPANY | STATUS |
|---|---|---|
| 64. | JEDEC | |

## VII. ADDITIONAL SUBPOENAED PARTIES

| | SERVED COMPANY | STATUS |
|---|---|---|
| 65. | United Microelectronics Corporation (UMC) | |
| 66. | Chartered Semiconductor | |
| 67. | McKinsey & Co. | |