IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| INTEL CORP. MICROPROCESSOR : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION, : | |
| : | |
| ADVANCED MICRO DEVICES, INC. and : | |
| AMD INTERNATIONAL SALES & : | |
| SERVICE, LTD., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-441-JJF |
| : | |
| INTEL CORPORATION and INTEL : | |
| KABUSHIKI KAISHA, : | |
| : | |
| Defendants. : | |

**ERRATA ORDER**

WHEREAS, the Court's Memorandum Opinion (D.I. 217 in Civil Action No. 05-441; D.I. 279 in MDL Docket No. 05-1717) and Order (D.I. 218 in Civil Action No. 05-441; D.I. 280 in MDL Docket No. 05-1717) issued in connection with Defendants' Motion to Dismiss AMD's Foreign Commerce Claims For Lack Of Subject Matter Jurisdiction And Standing (D.I. 111 in Civil Action No. 05-441; D.I. 64 in MDL Docket No. 05-1717) contains three typographical errors requiring correction;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Cover Page of the Memorandum Opinion is corrected so that "Darrent B. Bernhard" is changed to read "Darren B. Bernhard."

    2.    Page 16, line 8 of the Memorandum Opinion is changed so that the number "96" reads "86."

    3.    Paragraph 2, line 4 of the Order is changed so that the number "96" reads "86."

October 5, 2006
DATE

*(signature)*
UNITED STATES DISTRICT JUDGE