IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. ) <br> and AMD INTERNATIONAL SALES & ) <br> SERVICE, LTD., ) <br>     Plaintiffs, ) <br> v. ) <br> INTEL CORPORATION and INTEL ) <br> KABUSHIKI KAISHA, ) <br>     Defendants. ) <br> ) | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION ) <br> MICROPROCESSOR ANTITRUST ) <br> LITIGATION ) <br> ) | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all ) <br> other similarly situated, ) <br>     Plaintiffs, ) <br> v. ) <br> INTEL CORPORATION, ) <br>     Defendant. ) <br> ) | |

## ENTRY OF APPEARANCE AND

## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT International Business Machines ("IBM") hereby appears through their undersigned counsel and demands service of all notices and papers herein upon:

RAWLE & HENDERSON, LLP
George T. Lees, III, Esq.
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899
Tel: 302-778-1200
Fax: 302-778-1400
Glees@Rawle.com

1370906 v.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted.

Dated: October 16, 2006

**RAWLE & HENDERSON, LLP**

/s/ George T. Lees

George T. Lees, III, Esq. – ID #3647
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200
Attorney for International Business Machines ("IBM")

1370906 v.1