IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. ) <br> and AMD INTERNATIONAL SALES & ) <br> SERVICE, LTD., ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> INTEL CORPORATION and INTEL ) <br> KABUSHIKI KAISHA, ) <br>       Defendants. ) | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION ) <br> MICROPROCESSOR ANTITRUST ) <br> LITIGATION ) | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all ) <br> other similarly situated, ) <br>       Plaintiffs, ) <br> v. ) <br> INTEL CORPORATION, ) <br>       Defendant. ) | |

## CERTIFICATE OF SERVICE

I, George T. Lees, III, Esq. do hereby certify that on October 16, 2006, I have caused to be sent via electronic filing copies of the **ENTRY OF APPEARANCE** to the following individual(s):

Frederick L. Cottrell, III
Chad Michael Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Adam L. Balick
Bifferato, Gentilotti, Biden & Balick
711 N. King Street
Wilmington, DE 19801

Charles P. Diamond
Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899

Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035

1370906 v.1

| | |
|---|---|
| Salem M. Katsch<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019 | Richard L. Horwitz<br>W. Harding Drane, Jr.<br>Potter, Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899 |
| Daniel S. Floyd<br>Peter E. Moll<br>Gibson Dunn<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197 | Darren B. Bernhard<br>Peter E. Moll<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| Leslie A. Polizoti<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Aaron M. Futch<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>1615 L Street, NW, Suite 1300<br>Washington, DC 20036-5694 |

**RAWLE & HENDERSON LLP**

/s/ George T. Lees III
George T. Lees III, Esq. – ID #3647
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200
Attorney for International Business Machines ("IBM")

1370906 v.1