

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:     (302) 425-6410
Fax:       (302) 428-5132
Email:     Poppiti@BlankRome.com

October 19, 2006

**BY HAND AND CM/ECF**

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE  19801

James L. Holzman, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Richard Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

Re:    ***Advanced Micro Devices, Inc., et al. v. Intel Corporation et al.,***
***C. A. No. 05-441-JJF;*** *In re Intel Corporation Microprocessor Antitrust*
***Litigation,*** **MDL No. 05-1717-JJF;** ***Phil Paul et al. v. Intel Corporation***;
***C. A. No. 05-485-JJF***

Dear Counsel:

In light of the parties' request to cancel this week's status conference, I would appreciate an update by tomorrow on the following issues:

- Revisions of Intel's Discovery Responses – Confirmation that Intel has revised its discovery responses to address the Court's ruling on the foreign conduct claims;

- Briefing Schedule for Scope of Discovery – Given that the parties have requested a target hearing date of late November, please provide me with the parties' proposed briefing schedule; and

- Notification of Third Parties – Please provide a proposed form of order that can be docketed in these cases notifying third parties that motion practice may begin as of December 21, 2006 to address third party discovery issues where no agreements have been reached.

062038.00616/40165176v.1



Frederick L. Cottrell, III, Esquire
Richard Horwitz, Esquire
James L. Holzman, Esquire
October 19, 2006
Page 2

I am available by telephone, should counsel have any questions.

Very truly yours,

Vincent J. Poppiti
(DSBA No. 100614)

VJP:pb
cc:    Clerk of the Court (by CM/ECF)