RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

October 23, 2006

**BY ELECTRONIC MAIL**
**AND BY HAND DELIVERY**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

Re:   Advanced *Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-1717-JJF; *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF

Dear Judge Poppiti:

In response to Your Honor's letter of October 19, 2006 requesting an update on the following issues:

- Revisions of Intel's Discovery Responses - Intel has revised its discovery responses to address the Court's ruling on the foreign conduct claims, (see Notices of Service in C.A. No. 05-441-JJF (Docket No. 226); MDL No. 05-1717-JJF (Docket Nos. 290 and 291); and C.A. No. 05-485-JJF (Docket No. 205).

- Briefing Schedule for Scope of Discovery - The parties' proposed briefing schedule is as follows:

    ~ AMD's and Class Action Plaintiffs' Briefs on October 30, 2006;

    ~ Intel's Opposition briefs on November 13, 2006;

    ~ AMD's and Class Action Plaintiffs' Reply Briefs on November 21, 2006; and

    ~ Suggested hearing date, if necessary, on any of November 28, 29, 30 or December 1, 2006.

- Notification of Third Parties - Enclosed please find a proposed form of order approved by the parties that can be docketed in these cases notifying subpoenaed third parties that motion practice may begin as of December 22, 2006 to address subpoenaed third party discovery issues where no agreements have been reached.

RLF1-3073432-1

The Honorable Vincent J. Poppiti
October 23, 2006
Page 2

Respectfully,

Chad M. Shandler (#3796)

FLC,III/lll
Enclosure

cc: Clerk of the Court (w/e) (By E-file)
Richard L. Horwitz, Esquire (w/e) (ByEmail)
James L. Holzman, Esquire (w/e) (By Email)

RLF1-3073432-1