# MacPherson Kwok Chen & Heid LLP

| 2033 Gateway Place, Suite 400 | 2402 Michelson Drive, Suite 210 |
|---|---|
| San Jose, CA 95110 | Irvine, CA 92612 |
| Tel. (408) 392-9250 | Tel. (949) 752-7040 |
| Fax (408) 392-9262 | Fax (949) 752-7049 |

Email: mailbox@ macpherson-kwok.com
www.macpherson-kwok.com

October 24, 2006

**VIA FEDERAL EXPRESS**

Clerk of the Court
United States District Court
District of Delaware
844 N. King Street, 4th Floor, Room 4209
Wilmington, DE 19801

    Re:    *Advanced Micro Devices, Inc., et al. v. Intel Corp., et al.*
            Civ. Action No. 05-441-JJF (U.S. Del.); *In re Intel Corp.*,
            MDL Docket No. 05-1717-JJF (U.S. Del.)

Dear Sir/Madam:

    Enclosed please find an original and two copies of **INPHI CORPORATION'S LETTER BRIEF** regarding the above-referenced matter.

    Please return a file-endorsed copy to our office in the self-addressed stamped envelope.

    Thank you for your assistance.

                                    Very truly yours,

                                    Rowena Renteria
                                    Secretary to Steven M. Levitan

Enclosures



RECEIVED OCT 2 5 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE