IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC.<br>and AMD INTERNATIONAL SALES &<br>SERVICE, LTD,<br><br>               Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION and INTEL<br>KABUSHIKI KAISHA,<br><br>               Defendants. | C.A. No. 05-441-JJF |
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all<br>Others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>               Defendant. | C.A. No. 05-485-JJF |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael A. Paskin, Esquire and Sally Kesh, Esquire and to represent International Business machines ("IBM") in this matter.

1362349 v.2

RAWLE & HENDERSON, LLP

*/s/ George T. Lees III*

George T. Lees, III, Esq. – ID #3647
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE  19899
(302) 778-1200

Dated: October 26, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____        _____
                            United States District Judge