

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*   *(302) 425-6410*
*Fax:*     *(302) 428-5132*
*Email:*   *Poppiti@BlankRome.com*

October 30, 2006

**BY CM/ECF AND HAND DELIVERY**

Chad M. Shandler, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

    Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
       Civil Case No. 05-441-JJF

Dear Mr. Chandler:

  Enclosed is a letter received from attorney Robert Matz on behalf of Asus Computer International, Inc. ("ACI"), a third party subpoenaed by AMD in the above-captioned case.

  I am forwarding the letter to you for action because it discusses discovery concerns between AMD and ACI that do not appear to have ripened into an issue properly before the Special Master. Please ensure that AMD responds to ACI at its earliest convenience.

  Thank you for your anticipated cooperation.

                Yours very truly,

                Vincent J. Poppiti
                (DSBA No. 100614)

VJP:pb
Enclosure
cc: Clerk of the Court (by email and CM/ECF)
   Frederick L. Cottrell, III, Esquire (by email and CM/ECF)
   James L. Holzman, Esquire (by email and CM/ECF)
   Richard Horwitz, Esquire (by email and CM/ECF)