# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square • Sixth Floor • Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

650-320-1823
robertmatz@paulhastings.com

October 20, 2006

58785.00010

**VIA E-MAIL AND FACSIMILE**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

Re: *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*, Civil Case No. 05-441-JJF; MDL Case No. 05-1717-JJF (U.S.D.C. Delaware)

Dear Special Master Poppiti:

I write in response to an October 6, 2006 letter to you from Chad Shandler in the above-referenced matter. Attached to Mr. Shandler's letter was a chart purporting to reflect outstanding third party corporate subpoenas by category. Under the category of "ODMs/Motherboards/Chipsets," the chart lists "Asus (including subsidiary and affiliated companies)" as a "served company," with no information included as to the "status" of this discovery.

Our firm represents Asus Computer International, Inc. ("ACI") in connection with third party subpoenas that were served on it by Advanced Micro Devices and Intel in the above-referenced matter. Only ACI was served with these third party subpoenas; to my knowledge, no subpoenas have been served on ACI's "parent" or "subsidiary and affiliated companies."

In response to these subpoenas, ACI produced documents bearing Bates numbers ASUSCI00001-ASUSCI02479 to both Intel and AMD, which were the only documents in ACI's possession, custody, or control that were responsive to Intel and AMD's subpoenas.

ACI does not believe that the service of these third party subpoenas on ACI in any way compels ACI's non-U.S. "parents," "predecessor or successor companies," or "affiliated companies" to produce documents in response to these subpoenas given that these entities, to the extent they exist, are not under the control of ACI. ACI included this objection in response to both subpoenas.



**Paul** Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square • Sixth Floor • Palo Alto, CA 94306-2155
telephone 650 320 1800 • facsimile 650 320 1900 • www.paulhastings.com

The Honorable Vincent J. Poppiti
October 20, 2006
Page 2

Given these facts, ACI believes that the chart which purports to reflect outstanding third party corporate subpoenas by category should be amended to make it clear that only ACI was "served" with subpoenas from AMD and Intel – not its "subsidiary and affiliated companies" as the chart represents – and that ACI has already produced all documents in its possession, custody, or control that were responsive to AMD and Intel's subpoenas.

If you have any questions concerning the contents of this letter, please do not hesitate to contact me.

Respectfully,

Robert C. Matz
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

LEGAL_US_W # 54647530.1

## OUTSTANDING THIRD PARTY CORPORATE SUBPOENAS

I. **OEMS**

| | SERVED COMPANY | STATUS |
|---|---|---|
| 1. | Acer (including subsidiary and affiliated companies) | |
| 2. | Alienware | |
| 3. | Apple Computers | |
| 4. | Appro International | |
| 5. | Atipa | |
| 6. | Averatec (including subsidiary and affiliated companies) | |
| 7. | Dell | |
| 8. | Egenera | |
| 9. | Fujitsu (including subsidiary and affiliated companies) | |
| 10. | Gateway | |
| 11. | Hitachi (including subsidiary and affiliated companies) | |
| 12. | Hewlett Packard | |
| 13. | IBM | |
| 14. | Lenovo (including subsidiary and affiliated companies) | |
| 15. | LG Electronics (including subsidiary and affiliated companies) | |
| 16. | MPC Computers | |
| 17. | NEC Corporation (including subsidiary and affiliated companies) | |
| 18. | Network Appliance | |
| 19. | Rackable | |
| 20. | Samsung (including subsidiary and affiliated companies) | |
| 21. | Sony Corporation (including subsidiary and affiliated companies) | |
| 22. | Sun Microsystems | |
| 23. | Supermicro | |
| 24. | Toshiba (including subsidiary and affiliated companies) | |
| 25. | Trigem (including subsidiary and affiliated companies) | |

II. **RETAILERS**

| | SERVED COMPANY | STATUS |
|---|---|---|
| 26. | Best Buy (including subsidiary and affiliated companies) | |
| 27. | Circuit City | |
| 28. | CompUSA | |
| 29. | Costco | |
| 30. | Fry's | |
| 31. | Micro Center | |

| | SERVED COMPANY | STATUS |
|---|---|---|
| 32. | Office Depot | |
| 33. | Office Max | |
| 34. | Staples | |
| 35. | Toys R Us | |
| 36. | Wal-Mart (including subsidiary and affiliated companies) | |

### III. **DISTRIBUTORS**

| | SERVED COMPANY | STATUS |
|---|---|---|
| 37. | Abboud Trading | |
| 38. | ASI | |
| 39. | Avnet | |
| 40. | Bell Microproducts | |
| 41. | D&H Distributing | |
| 42. | Ingram Micro | |
| 43. | Intcomex | |
| 44. | Synnex | |
| 45. | Tech Data | |

### IV. **SOFTWARE COMPANIES**

| | SERVED COMPANY | STATUS |
|---|---|---|
| 46. | Adobe | |
| 47. | Bea | |
| 48. | DivX | |
| 49. | Microsoft | |
| 50. | Pathscale | |
| 51. | Phoenix Technologies | |
| 52. | Pinnacle | |
| 53. | Skype | |
| 54. | UGS | |

### V. **ODMs/MOTHERBOARDS/CHIPSETS**

| | SERVED COMPANY | STATUS |
|---|---|---|
| 55. | Asus (including subsidiary and affiliated companies) | |
| 56. | ATI | |
| 57. | Epox (including subsidiary and affiliated companies) | |
| 58. | FoxConn (including subsidiary and affiliated companies) | |

| | | |
|---|---|---|
| 59. | Micro-Star (including subsidiary and affiliated companies) | |
| 60. | Mitac | |
| 61. | Solectron | |
| 62. | Tyan (including subsidiary and affiliated companies) | |
| 63. | Uniwill | |

## VI. STANDARD SETTING ENTITIES

| | SERVED COMPANY | STATUS |
|---|---|---|
| 64. | JEDEC | |

## VII. ADDITIONAL SUBPOENAED PARTIES

| | SERVED COMPANY | STATUS |
|---|---|---|
| 65. | United Microelectronics Corporation (UMC) | |
| 66. | Chartered Semiconductor | |
| 67. | McKinsey & Co. | |