

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

November 1, 2006

Alan H. MacPherson, Esquire
MacPherson Kwok Chen & Heid LLP
2033 Gateway Place, Suite 400
San Jose, CA 95110

Re:  *Advanced Micro Devices, Inc., et al. v. Intel Corporation et al.*, C.A. No. 05-441-JJF;
     *In re Intel Corporation*, C.A. No. 05-MDL-1717-JJ; and
     *Phil Paul, et al. v. Intel Corporation*, C.A. No. 05-485-JJF

Dear Mr. MacPherson:

   This is in response to your letter of October 24, 2006 which attaches a Letter Brief dated October 20, 2006 directed to my attention. In the Letter Brief, you raise concerns regarding AMD's proposed disclosure and production in the captioned litigation of Inphi confidential material originally provided to AMD under a Non-Disclosure Agreement. To the extent that the concerns raised by your Letter Brief are not adequately addressed by the Protective Order entered by the Court on September 26, 2006 [DI 216 in C.A. #05-441], they should be negotiated with counsel for AMD.

   If Inphi is unable to reach a satisfactory agreement with AMD, Inphi should bring the matter before the Special Master in accordance with the Procedures for the Handling of Discovery Disputes dated June 28, 2006 [DI 178 in C.A. #05-441]. Additionally, pursuant to the local rules of the District of Delaware, any party or third party wishing to bring a matter before the Court (including the Special Master) must do so through counsel or local counsel, admitted to practice in Delaware.

Very truly yours,

Vincent J. Poppiti
Special Master
(DSBA No. 100614)

VJP:mes
cc:  Clerk of the Court (by CM/ECF)
     Frederick L. Cottrell, III, Esquire (by email and CM/ECF)
     James L. Holzman, Esquire (by email and CM/ECF)
     Richard Horwitz, Esquire (by email and CM/ECF)