# EXHIBIT 1

# THIRD-PARTY SUBPOENAS IN AMD v. INTEL LITIGATION

## I. OEMS

| | SERVED COMPANY | STATUS |
|---|---|---|
| 1. | Acer (including subsidiary and affiliated companies) | |
| 2. | Alienware | |
| 3. | Apple Computers | |
| 4. | Appro International | |
| 5. | Atipa | |
| 6. | Averatec (including subsidiary and affiliated companies) | |
| 7. | Dell | |
| 8. | Egenera | |
| 9. | Fujitsu (including subsidiary and affiliated companies) | |
| 10. | Gateway | |
| 11. | Hitachi (including subsidiary and affiliated companies) | |
| 12. | Hewlett Packard | |
| 13. | IBM | |
| 14. | Lenovo (including subsidiary and affiliated companies) | |
| 15. | LG Electronics (including subsidiary and affiliated companies) | |
| 16. | MPC Computers | |
| 17. | NEC Corporation (including subsidiary and affiliated companies) | |
| 18. | Network Appliance | |
| 19. | Rackable | |
| 20. | Samsung (including subsidiary and affiliated companies) | |
| 21. | Sony Corporation (including subsidiary and affiliated companies) | |
| 22. | Sun Microsystems | |
| 23. | Supermicro | |
| 24. | Toshiba (including subsidiary and affiliated companies) | |
| 25. | Trigem (including subsidiary and affiliated companies) | |

## II. RETAILERS

| | SERVED COMPANY | STATUS |
|---|---|---|
| 26. | Best Buy (including subsidiary and affiliated companies) | |
| 27. | Circuit City | |
| 28. | CompUSA | |
| 29. | Costco | |
| 30. | Fry's | |
| 31. | Micro Center | |

|     | SERVED COMPANY | STATUS |
|-----|----------------|--------|
| 32. | Office Depot | |
| 33. | Office Max | |
| 34. | Staples | |
| 35. | Toys R Us | |
| 36. | Wal-Mart (including subsidiary and affiliated companies) | |

### III.  DISTRIBUTORS

|     | SERVED COMPANY | STATUS |
|-----|----------------|--------|
| 37. | Abboud Trading | |
| 38. | ASI | |
| 39. | Avnet | |
| 40. | Bell Microproducts | |
| 41. | D&H Distributing | |
| 42. | Ingram Micro | |
| 43. | Intcomex | |
| 44. | Synnex | |
| 45. | Tech Data | |

### IV.  SOFTWARE COMPANIES

|     | SERVED COMPANY | STATUS |
|-----|----------------|--------|
| 46. | Adobe | |
| 47. | Bea | |
| 48. | DivX | |
| 49. | Microsoft | |
| 50. | Pathscale | |
| 51. | Phoenix Technologies | |
| 52. | Pinnacle | |
| 53. | Skype | |
| 54. | UGS | |

### V.  ODMs/MOTHERBOARDS/CHIPSETS

|     | SERVED COMPANY | STATUS |
|-----|----------------|--------|
| 55. | Asus (including subsidiary and affiliated companies) | |
| 56. | ATI | |
| 57. | Epox (including subsidiary and affiliated companies) | |
| 58. | FoxConn (including subsidiary and affiliated companies) | |

| | | |
|---|---|---|
| 59. | Micro-Star (including subsidiary and affiliated companies) | |
| 60. | Mitac | |
| 61. | Solectron | |
| 62. | Tyan (including subsidiary and affiliated companies) | |
| 63. | Uniwill | |

## VI. STANDARD SETTING ENTITIES

| | SERVED COMPANY | STATUS |
|---|---|---|
| 64. | JEDEC | |

## VII. ADDITIONAL SUBPOENAED PARTIES

| | SERVED COMPANY | STATUS |
|---|---|---|
| 65. | United Microelectronics Corporation (UMC) | |
| 66. | Chartered Semiconductor | |
| 67. | McKinsey & Co. | |