# EXHIBIT
# 11



Lehman Brothers

2002 Semiconductor and Computer Systems Conference

Advanced Micro Devices

Hector Ruiz, President and CEO

November 18, 2002



AMD's Three-phase Plan

AMD

90 Days — "Plan"
180 Days — "Prove"
365 Days — "Payoff"

Sustainable Economic Health

Operational Flexibility

Customer-centric Innovation

2



**AMD**

Phase 1: Sustainable economic health

- Inventory rebalance 90% complete

- Reduced 2002 Capital Expenditures
  - Down $50-100M to approx. $750M
  - Fab 25 asset financing $150M

- $100M/qtr cost reduction plan by Q2-03

*90 Days*

*"Plan"*

Rebalance
PC supply chain
inventory
+
Bolster capital structure
+
Reduce breakeven

3



**AMD**

# Phase 2: Operational Flexibility



**180 Days**

**"Prove"**

"Operational Flexibility"
+
New Topline Growth

- Creating Operational Flexibility:
  - **Tactical spend reductions**
  - **Structural transformations**

- Implementing Operational Flexibility:
  - **Shifting expenses to variable expenses from fixed**
  - **Reduces risks of investments in high fixed cost assets**

4



# Phase 2: Operational Flexibility



180 Days

*"Prove"*

*"Operational Flexibility"*
+
New Topline Growth

- **New Topline Growth**

  – **Memory Group**

  – **Computation Products Group**

  – **PCS Group**

5



WW Flash Memory Demand is Strong

AMD



AMD Flash Trends Are Strong



AMD Memory Group Trends

AMD

Industry's Leading Specifications

|  | AMD Specs | Others |
|---|---|---|
| Endurance | 1,000,000 | 10k-100k |
| Data retention | 20 years @ 125°C | 10-20 years |
| Standby currents | 0.2 uA | 5-10 uA |
| Read current | 0.5 mA | 10 mA |
| Program times | 8 us | 12-15us |
| Erase times | 0.2 s | 0.4 s |
| Extended temp range | -55 to 125°C | -40 to + 85°C |

8



# AMD's Flash Memory Strategy



## Focus on growth opportunities

### Wireless strategy

– Expand customer base at wireless accounts

– Accelerate technology shrinks

– Add high-end capacity

### MirrorBit™ technology

– Deploy and capitalize on MirrorBit product family

### China

– Focus on Major OEMs

– Capitalize on our leading-edge facility at Suzhou





Flash Bit Consumption Forecast

Source: AMD Estimate, 2002



# Flash Opportunity is in High-Densities



**Source: AMD Estimate, 2002**



# AMD's High-End Flash Capacity Ramping



- Fab 25 fully converted to Flash

- Advanced 0.17 um and 0.13 um capacity

- Will qualify Fab 25 and JV3 to 0.13 um in Q4, 2002

12



MirrorBit™ Development Timeline

**AMD**

Over 300 design wins to date

Tremendous interest from major OEM's in all segments

Major cellular design win

Architecture Announced

First Functional Silicon

64Mb Sampling Announced
*Am29LV640M*

Technology Qualification

64Mb Production Shipments Announced

256Mb Sampling
*Am29LV256M*

32Mb Sampling
*Am29LV320M*

128Mb Sampling
*Am29LV128M*

16Mb Sampling
*Am29LV160M*

16Mb – 256Mb MirrorBit™ Family In Production

May '01    March '02    May '02    July '02    Sep '02    Oct '02    Nov '02    Q1 '03

13



Flash Market Share by Region

Source: WSTS



# China: AMD's Top Focus

## Mobile Terminals: China, 2002-'06



We are targeting 40% market share in
Chinese Wireless applications in 2003

**Source: Gartner Dataquest (July 2002)**

- AMD focus on China
- Corporate leadership
- Local sales, marketing and support organizations
- Local distribution relationships
- State-of-the-art packaging facility at Suzhou
- China customer successes
- Engaged with all major handset vendors and reference design houses
- Designed into 6 of the top 10 wireless accounts in China

15



**AMD**

# AMD Computation Products Group

- CPG Objective
  - Become the world's leading supplier of microprocessor-based solutions for the computation, information access and media access markets

