IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>  Plaintiffs, <br><br>  v. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>) |
| IN RE: <br><br> INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | )<br>)<br>) MDL Docket No. 05-1717 (JJF)<br>) (Discovery Matter No. 1)<br>) |

**COMPENDIUM OF CITED AUTHORITIES IN SUPPORT OF
INTEL'S OPPOSITION TO AMD'S MOTION TO COMPEL**

**VOLUME 2 OF 2**

**Exhibits 16-29**

OF COUNSEL:

Robert E. Cooper
Joseph Kattan, PC
Daniel S. Floyd
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 900071
(213) 229-7000

Peter E. Moll
Darren B. Bernhard
Howrey LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Dated: November 13, 2006
761893

Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

Attorneys for Defendants
Intel Corporation and Intel Kabushiki Kaisha

## TABLE OF CONTENT

**CASES**                                                                                                      **TAB**

*In re Automotive Refinishing Paint Antitrust Litigation,*
   MDL 1426, 2004 U.S. Dist. LEXIS 29160 (E.D. Pa. Oct. 29, 2004).................................1

*Bradburn Parent Teacher Store, Inc. v. 3M,*
   No. 02-7676, 2005 U.S. Dist. LEXIS 5315 (E.D. Pa. Mar. 30, 2005).................................2

*Brunswick Corp. v. Riegel Textile Corp.,*
   752 F.2d 261 (7th Cir. 1984) .................................3

*F. Hoffmann-LaRoche Ltd, v. Empagran S.A.,*
   542 U.S. 155 (2004).................................4

*Forsyth v. Humana, Inc.,*
   114 F.3d 1467 (9th Cir. 1997) .................................5

*In re Intel Corp. Microprocessor Antitrust Litigation,*
   MDL 05-1717-JJF, 2006 WL 2742297 (D. Del. Sept. 26, 2006) .................................6

*Invacare Corp. v. Respironics, Inc.*
   No. 1:04CV1580, 2006, U.S. Dist. LEXIS 7602 (N.D.
   Ohio Feb. 28, 2006) .................................7

*LePage's, Inc. v. 3M,*
   324 F.3d 141 (3d Cir. 2003) (en banc).................................8

*Lewis v. ACB Business Services, Inc.,*
   135 F.3d 389 (6th Cir. 1998) .................................9

*Los Angeles Land v. Brunswick Corp.,*
   6 F.3d 1422 (9th Cir. 1993) .................................10

*In re ML-Lee Acquisition Fund II L.P. and MI-Lee Acquisition Fund*
   *(Retirement Accounts) II, L.P. Sec. Litigation,*
   151 F.R.D. 37 (D. Del. 1993) .................................11

*Martin v. El Paso Natural Gas Co.,* No. EP-79-CA-23
   1981 U.S. Dist. LEXIS 17053 (W.D. Tex. Oct. 19, 1981) .................................12

*Oklahoma Press Publishing Co. v. Walling,*
   327 U.S. 186 (1946).................................13

*Oppenheimer Fund, Inc. v. Sanders,*
  437 U.S. 340 (1978) ................................................................................................... 14

*Picard Chemical Inc. Profit Sharing Plan v. Perrigo Co.,*
  940 F. Supp. 1101 (W.D. Mich. 1996) ....................................................................... 15

*In re Plastics Additives Antitrust Litigation,*
  No. Civ. A. 03-2038, 2004 WL 274 3591 (E.D. Pa. Nov. 29, 2004) ......................... 16

*Rebel Oil Co. v. Atlantic Richfield Co.,*
  51 F.3d 1421 (9th Cir. 1995) ...................................................................................... 17

*Sirohi v. Trustee of Columbia University,*
  No. 94-Civ-6165, 1996 WL 71504 (S.D.N.Y. 1996) ................................................. 18

*Spectrum Sports v. McQuillan,*
  506 U.S. 447 (1993) ................................................................................................... 19

*United Phosphorous Ltd. v. Angus Chemical Co.,*
  322 F.3d 942 (7th Cir. 2003) ...................................................................................... 20

*United Phosphorus Ltd. v. Angus Chemical Co.,*
  131 F. Supp. 2d 1003 (N.D. Ill. 2001), *aff'd* 322 F.3d 942
  (7th Cir. 2003) ............................................................................................................ 21

*United States of America v. Time Warner, Inc.,*
  No. MISC. A. 94-338, 1997 WL 118413, (D.D.C. Jan. 22, 1997) ............................ 22

*United States v. Dentsply,*
  399 F.3d 181 (3d Cir. 2005) ....................................................................................... 23

*United States v. Dentsply,*
  No. Civ. 99-5 MMS, 2000 U.S. Dist. LEXIS 6925 (D. Del. May 10,
  2000) ........................................................................................................................... 24

*United States v. Microsoft Corp.,*
  253 F.3d 34 (D.C. Cir. 2001) ..................................................................................... 25

*In re Uranium Antitrust Litigation,*
  480 F. Supp. 1138 (N.D. Ill. 1979) ............................................................................. 26

*Verizon Communications v. Law Offices of Curtis V. Trinko,*
  540 U.S. 398 (2004) ................................................................................................... 27

*In re Vitamins Antitrust Litigation,*
  No. 99-197 TFH, 2001 WL 1049433 (D.D.C. June 20, 2001) .................................. 28

## STATUTES

Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a (2004) ...................................29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on November 13, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Jesse A. Finkelstein<br>Frederick L. Cottrell, III<br>Chad M. Shandler<br>Steven J. Fineman<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | James L. Holzman<br>J. Clayton Athey<br>Eric M. Andersen<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 |

I hereby certify that on November 13, 2006, I have Electronically Mailed the documents to the following non-registered participants:

| | |
|---|---|
| Charles P. Diamond<br>Linda J. Smith<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Mark A. Samuels<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| Salem M. Katsh<br>Laurin B. Grollman<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway, 22nd Floor<br>New York, New York 10019 | Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Allyson B. Baker<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005 |
| Michael P. Lehman<br>Thomas P. Dove<br>Alex C. Turan<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | Steve W. Berman<br>Anthony D. Shapiro<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

689962