IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ) | |
| INTEL CORP. MICROPROCESSOR ) | |
| ANTITRUST LITIGATION ) | MDL Docket No. 05-1717-JJF |
| ) | |
| ADVANCED MICRO DEVICES, INC., a ) | DM No. 1 |
| Delaware corporation, and AMD ) | |
| INTERNATIONAL SALES & SERVICE LTD, ) | |
| a Delaware corporation, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-441-JJF |
| v. ) | |
| ) | |
| INTEL CORPORATION, a Delaware ) | |
| corporation, and INTEL KABUSHIKI KAISHA, ) | |
| a Japanese corporation, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

The AMD Plaintiffs ("AMD") and the Intel Defendants, through their respective attorneys and subject to order of the Court, agree that AMD may file a reply brief in support of its motion to compel (D.I. 236, C.A. No. 05-441-JJF) up to 25 pages.

*/s/ Richard L. Horwitz*  
Richard L. Horwitz (#2246)  
rhorwitz@potteranderson.com  
Potter, Anderson & Corroon  
1313 North Market Street  
P.O. Box 951  
Wilmington, DE 198999-0951  
(302) 984-6027  
Attorneys for Intel Corporation  
and Intel Kabushiki Kaisha  

*/s/Frederick L. Cottrell, III*  
Frederick L. Cottrell, III (#2555)  
cottrell@rlf.com  
Richards, Layton & Finger  
One Rodney Square  
920 North King Street  
P.O. Box 551  
Wilmington, DE 19899  
(302) 651-7700  
Attorneys for Advanced Micro Devices, Inc.  
and AMD International Sales & Service, Ltd.

RLF1-3084747-1

SO ORDERED this 21st day of November, 2006.

                                                       Vincent J. Poppiti
                                                       Special Master