IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>  Defendants. | DM No. 1<br><br><br><br><br>Civil Action No. 05-441-JJF |

## STIPULATION AND ORDER

The AMD Plaintiffs ("AMD") and the Intel Defendants, through their respective attorneys and subject to order of the Court, agree that AMD may file a reply brief in support of its motion to compel (D.I. 236, C.A. No. 05-441-JJF) up to 25 pages.

| | |
|---|---|
| /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>rhorwitz@potteranderson.com<br>Potter, Anderson & Corroon<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 198999-0951<br>(302) 984-6027<br>Attorneys for Intel Corporation<br>and Intel Kabushiki Kaisha | /s/Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Attorneys for Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |

RLF1-3084747-1

SO ORDERED this 21st day of November, 2006.

_____
Vincent J. Poppiti
Special Master