IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 05-441 (JJF) <br><br> DM No. 1 |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) )  C.A. No. 05-MD-1717 (JJF) |

**COMPENDIUM OF CITED AUTHORITIES IN SUPPORT OF AMD'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO COMPEL**

Of Counsel:
Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

Dated: November 21, 2006

**CASES**                                                                                                                      **EXHIBIT**

*Access Telecom, Inc. v. MCI Telecommunications Corp.*,
  197 F.3d 694 (5th Cir. 1999) .................................................................................. 1

*Aspen Skiing Co. v. Aspen Highlands Skiing Corp.*,
  472 U.S. 585 (1985) .............................................................................................. 2

*Baker v. United States*,
  255 F.2d 619 (9th Cir. 1958) .................................................................................. 3

*Beazer E., Inc. v. Mead Corp.*,
  412 F.3d 429 (3rd. Cir. 2005) ................................................................................. 4

*Brunswick Corp. v. Riegel Textile Corp.*,
  752 F.2d 261 (7th Cir. 1984) .................................................................................. 5

*City of Anaheim v. Southern California Edison*,
  955 F.2d 1373 (9th Cir. 1992) ................................................................................ 6

*Coors Brewing Co. v. Miller Brewing Co.*,
  889 F. Supp. 1394 (D. Colo. 1995) ........................................................................ 7

*Crompton Corp. v. Clariant Corp.*,
  220 F. Supp. 2d 569 (M.D. La. 2002) .................................................................... 8

*DXS, Inc. v. Siemens Medical Systems, Inc.*,
  100 F.3d 462 (6th Cir. 1996) .................................................................................. 9

*Ellis v. United States*,
  138 F.2d 612 (8th Cir. 1943) ................................................................................ 10

*Gottlieb v. Carnival Corp.*,
  436 F.3d 335 (2d Cir. 2006) ................................................................................. 11

*Hanover Shoe v. United Shoe Mach. Corp.*,
  392 U.S. 481 (1968) ............................................................................................ 12

*F. Hoffman-LaRoche Ltd. v. Empagran S.A*
  542 U.S. 155 (2004) ............................................................................................ 13

*In Re ML-Lee Acquisition Fund II, L.P. and ML-Lee Acquisition Fund
(Retirement Accounts) II, L.P. Sec. Litig.*,
  151 F.R.D. 37 (D. Del. 1993) ............................................................................... 14

*Invacare Corp. v. Respironics, Inc.*,
  2006-1 Trade Cas. (CCH) P 75,311 (N.D. Ohio 2006) ....................................... 15

*Klehr v. A.O. Smith Corp.*,
  521 U.S. 179 (1997) ............................................................................................ 16

*La Buy v. Howes Leather Co.*,
  352 U.S. 249 (1957) ............................................................................................ 17

*Lewis v. ACB Bus. Serv., Inc.*,
  135 F.3d 389 (6th Cir. 1998) ................................................................................ 18

*Los Angeles Land Co. v. Brunswick Corp.*,
  6 F.3d 1422 (9th Cir. 1993) .................................................................................. 19

*Martin v. El Paso Natural Gas Co.*,
   92 Lab. Cas. (CCH) P 34,116 (W.D. Tex. 1981) .................................................................... 20

**EXHIBIT**

*MM Global Services, Inc. v. Dow Chemical Co.*,
   329 F.Supp.2d 337 (D. Conn. 2004) ..................................................................................... 21

*Poster Exchange, Inc. v. Nat'l Screen Serv. Corp.*,
   517 F.2d 117 (5th Cir. 1975) ................................................................................................ 22

*Power Replacements Corp. v. Air Preheater Co., Inc.*,
   356 F.Supp. 872 (E.D. Pa. 1973) ......................................................................................... 23

*Prudential Ins. Co. of Amer. v. U.S. Gypsum Co.*,
   991 F.2d 1080 (3d Cir. 1993) ............................................................................................... 24

*SEC v. Edwards*,
   540 U.S. 389 (2004) ............................................................................................................. 25

*Stauble v. Warrob*,
   977 F.2d 690 (1st Cir. 1992) ................................................................................................ 26

*Swift & Co. v. United States*,
   196 U.S. 375 (1905) ............................................................................................................. 27

## OTHER AUTHORITIES

Order Appointing Spec. Master D.I. 73 in MDL Docket No. 05-1717 (Sept. 26, 2006) .............. 28

ii

RLF1-3085143-1