# EXHIBITS B-F REDACTED