**RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to show the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 73:**

DOCUMENTS sufficient to show the volume of INTEL MICROPROCESSORS sold to companies incorporated in or with their principal place of business in California, broken down by date, customer and MICROPROCESSOR model or type.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to show the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 74:**

All studies, analyses, presentations or investigations concerning the profitability of INTEL's MICROPROCESSOR business, including but not limited to studies, analyses, presentations or investigations concerning the profitability of INTEL's MICROPROCESSOR business with individual customers.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 75:**

All DOCUMENTS constituting, discussing or referring to any limitation or restriction on an INTEL customer's or INTEL PARTNER'S ability to purchase, promote, advertise, develop, design or sell AMD MICROPROCESSORS or products containing or compatible with AMD MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to this Request on the grounds that the term "INTEL PARTNER" is overly broad, vague, ambiguous, and not subject to reasonable interpretation. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 76:**

All DOCUMENTS discussing, referring to or analyzing the combined or package sale of INTEL MICROPROCESSORS, INTEL chipsets and/or INTEL motherboards.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department

files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian. Without waiving Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will produce responsive, non-privileged documents sufficient to show price lists, actual prices paid, rebates or other discounts, and average selling prices to foreign customers.

## REQUEST FOR PRODUCTION NO. 77:

All DOCUMENTS analyzing, discussing or referring to the provision of free or discounted chipsets, or any other free or discounted INTEL product, in connection with the sale of a MICROPROCESSOR.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 77:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 78:

All DOCUMENTS discussing or referring to server bids to end users, included but not limited to bids to commercial end users, government entities and/or universities.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 78:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive

documents and things contained in (i) the files of the designated Custodians as per the parties'
Stipulation Regarding Document Production Protocol, including files maintained by such
Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department
files or databases, or other non-electronic files maintained by Intel outside the custody of any
particular custodian.

## REQUEST FOR PRODUCTION NO. 79:

All DOCUMENTS discussing or referring to INTEL's direct or indirect subsidization
(through FINANCIAL INDUCEMENTS or other financial support) of Dell's, IBM's or any other
OEM's server bids to end users, included but not limited to bids to commercial end users,
government entities and/or universities.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 79:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter
Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and
asserts each of its General Objections set forth above as if stated here in full. Subject to these
objections, Intel will conduct a diligent review and will produce all non-privileged, responsive
documents and things contained in (i) the files of the designated Custodians as per the parties'
Stipulation Regarding Document Production Protocol, including files maintained by such
Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department
files or databases, or other non-electronic files maintained by Intel outside the custody of any
particular custodian.

## REQUEST FOR PRODUCTION NO. 80:

All DOCUMENTS discussing or referring to the priority in which INTEL customers
receive MICROPROCESSORS during supply shortages.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 80:

Intel incorporates by reference and asserts each of its General Objections set forth above
as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and
will produce all non-privileged, responsive documents and things contained in (i) the files of the

designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 81:

All DOCUMENTS discussing or referring to the priority in which INTEL customers receive INTEL product and/or technological information.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 81:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 82:

All DOCUMENTS constituting or reflecting INTEL's methodology for assignment of "Tier One" or other preferred INTEL customer status with respect to MICROPROCESSOR customers.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 82:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 83:

All DOCUMENTS constituting or reflecting communications with any OEM concerning its actual or potential loss of "Tier One" or other preferred INTEL customer status as a result of the actual or contemplated purchase of AMD MICROPROCESSORS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 83:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 84:

All DOCUMENTS constituting, reflecting, or pertaining to any consideration or discussion within INTEL of the relationship with or business plans for a particular customer or customers in general.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 84:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department

files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 85:

All DOCUMENTS constituting, reflecting or pertaining to any consideration within INTEL of withdrawing or withholding "Tier One" or other preferred INTEL customer status as a result of an OEM's actual or contemplated purchase of AMD MICROPROCESSORS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 85:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 86:

All DOCUMENTS constituting or reflecting internal discussion or other communications within INTEL concerning the purposes, objectives, criteria or implications for assigning INTEL's MICROPROCESSOR customers into "tiers."

