**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-441 (JJF) <br><br> DM No. 1 |

_____

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) )    C.A. No. 05-MD-1717 (JJF) |

**COMPENDIUM OF CITED AUTHORITIES
IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

| | |
|---|---|
| | Jesse A. Finkelstein (#1090) |
| | Frederick L. Cottrell, III (#2555) |
| Of Counsel: | Chad M. Shandler (#3796) |
| Charles P. Diamond | Steven J. Fineman (#4025) |
| Linda J. Smith | Richards, Layton & Finger, P.A. |
| O'Melveny & Myers, LLP | One Rodney Square |
| 1999 Avenue of the Stars | P.O. Box 551 |
| 7th Floor | Wilmington, Delaware 19899 |
| Los Angeles, CA 90067-6035 | (302) 651-7700 |
| (310) 553-6700 | Finkelstein@rlf.com |
| | Cottrell@rlf.com |
| Mark A. Samuels | Shandler@rlf.com |
| O'Melveny & Myers, LLP | Fineman@rlf.com |
| 400 South Hope Street | Attorneys for Plaintiffs Advanced Micro |
| Los Angeles, 90071 | Devices, Inc. and AMD International Sales & |
| (213) 430-6340 | Service, Ltd. |

Dated: November 22, 2006

| **CASES** | **EXHIBIT** |
|---|---|
| *Bradburn Parent Teacher Store v. 3M*, 2005 U.S. Dist. Lexis 5315 (E.D. Pa 2005) | 1 |
| *Continental Ore Co. v. Union Carbide & Carbon Corp.*, 370 U.S. 690 (1962) | 2 |
| *Conwood Co. v. United States Tobacco Co.*, 290 F.3d 768 (6th Cir. 2002) | 3 |
| *Dee-K Enter., Inc. v. Heveafil Sdn., Bhd.*, 299 F.3d 281 (4th Cir. 2002) | 4 |
| *Fisher-Price, Inc. v. Safety 1st, Inc.,*, 217 F.R.D. 329 (D. Del. 2003) | 5 |
| *In re Automotive Refinishing Paint Antitrust Litig.*, 2004 U.S. Dist. Lexis  (E.D. Pa 2004) | 6 |
| *In re PE Corp., Sec. Litig.*, 221 F.R.D. 20 (D. Conn. 2003) | 7 |
| *In re Plastics Additives Antitrust Litig.,*, 2004 WL 2743591 (E.D. Pa 2004) | 8 |
| *Industrial Investment Development, Corp. v. Mitsui & Co., Ltd.*, 855 F.2d 222 (5th Cir. 1988 ) | 9 |
| *Kellam Energy, Inc. v. Duncan*, 616 F. Supp. 215 (D. Del. 1985) | 10 |
| *LePage's Inc., ve 3M*, 324 F.3d 141 (3d Cir. 2003)(en banc) | 11 |
| *Oppenheimer Fund, Inc. v. Sanders*, 437 U.S. 340 (1978) | 12 |
| *Tampa Electric Co., v. Nashville Coal Co.*, 365 U.S. 320 (1961) | 13 |
| *United States v. Dentsply Int'l., Inc.*, 399 F.3d 181 (3d Cir. 2005) | 14 |
| *United States v. E.I. dU Pont dE Nemours & Co.*, 351 U.S. 377 (1956) | 15 |
| *United States v. Grinnell Corp.*, 384 U.S. 563 (1966) | 16 |
| *United States v. Microsoft, Corp.*, 253 F.3d 34 (D.C. Cir. 2001) | 17 |
| *United States v. Time Warner, Inc.*, 1997 WL 118413 (D.C. Cir. 1997) | 18 |
| *Westchester Fire Ins., Co. v. Houshold Int'l., Inc.*, 2005 WL 23351 (D. Del. 2005) | 19 |
| **STATUTES** | |
| Foreign Trade Antitrust Improvement Act, 15U.S.C. § 6a(2004) | 20 |

H.R. Rep. No. 97-686 (1982), *reprinted in* 1993 U.S.C.C.A.N. 2487 ........................................ 21

**TREATISES**                                                                                                   **EXHIBIT**
6 Moore's Federal Practice (3d ed. 2002) ............................................................................... 22
Antitrust Law Developments (Debra J. Pearlstein et al. eds, 5th ed. 2002) ............................... 23
Antitrust Law: An Analysis of Antitrust Principles and Their Application (Philip
    E. Areeda & Herbert Hovenkamp, 2d ed. 2006) ................................................................ 24