IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation,,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | DM No. _____<br><br>Civil Action No. 05-441-JJF<br><br>REDACTED - PUBLIC VERSION |

### DECLARATION OF CHAD M. SHANDLER
### IN SUPPORT OF AMD'S MOTION TO STRIKE

I, Chad M. Shandler, hereby declare as follows:

1. I am an attorney with the law firm Richards, Layton & Finger, P.A., counsel in the above-captioned case to Advanced Micro Devices, Inc. and AMD International Sales & Service Ltd. (jointly, "AMD"). I am over 21 years of age and, except as otherwise stated herein, I make this declaration of my own personal knowledge and am competent to testify about the matters set forth herein

2. On October 4, 2005, AMD caused to be served its subpoena *duces tecum* on Toshiba Corporation ("Toshiba") through Toshiba's U.S. based subsidiaries, Toshiba America Information Systems, Inc. and Toshiba America, Inc. (the "Subpoena") (Exhibit 1 hereto).

3. On October 19, 2005, Toshiba served its written objections to the Subpoena.

*REDACTED*

I declare under the penalty of perjury of the laws of the United States and the State of Delaware that the foregoing is true and correct.

Executed this 22nd day of November, 2006 at Wilmington, Delaware.

*[signature]*

Chad M. Shandler, Esq.

**REDACTED**