# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ) | | |
| INTEL CORP. MICROPROCESSOR ) | MDL Docket No. | |
| ANTITRUST LITIGATION ) | 05-1717-JJF | |
| ) | | |
| ADVANCED MICRO DEVICES, INC., a ) | DM No. 1 | |
| Delaware corporation, and AMD ) | DM No. 2 | |
| INTERNATIONAL SALES & SERVICE ) | | |
| LTD, a Delaware corporation, ) | | |
| ) | | |
| Plaintiffs, ) | Civil Action No. | |
| ) | 05-441-JJF | |
| v. ) | | |
| ) | | |
| INTEL CORPORATION, a Delaware ) | | |
| corporation, and INTEL KABUSHIKI ) | | |
| KAISHA, a Japanese corporation, ) | | |
| Defendants. ) | | |
| ) | | |
| PHIL PAUL, on behalf of himself ) | Civil Action No. | |
| and all others similarly situated, ) | 05-485-JJF | |
| ) | | |
| Plaintiffs, ) | CONSOLIDATED | |
| ) | ACTION | |
| v. ) | | |
| ) | | |
| INTEL CORPORATION, ) | | |
| ) | | |
| Defendant. ) | | |

## **STIPULATION**

The parties, through their respective attorneys and subject to order of the Court, stipulate to the following briefing schedule for exceptions to the Special Master's Report and Recommendations[1] regarding the Motions to Compel:

    Opening Briefs    December 27, 2006

    Reply Briefs    January 8, 2007

---

[1] To be issued on or before December 15, 2006.

RLF1-3088757-1

/s/Richard L. Horwitz
Richard L. Horwitz (#2246)
rhorwitz@potteranderson.com
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P. O. Box 551
Wilmington, DE 19899-9051
(302) 984-6000

*Attorneys for Intel Corporation and Intel Kabushiki Kaisha*

/s/James L. Holzman
James L. Holzman (#663)
jlholzman@prickett.com
J. Clayton Athey (#4378)
jcathey@prickettt.com
Prickett Jones & Elliott, PA
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6509
*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated*

/s/Frederick L. Cottrell, III
Jesse A. Finkelstein (#1090)
finkelstein@rlf.com
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
(302) 651-7500
*Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.*

IT IS SO ORDERED THIS _____ day of December 2006.

_____
United States District Judge