IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., and AMD INTERNATIONAL SALES & SERVICES, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | Civil Action No. 05-441-JJF |
| IN RE: <br><br> INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | Civil Action No. 05-MD-1717-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br><br> Defendant. | Civil Action No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 12, 2006, copies of RESPONSES AND OBJECTIONS OF NON-PARTY BEA SYSTEMS, INC. TO DEFENDANT INTEL'S SUBPOENA IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Sqare
920 North King Street
P.O. Box 551
Wilmington, DE 19899

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899


**BY U.S. MAIL**

| | |
|---|---|
| Charles B. Diamond, Esq.<br>Linda J. Smith, Esq.<br>Mark A. Samuels, Esq.<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067-6035 | Robert E. Cooper, Esq.<br>Daniel S. Floyd, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005


December 12, 2006

                            THE BAYARD FIRM

                            /s/ Richard D. Kirk (rk0922)
                            Richard D. Kirk
                            Ashley B. Stitzer
                            222 Delaware Avenue, Suite 900
                            P.O. Box 25130
                            Wilmington, DE  19899-5130
                            (302) 655-5000
                            rkirk@ bayardfirm.com
                            Counsel for Plaintiff
                            BEA SYSTEMS, INC.

OF COUNSEL:
Maura L. Rees, Esq.
Anthony J Weibell, Esq.
Wilson Sonsini Goodrich &
Rosati
650 Page Mill Road
Palo Alto, California 94304

Phone: (650) 493-9300
Fax: (650) 565-5100
Email: mrees@wsgr.com;
aweibell@wsgr.com

645862-1