## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., and AMD INTERNATIONAL SALES & SERVICES, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 05-441-JJF |
| IN RE: <br><br> INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION <br><br> PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 05-MD-1717-JJF <br><br> Civil Action No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 12, 2006, copies of RESPONSES AND

OBJECTIONS OF NON-PARTY BEA SYSTEMS, INC. TO PLAINTIFF AMD'S SUBPOENA

IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE

were served as shown:

**BY HAND**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market St.
Sixth Floor
P.O. Box 951
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Sqare
920 North King Street
P.O. Box 551
Wilmington, DE 19899

-1-

645864-1

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899


**BY U.S. MAIL**

Charles B. Diamond, Esq.                    Robert E. Cooper, Esq.
Linda J. Smith, Esq.                        Daniel S. Floyd, Esq.
Mark A. Samuels, Esq.                       Gibson, Dunn & Crutcher LLP
O'Melveny & Myers LLP                       333 South Grand Avenue
1999 Avenue of the Stars                    Los Angeles, CA 90071
7th Floor
Los Angeles, CA 90067-6035

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005



December 12, 2006                    THE BAYARD FIRM

                                     /s/ Richard D. Kirk (rk0922)
                                     Richard D. Kirk
                                     Ashley B. Stitzer
                                     222 Delaware Avenue, Suite 900
                                     P.O. Box 25130
                                     Wilmington, DE  19899-5130
                                     (302) 655-5000
                                     rkirk@ bayardfirm.com
                                     Counsel for Plaintiff
                                     BEA SYSTEMS, INC.

OF COUNSEL:
Maura L. Rees, Esq.
Anthony J Weibell, Esq.
Wilson Sonsini Goodrich &
Rosati
650 Page Mill Road
Palo Alto, California 94304

645864-1                                    -2-

-3-

Phone: (650) 493-9300
Fax: (650) 565-5100
Email: mrees@wsgr.com;
aweibell@wsgr.com

645864-1