IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC.<br>and AMD INTERNATIONAL SALES &<br>SERVICE, LTD, | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 05-441-JJF |
| v. | : : | |
| INTEL CORPORATION and INTEL<br>KABUSHIKI KAISHA, | : <br> : <br> : | |
| Defendants. | : | |
| IN RE: | : <br> : | |
| INTEL CORP. MICROPROCESSOR<br>ANTITUST LITIGATION | : <br> : <br> : | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all<br>Others similarly situated, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. No. 05-485-JJF |
| v. | : : | |
| INTEL CORPORATION, | : <br> : | |
| Defendant. | : <br> : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Elizabeth Lasorte, Esquire to represent International Business Machines ("IBM") in this matter.

1385957 v.1

RAWLE & HENDERSON, LLP

_/s/ George T. Lees_
George T. Lees, III, Esq. – ID #3647
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE 19899
(302) 778-1200

Dated: December 14, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                          United States District Judge

1385957 v.1