

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

December 27, 2006

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
         C. A. No. 05-441-JJF;
         *In re Intel Corp.*, C.A. No. 05-1717-JJF; and
         <u>*Phil Paul v. Intel Corporation*, **C. A. No. 05-485-JJF (Consolidated)**</u>

Dear Judge Farnan:

    We thought it appropriate to advise you that Intel does not intend to file an Objection with the Court directed to the Special Master's Report and Recommendation issued December 15, 2006.  While Intel obviously had hoped for a different outcome regarding discovery, Intel of course will comply with the Special Master's decision and will respond to discovery as the Special Master directs.  Inasmuch as the Special Master determined that it was not appropriate for him to address Intel's substantive arguments concerning AMD's export commerce claim, Intel does wish to focus its attention on the facts underlying that claim, and would hope to raise any jurisdictional issues arising out of that discovery with the Court at the earliest appropriate opportunity.  We also note that the Special Master expressly stated that he was not making any decision about the admissibility of any evidence.  Intel will plan to raise evidentiary issues with the Court at a later date as appropriate.

              Respectfully,

              */s/ Richard L. Horwitz*

              Richard L. Horwitz (#2246)

RLH/msb/769359

cc: Clerk of the Court (via hand delivery)
   James L. Holzman, Esquire (by electronic mail)
   Frederick L. Cottrell, III, Esquire (by electronic mail)