IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION<br><br>ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICE LTD,<br>a Delaware corporation,,<br><br>           Plaintiffs,<br><br>     v.<br><br>INTEL CORPORATION, a Delaware<br>corporation, and INTEL KABUSHIKI KAISHA,<br>a Japanese corporation,<br><br>           Defendants. | )<br>)<br>) MDL Docket No. 05-1717-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-441-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ENTERING PROCEDURES FOR THE HANDLING OF DISCOVERY
DISPUTES BEFORE SPECIAL MASTER AS AN ORDER OF THE COURT**

WHEREAS, the Court having appointed Vincent J. Poppiti as the Special Master in the above-captioned actions (05-441, D.I. 106 and 05-1717, D.I. 73);

WHEREAS, the Special Master having entered an order for Procedures For The Handling Of Discovery Disputes Before Special Master on June 28, 2006 ("Special Master Order") (05-441, D.I. 178 and 05-1717, (D.I. 222);

IT IS HEREBY ORDERED this 9 day of January 2007 that this Special Master Order is hereby adopted and entered as an Order of the Court effective as of June 28, 2006.

United States District Judge