IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION, | : : | MDL Docket No. 05-1717-JJF |
| | : | |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | : : : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-441-JJF |
| | : | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | : : | |
| | : | |
| Defendants. | : | |
| | : | |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : : : | |
| | : | |
| Plaintiffs, | : | |
| | : | **CONSOLIDATED** |
| v. | : | Civil Action No. 05-485-JJF |
| | : | |
| INTEL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 365 in 05-md-1717; D.I. 278 in 05-441; D.I. 262 in 05-485) dated December 15, 2006, concerning Motions To Compel filed by AMD and the Class Plaintiffs;

WHEREAS, no Objections to the Report and Recommendation have been filed (D.I. 279, 280);

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 365 in 05-md-1717; D.I. 278 in 05-441; D.I. 262 in 05-485) is **ADOPTED**.

January 12, 2007
DATE

UNITED STATES DISTRICT COURT