IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : : | MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE LTD, a Delaware corporation, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-441-JJF |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | : : : : : | |
| Defendants. | : | |
| PHIL PAUL, on behalf of himself and all other similarly situated, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-485-JJF |
| INTEL CORPORATION, | : : | CONSOLIDATED ACTION |
| Defendant. | : : | |

**ORDER**

IT IS HEREBY ORDERED that a Status Conference will be held on **Wednesday, March 7, 2007 at 9:00 a.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

January 26, 2007
DATE

UNITED STATES DISTRICT JUDGE