**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6509
Writer's Telecopy Number::
(302)888-6333
Writer's E-Mail Address:
JLHolzman@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

January 30, 2007

**BY HAND DELIVERY**
**and E-MAIL**

Hon. Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

RE: *In re Intel Corp. Microprocessor Antitrust Litig.*, MDL No. 05-1717-JJF;
*Advanced Micro Devices, Inc. v. Intel Corp.*, C.A. No. 05-441-JJF;
*Paul v. Intel Corp.*, C.A. No. 05-485-JJF

Dear Judge Poppiti:

As Your Honor directed during last Thursday's conference, the parties have conferred and agreed to the enclosed proposed form of order regarding the schedule for the production of transactional data by third parties. We have modified the proposed deadlines to allow the third parties adequate time to complete the negotiations. We respectfully request that you enter the order if it meets with Your Honor's approval.

Counsel are available to answer any questions at Your Honor's convenience.

Respectfully,

James L. Holzman

Enclosure

cc:  Dale R. Dube, Esquire (via e-mail)
     Megan Schneider (via e-mail)
     Carrie David (via e-mail)
     Frederick L. Cottrell, III, Esquire (via e-mail)
     Richard L. Horwitz, Esquire (via e-mail)

19684.1.\325474v1