# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

STEVEN J. FINEMAN

DIRECT DIAL NUMBER
302-651-7592
FINEMAN@RLF.COM

February 20, 2007

**VIA HAND DELIVERY AND E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: **Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,**
C.A. No. 05-441-JJF

**In re Intel Corp.,**
C.A. No. 05-MD-1717-JJF

**Phil Paul, et al. v. Intel Corporation.**
C.A. No. 05-485-JJF

Dear Judge Farnan:

The parties entered into discussions regarding the preparation of the privilege logs and the production of attachments to privileged documents consistent with the Federal Rules of Civil Procedure and the parties' Stipulation and Order Regarding the Preparation of Privilege Logs, entered by the Court on August 10, 2006. (05-441, D.I. 198; 05-485, D.I. 181; 05-1717, D.I. 255). Agreement was reached and set forth in a letter among the parties. This agreement necessitated minor changes to the Amended Stipulation Regarding Electronic Discovery and Format of Document Production at paragraphs 5(b), 8 and 9. (05-441, D.I. 175; 05-485, D.I. 152; 05-1717, D.I. 214). Thus, the parties have today filed a Second Amended Stipulation Regarding Electronic Discovery and Format of Document Production for the Court's approval.

Respectfully,

Steven J. Fineman (#4025)

SJF/jmk

RLF1-3117641-1

The Honorable Joseph J. Farnan, Jr.
February 20, 2007
Page 2

cc:    Clerk of Court (via e-filing)
       Special Master Vincent J. Poppiti, Esq. (via hand delivery and electronic mail)
       Richard L. Horwitz, Esq. (via electronic mail)
       James L. Holzman, Esq. (via electronic mail)

RLF1-3117641-1