IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>)<br>)<br>)<br>)<br>) | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>              Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-441-JJF |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David Herron, to represent Plaintiffs, Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. in this matter.

RLF1-3129925-1

|  |  |
|---|---|
| | _/s/ ZAL Cottrell_ |
| Of Counsel: | Jesse A. Finkelstein (#1090) |
| Charles P. Diamond | Frederick L. Cottrell, III (#2555) |
| Linda J. Smith | Chad M. Shandler (#3796) |
| Mark A. Samuels | Steven J. Fineman (#4025) |
| O'Melveny & Myers, LLP | Richards, Layton & Finger, P.A. |
| 1999 Avenue of the Stars | One Rodney Square |
| 7th Floor | P.O. Box 551 |
| Los Angeles, CA 90067-6035 | Wilmington, Delaware 19899 |
| (310) 553-6700 | (302) 651-7700 |
| | Finkelstein@rlf.com |
| | Cottrell@rlf.com |
| | Shandler@rlf.com |
| Dated: March 23, 2007 | Fineman@rlf.com |
| | Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☒ to the Clerk's office upon the filing of this motion.

_____
David L. Herron

Dated: 3/22/07

O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071-2899

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

I hereby certify that on March 23, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com