FREDERICK L. COTTRELL, III
DIRECTOR

RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

DIRECT DIAL
(302) 651-7509
COTTRELL@RLF.COM

March 30, 2007

**BY ELECTRONIC MAIL AND HAND DELIVERY**

The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
Chase Manhattan Centre, Suite 800
Wilmington, DE 19801-4226

>   Re:   *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,* C.A. No. 05-441-JJF; *In re Intel Corporation,* C.A. No. 05-MD-1717-JJF; and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-485-JJF (DM4)

Dear Special Master Poppiti:

Pursuant to Paragraph 4 of Your Honor's Order Regarding Intel's Evidence Preservation Issues, the parties jointly propose the appointment of Mr. Eric Friedberg to assist Your Honor as a neutral electronic discovery expert.

We enclose herewith Mr. Friedberg's resume. The parties understand that Mr. Friedberg has no conflicts that would disqualify him from service, and that he is willing and available to serve in this role. The parties encourage Mr. Friedberg's appointment, and are available to discuss this further with Your Honor if there are any questions.

>   Respectfully,
>
>   */s/ Frederick L. Cottrell, III*
>
>   Frederick L. Cottrell, III (#2555)

FLC,III/afg
Enclosure (1)

RLF1-3133400-1

The Honorable Vincent J. Poppiti
March 30, 2007
Page 2

cc:   Clerk of the Court (By Electronic Filing)
      Richard L. Horwitz, Esquire (Via Electronic Mail)
      James L. Holzman, Esquire (Via Electronic Mail)