

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

April 3, 2007

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

James L. Holzman, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

**Re: Intel Corp. Litigation – Status Conference on April 5, 2007**

Dear Counsel:

I would like to discuss two matters during our status conference scheduled for April 5, 2007 at 11:00 a.m. EST. First, the selection of Mr. Eric Friedberg of Stroz Friedberg, LLC, and the details of his engagement.

Second a hearing date and location for Class Plaintiffs' Motion to Compel Fry Electronics, Inc. ("Fry") to Produce transactional data in response to a subpoena issued on June 23, 2006. In this regard, counsel for the Class is directed to advise Fry of the status conference with accompanying details for joining. If Fry intends to participate, he will of course be expected to have Delaware counsel or Delaware local counsel participating.

Thank you in advance for your attention in this regard.

Yours very truly,

Vincent J. Poppiti
(Special Master #100614)

VJP:mcl