**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

April 4, 2007

**VIA eFILING AND HAND DELIVERY**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 N. Market Street
Wilmington, DE 19801-4226

Re:    DM No. 5
       *In re Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717-JJF;
       *Advanced Micro Devices, Inc., et al. v. Intel Corp., et al.*, C.A. No. 05-441-JJF;
       *Phil Paul v. Intel Corp.*, Consolidated C.A. No. 05-485-JJF

Dear Judge Poppiti:

Class Plaintiffs have been contacted by recently-retained outside counsel for Fry's Electronics, Inc. ("Fry's"), which has requested relief from this Thursday's deadline for submitting its opposition to the pending motion to compel. In exchange for Class Counsel's agreement to request that Your Honor extend Fry's opposition deadline to next Friday, April 13, Fry's counsel has agreed to submit - by next Wednesday, April 11 - a description of the responsive and available data in its possession as well as a proposal for the production of such data. Depending on the scope and responsiveness of Fry's submission next Wednesday, Class Plaintiffs may be willing to discuss an additional extension with Fry's.

Counsel therefore requests that Your Honor approve the above-described extension and defer setting a hearing date for the motion to compel until at least next Friday, April 13 to provide Class Plaintiffs with an opportunity to review Fry's submission.

Respectfully submitted,

J. Clayton Athey
(DE Bar # 4378)

JCA/sam

cc:    Clerk of Court (By electronic filing)
       Frederick L. Cottrell, III, Esquire (By electronic filing)
       Richard L. Horwitz, Esquire (By electronic filing)
       Michael D. Powell, Esquire (By email and facsimile)

19684.1\330977v1