IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>     Plaintiffs,<br><br> v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>     Defendants. | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>INTEL CORPORATION,<br><br>     Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

### [PROPOSED] ORDER MODIFYING ORDER REGARDING INTEL'S EVIDENCE PRESERVATION ISSUES

WHEREAS, on March 7, 2007, the Court conducted a status conference attended by counsel for plaintiffs Advanced Micro Devices, Inc., *et al.* ("AMD"), defendants Intel Corporation, *et al.* ("Intel") and the Class Plaintiffs, during which the parties raised with

the Court issues concerning Intel's preservation of electronic evidence relevant to this lawsuit;

WHEREAS, the Court referred this matter to the Special Master, Vincent J. Poppiti, for further proceedings;

WHEREAS, on March 16, 2007, Special Master Poppiti entered an Order Regarding Intel's Evidence Preservation Issues (the "Special Master's Order");

WHEREAS, AMD served a Notice of Taking Deposition of Intel Corporation and Intel Kabushiki Kaisha and Request for Production of Documents on April 10 and the Class served a parallel request on April 11, 2007 (the "Discovery Requests");

WHEREAS, Intel has requested an extension of time within which to submit certain of the disclosures and reports required under the Special Master's Order;

WHEREAS, AMD and the Class Plaintiffs are amenable to Intel receiving such extension, subject to the Special Master's approval.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.  The deadline for Intel to provide its Report referenced in paragraph 5, 6 10 and 11 of the Special Master's Order is hereby extended from April 17, 2007 to April 23, 2007. The deadline for AMD's and Class Plaintiffs' response as set forth in paragraph 12 is hereby extended to May 14, 2007, with Intel's reply as set forth in paragraph 13 due May 24, 2007. The Special Master's Order will otherwise stay in effect in all respects.

2.  By April 17, 2007, Intel will raise with AMD and Class Plaintiffs, in writing, any issues or concerns it may have concerning the timing, scope and sequencing of the Discovery Requests so as to permit the parties to promptly resolve or, if necessary,

2

raise with the Special Master, such issues. Intel may also serve a formal response to the Discovery Requests in accordance with the Federal Rules of Civil Procedure.

**POTTER ANDERSON & CORROON LLP**

By: /s/ W. Harding Drane, Jr.
    W. Harding Drane, Jr (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19890-0951
    (302) 984-6000
    wdrane@potteranderson.com

*Attorneys for Intel Corporation and Intel Kabushiki Kaisha*

**RICHARD, LAYTON & FINGER, P.A.**

BY: /s/ Chad M. Shadler
    Chad M. Shandler (#3796)
    One Rodney Square
    920 North King Street
    Wilmington, DE 19801
*Attorneys for Advance Micro Devices, Inc. and AMD International Sales & Service, Ltd.*

**PRICKETT JONES & ELLIOTT, P.A.**

By: /s/ James L. Holzman
    James L. Holzman (#663)
    1310 King Street
    P.O. Box 1328
    Wilmington, DE 19899

*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated.*

ENTERED this
____ day of April, 2007

_____
Vincent J. Poppiti (#100614)
Special Master

#789450

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, W. Harding Drane, hereby certify that on April 13, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

I hereby certify that on April 13, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
cdiamond@omm.com
lsmith@omm.com

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
msamuels@omm.com

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Allyson B. Baker
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com
abaker@cmht.com

Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
mplehmann@furth.com
tdove@furth.com
aturan@furth.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

By:  /s/ W. Harding Drane, Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

738395 / 29282

2