# EXHIBIT B

# SEALED DOCUMENT

# EXHIBIT C

# SEALED
# DOCUMENT

# EXHIBIT D

# SEALED DOCUMENT

# EXHIBIT E

# SEALED
# DOCUMENT

# EXHIBIT F

# SEALED
# DOCUMENT