IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No.: 05-441-JJF |
| v. | )<br>)<br>) | JURY TRIAL DEMANDED |
| INTEL CORPORATION, a Delaware corporation and INTEL KABUSHIKI KAISHA, a Japanese corporation, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Civil Action No. 05-MD-1717-JJF |
| INTEL CORPORATION | ) | |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jed I. Bergman, to represent Plaintiffs, Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. in these matters.

RLF1-3141184-1

/s/ F. L. Cottrell III

Of Counsel:  
Charles P. Diamond  
Linda J. Smith  
Mark A. Samuels  
O'Melveny & Myers, LLP  
1999 Avenue of the Stars  
7th Floor  
Los Angeles, CA 90067-6035  
(310) 553-6700  

Salem M. Katsh  
Laurin B. Grollman  
Kasowitz, Benson, Torres & Friedman LLP  
1633 Broadway, 22nd Floor  
New York, New York 10019  
212-506-1942 direct  

Jesse A. Finkelstein (#1090)  
Frederick L. Cottrell, III (#2555)  
Chad M. Shandler (#3796)  
Steven J. Fineman (#4025)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, Delaware 19899  
(302) 651-7700  
Finkelstein@rlf.com  
Cottrell@rlf.com  
Shandler@rlf.com  
Fineman@rlf.com  
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

Dated: April 25, 2007

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____    _____  
United States District Judge

2

RLF1-3141184-1

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☐ to the Clerk's office upon the filing of this motion.

_____
Jed I. Bergman

Dated: April 24, 2007

Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 21st Floor
New York, NY  10019

RLF1-3141184-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

I hereby certify that on April 25, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

RLF1-3143501-1