

BLANK ROME LLP
COUNSELORS AT LAW

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

May 3, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

    Re:    DM No. 5 – *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
            C.A. No. 05-441-JJF, *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF,
            and *Phil Paul et al. v. Intel Corporation*, C.A. No. 05-485-JJF

Dear Judge Farnan:

    Pending before me is the Class Plaintiff's Motion to Compel Fry's Electronics Inc. ("Fry's") to produce transactional data in response to a third party subpoena issued on June 23, 2006. In this regard I conducted a hearing on May 1, 2007. Subsequent to the receipt of post-hearing supplemental submissions which will close on Friday, May 4, 2007, I intend to issue a report and recommendations on several of the issues not later than Friday, May 11, 2007.

    Concluding that the Class Plaintiff and Fry's will have had the opportunity to develop a full record on their respective positions, and that it is essential to bring the dispute to ultimate decision as soon as possible given scheduling order deadlines in the case, I recommend that the 20 days permitted by Federal Civil Rule of Procedure 53(g)(2) for a party to file objection to, or a motion to adopt or modify my report and recommendations be shortened to 3 days. A form of order reflecting the above is enclosed herewith for Your Honor's convenience. If the form of order is acceptable, I respectfully ask Your Honor to enter it in advance of my target date of May 11, 2007.

    I am available at the convenience of the Court for any discussion you may wish to have in this regard.

                                    Respectfully,

                                    Vincent J. Poppiti
                                    Special Master
                                    (DSBA 100614)

VJP:mcl
Enclosure
cc:    James L. Holzman, Esquire
       Frederick L. Cottrell, III, Esquire
       Richard L. Horwitz, Esquire