**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
**IN RE**                                                              )
**INTEL CORPORATION**                              )
**MICROPROCESSOR ANTITRUST**            )    MDL No. 1717-JJF
**LITIGATION**                                              )
_____)
                                                                            )
**ADVANCED MICRO DEVICES, INC.**, a    )
**Delaware Corporation, and AMD**            )
**INTERNATIONAL SALES & SERVICES,**  )
**LTD., a Delaware corporation,**                 )
                                                                            )
             **Plaintiffs,**                                       )
                                                                            )
       v.                                                          )    C.A. No. 05-441-JJF
                                                                            )
**INTEL CORPORATION, a Delaware**         )
**Corporation, and INTEL KABUSHIKI**       )
**KAISHA, a Japanese corporation,**            )
                                                                            )
             **Defendants.**                                     )
_____)
                                                                            )
**PHIL PAUL, on behalf of himself and**      )
**all others similarly situated,**                       )
                                                                            )
             **Plaintiffs,**                                       )
                                                                            )
       v.                                                          )
                                                                            )    C.A. No. 05-485-JJF
**INTEL CORPORATION,**                              )
                                                                            )    **CONSOLIDATED**
             **Defendants.**                                     )
_____)

**ORDER MODIFYING TIME FOR A PARTY TO FILE**
**OBJECTION TO, OR A MOTION TO ADOPT OR MODIFY**
<u>**SPECIAL MASTER'S ORDER, REPORT OR RECOMMENDATIONS**</u>

      WHEREAS, pending before Special Master Vincent J. Poppiti is Class Plaintiff's Motion to Compel Fry's Electronics Inc. to produce transactional data in response to a third party subpoena issued on June 23, 2006;

      WHEREAS, Special Master Poppiti conducted a hearing in the matter on May 1, 2007;

WHEREAS, given scheduling order deadlines in this case it is essential to bring the dispute to ultimate decision as soon as possible;

NOW THEREFORE, IT IS HEREBY ORDERED that a party may file objections to, or a motion to adopt or modify, the Special Master's Order, Report or Recommendations on any issues related to the instant motion no later than 3 days from the time the Special Master's Order, Report or Recommendations are served.

_____
JUDGE JOSEPH J. FARNAN, JR.