

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* (302) 425-6410
*Fax:* (302) 428-5132
*Email:* Poppiti@BlankRome.com

May 7, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

  Re: DM No. 5 – *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
    *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
    *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

  The Special Master is in receipt of correspondence dated May 4, 2007 from Mary B. Graham on behalf of Fry's Electronics Inc. requesting that my recommendation to the Court dated May 3, 2007 to reduce the time required by F.R.C.P. 53(g)(2) for a party to file objection to or move to adopt or modify any order, report or recommendation in DM5, from 20 days to 3 days be modified to 5 days. J. Clayton Athey on behalf of Class Plaintiffs advised by correspondence that he did not object to the request.

  The Special Master therefore amends his recommendation from 3 days to 5 days.

                 Respectfully,

                 Vincent J. Poppiti
                 Special Master
                 (DSBA 100614)

VJP:mcl
Enclosure

cc: James L. Holzman, Esquire
   Frederick L. Cottrell, III, Esquire
   Richard L. Horwitz, Esquire