**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>                    Defendants. | )<br>)<br>)  Civil Action No. 05-441 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE:<br><br>INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | )<br>)  Civil Action No. 05-MD-1717-JJF<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on May 9, 2007, true and correct copies of Response of Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. to Intel Corporation's and Intel Kabushiki Kaisha's First Set of Interrogatories were caused to be served as follows:

**VIA HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899

**VIA HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328

**VIA FEDERAL EXPRESS**
Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402

**VIA FEDERAL EXPRESS**
Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197

RLF1-3149264-1

|  |  |
|---|---|
|  | */s/ Steven J. Fineman* |
|  | Jesse A. Finkelstein (#1090) |
|  | Frederick L. Cottrell, III (#2555) |
|  | Chad M. Shandler (#3796) |
| Of Counsel: | Steven J. Fineman (#4025) |
| Charles P. Diamond | Richards, Layton & Finger, P.A. |
| Linda J. Smith | One Rodney Square |
| O'Melveny & Myers LLP | P.O. Box 551 |
| 1999 Avenue of the Stars, 7th Floor | Wilmington, DE  19899 |
| Los Angeles, CA  90067 | (302) 651-7700 |
| (310) 246-6800 | Finkelstein@rlf.com |
|  | Cottrell@rlf.com |
| Mark A. Samuels | Shandler@rlf.com |
| O'Melveny & Myers LLP | Fineman@rlf.com |
| 400 South Hope Street | Attorneys for Plaintiffs Advanced Micro |
| Los Angeles, CA  90071 | Devices, Inc. and AMD International Sales & |
| (213) 430-6340 | Service, Ltd. |

Dated:  May 9, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 North Market Street<br>P. O. Box 951<br>Wilmington, DE  19899 | James L. Holzman, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899-1328 |

I hereby certify that on May 9, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants

| | |
|---|---|
| Darren B. Bernhard, Esquire<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2402 | Robert E. Cooper, Esquire<br>Daniel S. Floyd, Esquire<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197 |

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
fineman@rlf.com

RLF1-3149264-1