# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA, <br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE: <br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>) MDL Docket No. 05-1717 (JJF)<br>)<br>)<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>INTEL CORPORATION, <br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>) |

## AMENDED STIPULATION AND PROTECTIVE ORDER
## REGARDING EXPERT DISCOVERY

The parties hereto, through their respective counsel of record, hereby stipulate to the following regarding the scope of expert discovery. This amended stipulation and order shall replace and supersede the Stipulation and Protective Order Regarding Expert Discovery entered

A333933v1

by the Court on May 1, 2006 in matters 05-441 (JJF) and 05-485 (JJF) and on May 5, 2006 in MDL Docket No. 05-1717 (JJF).

1. In order to avoid consuming the parties' and the Court's time and resources on potential discovery issues relating to experts, the parties have agreed to certain limitations on the scope of expert-related discovery. Neither the terms of the stipulation nor the parties' agreement to them implies that any of the information restricted from discovery in this stipulation would otherwise be discoverable.

2. With respect to testifying-expert discovery, neither the expert witness nor the party retaining him or her need produce, or answer deposition questions or interrogatories about, the following:

> (a) communications between the expert and counsel for the party retaining him or her (including notes and memoranda memorializing the same) unless the expert witness is relying upon those communications in connection with the expert witness' opinion(s) in this matter.
>
> (b) draft reports prepared by, for, or at the direction of an expert witness.

3. This Stipulation will not relieve a testifying expert witness, or the party retaining him or her, of the obligation to produce other documents required to be produced by Federal Rule of Civil Procedure 26(a)(2)(B), including communications (and notes and memoranda memorializing the same) between the expert and others who (1) worked for or consulted with the expert witness, (2) prepared materials that the expert witness considered, or (3) were interviewed and provided information to the expert witness that he or she considered in forming opinions in this matter. However, draft reports prepared by, for, or at the direction of an expert witness may

be shown to another testifying or non-testifying expert witness retained in the above-styled actions without losing the protection from discovery provided by Paragraph 2(b) above.

4. Unless independently discoverable, a party or its agents need not produce documents prepared, collected or considered by a non-testifying expert or consultant (or permit testimony about them) that were not provided to and considered by an expert witness in forming opinions in this matter.

5. The parties agree to comply with this Amended Stipulation and Protective Order pending the Court's approval and entry of this order.

DATED:  May 10, 2007

RICHARDS, LAYTON & FINGER

OF COUNSEL:

| | |
|---|---|
| Charles P. Diamond, Esq.<br>Linda J. Smith, Esq.<br>Mark A. Samuels, Esq.<br>O'MELVENY & MEYERS LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>(310) 246-6800<br><br>Salem M. Katsh<br>Laurin B. Grollman<br>KASOWITZ BENSON TORRES &<br>FREIDMAN LLP<br>1633 Broadway, 22nd Floor<br>New York, New York 10019 | By:  /s/ Frederick L. Cottrell, III<br>Jesse A. Finkelstein (#1090)<br>Frederick L. Cottrell, III (#2555)<br>Chad M. Shandler (#3796)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7500<br>finkelstein@rlf.com<br>shandler@rlf.com<br>fineman@rlf.com<br>cottrell@rlf.com<br><br>*Attorneys for Plaintiffs*<br>*Advanced Micro Devices, Inc. and*<br>*MD International Sales & Service, Ltd.* |

| | |
|---|---|
| OF COUNSEL<br>(INTERIM CLASS COUNSEL):<br><br>Michael D. Hausfeld<br>Daniel A. Small<br>Brent W. Landau<br>Allyson B. Baker<br>COHEN, MILSTEIN, HAUSFELD<br>& TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br><br>Michael P. Lehman<br>Thomas A. Dove<br>Alex C. Turan<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br><br>Steve W. Berman<br>Anthony D. Shapiro<br>HAGENS BERMAN SOBOL<br> SHAPIRO, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br><br>Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111 | PRICKETT, JONES & ELLIOTT, P.A.<br><br>By:   /s/ James L. Holzman<br>      James L. Holzman (#663)<br>      J. Clayton Athey (#4378)<br>      1310 King Street<br>      P.O. Box 1328<br>      Wilmington, DE 19899<br>      (302) 888-6500<br>      jlholzman@prickett.com<br>      jcathey@prickett.com<br><br>*Interim Liaison Counsel* |

OF COUNSEL:

Robert E. Cooper
Daniel S. Floyd
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Peter M. Moll
Darren B. Bernhard
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 783-0800

Richard A. Ripley
BINGHAM McCUTCHEN LLP
2020 K Street, N.W.
Washington, DC 20006
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

David M. Balabanian
James L. Hunt
Christopher B. Hockett
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com

*Attorneys for Defendants*
*Intel Corporation and Intel Kabushiki Kaisha*

IT IS SO ORDERED THIS ___11___ day of May, 2007.

_____
United States District Judge