

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

May 18, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

> **Re:  Discovery Matter No. 4**
> ***In re Intel Corp.*, C.A. No. 05-1717-JJF; and**
> ***Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

Intel provides the enclosed information pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues.  The enclosed document is marked Confidential and is being filed under seal.

Respectfully submitted,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/nmt
796503 / 29282

cc:    James L. Holzman, Esquire (By electronic mail)
       Frederick L. Cottrell, III, Esquire (By electronic mail)