**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>　　　　　　　　Plaintiffs, <br><br>　　　vs. <br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br>　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-441-JJF |

## NOTICE OF SUBPOENAS

TO:   Richard L. Horwitz, Esquire          James L. Holzman, Esquire
      Potter Anderson & Corroon LLP        Prickett, Jones & Elliott, P.A.
      1313 North Market Street             1310 King Street
      P. O. Box 951                        P.O. Box 1328
      Wilmington, DE  19899                Wilmington, DE 19899-1328

      Darren B. Bernhard, Esquire          Robert E. Cooper, Esquire
      Howrey LLP                           Daniel S. Floyd, Esquire
      1299 Pennsylvania Avenue, N.W.       Gibson, Dunn & Crutcher, LLP
      Washington, DC 20004-2402            333 South Grand Avenue
                                           Los Angeles, CA 90071-3197

　　　　PLEASE TAKE NOTICE that on May 22, 2007, the attached subpoenas were caused to be served on Howrey LLP, 555 South Hope Street, Suite 1100, Los Angeles, CA 90071 (Exhibit A) and Gibson Dunn & Crutcher, LLP 333 South Grand Avenue, Los Angeles, CA 90071-3197 (Exhibit B).

RLF1-3155094-1

|  |  |
|---|---|
| Of Counsel:<br>Charles P. Diamond<br>Linda J. Smith<br>Mark A. Samuels<br>O'Melveny & Myers, LLP<br>1999 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067-6035<br>(310) 553-6700<br><br>Dated: May 22, 2007 | */s/ Chad M. Shandler*<br>Jesse A. Finkelstein (#1090)<br>Frederick L. Cottrell, III (#2555)<br>Chad M. Shandler (#3796)<br>Steven J. Fineman (#4025)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700<br>Finkelstein@rlf.com<br>Cottrell@rlf.com<br>Shandler@rlf.com<br>Fineman@rlf.com<br>Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| Potter Anderson & Corroon LLP | Prickett, Jones & Elliott, P.A. |
| 1313 North Market Street | 1310 King Street |
| P. O. Box 951 | P.O. Box 1328 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1328 |

and on May 22, 2007 have sent by electronic mail to the following non-registered participants:

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP | Daniel S. Floyd, Esquire |
| 1299 Pennsylvania Avenue, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC 20004-2402 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |

*/s/ Chad M. Shandler*
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-3155094-1