IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**IN RE:**

| | |
|---|---|
| INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) Civil Action No.: 05-MD-1717-JJF )  ) ) |
| ADVANCED MICRO DEVICES, INC., and AMD INTERNATIONAL SALES & SERVICE, LTD., | ) Civil Action No.: 05-441-JJF ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | ) ) ) |
| Defendants, | ) ) |
| PHIL PAUL, on behalf of himself and all others Similarly situated, | ) Civil Action No. 05-485-JJF ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| INTEL CORPORATION, | ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 29, 2007 copies of RESPONSES AND

OBJECTIONS OF NON-PARTY INTERNATIONAL BUSINESS MACHINE

CORPORATION, TO PLAINTIFF PHIL PAUL, ET AL'S SUBPOENA IN A CIVIL

2081550-1

CASE FOR PRODUCTION OF DOCUMENTS and this NOTICE OF SERVICE were served as shown:

**VIA FEDERAL EXPRESS**

Richard L. Horwitz, Esq.
W. Harding Drane, Jr., Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street – 6th Floor
P.O. Box 951
Wilmington, DE 19801
Counsel for Intel Corporation and Intel Kabushiki Kaisha

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899
Counsel for AMD International Sales & Service, LTD and Advanced Micro Devices, Inc.

James L. Holzman, Esq.
J. Clayton Athey, Esq.
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
Interim Liaison Counsel for Class Plaintiffs

Charles B. Diamond, Esq.
Linda J. Smith, Esq.
Mark A. Samuels, Esq.
O'Melveny & Myers, LLP
1999 Avenue of the Stars – 7th Floor
Los Angeles, CA 90067-6035
Counsel for AMD International Sales & Service, LTD

Robert E. Cooper, Esq.
Daniel S. Floyd, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
Counsel for Intel Corporation

Peter E. Moll, Esq.
Darren B. Bernhard, Esq.
Jason C. Raofield, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Intel Corporation

Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Counsel for Class Plaintiffs

2081550-1

Arti Bhargava, Esq.
Competition Policy Associates (Compass)
One Front Street – Suite 1500
San Francisco, CA 94111
Counsel For Class Plaintiffs

                              RAWLE & HENDERSON, LLP

By:    George T. Lees, III, Esquire
        Bar I.D. No.: 3647
        300 Delaware Avenue – Suite 1015
        P.O. Box 588
        Wilmington, DE 19899-0588
        (302) 778-1200
        glees@rawle.com
        Attorney for Defendant
        International Business Machines Corporation

OF COUNSEL:

Michael A. Paskin, Esquire
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-1664