## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

On Wednesday, April 30, counsel for Intel, Peter Moll and counsel for AMD, Linda Smith and Michael Maddigan, met and conferred about AMD's initial responses to AMD's First Set of Interrogatories for approximately 30-40 minutes. On Monday, June 4, Mr. Moll and Ms. Smith met and conferred again, for approximately 5-10 minutes. Counsel were unable to resolve the dispute. Intel insists that AMD respond further to the Interrogatories as drafted at this time, and AMD contends that (a) Interrogatories 1-4 and 6 are premature and that it would be inappropriate to compel AMD to respond further to them at this time and (b) Interrogatory No. 5 is overbroad and seeks privileged information.

/s/ *Frederick L. Cottrell, III*_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com