# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-441 (JJF) |
| v. | ) ) | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-MD-1717 (JJF) |

### INTEL CORPORATION'S AND INTEL KABUSHIKI KAISHA'S
### FIRST SET OF INTERROGATORIES TO PLAINTIFFS
### ADVANCED MICRO DEVICES, INC. AND
### AMD INTERNATIONAL SALES & SERVICE, LTD.

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, defendants Intel Corporation and Intel Kabushiki Kaisha (collectively "Intel") request plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (collectively "AMD") to answer each of the following interrogatories separately in writing under oath.

### DEFINITIONS

1.     Intel incorporates the definitions and instructions contained in "Intel Corporation's and Intel Kabushiki Kaisha's First Set of Requests for the Production of Documents to Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd."

- 2 -

2.      Terms in quotation marks in these interrogatories have the same meaning as when used in AMD's Complaint.

3.      The term "governmental entity" includes the federal government and any state or foreign governments and any agencies or departments thereof.

4.      The terms "identify," "specify," or "specifics" when used in reference to any act, occurrence or communication means to provide (a) the date thereof; (b) the person(s) who acted, participated in or were a party thereto; (c) a description of the conduct or the content of the communication; (d) the source or sources that provided you with that information and the date that information was provided to you, and (e) the identity of all documents relating thereto.

## TIME PERIOD

All information requested is for the time period covered by your Complaint until the date of your answers to these interrogatories.

## INTERROGATORIES

1.      Identify each and every customer with whom Intel has entered an "exclusive or near-exclusive deal(s)" and provide the date and specifics of each such deal.

2.      Separately by customer, identify each and every discount, rebate, allowance, market development fund or other payment that Intel has "conditioned" on that customer's "agreement to severely limit or forego entirely purchases from AMD" or that had the "effect of denying customers the freedom to purchase any significant volume of processors from AMD".

3.      Identify each and every customer Intel has threatened with "economic retaliation" for doing or contemplating doing business with AMD or refusing to limit its business with AMD and separately for each specify the economic retaliation threatened.

4.      Identify each and every actual or potential customer and/or partner with whom AMD has had a "prospective economic advantage" that Intel has "intentionally interfered with" and separately for each specify the conduct of Intel that constitutes the interference.

5.    Identify each and every communication you have had with any governmental entity concerning Intel's pricing, sales and/or marketing practices.

6.    Identify each and every instance of "Intel's exclusionary acts" which are not specified in your answers to Interrogatory Nos. 1-5.

OF COUNSEL:

Robert E. Cooper
Daniel S. Floyd
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 900071
(213) 229-7000

Peter E. Moll
Darren B. Bernhard
HOWREY LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Dated:  April 9, 2007

pac788179v1

POTTER ANDERSON & CORROON LLP

By: _W. Harding Drane_

    Richard L. Horwitz (#0246)
    W. Harding Drane, Jr (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19890-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

Attorneys for Defendants
Intel Corporation and Intel Kabushik Kaisha