

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**W. Harding Drane, Jr.**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

June 8, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

> Re:    **Discovery Matter No. 4**
> ***Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,***
> **C. A. No. 05-441-JJF;**
> ***In re Intel Corp.,* C.A. No. 05-1717-JJF; and**
> ***Phil Paul v. Intel Corporation (Consolidated),* C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

       Intel provides the enclosed two exhibits pursuant to Paragraph 8 of the Order
Regarding Intel's Evidence Preservation Issues.  Each of the enclosed documents is marked
Confidential and is being filed under seal.

       Sealed Exhibit 1 is a revised version of the document previously provided to Your
Honor on May 25, 2007 (D.I. 352 in the 05-441 case; D.I. 487 in the 05-1717 case; and D.I. 371
in the 05-485 case ).  We are providing this revised version because we recently learned that the
version filed on May 25, 2007 was inadvertently missing a portion of page 18 and all of pages 19
through 24.

       Sealed Exhibit 2 is provided for the first time.

cc