# SEALED EXHIBIT 1