# SEALED EXHIBIT 2