# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | C. A. No. 05-441 JJF |
| IN RE:<br><br>INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | C. A. No. 05-MDL-1717-JJF |

## NOTICE OF SERVICE

TO:
| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P. O. Box 951<br>Wilmington, DE  19899 | James L. Holzman, Esquire<br>Prickett, Jones & Eliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899-1328 |
| Darren B. Bernhard, Esquire<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | Daniel A. Small, Esquire<br>Cohen Milstein, Hausfeld & Toll, L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500 - West Tower<br>Washington, DC 20005 |
| Robert E. Cooper, Esquire<br>Daniel S. Floyd, Esquire<br>Gibson, Dunn & Crutcher, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | |

RLF1-3166749-1

PLEASE TAKE NOTICE that two true and correct copies of Objections of Third Party Glover Park and of Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd to Intel Corporation's and Intel Kabushiki Kaisha's Subpoena Issued to Glover Park Group were caused to be served on June 18, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

**BY FEDERAL EXPRESS**
Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

**BY FEDERAL EXPRESS**
Daniel A. Small, Esquire
Cohen Milstein, Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

**BY HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Of Counsel:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Dated:  June 18, 2007

/s/*Frederick L. Cottrell, III*
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| Potter Anderson & Corroon LLP | Prickett, Jones & Eliott, P.A. |
| 1313 North Market Street | 1310 King Street |
| P. O. Box 951 | P.O. Box 1328 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1328 |

and have sent by Federal Express to the following non-registered participants:

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP | Daniel S. Floyd, Esquire |
| 1299 Pennsylvania Avenue, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC 20004-2402 | 333 South Grand Avenue |
| | Los Angeles, California 90071-3197 |
| Daniel A. Small, Esquire | |
| Cohen Milstein, Hausfeld | |
| & Toll, L.L.C. | |
| 1100 New York Avenue, N.W. | |
| Suite 500 - West Tower | |
| Washington, DC 20005 | |

*/s/Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com

RLF1-3166749-1