IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-441 JJF |
| IN RE:<br><br>INTEL CORPORATION | ) ) ) ) | C.A. No. 05-MD-1717-JJF |

## STIPULATION AND ORDER RESOLVING DM NO. 6

**WHEREAS**, defendants Intel Corporation and Intel Kabushiki Kaisha (collectively, "Intel") propounded a First Set of Interrogatories to plaintiffs Advanced Micro Devices, Inc., and AMD International Sales & Service, Ltd. (collectively, "AMD"); and

**WHEREAS**, AMD objected to Intel's First Set of Interrogatories on numerous grounds, including, among others, that the Interrogatories were premature, were improperly timed contention interrogatories, and sought information protected by various privileges and protections; and

**WHEREAS**, AMD filed a Motion for a Protective Order relating to Intel's First Set of Interrogatories ("DM No. 6"); and

**WHEREAS**, AMD and Intel then met and conferred further regarding their dispute over Intel's First Set of Interrogatories and AMD's Motion for a Protective Order, and now have reached a resolution of their disputes;

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL FOR AMD AND INTEL, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:**

1. Intel will withdraw Interrogatory No. 5 without prejudice. Intel and AMD agree that for the present time neither side will pursue discovery concerning communications with or submissions to governmental agencies, although both parties reserve their right to revisit this issue at a later date. This agreement does not apply to discovery that the parties have already agreed to supply.

2. Intel agrees to limit Interrogatory Nos. 1-4, 6 to request the identification of customers only. As so limited, AMD agrees to provide verified answers within 30 days. AMD has agreed to respond to these interrogatories after additional discovery has been completed. If discovery is not completed or substantially completed at the time Intel requests that AMD respond, AMD reserves its rights to object to providing further responses at that time on the ground that the interrogatories are premature, and Intel reserves its rights to contend that responses at that time are appropriate.

3. AMD agrees to withdraw its request for a protective order without prejudice.

| | |
|---|---|
| OF COUNSEL<br><br>Robert E. Cooper<br>Daniel S. Floyd<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 229-7000<br><br>Peter E. Moll<br>Darren B. Bernhard<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 783-0800<br><br>Dated: June 26, 2007 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Richard L. Horwitz<br>   Richard L. Horwitz (#2246)<br>   W. Harding Drane, Jr. (#1023)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>      Wilmington, DE 19899-0951<br>   (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   wdrane@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Intel Corporation and Intel Kabushiki Kaisha* |
| OF COUNSEL:<br><br>Charles P. Diamond, Esq.<br>   cdiamond@omm.com<br>Linda J. Smith, Esq.<br>   lsmith@omm.com<br>O'Melveny & Myers LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>(310) 246-6800<br><br>Mark A Samuels, Esq.<br>   msamuels@omm.com<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>213-430-6340<br><br>Dated: June 26, 2007<br>803820 / 29282 | RICHARDS, LAYTON & FINGER<br><br>By:  /s/ Frederick L. Cottrell, III<br>   Jesse A. Finkelstein (#1090)<br>   Frederick L. Cottrell, III (#2555)<br>   Chad M. Shandler (#3796)<br>   Steven J. Fineman (#4025)<br>   Richards, Layton & Finger, P.A.<br>   One Rodney Square<br>   Wilmington, Delaware 19899<br>   (302) 651-7700<br>   Finkelstein@rlf.com<br>   Cottrell@rlf.com<br>   Shandler@rlf.com<br>   Fineman@rlf.com<br><br>*Attorneys for Plaintiffs*<br>*Advanced Micro Devices, Inc. and*<br>*AMD International Sales & Service, Ltd.* |

IT IS SO ORDERED this __27__ day of June, 2007.

_____
Honorable Vincent J. Poppiti
*Special Master*