# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-441 JJF |
| IN RE: <br><br> INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) C. A. No. 05-MDL-1717-JJF |

## NOTICE OF SERVICE

TO:
| | |
|---|---|
| Richard L. Horwitz, Esquire <br> Potter Anderson & Corroon LLP <br> 1313 North Market Street <br> P. O. Box 951 <br> Wilmington, DE  19899 | James L. Holzman, Esquire <br> Prickett, Jones & Eliott, P.A. <br> 1310 King Street <br> P.O. Box 1328 <br> Wilmington, DE 19899-1328 |
| Darren B. Bernhard, Esquire <br> Howrey LLP <br> 1299 Pennsylvania Avenue, N.W. <br> Washington, DC 20004-2402 | Daniel A. Small, Esquire <br> Cohen Milstein, Hausfeld & Toll, L.L.C. <br> 1100 New York Avenue, N.W. <br> Suite 500 - West Tower <br> Washington, DC 20005 |
| Robert E. Cooper, Esquire <br> Daniel S. Floyd, Esquire <br> Gibson, Dunn & Crutcher, LLP <br> 333 South Grand Avenue <br> Los Angeles, CA 90071-3197 | |

PLEASE TAKE NOTICE that true and correct copies of Objections of Third party ERS Group and of Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. to Intel Corporation's and Intel Kabushiki Kaisha's Subpoena Issued to ERS Group were caused to be served on August 17, 2007 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

**BY FEDERAL EXPRESS**
Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

**BY FEDERAL EXPRESS**
Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

**BY FEDERAL EXPRESS**
Daniel A. Small, Esquire
Cohen Milstein, Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

**BY HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

Of Counsel:
Charles P. Diamond
Linda J. Smith
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
(310) 553-6700

Mark A. Samuels
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, 90071
(213) 430-6340

Dated: August 17, 2007

/s/Steven J. Fineman
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P. O. Box 951<br>Wilmington, DE 19899 | James L. Holzman, Esquire<br>Prickett, Jones & Eliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899-1328 |

and have sent by Federal Express to the following non-registered participants:

| | |
|---|---|
| Darren B. Bernhard, Esquire<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | Robert E. Cooper, Esquire<br>Daniel S. Floyd, Esquire<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197 |
| Daniel A. Small, Esquire<br>Cohen Milstein, Hausfeld<br> & Toll, L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500 - West Tower<br>Washington, DC 20005 | |

      */s/ Steven J. Fineman*
Steven J. Fineman (#4025)
fineman@rlf.com