

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

September 7, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

Re: **Discovery Matter No. 4**
*Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
**C. A. No. 05-441-JJF;**
*In re Intel Corp.,* **C.A. No. 05-1717-JJF; and**
*Phil Paul v. Intel Corporation (Consolidated),* **C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

Intel provides the enclosed two exhibits pursuant to Paragraph 8 of the Order Regarding Intel's Evidence Preservation Issues. Each of the enclosed documents is marked Confidential and is being filed under seal.

Sealed Exhibit 1 is a revised version of the document provided to Your Honor on August 17, 2007 (D.I. 417 in the 05-441 case; D.I. 575 in the 05-1717 case; and D.I. 451 in the 05-485 case ). We are providing this revised version because it has come to the attention of the parties that the version filed on August 17, 2007 was incomplete, in that it was missing information on page 20.

Sealed Exhibit 2 is provided for the first time.

Respectfully submitted,

W. Harding Drane

W. Harding Drane, Jr. (#1023)

WHD/alc
817251/ 29282
cc: James L. Holzman, Esquire (By electronic mail)
Frederick L. Cottrell, III, Esquire (By electronic mail)