646) **Navarro, Jean-Pierre**
Channel Manager, Components – France Sales and Marketing Group

647) **Navarro, Roger**
Account Manager, Hewlett-Packard

648) **Navolokin, Alexei\***
Manager – EMEA Market Development Managers

649) **Nawratek, Rudi**
Business Development Manager, Germany/ Austria/Switzerland

650) **Nazelo, Javier**
Field Sales Engineer – South Cone, Reseller Channel Operation, Latin America Region

651) **Nazworth, Dave**
Customer Business Analyst – Dell Team Worldwide

652) **Negre, Stephane**
EMEA SRM Manager – Customer Solutions Group EMEA

653) **Negri, Craig\***
CMB, Customer Business Operations – Dell Team Worldwide

654) **Nemoto, Hitomi**
Internet Program Manager, Direct Marketing – IJKK Corporate Marketing Group

655) **Nerenberg, William**
Manager, Programs & Sales Centers – Reseller Channel Operation Channel Programs and Sales Centers

656) **Neshati, Ramin**
Project/Program Manager, Technical, Architecture and Planning, Platform Ingredient Architecture and Planning (PIAP) – Digital Enterprise Group

657) **Nichols, Jean Ann\***
Director – Computer Sales Group, North America

658) **Nielsen**
Geographic Leads, APAC – IBM/Lenovo Sales Region

659) **Niess-Gerber, Fabienne**
Field Sales Application Engineer, NEC-CI

660) **Nilson, Cathleen**
Senior Competitive Analyst – Microprocessor Marketing and Business Planning Finance

661) **Nishi, Taknori**
Channel Field Sales Engineer – IJKK Sales Team, 6th Sales Region

662) **Nishide, Kiyoshi**
Strategic Relationship Manager – Team Apple

663) **Nishimori, Masahiro**
Retail Operations Account Manager – Customer Solutions Group

664) **Nobuoka, Chihiro**
Marketing Manager, Intel Inside Program – IJKK Corporate Marketing Group

(*) Denotes "Party-Designated
Production Custodian"

665) **Norenberg, Carl Daniel**
Business Development Manager – Nordic Organization

666) **Norf, Ulrich**
Channel Field Sales Engineer, Germany/Austria/Switzerland

667) **Norigami, Koji**
Account Manager, MNC – IJKK Sales Team, 4th Sales Region

668) **Norris, Devlin\***
Account Manager, Ingram Micro, Canada

669) **Nossel, Steven**
Regional Business Manager – META

670) **Noyori, Yasuji**
Carrier Business Development Manager – IJKK Solutions and Business Development Group

671) **Nozoe, Hideki**
Business Development Manager – IJKK Solutions and Business Development Group

672) **Nwankwo, Mike**
WW Account Manager, EMS Team

673) **O'Connor, Rory**
Manager, Greater European Logistics – Customer Fulfillment Planning and Logistics Group

674) **O'Keefe, Greg**
MDM/SRM Team – Americas Marketing Group

675) **Oezdal, Nihat**
Account Manager, ASUS

676) **Ogawa, Emiko**
CBO – IJKK Operations

677) **Ohga, Hiroyuki**
Field Sales Engineer – IJKK Sales Team, 6th Sales Region

678) **Ohinata, Hiroki\***
General Manager – Sony Worldwide Sales and Program Office

679) **Ohno, Makoto**
Field Sales Engineer – IJKK Sales Team, 2nd Sales Region

680) **Okamoto, Matt**
Controller – Chipsets Mobility Group

681) **Oldfield, Sean**
Distributor Manager – Reseller Channel Operation, Latin America Region

682) **Olin, Emily**
Rebate Coordinator – Gateway Focus Region

683) **Omer, Jon\***
Server Account Manager – IBM/Lenovo

(\*) Denotes "Party-Designated
Production Custodian"

684) **Onishi, Yuki**
CBA Manager – IJKK Sales Team, 1st and 5th Sales Regions

685) **Ono, Akihiro**
Field Sales Engineer – Worldwide Sony Sales and Program Office

686) **Ooi, Sunny**
Area Sales Manager, Malaysia – APAC Reseller Channel Operation

687) **Osaki, Kohei**
CBO, 1st and 2nd Regions – IJKK Operations

688) **Ossola, Paolo**
Retail Marketing Manager, Euronics

689) **Osumi, Rio**
Finance Manager – IJKK Finance and Administration

690) **Otellini Paul***
President and Chief Executive Officer

691) **Otsuka, Keiichi**
PC Group Manager, WW VAIO – Worldwide Sony Sales and Program Office

692) **Ott, Helmut**
Technical Marketing Engineer Manager – ETG

693) **Outerson, Paul***
Distribution Channel Business Manager, Ingram East – DCBM Organization

