

Phone:  (302) 425-6410
Fax:    (302) 428-5132
Email:  Poppiti@BlankRome.com

September 18, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

    Re:   *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
          *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
          *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

    Attached for your review and consideration is the Stipulation and Proposed Case Management Order # 2 which I have on this date recommended for adoption by the Court.

                                          Respectfully,

                                          Vincent J. Poppiti
VJP:mcl                                   Special Master
Enclosure                              (DSBA 100614)

cc:    James L. Holzman, Esquire
       Frederick L. Cottrell, III, Esquire
       Richard L. Horwitz, Esquire
       Mary B. Graham, Esquire