IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br><br> Defendant. | C. A. No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of the Response of Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. to Intel Corporation's and Intel Kabushiki Kaisha's Notice of Taking Deposition and Request for Production of Documents were caused to be served on September 19, 2007 on counsel of record in the manner indicated:

| **BY HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Richard L. Horwitz, Esquire | Robert E. Cooper, Esquire |
| Potter Anderson & Corroon, LLP | Daniel S. Floyd, Esquire |
| 1313 North Market Street | Gibson, Dunn & Crutcher, LLP |
| P. O. Box 951 | 333 South Grand Avenue |
| Wilmington, DE 19899 | Los Angeles, CA 90071-3197 |

RLF1-3202565-2

**BY HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

**BY FEDERAL EXPRESS**
Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

**BY FEDERAL EXPRESS**
Daniel A. Small, Esquire
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

OF COUNSEL:
Charles P. Diamond
Linda J. Smith
James M. Pearl
O'Melveny & Myers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
(310) 553-6700

Mark A. Samuels
David L. Herron
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000

Dated: September 19, 2007

/s/ *Steven J. Fineman*
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com

*Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.*

RLF1-3202565-2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>P. O. Box 951<br>Wilmington, DE 19899 | James L. Holzman, Esquire<br>Prickett, Jones & Eliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899-1328 |

and have sent by Federal Express to the following non-registered participants:

| | |
|---|---|
| Darren B. Bernhard, Esquire<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | Robert E. Cooper, Esquire<br>Daniel S. Floyd, Esquire<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197 |
| Daniel A. Small, Esquire<br>Cohen Milstein, Hausfeld<br> & Toll, L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500 - West Tower<br>Washington, DC 20005 | |

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
fineman@rlf.com