IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| INTEL CORP. MICROPROCESSOR | : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION, | : | |
| | : | |
| ADVANCED MICRO DEVICES, INC. and | : | |
| AMD INTERNATIONAL SALES & | : | |
| SERVICE, LTD., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-441-JJF |
| | : | |
| INTEL CORPORATION and INTEL | : | |
| KABUSHIKI KAISHA, | : | |
| | : | |
| Defendants. | : | |

O R D E R

WHEREAS, Plaintiffs filed a Motion For Reargument And Reconsideration Of The Court's September 26, 2006 Memorandum Opinion And Order Granting Intel's Motion To Dismiss (D.I. 222 in Civil Action No. 05-441 and D.I. 286 in 05md1717);

WHEREAS, no briefing has been submitted in connection with the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Motion For Reargument And Reconsideration Of The Court's September 26, 2006 Memorandum Opinion And Order Granting Intel's Motion To Dismiss (D.I. 222 in Civil Action No. 05-441 and D.I. 286 in 05md1717) is **DENIED** with leave to renew.

September 27, 2007                              /s/ Joseph J. Farnan, Jr.
         DATE                                UNITED STATES DISTRICT JUDGE