IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)<br>)   MDL Docket No. 05-1717-JJF<br>) |
| ADVANCED MICRO DEVICES, INC., a<br>Delaware corporation, and AMD<br>INTERNATIONAL SALES & SERVICE LTD,<br>a Delaware corporation,, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>)   Civil Action No. 05-441-JJF |
| v. | )<br>) |
| INTEL CORPORATION, a Delaware<br>corporation, and INTEL KABUSHIKI KAISHA,<br>a Japanese corporation, | )<br>)<br>) |
| Defendants. | )<br>) |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>)   Civil Action No. 05-485-JJF |
| v. | )<br>) |
| INTEL CORPORATION, | )   CONSOLIDATED ACTION<br>) |
| Defendant. | ) |

## ORDER AMENDING PROCEDURES FOR THE HANDLING OF
## DISCOVERY DISPUTES BEFORE SPECIAL MASTER

The Special Master's Order Entering Procedures for the Handling of Discovery Disputes

Before the Special Master as an Order of the Court adopted and entered by Judge Farnan on

January 10, 2007 effective as June 28, 2006 is hereby amended as follows.

2.      Letter briefs shall be filed with the Court, and

simultaneously lodged with the Special Master by both (1) e-mail

and (2) triplicate paper copy, by either hand delivery or overnight

mail, at the discretion of the moving party.  All e-mail to the

Special Master shall be addressed to Poppiti@blankrome.com,

with copies to Oestreich@blankrome.com,

Levan@blankrome.com and David-c@blankrome.com.  All

communications with the Special Master by e-mail shall copy

opposing parties, and, where applicable, relevant third parties.

In all other respects the Order of June 28, 2006 will remain in full force and effect.


ENTERED this 9th day of October, 2007.

Vincent J. Poppiti (#100614)
Special Master


SO ORDERED this _____ day of _____, 2007.


_____
United States District Court Judge


2