IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**IN RE:**

| | |
|---|---|
| INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) Civil Action No.: 05-MD-1717-JJF ) ) ) |
| ADVANCED MICRO DEVICES, INC., and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>            Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br>            Defendants, | ) Civil Action No.: 05-441-JJF ) ) ) ) ) ) ) ) ) ) ) ) ) |
| PHIL PAUL, on behalf of himself and all others Similarly situated, <br><br>            Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br><br>            Defendant. | ) Civil Action No. 05-485-JJF ) ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 15, 2007 copies of INTERNATIONAL BUSINESS MACHINE CORPORATION'S SUPPLEMENTAL DOCUMENT PRODUCTION, BATES RANGE IBM00056760-IBM00059057, IN RESPONSE, TO

2171517-1

PLAINTIFF PHIL PAUL, ET AL'S SUBPOENA, PLAINTIFF ADVANCED MICRO DEVICES, ET AL'S SUBPOENA AND DEFENDANT INTEL'S SUBPOENA IN A CIVIL CASE FOR PRODUCTION OF DOCUMENTS were served as shown:

**VIA FEDERAL EXPRESS**

James Bo Pearl, Esquire
O'Melveny & Myers, LLP
1999 Avenue of the Stars – 7th Floor
Los Angeles, CA 90067-6035
Counsel for AMD International Sales & Service, LTD

Arti Bhargava
Competition Policy Associates (Compass)
One Front Street – Suite 1500
San Francisco, CA 94111
Expert For Class Plaintiffs

Thomas J. Dillickrath, Esq.
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Counsel for Intel Corporation

RAWLE & HENDERSON, LLP

By: *George T. Lees*
George T. Lees, III, Esquire
Bar I.D. No.: 3647
300 Delaware Avenue – Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
glees@rawle.com
Attorney for Third Party
International Business Machines Corporation

OF COUNSEL:

Michael A. Paskin, Esquire
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(212) 474-1000

2171517-1