

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

October 18, 2007

**BY ELECTRONIC MAIL**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

Re: Discovery Matter No. 4
*Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
C. A. No. 05-441-JJF;
*In re Intel Corp.,* C.A. No. 05-1717-JJF; and
*Phil Paul v. Intel Corporation (Consolidated)*, C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

I have enclosed for Your Honor's review a "[Proposed] Order Re Intel Corporation and Intel Kabushiki Kaisha's Proposed Remediation Plan," which counsel for all of the Parties have approved. If the proposed order meets with your approval, the parties ask that you sign it.

Counsel are available to respond to any questions at your convenience.

Respectfully submitted,

*/s/ W. Harding Drane, Jr.*

W. Harding Drane, Jr. (#1023)

WHD/rb
825966 / 29282

cc: James L. Holzman, Esquire (By electronic mail)
Frederick L. Cottrell, III, Esquire (By electronic mail)