# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation,<br><br>       Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>       Defendants. | Civil Action No. 05-441 JJF |
| IN RE:<br><br>INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | Civil Action No. 05-MD-1717-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 18, 2007, true and correct copies of Response of Plaintiffs Advanced Micro Devices and AMD International Sales & Service, Ltd. to Intel Corporation's and Intel Kabushiki Kaisha's Fifth Set of Requests For the Production of Documents were caused to be served as follows:

**VIA HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

**VIA HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

**VIA FEDERAL EXPRESS**
Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

**VIA FEDERAL EXPRESS**
Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

RLF1-3214489-1

|  |  |
|---|---|
| | */s/ Steven J. Fineman* |
| | Jesse A. Finkelstein (#1090) |
| | Frederick L. Cottrell, III (#2555) |
| | Chad M. Shandler (#3796) |
| Of Counsel: | Steven J. Fineman (#4025) |
| Charles P. Diamond | Richards, Layton & Finger, P.A. |
| Linda J. Smith | One Rodney Square |
|   lsmith@omm.com | P.O. Box 551 |
| O'Melveny & Myers LLP | Wilmington, DE 19899 |
| 1999 Avenue of the Stars, 7th Floor | (302) 651-7700 |
| Los Angeles, CA 90067 | Finkelstein@rlf.com |
| (310) 246-6800 | Cottrell@rlf.com |
| | Shandler@rlf.com |
| Mark A. Samuels | Fineman@rlf.com |
| O'Melveny & Myers LLP | Attorneys for Plaintiffs Advanced Micro |
| 400 South Hope Street | Devices, Inc. and AMD International Sales & |
| Los Angeles, CA 90071 | Service, Ltd. |
| (213) 430-6340 | |

Dated: October 18, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

| | |
|---|---|
| Richard L. Horwitz, Esquire | James L. Holzman, Esquire |
| Potter Anderson & Corroon, LLP | Prickett, Jones & Elliott, P.A. |
| 1313 North Market Street | 1310 King Street |
| P. O. Box 951 | P.O. Box 1328 |
| Wilmington, DE  19899 | Wilmington, DE  19899-1328 |

I hereby certify that on October 18, 2007, I have sent by Federal Express the foregoing document to the following non-registered participants

| | |
|---|---|
| Darren B. Bernhard, Esquire | Robert E. Cooper, Esquire |
| Howrey LLP | Daniel S. Floyd, Esquire |
| 1299 Pennsylvania Avenue, N.W. | Gibson, Dunn & Crutcher LLP |
| Washington, DC  20004-2402 | 333 South Grand Avenue |
| | Los Angeles, CA  90071-3197 |

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
fineman@rlf.com

RLF1-3214489-1