

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* *(302) 425-6410*
*Fax:* *(302) 428-5132*
*Email:* *Poppiti@BlankRome.com*

December 6, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

    Re:   *Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.*
            *C.A. No. 05-441-JJF, In re Intel Corporation, C.A. No. 05-MD-1717-JJF,*
            *and Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF*

Dear Judge Farnan:

    Attached for your review and consideration is a Stipulation and Proposed Order Regarding the Format of Production of the Parties' Databases which I have on this date recommended for adoption by the Court.

                                        Respectfully,

                                        Vincent J. Poppiti
                                        Special Master
VJP:mcl                                (DSBA 100614)
Enclosure

cc:    All counsel of record