# Corbett & Wilcox

The Team to Trust in Court Reporting
230 North Market Street, Wilmington, DE  19899-5085
phone (302)571-0510 fax (302) 571-1321
15 East North Street, Dover, DE 19901
phone (302)734-3534 fax (302) 734-3552

e-mail: info@corbettreporting.com
Corbett & Wilcox is not affiliated with Wilcox & Fetzer Court Reporters

January 11, 2008

Debbie Krett
Federal Court
844 King Street
Wilmington, DE 19801

Re: AMD v Intel   05-44 JJF

Dear Ms. Krett;

Please substitute the enclosed transcript for the one delivered yesterday. There was an error in the first transcript. Sorry for any inconvenience.

Sincerely,

Barbara Reichert
Barbara Reichert
Production