IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**ORDER EXTENDING TIME TO COMPLETE NEGOTIATIONS
WITH THIRD PARTIES CONCERNING THIRD PARTY DOCUMENT
PRODUCTION**

WHEREAS, on November 27, 2007, the Court entered an Order that, <u>inter alia</u>, established January 18, 2008 as the date by which AMD, Intel and the class action plaintiffs (hereafter, collectively the "Parties") must submit a joint report to the Special

RLF1-3245088-1

Master describing the status of each Third Party production not anticipated to be completed by March 15, 2008 and recommending appropriate action and/or procedures to resolve any outstanding disputes or issues (D.I. []);

WHEREAS, after entry of the Order the Parties entered into fully executed agreements or are very near final agreements with the Third Parties from whom they are still pursuing production;

WHEREAS, these Third Parties are in the process of gathering, reviewing and producing documents;

WHEREAS, all of the Third Parties have expressed a good faith intention to attempt to meet the current March 15, 2008 deadline;

WHEREAS, it is difficult to predict at this time with any certainty whether productions from all Third Parties will be complete by the Court-ordered deadline;

WHEREAS, the Parties believe that the March 15, 2008 production deadline is accomplishing its objective of expediting productions;

WHEREAS, given the preliminary state of certain Third Party productions, by March 1, 2008, the Parties will be in a better position to report to the Special Master on the status of the outstanding Third Party productions and to seek appropriate relief, if necessary;

NOW, THEREFORE, it is Hereby Ordered that:

(1)    The date on which the Parties must submit a status report to the Special Master describing the status of each Third Party production not anticipated to be completed by March 15, 2008 shall be extended to March 1, 2008; and

(2) All other terms and conditions set forth in the Court's November 27, 2007 Order shall remain in full force and effect.

DATED: Jan 28, 2008

_____
Vincent J. Poppiti (#100614)
Special Master

SO ORDERED this ____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.