**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD.<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. No. 05-441 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | )<br>)　MDL Docket No. 05-1717 (JJF)<br>)<br>) |
| PHIL PAUL, on behalf of himself and<br>all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　Defendant. | )　C.A. No. 05-485-JJF<br>)<br>)　CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION OF JAY SALPETER**

　　　　PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon oral examination of plaintiff Jay Salpeter pursuant to Federal Rule of Civil Procedure 30, before an authorized court reporter, commencing at 10:00 A.M. on February 21, 2008, at the offices of Bingham McCutchen LLP, 399 Park Avenue, New York, NY 10022, or at such other time and place as agreed to by the parties. The deposition will continue from day to day until completed,

- 2 -

shall be transcribed, and may be videotaped.   You are invited to attend and cross-examine the witness.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| David M. Balabanian<br>James L. Hunt<br>Christopher B. Hockett<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>(415) 393-2000<br><br>Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>2020 K Street, N.W.<br>Washington, D.C.  20006<br>(202) 373-6000<br><br>Dated:  February 4, 2008<br>846480v1/29282 | By:  */s/ W. Harding Drane, Jr.*_____<br>　　Richard L. Horwitz (#2246)<br>　　W. Harding Drane, Jr. (#1023)<br>　　Hercules Plaza, 6th Floor<br>　　1313 North Market Street<br>　　P.O. Box 951<br>　　Wilmington, DE 19899-0951<br>　　(302) 984-6000<br>　　rhorwitz@potteranderson.com<br>　　wdrane@potteranderson.com<br><br>　Attorneys for Defendant<br>　INTEL CORPORATION |