

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

February 12, 2008

**VIA ELECTRONIC FILING AND BY HAND**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

     Re:    *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al., C.A. No. 05-441-JJF; In re Intel Corporation, C.A. No. 05-MD-1717-JJF; and Phil Paul, et al. v. Intel Corporation, C.A. 05-485-JJF  DM 4a*

Dear Judge Poppiti:

     In furtherance of our discussions during the teleconference on Friday, enclosed please find an additional notebook of materials related to the Weil documents. We intended to get this to you yesterday, but we ran into a few logistical issues that caused the delay.

     With the exception of a few additional documents to be produced this week relating to two interviews that were recently undertaken by the Weil firm, this will confirm that Intel has provided for in camera review all interview notes and follow-up material, that could be located after a diligent search, reflecting factual information provided by Intel custodians to the Weil attorneys during the Weil interview process. As discussed during the January 3, 2008 and February 1, 2008 hearings, the materials provided for *in camera* review do not include materials that would be derivative of the underlying factual information learned by the Weil attorneys during the interviews.

     Also enclosed with this letter is a copy of Intel's December 7, 2007 filing that included "paragraph 8 custodian summaries" for 27 custodians. We have discovered that the single Word document submitted to your Honor on January 18, 2008 with the paragraph 8 custodian summaries in alphabetical order was a version that had not yet incorporated these most recent set of paragraph 8 summaries. If, in addition to the enclosed copy of the December 7, 2007 filing, you would like to receive an updated replacement version of the Word document containing all summaries in a single document, including these summaries from December 7, please let us know and we will get it to you right away. We apologize for any inconvenience this may have caused.

Page Two
The Honorable Vincent J. Poppiti
February 12, 2008

      If you have any questions concerning this or any related issue, Intel's counsel are prepared to address them.

                              Respectfully submitted,

                              ***/s/ W. Harding Drane, Jr.***

                              W. Harding Drane, Jr. (#1023)

WHD/rb
Enclosures (to Judge Poppiti only)
847646/29282

cc:     Charles Diamond, Counsel for AMD (without enclosures, via electronic mail)
        Michael Hausfeld, Interim Class Counsel (without enclosures, via electronic mail)
        Frederick L. Cottrell, III, Esquire (without enclosures, via electronic mail)
        James L. Holzman, Esquire (without enclosures, via electronic mail)