**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

Direct Dial
(302) 651-7509
COTTRELL@RLF.COM

February 29, 2008

**VIA ELECTRONIC MAIL & HAND DELIVERY**
The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801-4226

Re: *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.*, C.A. No. 05-441-JJF; *In re Intel Corporation*, C.A. No. 05-MD-1717-JJF; and *Phil Paul, et al. v. Intel Corporation*, C.A. 05-484-JJF

Dear Judge Poppiti:

The parties believe they will be in better position to advise the Court of the status of their negotiations with third parties regarding document production by the end of next week. The parties also hope to provide the Court with an estimated completion date for the productions of third parties who have reached agreements with the parties but have not yet completed their review and production. The parties therefore respectfully request an extension on the current March 1, 2008 deadline to file a joint status report on the status of third party document productions. If the Court agrees, the parties can prepare an appropriate order to reflect a March 10, 2008 deadline.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)

FLC,III/ps
cc: Richard L. Horwitz, Esq. (via Electronic Mail)
James L. Holzman, Esq. (via Electronic Mail)

RLF1-3258662-1