Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

NIXIE     951    DE 1         00 03/10/08
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 19801357099    *1627-16624-06-40

$00.41⁰
03/2008
m 19801
STAGE

Michael W. Stebbins
Terra Law LLP
60 South Market Street, Suite 200
San Jose, CA 95113



# BLANK ROME LLP
### COUNSELORS AT LAW

*Phone:* (302) 425-6410
*Fax:* (302) 428-5132
*Email:* Poppiti@BlankRome.com



MAR 13 2008

March 4, 2008

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

James L. Holzman, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

  Re: Advanced Micro Devices, Inc., et al. v. Intel Corporation et al., C. A. No. 05-441-JJF
     DM 4(A)

Dear Counsel:

  As per the February 26, 2008 teleconference, I was expecting to receive a plan from Intel addressing how the *in-camera* documents will be copied. I have not yet received such a plan.

  In light of same, I would like to receive a plan in the form of a proposed form of order addressing a broader range of issues not later than the close of business on Thursday, March 6, 2008. The proposed form of order should cover the following:

  1. How the documents will be copied.

  2. Once copied the Special Master will receive back all of the original bates numbered pages (original here refers to the pages reviewed by the Special Master).

  3. How Intel will make the final proposed redactions. I expect this can be accomplished in one of two ways. Intel can simply make the redactions on their copy of the returned original bates numbered pages, make black and white copies of those and turn the black and white copies over to AMD and the Class Plaintiffs. Or, Intel may choose to make the redactions on clean, un-highlighted pages thereby shielding Intel's proposed redactions.

  4. The redactions should be accomplished not later than the close of business on March 21, 2008.



Frederick L. Cottrell, III, Esquire
Richard L. Horwitz, Esquire
James L. Holzman, Esquire
March 4, 2008
Page 2

    5.    If Intel has any questions about what the Special Master intended to redact and/or if Intel believes that the Special Master may have missed some redactions, these questions may be addressed on either March 24th or 25th, 2008, in an in-person, *ex parte* hearing on the record at either the offices of Blank Rome or at the courthouse.

    If counsel has any questions in this regard, please make arrangements for a teleconference as soon as possible.

    Hard copy to follow by hand delivery.

Yours very truly,

Vincent J. Poppiti
Special Master

VJP:mcl

in, DC

038.00616/40173594v.1