IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| INTEL CORP. MICROPROCESSOR : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION, : | |
| : | |
| ADVANCED MICRO DEVICES, INC. and : | |
| AMD INTERNATIONAL SALES & : | |
| SERVICE, LTD., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-441-JJF |
| : | |
| INTEL CORPORATION and INTEL : | |
| KABUSHIKI KAISHA, : | |
| : | |
| Defendants. : | |

### O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 793 in 05-md-1717; D.I. 562 in 05-441) dated March 6, 2008, concerning a Motion To Compel filed by Defendants, Intel Corporation and Intel Kabushiki Kaisha;

WHEREAS, no Objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 793 in 05-md-1717; D.I. 562 in 05-441) is **ADOPTED**.

March 20, 2008
DATE

_____
UNITED STATES DISTRICT COURT