**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, W. Harding Drane, hereby certify that on April 8, 2008, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Jesse A. Finkelstein | James L. Holzman |
| Frederick L. Cottrell, III | J. Clayton Athey |
| Chad M. Shandler | Prickett, Jones & Elliott, P.A. |
| Steven J. Fineman | 1310 King Street |
| Richards, Layton & Finger | P.O. Box 1328 |
| One Rodney Square | Wilmington, DE 19899 |
| 920 North King Street | |
| Wilmington, DE 19801 | |

I hereby certify that on April 8, 2008, I have Electronically Mailed the documents to the following non-registered participants:

| | |
|---|---|
| Charles P. Diamond | Mark A. Samuels |
| Linda J. Smith | O'Melveny & Myers LLP |
| O'Melveny & Myers LLP | 400 South Hope Street |
| 1999 Avenue of the Stars, 7th Floor | Los Angeles, CA 90071 |
| Los Angeles, CA 90067 | msamuels@omm.com |
| cdiamond@omm.com | |
| lsmith@omm.com | |
| | |
| Salem M. Katsh | Michael D. Hausfeld |
| Laurin B. Grollman | Daniel A. Small |
| Kasowitz, Benson, Torres & Friedman LLP | Brent W. Landau |
| 1633 Broadway, 22nd Floor | Cohen, Milstein, Hausfeld & Toll , P.L.L.C. |
| New York, New York 10019 | 1100 New York Avenue, N.W. |
| skatsh@kasowitz.com | Suite 500, West Tower |
| lgrollman@kasowitz.com | Washington, D.C. 20005 |
| | mhausfeld@cmht.com |
| | dsmall@cmht.com |
| | blandau@cmht.com |

Thomas P. Dove                                  Steve W. Berman
Alex C. Turan                                   Anthony D. Shapiro
The Furth Firm LLP                              Hagens Berman Sobol Shapiro, LLP
225 Bush Street, 15th Floor                     1301 Fifth Avenue, Suite 2900
San Francisco, CA 94104                         Seattle, WA 98101
tdove@furth.com                                 steve@hbsslaw.com
aturan@furth.com                                tony@hbsslaw.com

Guido Saveri                                    Michael P. Lehman
R. Alexander Saveri                             Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
Saveri & Saveri, Inc.                           One Embarcadero Center, Suite 526
111 Pine Street, Suite 1700                     San Francisco, CA  94111
San Francisco, CA 94111                         mlehmann@cmht.com
guido@saveri.com
rick@saveri.com


                                        By:    /s/ W. Harding Drane, Jr.
                                               Richard L. Horwitz (#2246)
                                               W. Harding Drane, Jr. (#1023)
                                               POTTER ANDERSON & CORROON LLP
                                               Hercules Plaza, 6th Floor
                                               1313 N. Market Street
                                               P.O. Box 951
                                               Wilmington, DE 19899-0951
                                               (302) 984-6000
                                               rhorwitz@potteranderson.com
                                               wdrane@potteranderson.com


738395 / 29282

2