**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and<br>AMD INTERNATIONAL SALES & SERVICE,<br>LTD. | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 05-441 (JJF) |
| v. | ) <br> ) | |
| INTEL CORPORATION and<br>INTEL KABUSHIKI KAISHA, | ) <br> ) <br> ) | |
| Defendants. | ) | |
| IN RE:<br><br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | ) <br> ) <br> ) | MDL Docket No. 05-1717 (JJF) |
| PHIL PAUL, on behalf of himself and<br>all others similarly situated, | ) <br> ) <br> ) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| INTEL CORPORATION, | ) <br> ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF RICHARD PRESSEL**

PLEASE TAKE NOTICE that Defendant Intel Corporation will take the deposition upon

oral examination of plaintiff Richard Pressel pursuant to Federal Rule of Civil Procedure 30,

before an authorized court reporter, commencing at 9:00 A.M. on April 15, 2008, at the offices

of Bingham McCutchen LLP, 1620 26th Street, Fourth Floor, North Tower, Santa Monica, CA

90404-4060, or at such other time and place as agreed to by the parties.  The deposition will

continue from day to day until completed, shall be transcribed, and may be videotaped.   You are

invited to attend and cross-examine the witness.

OF COUNSEL:                                    POTTER ANDERSON & CORROON LLP

David M. Balabanian
James L. Hunt                                  By:  */s/ W. Harding Drane, Jr.*____
BINGHAM McCUTCHEN LLP                              Richard L. Horwitz (#2246)
Three Embarcadero Center                           W. Harding Drane, Jr. (#1023)
San Francisco, CA  94111-4067                      Hercules Plaza, 6th Floor
(415) 393-2000                                     1313 North Market Street
                                                   P.O. Box 951
                                                   Wilmington, DE 19899-0951
Richard A. Ripley                                  (302) 984-6000
BINGHAM McCUTCHEN LLP                               rhorwitz@potteranderson.com
2020 K Street, N.W.                                wdrane@potteranderson.com
Washington, D.C.  20006
(202) 373-6000
                                                   Attorneys for Defendant
                                                   INTEL CORPORATION

Dated:  April 8, 2008

859153/29282