

*Phone:*   *(302) 425-6410*
*Fax:*     *(302) 428-5132*
*Email:*   *Poppiti@BlankRome.com*

April 15, 2008

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

James L. Holzman, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

   Re: **Advanced Micro Devices, Inc., et al. v. Intel Corporation et al.,**
      **C. A. No. 05-441-JJF  DM 4(A) –**
      **Status of Compliance with the March 7, 2008 Order Regarding the**
      **Procedures Related to Redacted Documents**

Dear Counsel:

  On March 11, 2008, at my request, I conducted an ex parte, on the record teleconference to discuss some questions I had related to my proposed redactions. In turn, Intel raised some issues of its own. On March 14, 2008, I issued a letter, under seal, addressing the issues raised during the March 11, 2008 teleconference.

  On March 25, 2008, I conducted an in-person, ex parte, on the record hearing with counsel consistent with Paragraph 5 of the March 7, 2008 Order. Consistent with my direction to Intel during the March 25, 2008 hearing, Intel submitted its request for further review of certain proposed redactions and requested that the date for completing the redactions be moved back to April 30, 2008.

  I have substantially completed my rulings and redactions. I intend to schedule an ex parte, on the record teleconference with Intel to discuss some questions I have before the end of



Frederick L. Cottrell, III, Esquire
James L. Holzman, Esquire
Richard L. Horwitz, Esquire
April 15, 2008
Page 2

this week. Given the additional work necessary to complete the redactions, Intel shall have until April 30, 2008 to complete the redactions.

    I intend to issue my Order on DM4a not later than May 2, 2008.

IT IS SO ORDERED.

_____
Special Master Vincent J. Poppiti
(DE # 100614)