IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>           Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>           Defendants. | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>           Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**STIPULATION AND PROPOSED ORDER REGARDING COPYING OF
<u>NATIVE FILES PRODUCED FOR INSPECTION</u>**

WHEREAS, this action was commenced on June 27, 2005 by plaintiffs Advanced Micro

Devices, Inc. and AMD International Sales & Service, Ltd. (hereafter jointly, "AMD") against

defendants Intel Corporation and Intel Kabushiki Kaisha (hereafter jointly, "Intel");

WHEREAS, coordinated class actions filed by purchasers ("Class Plaintiffs") are also pending in this District against Intel pursuant to a November 3, 2005 order of the Judicial Panel on Multidistrict Litigation;

WHEREAS, on or about March 1, 2007 the Court approved that certain SECOND AMENDED STIPULATION REGARDING ELECTRONIC DISCOVERY AND FORMAT OF DOCUMENT PRODUCTION (hereafter, the "Stipulation");

WHEREAS, Paragraph 14 of the Stipulation prohibits a party from making copies of native files produced to it for inspection, except for disaster recovery purposes;

WHEREAS, Intel has produced for inspection single copies of native files that it has attributed to multiple Intel custodians as part of its data remediation efforts; and

WHEREAS, Intel wants to provide AMD and its Service Providers (as defined in the Stipulation) with authority to make limited copies of these native files.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG AMD, INTEL, AND CLASS PLAINTIFFS, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.  Notwithstanding Paragraph 14 of the Stipulation, AMD and its Service Providers shall be permitted to make copies of the native files produced by Intel in connection with the following productions: Intel_Causation_Prod6, Intel_DR_Prod01, Intel_DR_Prod02, Intel_Prod26, Intel_Prod27, Intel_Prod29, Intel_Prod43, Intel_Prod46, Intel_Prod48.

2.  AMD and its Service Providers shall make copies of native files in these productions only to the extent necessary to create one copy of each native file for each Intel custodian to which the file is being attributed by Intel.

RLF1-3274292-1

/s/ Steven J. Fineman
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19899
(302) 651-7836
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Advance Micro Devices, Inc. and AMD International Sales & Service, Ltd.

/s/ J. Clayton Athey
James L. Holzman (#663)
J. Clayton Athey (#4378)
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6509
jlholzman@prickett.com
jcathey@prickett.com
Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated

/s/ W. Harding Drane, Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box  951
Wilmington, D.E.  19890-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
Attorneys for Intel Corporation and Intel Kabushiki Kaisha

Having read and considered the foregoing Stipulation and Proposed Order Regarding Copying of Native Files Produced for Inspection, the Special Master **HEREBY RECOMMENDS THAT THE COURT ADOPT SAME**.

ENTERED this _____ day of April, 2008

_____
Vincent J. Poppiti (DSBA No. 100614)
Special Master

SO ORDERED this _____ day of April, 2008.

_____
United States District Court Judge