# ANNEX A REDACTED IN ITS ENTIRETY

# ANNEX B REDACTED IN ITS ENTIRETY