

## Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**W. Harding Drane, Jr.**
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

April 28, 2008
Public Version Dated:  May 15, 2008

**VIA ELECTRONIC MAIL AND BY HAND**

The Honorable Vincent J. Poppiti          **PUBLIC VERSION**
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

    Re:    **Discovery Matter No. 4**
        *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
        **C. A. No. 05-441-JJF;**
        *In re Intel Corp.,* **C.A. No. 05-1717-JJF; and**
        *Phil Paul v. Intel Corporation (Consolidated),* **C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:



Vincent J. Poppiti, Esquire
April 28, 2008
Public Version Dated:  May 15, 2008
Page 2


        If Your Honor has any additional questions, we are available at your convenience to address them.

                        Respectfully submitted,

                        */s/ W. Harding Drane, Jr.*

                        W.  Harding Drane, Jr. (#1023)

WHD/
cc:    Carol M. Silberberg, Esquire (via electronic mail)
       Joshua C. Stokes, Esquire (via electronic mail)
864804/ 29282-002

THE ATTACHMENTS HAVE BEEN
REDACTED IN THEIR ENTIRETY