IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | )<br>)<br>) MDL No. 05-1717-JJF<br>)<br>)<br>) |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-441-JJF<br>)<br>)<br>)<br>)<br>)<br>) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | )<br>)<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

**SCHEDULING ORDER REGARDING NOTICE OF AND BRIEFING
ON PROPOSED INTERVENOR UNION FEDERALE DES CONSOMMATEURS –
QUE CHOISIR ("QC")'S MOTION TO INTERVENE AND
<u>RELATED APPLICATION PURSUANT TO 28 U.S.C. § 1782</u>**

After consulting with the interested parties, the Special Master hereby enters the following schedule for the provision of notice to third parties and briefing on QC's motion to intervene and its related application pursuant to 28 U.S.C. § 1782:

19684.2.\369698v1

(1)   May 19: Intel drafts proposed notice of QC's § 1782 application and provides same to QC for comment with a copy to the Special Master.

(2)   May 21: QC provides comments to the Special Master with a copy to Intel.

(3)   May 27: If no disputes exist as to the form of notice, Intel mails notice to third parties who have produced or are scheduled to produce documents in response to previously served subpoenas.

(4)   May 29: If disputes exist as to the form of notice, the Special Master will consider them during a teleconference and then rule on the form of notice. In this circumstance, Intel will mail the form of notice no later than 2 business days after the Special Master rules on the form of notice.

(5)   30 days after notice is sent (June 26 if there are no objections for the Special Master to rule upon): Date for third parties to file objections or comments.

(6)   5 business days after third party filings: Date for Intel to file opposition and comments on positions of third parties.

(7)   8 business days after Intel files its brief: QC files reply brief.

(8)   The parties shall discuss a date for oral argument with the Special Master during the May 29 teleconference, or should the May 29 teleconference not be necessary, the Special Master shall set a date for oral argument after Intel mails the form of notice to third parties.

Nothing in this Order shall prevent any interested party from communicating with the EC to express its views about the position it believes the EC should take on the pending issues.

IT IS SO ORDERED this ___16___ day of ___May___, 2008.

                                                         Vincent J. Poppiti (#100614)
                                                         Special Master