**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number:
(302)658-8111
Writer's E-Mail Address:
JCATHEY@prickett.com

1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 21, 2008

*Via eFiling, Hand Delivery and Email*

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

RE: **DM No. 12**
*In re Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717-JJF;
*Phil Paul v. Intel Corp.*, Cons. C.A. No. 05-485-JJF;
*Advanced Micro Devices, Inc. et al. v. Intel Corp., et al.*, C.A. No. 05-441-JJF

Dear Judge Poppiti:

Consistent with the Scheduling Order entered by Your Honor on May 16, 2008, proposed intervenor Que Choisir ("QC") encloses its comments on Intel's proposed form of notice to third-parties concerning QC's motion to intervene and its related application pursuant to 28 U.S.C. § 1782.

Counsel for Intel have advised us that they agree to these changes and the teleconference with Your Honor scheduled for May 29, 2008 should therefore not be necessary.

Respectfully yours,

J. Clayton Athey (I.D. #4378)

JCA:pcs

Enclosure

cc: Clerk of Court (via eFiling)
Richard L. Horwitz, Esquire (via e-mail)
Frederick L. Cottrell, III, Esquire (via e-mail)

19684.2\370030v1