IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br>　　　　　　Defendants. | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>INTEL CORPORATION, <br><br>　　　　　　Defendant. | Civil Action No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

NOTICE OF TAKING DEPOSITION OF
JEFFREY HOOGENBOOM

**PLEASE TAKE NOTICE** that Class Plaintiffs will take the deposition of Jeffrey Hoogenboom on May 29 and May 30, 2008, beginning at 9:00 a.m. each day, at the offices of Huseby Reporting, 3737 Glenwood Avenue, Raleigh, N.C., or at such other time and place as the parties may agree. The deposition which will be recorded by stenographic and sound-and-visual (videographic) means, will be taken before a Notary Public or other officer authorized to administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.

Dated: May 22, 2008

PRICKETT JONES & ELLIOTT, P.A.

By: /s/ Laina M. Herbert
James L. Holzman (#663)
J. Clayton Athey (#4378)
Laina M. Herbert (#4717)
Melissa N. Donimirski (#4701)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com
lmherbert@prickett.com
mndonimirski@prickett.com
*Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated*

OF COUNSEL:
Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

Michael P. Lehmann
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111

Steve W. Berman
Anthony D. Shapiro
Erin K. Flory
Steve W. Fimmel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Guido Saveri
R. Alexander Saveri
Lisa Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Craig C. Corbitt
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104

19684.1\370144v1