- New Growth Opportunities: Enterprise
  - Server: Opteron™
  - Mobile: Expand into "Thin & Light"
  - Desktop: Athlon XP™

16



# AMD's "Combined" Market Share

|  | Q3-01 | Q2-02 | Q3-02 |
|---|---|---|---|
| World Total | 20% | 21% | NA |
| North America | 22% | 20% | 19% |
| Western Europe | 20% | 18% | 18% |
| Eastern Europe | 21% | 22% | 21% |
| Japan | 21% | 26% | NA |
| Asia / Pacific | 14% | 15% | 16% |

**Source:** Dataquest Quarterly Statistics, Q3 & Q2 Edition, November 2002

17

# AMD Server Customer Wins

**AMD**






















Worldwide Server Processor Forecast

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|
| X86-32 | 3,689,165 | 3,732,842 | 4,080,367 | 4,671,110 | 5,421,186 | 6,329,088 | 7,277,301 |
| X86-64 | 0 | 760 | 5,260 | 22,365 | 69,100 | 164,128 | 337,077 |
| RISC | 667,114 | 526,038 | 561,591 | 638,842 | 644,669 | 686,136 | 694,420 |
| CISC | 9,258 | 4,879 | 5,223 | 4,231 | 4,235 | 4,290 | 4,451 |

Data source: IDC WW Quarterly Server Forecast 32-bit market (June 13, 2002)

19

AMD

# Opteron™ will compete with Xeon

- 32-bit pricing with 64-bit capabilities



**Data source: IDC WW Quarterly Server Forecast 32-bit market (June 13, 2002)**

20



# AMD Opteron™ = Superior Performance



*Source http://www.spec.org/osg/cpu2000/results/cpu2000.html

21



# Increasing Mobile Share in Key Regions



**3 Regions (11.7M units 1H'02) comprise 85% WW Market AMD totals 1.5M units, or 13% share**

Source: Gartner Aug '02

22

# Thin and Light Segment Growing Rapidly



| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | CAGR 02-06 |
|---|---|---|---|---|---|---|---|
| Thin&Light (M Units) | 11.6 | 13.5 | 16.7 | 20.8 | 25.7 | 29.4 | 20.4% |

**Source: PC Database, June '02**

23



AMD Processors Roadmap

# AMD and the Chinese Educational Market

**AMD**

- Ministry of Education (MOE) mandates "Connecting All Schools"
  - By 2010, 90% of High Schools, Middle, and Primary schools throughout China will be connected into the China Education and Research Network (CERNET)
  - Program represents 215 million students, 10 million teachers, 680,000 schools and 4.4 million classrooms in China

- The specific aim, prior to 2005, is to connect:
  - The eastern region High Schools, Middle and Primary schools in medium-sized or larger cities
  - The western and middle regions for High Schools, Middle and Primary schools of villages and towns

- AMD and CBE (Chinese Basic Education Company) established a JV to address this MOE opportunity





**AMD**

# 2002 to 2006+ Strategy

- **130nm**
  - Complete Fab30 transition to 130nm by 3Q'02 – Done
  - Prepare for 130nm Flash introduction in JV3, F25

- **90nm**
  - Qualify Hammer on 90nm (HiP8) in 2H03 (Fab30)
  - Fully convert Fab30 to 90nm by 2H'04
  - Initiate 90nm flash production in 2H04

- **65nm**
  - Initial development on 200mm now
  - Shift logic development to 300mm during 2003
  - Qualify first production by 2H05, both logic and flash

- **45nm**
  - Research projects underway

26



**AMD**

# Summary for 2003

- Phase 1: "Sustainable Economic Health"
  - Inventory rebalance 90% complete
  - Capital structure bolstering in full swing
  - Aggressive cost reduction well underway

- Phase 2: "Operational Flexibility"
  - Shift to 30% variable cost operating model in progress
  - Attacking new topline growth opportunities
    - Memory:
      - Wireless segment
      - MirrorBit
      - China
    - Processors
      - Enterprise: Servers and Thin-and-Light mobile
    - PCS
      - Closing new design wins at rate of 2/week
      - Launched industry's best wireless LAN chipset

27



28