## RESPONSE TO REQUEST FOR PRODUCTION NO. 86:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its

subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 87:

All DOCUMENTS constituting or reflecting INTEL's criteria for assignment of MICROPROCESSOR customers into "tiers."

## RESPONSE TO REQUEST FOR PRODUCTION NO. 87:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 88:

All DOCUMENTS constituting or reflecting INTEL's criteria for designating a MICROPROCESSOR customer as a "Tier One," "strategic" or other preferred customer.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 88:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 89:**

DOCUMENTS sufficient to show the "tier" or other status assigned by INTEL to each of its MICROPROCESSOR customers at any time since January 1, 2000.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 89:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to show the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 90:**

All DOCUMENTS discussing or referring to E-CAP and/or "meeting competition" or "meet comp" payments or credits to any INTEL MICROPROCESSOR customer.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 90:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian. Without waiving Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies, Intel will produce documents sufficient to show (i) the prices charged by Intel to foreign customers, including any discounts, rebates, lump sum payments, or other financial consideration that affects the price and (ii) market development funds, Intel Inside funds, or any other payments from Intel to foreign customers

## REQUEST FOR PRODUCTION NO. 91:

All DOCUMENTS discussing or referring to INTEL's providing or paying for engineering, sales, or technical support for or for the benefit of OEMs, ODMs, chip set manufacturers, RETAILERS, or any other INTEL MICROPROCESSOR customer.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 91:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 92:

All INTEL internal guidelines, policies, practices and procedures, in effect at any time since January 1, 2000, applicable or pertaining to INTEL sales or marketing practices with respect to MICROPROCESSORS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 92:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 93:**

All INTEL internal guidelines, policies, practices and procedures, in effect at any time since January 1, 2000, applicable or pertaining to the offer, use or payment of any FINANCIAL INDUCEMENT in connection with INTEL's offer or sale of MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 94:**

All INTEL internal guidelines, policies, practices and procedures, in effect at any time since January 1, 2000, applicable or pertaining to the Intel Inside program.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 95:**

All INTEL internal guidelines, policies, practices and procedures, in effect at any time since January 1, 2000, pertaining to antitrust compliance.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 95:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 96:

All INTEL internal guidelines, policies, practices and procedures, in effect at any time since January 1, 2000, applicable or pertaining to MICROPROCESSOR pricing (including discounts, rebates and E-CAP).

## RESPONSE TO REQUEST FOR PRODUCTION NO. 96:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 97:

All INTEL internal guidelines, policies, practices and procedures, in effect at any time since January 1, 2000, applicable or pertaining to INTEL's offer, use, or payment of any FINANCIAL INDUCEMENT to RETAILERS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 97:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and

will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 98:

All INTEL internal guidelines, policies, practices and procedures, in effect at any time since January 1, 2000, applicable or pertaining to INTEL's financial statement accounting for FINANCIAL INDUCEMENTS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 98:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 99:

All DOCUMENTS analyzing, studying or reporting on INTEL's provision of FINANCIAL INDUCEMENTS and/or NON-FINANCIAL INDUCEMENTS to any INTEL MICROPROCESSOR customer.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 99:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties'

Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 100:

All DOCUMENTS analyzing, discussing or referring to INTEL's accounting treatment for any FINANCIAL INDUCEMENT provided to an INTEL MICROPROCESSOR customer.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 100:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to the Request on the grounds that it is overly broad and unduly burdensome. Based upon the parties' meet and confer, Intel understands that this Request is limited to documents reflecting or discussing Intel's policy regarding the accounting issue referenced, and does not include documents reflecting or relating to the execution of such policy.

Subject to these objections, and Intel's understanding of the Request based upon the parties' meet and confer, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 101:

All DOCUMENTS analyzing or discussing whether sales rebates, bonuses, advertising support payment, market development funds or Intel Inside funds should be treated as a marketing expense or revenue reduction.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 101:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to this Request on the grounds that it is overly broad and unduly burdensome. Based upon the parties' meet and confer, Intel understands that this Request is limited to documents reflecting or discussing Intel's policy regarding the accounting issue referenced, and does not include documents reflecting or relating to the execution of such policy.