694) **Owen, Ross**
Sales, Australia/New Zealand – Dell Team Worldwide

695) **Owens, Kristin**
Intel Communications Group, CBO – America's Sales and Marketing Operations

696) **Ozaki, Masahura**
Business Development Manager – IJKK Solutions and Business Development Group

697) **Pagowski, Piotr**
Territory Manager – Central and Eastern Europe

698) **Palmer, Graham***
Country Manager, UK & Ireland – UK and Ireland Sales and Marketing

699) **Panagiotidis, Nikos**
Business Development Manager, Israel/Greece/Cyprus

700) **Panenka, Bernd***
Field Sales Application Engineer, Medion

701) **Pann, Stuart***
Vice President – Sales and Marketing Group;
General Manager – Customer Fulfillment Planning and Logistics

702) **Pappas, George**
Business Development Manager – Enterprise Platform and Services Division

(*) Denotes "Party-Designated
Production Custodian"

703) **Papuzynski, Przemek**
Market Development Manager, MNC Warsaw

704) **Park, SM**
Materials Program Manager, Korea – Branding and Promotions Marketing Group

705) **Parker, Doug**
Enterprise Marketing Manager – Americas Marketing Group

706) **Parmeggiani, Carlo**
Consumer Marketing Manager, Italy

707) **Parrish, Will**
Customer Business Analyst – Gateway

708) **Patzig, Marilyn**
Strategic Business Modeling, LRBP

709) **Pauleen, Lynne**
North America Channel eMarketing/Operations

710) **Pavlovsky, Evzen**
Business Development Manager, Prague

711) **Pearson, Greg***
Co-President – Intel Americas;
Vice President – Sales and Marketing Group

712) **Peel, Richard***
IA Distribution Sales and Marketing – EMEA Reseller Channel Operation

713) **Pellet, Gilles**
Manager, Mobility – EMEA EMO

714) **Penman, Julie**
Channel Field Sales Engineer – UK and Ireland Sales and Marketing

715) **Peralta, Gabriel**
Market Development Manager, Latin America – Dell Team Worldwide

716) **Pereira, Acacio**
Field Sales Engineer, Latin America Region

717) **Perez, Corine***
Vice President – Finance and Enterprise Services;
Controller – Digital Enterprise Group

718) **Perino, Sandrine***
WW Account Manager, Alcatel

719) **Perlmutter, David***
Senior Vice President, General Manager – Mobility Group

720) **Persson, Leif**
Country Manager – Nordic Organization

(*) Denotes "Party-Designated
Production Custodian"

721) **Peters, Edwin**
Market Development Manager – Benelux Sales Organization

722) **Peutin, Florence**
Business Development Manager, Telco – France Sales and Marketing Group

723) **Philippe, Benoit***
Managing Attorney, SMG/TM&B – EMEA Legal Department

724) **Pienta, Lenny**
Retail Marketing Manager, Staples, J&R, QVC, and Datavision – Retail Sales and Marketing

725) **Pinon, Marie**
Market Development Manager, HP – France Sales and Marketing Group

726) **Piper, Jeanne***
Director of Operations – America's Sales and Marketing Operations

727) **Piper, Robert E.***
Customer Business Manager – IBM and Lenovo Sales Regions

728) **Pitarresi, Joe**
Business Development NP Lab

729) **Plackle, Bart**
Senior Architect – Influencer Sales

730) **Pompe, Wendy Howes***
Field Sales Enginer – UK and Ireland Sales and Marketing

731) **Ponomarev, Igor**
Account Manager – RCIS Reseller Channel Operation

732) **Powell, Chase***
Manager – Platform Pricing and Roadmaps

733) **Powell, Dave***
Director – Reseller Channel Operation Worldwide Revenue and Distribution Marketing

734) **Powers, Matt**
AMG CBO Channels

735) **Price, Jane**
Director, APAC Corporate Marketing Group

736) **Priest, Jason**
Retail Marketing Manager, Best Buy – Retail Sales and Marketing

737) **Prince, Robert***
Lead Market Development Manager, IBM

738) **Prior, Paul**
Market Development Manager – Dell Team Worldwide;
Market Development Manager – UK and Ireland Sales and Marketing

739) **Pynn, Parrish**
Attorney – North America Sales

(*) Denotes "Party-Designated
Production Custodian"

740) **Quinn, Jon**
Customer Business Analyst – Gateway Focus Region

741) **Radu, Cristian**
Field Sales Application Engineer, Bucharest

742) **Rahaman, Greg***
Distribution Channel Manager, Avnet

743) **Raimondi, Frank**
Channel Alliances and Industry Events – North America Channel Sales and Marketing

744) **Ramaswamy, Ram**
WW Reseller Platform Planning and Mobility – WW Reseller Channel Operation

745) **Ramirez, Raquel**
Field Sales Engineer, Central America – Northern Cone, Latin America Region

746) **Rank, Joe**
Operations, Direct – North America Channel Sales and Marketing