Subject to these objections, and Intel's understanding of the Request based upon the parties' meet and confer, Intel will produce non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 102:

All DOCUMENTS constituting or relating to sales or marketing training programs given to INTEL employees with responsibility for MICROPROCESSOR sales or marketing at any time since January 1, 2000.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 102:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 103:**

All DOCUMENTS constituting or relating to antitrust compliance training programs given to INTEL employees with responsibility for MICROPROCESSOR sales or marketing at any time since January 1, 2000.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 104:**

All DOCUMENTS constituting or relating to training programs given to INTEL employees at any time since January 1, 2000 concerning the use of any FINANCIAL INDUCEMENT in connection with the offer or sale of MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 104:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 105:**

DOCUMENTS sufficient to describe the method or structure of compensation provided to INTEL sales personnel, including the provision of bonuses, commissions or other payments.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 105:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to describe the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 106:**

All agreements between INTEL and any customer concerning the sale of MICROPROCESSORS (including without limitation all terms and conditions thereof and all "side letters").

**RESPONSE TO REQUEST FOR PRODUCTION NO. 106:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 107:**

All DOCUMENTS constituting or reflecting communications with any customer or potential customer concerning actual or proposed terms and conditions of the sale of MICROPROCESSORS, including without limitation pricing, quantities, and any FINANCIAL INDUCEMENTS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 107:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive

documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 108:

All DOCUMENTS constituting or reflecting internal discussions or other communications within INTEL concerning actual, contemplated or proposed terms and conditions of sale of MICROPROCESSORS, including without limitation pricing, quantities, and any FINANCIAL INDUCEMENT.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 108:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 109:

All DOCUMENTS constituting or reflecting communications with any OEM concerning its actual or potential loss or forfeiture of any FINANCIAL INDUCEMENTS from INTEL as a result of the actual or contemplated purchase of AMD MICROPROCESSORS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 109:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and

asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 110:

All DOCUMENTS constituting, reflecting, or pertaining to any consideration within INTEL of withdrawing, withholding or limiting any FINANCIAL INDUCEMENTS as a result of a customer's actual or contemplated purchase of AMD MICROPROCESSORS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 110:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 111:

All DOCUMENTS constituting or reflecting communications with any customer concerning its actual or potential loss of "Tier One" or other preferred INTEL customer status as a result of the actual or contemplated purchase of AMD MICROPROCESSORS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 111:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 112:

All DOCUMENTS constituting, reflecting or pertaining to any consideration within INTEL of withdrawing or withholding "Tier One" or other preferred INTEL customer status as a result of an OEM's actual or contemplated purchase of AMD MICROPROCESSORS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 112:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 113:**

All databases reflecting INTEL's MICROPROCESSOR sales since January 1, 1999 on a customer by customer, product by product, and invoice by invoice basis.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 113:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to this Request on the grounds that the demand for "[a]ll databases" is overly broad and unduly burdensome. Subject to its General Objections, its Specific Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will meet and confer with AMD and produce non-privileged, responsive databases sufficient to show the requested information, to the extent such databases exist. Intel does not intend to produce every database within its possession, custody or control that may contain the requested information.

**REQUEST FOR PRODUCTION NO. 114:**

Databases and other DOCUMENTS sufficient to show invoice or purchase order data for MICROPROCESSORS and CHIPSETS sold to any customer worldwide from January 1, 1999 to the present, including at least the following fields: Invoice or purchase order number; date; "sold to" customer name and address; "ship to" customer name and address; product number, name and description; quantity of units; billings; unit price; any discounts, rebates, or other pricing adjustments.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 114:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will produce non-privileged documents or databases sufficient to show the requested information, to the extent such documents or databases exist.