747) **Rao, Chigusa**
Marketing Manager

748) **Rao, Ravi***
Regional Marketing Controller – APAC Reseller Channel Operation

749) **Ratnam, Charles**
Technical Customer Support Manager, APAC Channel and Distribution Support

750) **Rattner, Justin***
Director – Corporate Technology Group

751) **Ravencraft, Jeffrey L.**
Product Marketing Engineer, Network Technical Marketing, Strategic Alliances – CTG

752) **Raymond, Terry***
Distribution Channel Business Manager; Account Manager, Synnex and Bell Microproducts

753) **Reese, Keith***
Vice President – Sales and Marketing Group;
General Manager – Customer Fulfillment Planning and Logistics Group

754) **Reilly, Jeff**
Principal Engineer Manager, Performance Technology and Analysis

755) **Reynaud, Pierre**
Manager, Public Tenders Business Development

756) **Ribbi, Haim***
Consumer Manager – France Sales and Marketing Group

757) **Richmond, Joshua**
Retail Marketing Manager, CompUSA – Retail Sales and Marketing

758) **Ricks, Greg**
Controller, Strategic Capacity Planning – Technology and Manufacturing Group Finance

(*) Denotes "Party-Designated
Production Custodian"

759)   **Riedle, Gerhard\***
       Channel Sales Manager NEUR – EMEA Reseller Channel Application

760)   **Rijilaarsdam, Wim**
       Account Manager, NEC

761)   **Riley, Pat**
       Field Application Engineer – Hewlett-Packard Account Team

762)   **Rimini, Giorgio**
       Field Sales Application Engineer, Acer

763)   **Rinke, Tom**
       Controller – Sales and Marketing Group

764)   **Ripley, Michael S.**
       Software Engineer, Content Policy – Corporate Technology Group

765)   **Riss, David J.**
       Hardware Engineer, Architecture and Planning, Initiative & Technology Pathfinding &
       Planning – Digital Enterprise Group

766)   **Riva, Maurizio**
       Manager, Digital Enterprise Business Italy – EMEA

767)   **Rivera, Gabe**
       Director of Marketing

768)   **Rodman, Ryan**
       Product Marketing Analyst – Product Marketing and Business Operations

769)   **Roehm, Art\***
       Vice President – Sales and Marketing Group

770)   **Roeloffs, John**
       Business Development Manager – Benelux Sales Organization

771)   **Roessler, Alex**
       Marketing Manager – European Union Region

772)   **Rohlf, Dietmar**
       Regional Business Manager, Germany

773)   **Romani, Luca**
       Account Manager, Poste Italiene

774)   **Rosenfield, Barry**
       Geo Distribution Coordinator, NAMO – Reseller Channel Operation WW Revenue and Distribution
       Marketing

775)   **Roszkowska, Aleksandra**
       Business Development Manager, Warsaw

776)   **Rowan, Chia**
       Dist Platform Enablement – Reseller Channel Operation WW Revenue and Distribution Marketing

(*) Denotes "Party-Designated
Production Custodian"

777) **Rowe, Steve P.***
Controller, Assembly Test Manufacturing – Technology and Manufacturing Group Finance

778) **Roziers, Dirk**
Business Development Manager, Telco – Benelux Sales Organization

779) **Rudolph, Dianne L.***
Vice President – Finance and Enterprise Services;
Director – Platform Finance Groups

780) **Ruizylanza, Gisselle**
Former Manager, Intel Inside Program (Mexico) – Latin America Region

781) **Rusche, Kevin ***
RAM – IBM and Lenovo Sales Regions

782) **Rusmanova, Irina**
Product Market Analyst – Reseller Channel Operation WW Revenue and Distribution Marketing

783) **Russo, Clemente**
Vice President – Sales and Marketing Group;
Director – Marketing Operations

784) **Rymarczuk, Jerzy**
RCM North, Warsaw

785) **Sabi, Babak**
Vice President – Technology and Manufacturing Group;
Director – Corporate Quality Network

786) **Sabour, Danny**
Director – Customer Marketing

787) **Sachdev, Suresh**
Components Materials Operation

788) **Sadosky, Sebastien**
Channel Field Sales Engineer – France Sales and Marketing Group

789) **Sahgal, Narendrar D.**
Marketing Engineer Manager, Architecture and Planning, Initiative & Technology Pathfinding & Planning – Digital Enterprise Group

790) **Sakamoto, Kenji**
Field Sales Engineer – IJKK Sales Team, 2nd Sales Region

791) **Salcido, Carlos**
RCM – Arizona, Nevada, and Southern California

792) **Samuels, Eric***
Senior Controller – Microprocessor Marketing and Business Planning Finance

793) **Sandoval, Rodrigo**
Director – Reseller Channel Operation, Latin America Region

(*) Denotes "Party-Designated
Production Custodian"