**REQUEST FOR PRODUCTION NO. 115:**

Databases and other DOCUMENTS sufficient to show contra revenue associated with direct and resale billings for MICROPROCESSORS and CHIPSETS sold to any customer worldwide from January 1, 1999 to the present, including at least the following fields: date; associated invoice or purchase order number; "sold to" customer name and address; "ship to" customer name and address; associated product number, name and description; type and description of contra revenue applied (e.g., rebates, discounts, etc.); value of contra revenue applied.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 115:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will produce non-privileged documents or databases sufficient to show the requested information, to the extent such documents or databases exist.

**REQUEST FOR PRODUCTION NO. 116:**

Databases and other DOCUMENTS sufficient to show all forms of FINANCIAL INDUCEMENT provided, credited or applied by INTEL in connection with the worldwide sale or distribution of MICROPROCESSORS, CHIPSETS or COMPUTER SYSTEMS from January 1, 1999 to the present, including at least the following fields: Date; recipient name, address, and type of entity (i.e., OEM, RETAILER, DISTRIBUTOR, etc.); associated product number, name and description; associated contract number, invoice number, or purchase order number (where available); type of FINANCIAL INDUCEMENT and description; value of FINANCIAL INDUCEMENT provided, credited or applied.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 116:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing ,

Intel will produce non-privileged documents or databases sufficient to show the requested information, to the extent such documents or databases exist.

**REQUEST FOR PRODUCTION NO. 117:**

Databases and other DOCUMENTS sufficient to show all NON-FINANCIAL INDUCEMENTS provided, credited or applied by INTEL in connection with the worldwide sale or distribution of MICROPROCESSORS, CHIPSETS or COMPUTER SYSTEMS from January 1, 1999 to the present, including at least the following fields: Date; recipient name, address, and type of entity (i.e., OEM, RETAILER, DISTRIBUTOR, etc.); associated product number, name and description; associated contract number, invoice number, or purchase order number (where available); description or type of NON-FINANCIAL INDUCEMENT; value of NON-FINANCIAL INDUCEMENT provided, credited or applied.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 117:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will produce non-privileged documents or databases sufficient to show the requested information, to the extent such documents or databases exist.

**REQUEST FOR PRODUCTION NO. 118:**

Databases and other DOCUMENTS sufficient to show and/or permit computation of INTEL's MICROPROCESSOR and CHIPSET manufacturing costs (fixed, variable and incremental), manufacturing margins, COGS, and gross margins on a facility-by-facility, product-by-product and quarter-by-quarter basis.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 118:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents or databases sufficient to show the requested information, to the extent such documents or databases exist.

**REQUEST FOR PRODUCTION NO. 119:**

Databases and other DOCUMENTS sufficient to show and/or permit computation of INTEL's research and development costs, other overhead costs, and operating profit margins applicable to MICROPROCESSORS and CHIPSETS, on a product by product (where possible) and quarter-by-quarter basis.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 119:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents or databases sufficient to show the requested information, to the extent such documents or databases exist.

**REQUEST FOR PRODUCTION NO. 120:**

DOCUMENTS sufficient to show YOUR research and development activities relating to microprocessors, including, but not limited to: research and development plans; ongoing research and development projects; proposed and actual budgets and schedules; and past, current or planned development, upgrade, modification, or discontinuance of any such plans or projects.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to show the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 121:**

For the period January 1, 1997 to the present, all documents that relate to decisions by YOU to invest or expand, or not to invest in, or not to expand, YOUR research and development activities, including, but not limited to, any decisions to increase or not to increase the number of design teams that design microprocessors for YOU or the number of engineers engaged in the design of YOUR microprocessors.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 121:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 122:

All DOCUMENTS that relate to YOUR analysis of the amount of microprocessor sales (whether by revenue or units) or share of microprocessor sales necessary to support efficient research and development activities or efficient microprocessor manufacturing.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 122:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 123:

All DOCUMENTS that relate to YOUR decision to acquire or not to acquire microprocessor design teams from other companies