794)   **Sangameswaran, Satish**
Field Sales Engineer, India – Hewlett-Packard Account Team

795)   **Sant, Chris**
Field Sales Engineer – Dell Team Worldwide

796)   **Santos, Rick**
Controller, Digital Home Group – Platform Finance Groups

797)   **Sasaki, Steve**
Controller – iACPU Operations

798)   **Saunders, Brad**
Senior Mobile Systems Architect – Mobility Group

799)   **Sauvage, Pascale**
Channel Field Sales Engineer – France Sales and Marketing Group

800)   **Savelle, Dave**
Controller – Technology Development

801)   **Savo, Nick***
Field Sales Engineer – Dell Team Worldwide

802)   **Scharer, Matthias**
Market Development Manager, Dell – EMEA

803)   **Sawicki, Thomas J.**
Product Marketing Engineer, Communications Technology Management, Network Technology Marketing – Corporate Technology Group

804)   **Schmisseur, Paul***
AM, Enterprise Server Group – Dell Team Worldwide

805)   **Schneider, Andreas**
Product Marketing Manager – Enterprise Services EMEA

806)   **Schneider, Matthias**
Channel Field Sales Engineer, Germany/Austria/Switzerland

807)   **Schouten, Jan**
RAS – Digital Home Platform Group EMEA

808)   **Schueler, Werner**
Marketing Manager – Digital Enterprise Group

809)   **Schulte, Tim**
IIP Manager, United Kingdom

810)   **Schuster, Manfred**
RMM, Germany/Austria/Switzerland

811)   **Schwaderer, Hannes***
Country Manager, CER

812)   **Sekiguchi, Shinzo***
Manager, Technical Customer Support, Japan – TCS-J Organization

(*) Denotes "Party-Designated
Production Custodian"

813) **Sellers, Kevin**
Director, Corporate Brand Management and Strategic Marketing – Sales and Marketing Group

814) **Selos, Stephen**
Field Application Engineer – Hewlett-Packard Account Team

815) **Seo, Yukio**
Manager, Customer Business Analysts – Worldwide Sony Sales

816) **Seroka, Eugene**
Channel Field Sales Engineer – UK & Ireland Sales and Marketing

817) **Seus, Andreas**
Business Development Manager – EMEA Reseller Channel Operation

818) **Sewell, Bruce**
Senior Vice President;
General Counsel

819) **Shafer, Brad**
Manager – APAC Region Server Marketing

820) **Shah, Hemal**
Project Program Manager, Optical Platform Division – Technology and Manufacturing Group

821) **Shah, Kamalesh (Kamal) R.**
Project/Program Manager, Technical, Ecosystem Development – Mobility Platforms Group

822) **Shah, Sunjeev**
Market Development Manager – Dell Team Worldwide

823) **Shah, Vipul**
Manager, Channel Technology Marketing – APAC Reseller Channel Operation

824) **She, David\***
Director – APAC Reseller Channel Operation

825) **Shea, Keith**
Manager, Oracle Global Alliance – Enterprise Marketing

826) **Shenoy, Arun**
Director, Enterprise Business – UK & Ireland Sales and Marketing

827) **Sheppard, Rob**
Product Marketing Manager

828) **Shigematsu, Atsumi**
Engineering Manager – IJKK Operations

829) **Shigeno, Nobuki**
Field Sales Engineer – IJKK Sales Team, 2nd Sales Region

830) **Shimada, Shinsaku**
Field Sales Engineer – Worldwide Sony Sales

831) **Shimura, Yu**
Business Development Manager – IJKK Solution and Business Development Group

(\*) Denotes "Party-Designated
Production Custodian"

45

832)  **Shiveley, Robert**
      End User Account Strategy – Server Platform Group

833)  **Sibai, Fadi**
      Manager, Software Engineering

834)  **Siebach, Jeffrey**
      Counsel – Channel Platforms Group

835)  **Siems, Chris**
      Business Management Team – Reseller Channel Operation WW Revenue and Distribution Marketing

836)  **Sigl, Herbert**
      RMM, Germany/Austria/Switzerland

837)  **Simantov, Motty**
      Business Development Manager, Israel, Greece & Cyprus

838)  **Simonich, Chris**
      Server Platform Architecture and Planning

839)  **Simpson, Roy**
      Business Development Manager – UK & Ireland Sales and Marketing

840)  **Siu, William\***
      Vice President and General Manager – Channel Platforms Group

841)  **Skaugen, Kirk\***
      Vice President – Digital Enterprise Group;
      General Manager – Server Platforms Group

842)  **Skett, Rick\***
      Manager – EMEA Digital Enterprise Group

843)  **Skillen, Rob\***
      Operations – EMEA

844)  **Skillern, Raejeanne**
      Manager, Launch Training and Geo Programs

845)  **Smelkova, Yulia**
      Sales Center Manager

846)  **Smith, Edgar**
      Retail Marketing Manager – Benelux Sales Organization