## RESPONSE TO REQUEST FOR PRODUCTION NO. 123:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the

designated Custodians as per the parties' Stipulation Regarding Document Production Protocol,
including files maintained by such Custodians on any shared server; and (ii) all of its and its
subsidiaries' corporate or department files or databases, or other non-electronic files maintained
by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 124:**

Databases and other DOCUMENTS sufficient to show and/or permit computation of
INTEL's investments and expenses for engineering support provided to OEMs, RETAILERS,
system builders or value added resellers related to INTEL MICROPROCESSORS and
CHIPSETS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 124:**

Intel incorporates by reference and asserts each of its General Objections set forth above
as if stated here in full. Subject to its General Objections, and without waiving its Objection
Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing,
Intel will produce non-privileged documents or databases sufficient to show the requested
information, to the extent such documents or databases exist.

**REQUEST FOR PRODUCTION NO. 125:**

Databases and other DOCUMENTS sufficient to show and/or permit computation of
INTEL's planned and realized MICROPROCESSOR and CHIPSET production capacities,
outputs and yields on a facility-by-facility, product-by-product and quarter-by-quarter basis,
including at least the following information: calendar quarter; facility; wafer size and process
technology; product number, name and description; planned and realized production capacity;
planned and realized output; planned and realized defect densities; planned and realized cycle
times; and planned and realized sort yields

**RESPONSE TO REQUEST FOR PRODUCTION NO. 125:**

Intel incorporates by reference and asserts each of its General Objections set forth above
as if stated here in full. Subject to its General Objections, Intel will produce non-privileged

documents or databases sufficient to show the requested information, to the extent such documents or databases exist.

## REQUEST FOR PRODUCTION NO. 126:

Databases and other DOCUMENTS sufficient to show and/or permit computation of INTEL's historical forecasts (since January 1, 1999) of MICROPROCESSOR and CHIPSET unit sales, revenue and unit prices on a product-by-product, customer-by-customer and quarter- by-quarter basis.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 126:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents or databases sufficient to show the requested information, to the extent such documents or databases exist.

## REQUEST FOR PRODUCTION NO. 127:

All databases reflecting INTEL's CHIPSET sales on a customer by customer basis.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 127:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to this Request on the grounds that the demand for "[a]ll databases" is overly broad and unduly burdensome. Subject to its General Objections, its Specific Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will meet and confer with AMD and produce non-privileged, responsive databases sufficient to show the requested information, to the extent such databases exist. Intel does not intend to produce every database within its possession, custody or control that may contain the requested information.

## REQUEST FOR PRODUCTION NO. 128:

DOCUMENTS sufficient to show, on a customer by customer and month by month basis, INTEL's sales of MICROPROCESSORS, including model or type, quantities, prices, and discounts or other FINANCIAL INDUCEMENTS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 128:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will produce non-privileged documents sufficient to show the requested information, to the extent such documents exist.

## REQUEST FOR PRODUCTION NO. 129:

DOCUMENTS sufficient to show, on a customer by customer and month by month basis, INTEL's sales of CHIPSETS, including model or type, quantities, prices, and discounts or other FINANCIAL INDUCEMENTS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 129:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will produce non-privileged documents sufficient to show the requested information, to the extent such documents exist.

## REQUEST FOR PRODUCTION NO. 130:

All databases containing, recording or memorializing INTEL price information regarding sales of MICROPROCESSORS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 130:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to this Request on the grounds that the demand for

"[a]ll databases" is overly broad and unduly burdensome. Subject to its General Objections, its Specific Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will meet and confer with AMD and produce non-privileged, responsive databases sufficient to show the requested information, to the extent such databases exist. Intel does not intend to produce every database within its possession, custody or control that may contain the requested information.

## REQUEST FOR PRODUCTION NO. 131:

All databases reflecting, or recording INTEL FINANCIAL INDUCEMENTS relating to MICROPROCESSORS or CHIPSETS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 131:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to this Request on the grounds that the demand for "[a]ll databases" is overly broad and unduly burdensome. Subject to its General Objections, its Specific Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will meet and confer with AMD and produce non-privileged, responsive databases sufficient to show the requested information, to the extent such databases exist. Intel does not intend to produce every database within its possession, custody or control that may contain the requested information.