847)  **Smith, Jake**
      Mobility Platforms – Americas Marketing Group

848)  **Smith, Kent**
      Retail Marketing Manager – Retail Sales and Marketing Organization

849)  **Smith, Kevin J.\***
      Director – Compiler Lab

(*) Denotes "Party-Designated
Production Custodian"

850) **Smith, Stacy**
Vice President – Finance and Enterprise Services;
Assistant Chief Financial Officer

851) **Smith, Stephen B.**
Product Analyst – Prescott / Smithfield

852) **Smy, Elizabeth**
Market Development Manager – UK & Ireland Sales and Marketing

853) **Smyth, Dave**
Product Marketing Engineer, Materials Division, PMO, DDRx Programs – Technology and
Manufacturing Group

854) **Snodgrass, Alan**
Business Development – Digital Home Group

855) **Snow, Nathan**
Market Development Manager, Enterprise – Hewlett-Packard Account Team

856) **Sobstyl, Piotr**
Business Development Manager, Warsaw

857) **Solomon, Cheri\***
Manager, Long Range Business Planning

858) **Soriano, Diana\***
Manager – Word Wide Distribution Marketing

859) **Sornson, Rob**
Applications Manager – Hewlett Packard Account Team

860) **Soubra, Mahmoud**
Business Development Manager, Saudi Arabia – Influencer Sales

861) **Souza, Sergio**
Geo Disti Coordinator – Latin America Region

862) **Spiers, Justin\***
Retail Marketing Manager, Consumer & Digital Home – UK & Ireland Sales and Marketing

863) **Spinelli, Alberto\***
Account Manager, Acer

864) **Stamps, Mike\***
Field Sales Engineer, Server – IBM Sales Region

865) **Starovesky, Premek**
Marketing Manager

866) **Steeb, Erik\***
Worldwide Account Manager – Hewlett-Packard Account Team

867) **Stewart, John F.**
Business Development Manager

(\*) Denotes "Party-Designated
Production Custodian"

868) **Stitzenberg, Dave\***
Manager – Microprocessor Marketing and Business Planning

869) **Strasser, Eric**
Geographic Sales, APAC – Lenovo Sales Region

870) **Straub, Michael**
Manager, Enabling & Ecosystem Marketing

871) **Struckman, Mike\***
Distribution Sales Manager, Avnet

872) **Strutzel, Mike\***
Manager, North American Channel Sales

873) **Sturm, Jackie\***
Vice President – Finance and Enterprise Services
Controller – Technology and Manufacturing Group

874) **Stypula, Marta**
Lead Market Development Manager, Acer

875) **Sugawara, Naoto**
Strategic Relations Manager – Influencer Sales Group

876) **Suizu, Akihiko**
Field Sales Engineer, MEI PC

877) **Suleiman, Tom\***
Retail Marketing Manager – Retail Sales and Marketing Organization

878) **Suryadarma, Christanto**
Geographic Sales, APAC – IBM / Lenovo Sales Region

879) **Sutton, Steve**
Manager, Customer Business Operations

880) **Suzuki, Yutaka**
Field Sales Engineer – IJKK Sales Team, 4th Sales Region

881) **Svoboda, David**
Channel Field Sales Engineer, Prague

882) **Swafford, Matt**
Counsel – Server Platforms Group

883) **Swain, Michael**
Market Development Manager, Enterprise Client Marketing – Hewlett-Packard Account Team

884) **Swanson, Randy**
Controller – Digital Home Group

885) **Sweis, Yousef**
Business Development Manager – Influencer Sales

(*) Denotes "Party-Designated
Production Custodian"

886)  **Swinnen, Robert***
      Vice President – Sales and Marketing Group
      Co-President – Intel K.K.

887)  **Swope, Will**
      Vice President and Director – Digital Enterprise Brand Management

888)  **Sylvain, Loic***
      Lead Market Development Manager, EMEA – IBM and Lenovo Sales Regions

889)  **Szlachetko, Aleksander**
      Field Sales Application Engineer, Warsaw

890)  **Szwoger-Lettecki, Tomasz**
      Manager, Finance and Analysis, Warsaw

891)  **Tait, Andy***
      Manager – Product Marketing and Business Organization

892)  **Takahashi, Ichiro**
      SP Marketing – IJKK Solutions and Business Development Group

893)  **Takahashi, Keiko**
      Intel Inside Program – IJKK Corporate Marketing Group

894)  **Takahashi, Shunichi***
      Acting Operations Manager – Intel K.K.