## REQUEST FOR PRODUCTION NO. 132:

All databases reflecting or recording the allocation of any advertising support, market development funds, or Intel Inside funds provided by INTEL.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 132:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to this Request on the grounds that the demand for "[a]ll databases" is overly broad and unduly burdensome. Subject to its General Objections, its Specific Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will meet and confer with AMD and

produce non-privileged, responsive databases sufficient to show the requested information, to the extent such databases exist. Intel does not intend to produce every database within its possession, custody or control that may contain the requested information.

**REQUEST FOR PRODUCTION NO. 133:**

All DOCUMENTS relating to the practice, or alleged practice, by INTEL of incorrectly invoicing or changing invoices to reflect higher sales amounts as a means of boosting sales or sales performance, including all documents relating to any rebates, co-op dollars, market development funds, advertising allowances or other payments that INTEL provided, or considered providing, to any customer in connection with any sales that were so invoiced.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 133:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, and without waiving its Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 134:**

All DOCUMENTS discussing, analyzing or referring to any company's investment, partnership or joint venture with AMD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 134:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its

subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 135:**

All DOCUMENTS constituting, reflecting, or pertaining to any investigation by INTEL, or by anyone acting on INTEL's behalf, of AMD, any AMD personnel, or any AMD product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 135:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 136:**

All DOCUMENTS discussing, analyzing or referring to AMD's sales of MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 136:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 137:**

All DOCUMENTS discussing an INTEL customer or partner's purchase, use, endorsement or support of AMD MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 137:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 138:**

All studies, analyses, presentations or investigations concerning the quality, features, price, technical characteristics, performance, competitive significance, customer appeal, or other attributes of any AMD MICROPROCESSOR.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 138:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 139:**

All DOCUMENTS discussing AMD's MICROPROCESSORS, including but not limited to any Sempron, Athlon, Turion, or Opteron MICROPROCESSOR.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 139:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 140:**

All studies, analyses, presentations or investigations concerning the quality, features, price, technical characteristics, performance, competitive significance, customer appeal, or other attributes of any CHIPSET developed, manufactured or offered for sale by any INTEL competitor.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 140:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 141:**

All DOCUMENTS constituting, reflecting, or pertaining to any competitive analyses, reverse engineering, technical evaluations or product performance assessments by INTEL of any AMD MICROPROCESSOR.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 141:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 142:**

All DOCUMENTS constituting, reflecting or pertaining to any comparisons of any aspect of any INTEL and AMD MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 142:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 143:**

All studies, analyses, presentations or investigations concerning the efficiency, profitability, viability, capitalization, manufacturing capacity or skill, reputation, customer acceptance, financial condition or competitiveness of AMD.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 143:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 144:**

All studies, analyses, presentations or investigations concerning the efficiency, profitability, viability, capitalization, manufacturing capacity or skill, reputation, customer acceptance, financial condition or competitiveness of any rival developer, manufacturer or supplier of CHIPSETS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 144:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 145:**

All DOCUMENTS constituting or reflecting any communications with, or interviews of, any third-party (including any former AMD employee) regarding AMD or any AMD product.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 145:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 146:**

All DOCUMENTS constituting, reflecting or pertaining to INTEL's development, evaluation, or selection of technical or performance benchmarks for comparison of INTEL MICROPROCESSORS with other competing MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 146:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 147:**

All studies, analyses, presentations or investigations concerning the potential for new competition against INTEL's MICROPROCESSOR business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 147:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 148:**

All studies, analyses, presentations or investigations concerning the existence or significance of financial, technical, legal, regulatory, market or other barriers facing potential new developers or manufacturers of MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 148:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 149:**

All studies, analyses, presentations or investigations concerning any OEM's market share or position with respect to COMPUTER SYSTEMS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 149:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 150:**