895)  **Tan, Collin**
      Field Sales Engineer, APAC – Hewlett-Packard Account Team

896)  **Tan, Michael**
      Field Sales Engineer – Lenovo Sales Region

897)  **Tan, Wee Theng**
      Vice President – Sales and Marketing Group;
      President – Intel PRC Corporation

898)  **Tanaka, Arata**
      Channel Field Sales Engineer – IJKK Sales Team, 6th Sales Region

899)  **Tatel, Jake***
      Account Manager, Gateway

900)  **Taylor, Carol**
      Supply Programs Manager – EMEA Operations

901)  **Tazelaar, Harm**
      Account Manager, Sony EMEA – Worldwide Sony Sales and Program Office

902)  **Terakawa, Yoshiteru**
      Field Sales Engineer, MEI PC – IJKK Sales Team, 2nd Sales Region

903)  **Terren, Monica**
      Channel Sales Engineer

(*) Denotes "Party-Designated
Production Custodian"

904) **Thanhouser, Ned**
Marketing Manager – Servers Product Group

905) **Therien, Guy**
Principal Engineer – Mobile Platforms Group

906) **Thiel, Juergen***
Former Director, Multinational Accounts and European Customers

907) **Thieu, Nam**
Area Sales Manager, Vietnam – APAC Reseller Channel Operation

908) **Thomas, Paul**
Chief Economist and Manager, Market Sizing and Forecasting – Microprocessor Marketing and Business
Planning

909) **Thompson, Dale**
Field Sales Engineer – Dell Team Worldwide

910) **Thompson, Eric***
Director, Channel Marketing – North America Channel Sales and Marketing

911) **Thomson, Trish**
Director, APAC Corporate Marketing Group – APAC Reseller Channel Operation

912) **Thraves, Tim***
Retail Marketing Manager – Americas Sales and Marketing Organization

913) **Thurston, Bryan**
Solutions SRM Manager – IBM Sales Region

914) **Tichelman, Maurits***
Director, EMEA Channel Sales – Worldwide Reseller Channel Operation

915) **Tien, Alfred**
MVAD Marketing Manager, Taiwan – APAC Reseller Channel Operation Distribution Organization

916) **Timm, Andreas***
Marketing Manager, Dell & HP EMEA

917) **Tipton, Stephen**
RAM Manager – Americas Sales and Marketing

918) **Tjernberg, Fredrik**
Business Development Manager, Northern Cone – Latin America Region Reseller Channel Operation

919) **Tobon, Juan**
Channel District Manager, Northern Cone – Latin America Reseller Channel Operation

920) **Todd, Dave**
Business Development Manager – Public Sector

921) **Togano, Hitoshi**
Influencer Sales Group – IJKK Solutions & Business Development Group

922) **Togo, Yousuke**
Former Channel Marketing – IJKK Sales Team, 6th Sales Region

(*) Denotes "Party-Designated
Production Custodian"

923) **Tokarev, Kirill**
OEM Account Manager

924) **Toride, Shingo**
Retail Marketing Manager – IJKK Solutions and Business Development Group

925) **Toya, Daiji**
Counsel, Contract Manager – Asia Legal Team

926) **Tran, Thomas**
Market Development Manager – France Sales and Marketing Group Organization

927) **Travers, Cindy***
Distributor Customer Business Manager, ASI, Synnex

928) **Tritscher, Stefan**
Reseller Channel Manager – European Union Region

929) **Trumbull, Scott**
Manager – EMEA Customer Solutions Group

930) **Tryba, Andy***
Field Sales Engineer – Hewlett-Packard Account Team

931) **Tsao, Jerry**
Industry Analyst – Customer Fulfillment and Logistics Group

932) **Tuhy, David**
General Manager – Platform Products

933) **Turjeman, Ilan**
Reseller Channel Manager, Israel – European Union Region Reseller Channel Operation

934) **Turner, Shirley***
Director, Channel Marketing – North American Channel Sales and Marketing

935) **Ueda, Shinji**
Field Applications Engineer, Lenovo – IJKK Sales Team, 1st Sales Region

936) **Ueno, Shoko**
Messaging Manager – Direct Marketing Group

937) **Uhte, SueEllen***
Distribution Channel Business Manager, ASI, Wintec

938) **Uittenbroek, Arnout**
Business Development Manager – Benelux Sales Organization

939) **Ulbrich, Pete**
Intel Architecture, North American Channel – Americas Sales and Marketing Organization

940) **Ulvr, Petr**
Market Development Manager

941) **Underwood, Todd**
Controller – Server Platform Group

(*) Denotes "Party-Designated
Production Custodian"

942) **Valdivieso, Ledda**
Field Sales Engineer, Peru – Northern Cone, Latin America Region

943) **Valera, Rafael Rios**
Strategic Relations Manager, Spain – Microsoft

944) **Van De Water, Joseph**
Platform and Ecosystem Marketing

945) **Van den Berg, Maurice**
Channel Field Sales Engineer, Mobile Business Manager – Benelux Sales Organization

946) **Van Den Bulcke, Benoit**
Strategic Relations Manager, Microsoft – France Sales and Marketing Group