All studies, analyses, presentations or investigations concerning any OEM's actual or forecast sales of COMPUTER SYSTEMS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 150:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 151:**

All studies, analyses, presentations or investigations concerning any OEM's actual or forecast requirements for MICROPROCESSORS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 151:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol,

including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian

**REQUEST FOR PRODUCTION NO. 152:**

All DOCUMENTS constituting, discussing or referring to INTEL's MICROPROCESSOR roadmaps.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 152:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 153:**

All DOCUMENTS discussing or referring to the launch, promotion, advertisement or support of an AMD product or of a product containing an AMD MICROPROCESSOR.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 153:**

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such

Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 154:

All studies, analyses, presentations or investigations concerning any RETAILER's actual or forecast sales of COMPUTER SYSTEMS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 154:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

## REQUEST FOR PRODUCTION NO. 155:

All studies, analyses, presentations or investigations concerning any RETAILER's actual or forecast requirements for COMPUTER SYSTEMS.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 155:

Intel's Objection Based on the Court's September 27, 2006 Ruling on Subject Matter Jurisdiction and Standing applies to this Request. In addition, Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to these objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such

Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 156:**

All DOCUMENTS constituting, reflecting or pertaining to any analyses or evaluations of AMD's patents.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 156:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Intel further objects to this Request on the ground that it calls for information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Based upon the parties' meet and confer, Intel understands that this Request is limited to documents generated by a competitive analysis group that analyze AMD's patents from a technological, not legal perspective.

Subject to its General Objections, its Specific Objections, and Intel's understanding of this request based upon the parties' meet and confer, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 157:**

All DOCUMENTS discussing or referring to Microsoft's release of any 64-bit operating system.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 157:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will conduct a diligent review and will produce all non-privileged, responsive documents and things contained in (i) the files of the

designated Custodians as per the parties' Stipulation Regarding Document Production Protocol, including files maintained by such Custodians on any shared server; and (ii) all of its and its subsidiaries' corporate or department files or databases, or other non-electronic files maintained by Intel outside the custody of any particular custodian.

**REQUEST FOR PRODUCTION NO. 158:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for marketing or market studies with respect to INTEL's MICROPROCESSOR business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 158:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 159:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for business planning or development of business plans with respect to INTEL's MICROPROCESSOR business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 159:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 160:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for competitive analysis with regard to AMD or other rival MICROPROCESSOR suppliers.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 160:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

## REQUEST FOR PRODUCTION NO. 161:

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for MICROPROCESSOR pricing, including but not limited to responsibility for any decisions regarding any FINANCIAL INDUCEMENTS to INTEL customers.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 161:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

## REQUEST FOR PRODUCTION NO. 162:

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for MICROPROCESSOR sales, including without limitation internal departments, teams or organizations with responsibility for any specific OEM, ODM, RETAILER, and DISTRIBUTOR.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 162:

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

## REQUEST FOR PRODUCTION NO. 163:

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for MICROPROCESSOR marketing,

including without limitation internal departments, teams or organizations with responsibility for any specific OEM, ODM, RETAILER, and DISTRIBUTOR.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 163:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 164:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for competitive analysis with regard to CHIPSETS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 164:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 165:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for strategic planning with respect to INTEL's MICROPROCESSOR business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 165:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 166:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for pricing studies with respect to INTEL's MICROPROCESSOR business.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 166:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 167:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for the Intel Inside program.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 167:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 168:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for attending or participating in any industry standard setting organizations or technology alliances with respect to MICROPROCESSORS or CHIPSETS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 168:**

Intel incorporates by reference and asserts each of its General Objections set forth above as if stated here in full. Subject to its General Objections, Intel will produce non-privileged documents sufficient to identify the requested information, to the extent such documents exist.

**REQUEST FOR PRODUCTION NO. 169:**

Organizational charts sufficient to identify (by name and job title) all INTEL personnel with responsibility, at any time since January 1, 2000, for developing, maintaining, or managing any aspect of INTEL's business relationship with Microsoft.