947) **van den Eeckhout, Henk**
Consumer and Market Development Manager – Benelux Sales Organization

948) **Van Meer, Erwin**
Channel Field Sales Engineer, Desktop Business Manager – Benelux Sales Organization

949) **Van Nieuwenhove, Peggy**
Public Sector, EMEA Customer Solutions Group

950) **Van Offeren, Jan**
Market Development Manager – Benelux Sales Organization

951) **Van Rossum, Peter**
Business Development Manager – Benelux Sales Organization

952) **Van Schalkwyk, Jacques**
Reseller Channel Organization District Sales Manager

953) **Vandenplas, Patricia**
Market Development Manager – Benelux Sales Organization

954) **Vanun, Moshe**
Country Manager, Israel and Greece – European Union Region

955) **Varacalli, Anthony\***
District Manager, Enterprise Systems Group – Hewlett-Packard Account Team

956) **Vassilev, Vadim**
Channel Sales Manager, Russia – EMEA Reseller Channel Operation

957) **Vaz, Fabricio**
Field Sales Engineer, Business Channel – Reseller Channel Operation, Latin America Region

958) **Veerasarn, Ekasit**
Area Sales Manager, Thailand – APAC Reseller Channel Operation

959) **Velez, Mauricio**
Field Sales Engineer, Columbia – Northern Cone, Latin America Region

960) **Vera, Sergio**
Business Development Manager

(\*) Denotes "Party-Designated
Production Custodian"

961) **Vickers, Trevor\***
Financial Analyst – Platforms, Pricing and Roadmaps

962) **Villarreal Gerardo**
Country Manager, Mexico

963) **Villaverde, Cosme**
Field Sales Engineer, Mexican DF Channel

964) **Vodnik, Robert**
Channel Field Sales Engineer, OEM and Channel Sales – UK and Ireland Sales and Marketing

965) **Wadhwa, Bhargavi**
Senior Finance Analyst

966) **Waghray, Aditya**
Market Development Manager – Hewlett-Packard Account Team

967) **Walker, Christen**
Manager, Channel Branding – Reseller Channel Operation, Channel Branding

968) **Wallace, Trent\***
Client Group – Dell Team Worldwide

969) **Wallet, Lex**
Regional Distribution Sales Manager – META, Reseller Channel Operation Management Team

970) **Walters, Preston**
SRM Manager, Software Group – IBM Sales Region

971) **Wang, Guixiang**
Geographic Sales, APAC – Lenovo Sales Region

972) **Wang, Robert\***
Account Manager, Acer

973) **Wang, Yidong**
Distribution Manager, PRC – APAC Reseller Channel Operation Distribution Organization

974) **Webb, Christie**
Customer Rebate Coordinator – Dell Team Worldwide

975) **Weber, Herbert**
Director, EMEA Digital Home – EMEA Digital Home Platform Group

976) **Weeks, Jonathan**
Deputy Director of Legal Affairs, EMEA

977) **Wehler, Klaus\***
Channel Marketing – EMEA Reseller Channel Operation

978) **Wei, Sunny**
Field Sales Engineer, Compal – Hewlett-Packard Account Team

979) **Weinzierl, Hans**
Channel Field Sales Engineer – Nordic Organization

(*) Denotes "Party-Designated
Production Custodian"

980) **Weissenberg, Carlos**
Supplier Relations Management

981) **Wenham, Rob**
Business Development Manager, Digital Enterprise and Commercial – UK and Ireland Sales and
Marketing

982) **Werner, Hans Juergen**
Country Marketing Manager, CER

983) **Westlake, Bruce**
Customer Quality and Reliability Manufacturing – Hewlett-Packard Account Team

984) **Westman, Tim\***
Account Manager, Wal-Mart

985) **Whetstone, Jason\***
Retail Marketing Program Manager

986) **White, Norman**
Counsel – Sales and Marketing Group, Worldwide Sales Counsel

987) **Wiedemann, Juergen**
Field Sales Application Engineer, FSC

988) **Wiemer, Brad**
Market Development Manager, Server – IBM Sales Region

989) **Wigle, Lorie**
Marketing Manager, Server Platform Group, Server Platform Marketing – Digital Enterprise Group

990) **Wild, Tim\***
Account Manager, Best Buy

991) **Wilhelm, Randy**
Vice President – Flash Memory Group
General Manager – NAND Products Group

992) **Wilhelmy, Nadine**
Retail Marketing Manager

993) **Wilkins, John**
Field Sales Engineer, CSO Group – UK and Ireland Sales and Marketing

994) **Williams, Steve**
District Manager, Direct Marketing Group – North American Channel Sales and Marketing

995) **Willihnganz, Gary\***
Director – Branding and Promotions Marketing Group

996) **Wilmont, Barry**
Business Development Manager – UK and Ireland Sales and Marketing

997) **Wilson, Jay\***
Distribution Channel Manager, Tech Data

(*) Denotes "Party-Designated
Production Custodian"

998) **Wilyman, Simon**
CM, CSO Group

999) **Winston, Heath**
Discrete Chipset Business Manager – Desktop Platforms Group

1000) **Witkowski, Paul**
Field Sales Engineer, Sony

1001) **Wong, John***
Regional Sales Manager, Toshiba – IJKK Sales Team, 4th Sales Region

1002) **Wood, Tim**
Retail Marketing Program Manager

1003) **Woodget, John**
Sales Director, Multinational Telco Service Providers – European Union Region

1004) **Woolvett, Nina**
Market Development Manager, Consumer and Digital Home – UK and Ireland Sales and Marketing

1005) **Wurthmann, Gerold**
Business Development Manager

1006) **Yamada, Atsu**
Business Development Manager, Retail/HC – IJKK Solutions and Business Development Group

1007) **Yamada, Makoto**
Field Sales Engineer – IJKK Sales Team, 5th Sales Region

1008) **Yamamoto, Atsushi**
Marketing Specialist – IJKK

1009) **Yamazaki, Tomoaki**
Market Development Manager, NEC/Hitachi – IJKK Sales Team, 1st Sales Region

1010) **Yang, Ian***
Vice President – Sales and Marketing Group
General Manager – Asia Pacific Region

1011) **Yashiro, Masahito**
Field Sales Engineer, Fujitsu Notebook – IJKK Sales Team, 2nd Sales Region

1012) **Yasumitsu, Hisato**
Market Development Manager, IJKK Sales – Hewlett-Packard Account team

1013) **Yen, Cheryl**
Market Development Manager, ASEAN

1014) **Yeom, Jamie**
Distribution Account Manager, Korea – APAC Reseller Channel Operation Distribution Organization

1015) **Yi, Hong Wei**
Market Development Manager, China

1016) **Yonemura, Ann**
Retail Marketing Manager

(*) Denotes "Party-Designated
Production Custodian"

1017) **Yokoyama, Satoshi**
Logistics Manager, IJKK Operations

1018) **Yoon, EK**
Regional Sales Manager, Customer Solutions Group Korea

1019) **Yoon, SH**
Regional Sales Manager, CSG Korea

1020) **Yoshida, Kazumasa\***
Vice President – Intel K.K. Sales and Marketing Group;
Co-President – Intel K.K.

1021) **Yoshida, Koji**
Regional Manager, General Sales – Intel K.K.

1022) **Yoshii, Takehiro\***
Account Manager, Fujitsu – IJKK Sales Team, 2nd Sales Region

1023) **Younkin, Paul\***
Account Manager, Ingram Micro

1024) **Zaragoza, Tony**
District Manager – North America Sales and Marketing

1025) **Zarco, Maximiliano**
Field Sales Engineer, Mexican DF Channel

1026) **Zube, Bernd**
Channel Field Sales Engineer

1027) **Zuhayri, Fadi**
Software Engineer, Server Platform Group, Server Platform Marketing – Digital Enterprise Group

(\*) Denotes "Party-Designated
Production Custodian"

# EXHIBIT D

# SEALED DOCUMENT

# EXHIBIT E

**From:** Kochenderfer, Kay E. [mailto:KKochenderfer@gibsondunn.com]
**Sent:** Wednesday, September 05, 2007 9:42 AM
**To:** Postawko, Robert
**Cc:** Samuels, Mark
**Subject:** RE: AMD v. Intel: Missing Paragraph 8 Custodian Summaries

Bob,

In response to your email concerning the four custodian summaries, Intel intends to serve the custodian summaries for Cam Harder and Chun Il Koh this week. Intel previously served the summary for Preston Walters on August 17, 2007. Please let us know if you did not receive it. Finally, Ms. Olin is currently on leave. Intel has been attempting to contact her while on leave and will provide this last remaining summary as soon as possible.

Please let me know if you have any further questions on this issue.

Kay

**From:** Postawko, Robert [mailto:RPostawko@OMM.com]
**Sent:** Friday, August 31, 2007 3:17 PM
**To:** Kochenderfer, Kay E.
**Cc:** Samuels, Mark
**Subject:** AMD v. Intel: Missing Paragraph 8 Custodian Summaries

Hi Kay:

According to our records, Intel has not provided Paragraph 8 custodian summaries for (1) Cam Harder, (2) Emily Olin, and (3) Preston Walters. We are also awaiting an updated compliance report for Chun Il Koh.

Could you please forward these missing summaries to us or at least tell us when we can expect them? Thanks much.

Bob

Bob Postawko, Esq.
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071
(213) 430-6103

9/5/2007

# EXHIBIT F

# SEALED DOCUMENT

# EXHIBIT G

# SEALED DOCUMENT