**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 05-441 (JJF) |
| v. | ) ) | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE: | ) | MDL Docket No. 05-1717 (JJF) |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) | |

| | | |
|---|---|---|
| PHIL PAUL, on behalf of himself and all others similarly situated, | ) ) ) | C.A. No. 05-485-JJF |
| Plaintiffs, | ) ) | CONSOLIDATED ACTION |
| v. | ) ) ) | |
| INTEL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on

May 27, 2008, true and correct copies of Defendant Intel Corporation's and Intel

Kabushika Kaisha's Notice regarding Motion to Modify Protective Order To Provide

Access to Documents and Deposition Testimony For Use In Foreign Proceedings

Pursuant to 28 U.S.C. Section 1782 were caused to be served as follows:

**HAND DELIVERY:**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

**ELECTRONIC MAIL:**

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
cdiamond@omm.com
lsmith@omm.com

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
msamuels@omm.com

Salem M. Katsh
Laurin B. Grollman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, New York 10019
skatsh@kasowitz.com
lgrollman@kasowitz.com

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com

Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
tdove@furth.com
aturan@furth.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

Michael P. Lehman
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
One Embarcadero Center, Suite 526
San Francisco, CA 94111
mlehmann@cmht.com

OF COUNSEL:

Robert E. Cooper
Daniel S. Floyd
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 900071
(213) 229-7000

Joseph Kattan, PC
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. N.W.
Washington, D.C.  20036-5306

Darren B. Bernhard
HOWREY LLP
1299 Pennsylvania Avenue
N.W. Washington, DC 20004
(202) 783-0800

Dated:  May 27, 2008

823492 / 29282

POTTER ANDERSON & CORROON LLP

By:  _/s/ W. Harding Drane, Jr._____
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

*Attorneys for Defendants*
*Intel Corporation and Intel Kabushiki Kaisha*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, W. Harding Drane, Jr., hereby certify that on May 27, 2008 the attached

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

I hereby certify that on May 27, 2008, I have Electronically Mailed the documents

to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
cdiamond@omm.com
lsmith@omm.com

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
msamuels@omm.com

Salem M. Katsh
Laurin B. Grollman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, New York 10019
skatsh@kasowitz.com
lgrollman@kasowitz.com

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com

Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
tdove@furth.com
aturan@furth.com

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

Michael P. Lehman
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
One Embarcadero Center, Suite 526
San Francisco, CA  94111
mlehmann@cmht.com

I hereby certify that on May 27, 2008, I have served via Federal Express, the

documents to the third-parties listed on the attached mailing list.

By:   /s/ W. Harding Drane, Jr.
        Richard L. Horwitz (#2246)
        W. Harding Drane, Jr. (#1023)
        POTTER ANDERSON & CORROON LLP
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        P.O. Box 951
        Wilmington, DE 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        wdrane@potteranderson.com

738395 / 29282

Abboud Trading Corporation
Legal Department
1401 NW 88th Avenue
Miami, FL 33172

Avnet, Inc.
Timothy J. Burle
Fennemore Craig P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012

Acer America Corp.
Acer, Inc.
c/o Peter C. McMahon
McMahon Serepca LLP
100 Marine Parkway, Suite 350
Redwood Shores, CA 94065

Adobe Systems Incorporated
Legal Department
345 Park Avenue
San Jose, CA 95110-2704

Alienware Corporation
Legal Department
14591 SW 120th Street
Miami, FL 33186-8638

Apple Computer
Legal Department
1 Infinite Loop
MS B01-4TR
Cupertino, CA 95104

Appro International
James Yi
CFO
446 South Abbott Avenue
Milpitas, CA  95035

ASI Computer Technologies
c/o Alison Hightower
Nossaman, Guthner, Knox & Elliott LLP
50 California Street, 34th Floor
San Francisco, CA  94111-4707

Asus Computer International
AsusTek Computer Inc.
c/o Ronald S. Lemieux
Paul, Hastings, Janofsky & Walker LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA  94306

Atipa Technologies
Dana Chang
4921 Legends Drive
Lawrence, KS  66049

Averatec, Inc.
Legal Department
1231 East Dyer Road, Suite 150
Santa Ana, CA  92705

Avnet, Inc.
c/o Amy Abdo
Fennemore Craig P.C.
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012

BEA Systems, Inc.
Legal Department
2315 North First Street
San Jose, CA 95131

Bell Microproducts, Inc.
Legal Department
1941 Ringwood Avenue
San Jose, CA 95131

Best Buy Company
Best Buy Enterprises
c/o Kelly K. Pierce
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

CDW Corporation
Christine A. Leahy
200 N. Milwaukee Avenue
Vernon Hills, IL 60061

Chartered Semiconductor Manufacturing, Inc.
c/o Terence P. Woodsome
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

Circuit City Stores Inc.
c/o Howard Feller
McGuire Woods
One James Center
901 East Cary Street
Richmond, VA 23219-4030

CompUSA, Inc.
c/o Ted Daniel
Jenkens & Gilchrist
1445 Ross Avenue, Suite 3700
Dallas, TX  75202-2799

Costco Wholesale Corporation
Juliann Buron
Corporate Counsel
999 Lake Drive
Issaquah, WA  98027

D&H Distributing
2525 North Seventh Street
P.O. Box 5967
Harrisburg, PA  17110-0967

Dell Inc.
c/o Jeff Joyce
Jones Day
2727 North Harwood Street
Dallas, TX  75201-1515

DivX, Inc.
DivX Networks, Inc.
c/o Shaun P. Martin, Esq.
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA  92110

Egenera
c/o Sarah P. Kelly
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210

Epox Computer International, Inc.
Epox Computer Co., Ltd.
Legal Department
531 E. Jamie Avenue
La Habra, CA  90631

Ernst & Young
c/o National Registered Agents
160 Greentree Drive
Suite 101
Dover, DE 19904

ERS Group
Michelle Simien
2000 Powell Street
Suite 500
Emeryville, CA 94608

Fry's Electronics, Inc.
Brian Henri
600 East Brokaw Road
San Jose, CA  95112

Fujitsu America, Inc.
Fujitsu Ltd.
Fujitsu Computer Systems, Inc.
c/o Jill Nieman
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105

Fujitsu Siemens Computers USA
David Kinsella
Corporate Legal Counsel
Corporate Legal Services
Domagkstraße 28
8087 Munich, Germany

Fujitsu-Siemens Computers, B.V.
Het Kwadrant 1
NL-3606 Maarssen AZ
Netherlands

Gateway, Inc.
Gregory L. Call
Asst. General Counsel
7565 Irvine Center Drive
Irvine, CA  92618-2930

GCR
Wayne Marks
308 SW 1st Avenue
Portland, OR 97204

Glover Park Group
Carl A. Smith
President
3299 K. Street, N.W.
Suite 500
Washington,  DC 20007

Hewlett-Packard
c/o Michael J. Holston
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-1921

Hitachi America Ltd
Hitachi Ltd.
c/o William A. Streff, Jr.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Hon Hai Precision Ind. Co.
c/o Ben Slay
U.S. Patent Attorney
Foxconn Electronics, Inc.
Foxconn Technology Co.
468 E. Lambert Road
Fullerton, CA 92835

IBM
c/o Keith S. Kaplan
Cravath, Swane & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Illuminas
c/o Kyle C. Bisceglie
Park Avenue Tower
65 East 55th Street
New York, NY 10022

Ingram Micro, Inc.
c/o Jonathon P. Hersey
Sheppard, Mullin, Richter & Hamilton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626

Insight Enterprises, Inc.
Legal Department
6820 South Harl Avenue
Phoenix, AZ 85283

Insight Enterprises, Inc.
c/o National Registered Agents Incorporated
638 N. Fifth Avenue
Phoenix, AZ 85003

Intcomex, Inc.
c/o John Arrastia, Jr.
Adorno & Yoss LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134

JEDEC Solid State Technology Association
John Kelly
President
2500 Wilson Blvd., Suite 220
Arlington, VA 22201-3834

Lenovo Group
c/o Hayden J. Silver, III
Kilpatrick Stockton LLP
3737 Glenwood Avenue, Suite 400
Raleigh, NC 27612

LG Electronics Inc.
c/o Isaac S. Greaney
Sidley Austin
787 Seventh Avenue
New York, NY 10019

LG Electronics USA
Richard C. Wingate
1000 Sylvan Avenue
Englewood Cliffs, NJ 07632

M. Crane & Associates, Inc.
Cara Wyland
1501 Marshall Lane
Austin, TX 78703

McKinsey & Company
Legal Department
400 South Hope Street, Suite 800
Los Angeles, CA 90071

Micro Center, Inc.
Legal Department
4119 Leap Road
Hilliard, OH 43026

Microsoft Corporation
c/o Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Micro-Star International, Ltd. (c/o MSI)
c/o Richard F. Cauley
Wang, Hartmann & Gibbs, P.C.
1301 Dover Street, Suite 1050
Newport Beach, CA 92260

Mitac, Inc.
Legal Department
No. 2 Chung – Hsiao Street
Chitu Keelung 206
Taiwan Republic of China

MPC Computers LLC
Brian Henson
VP and General Counsel
906 East Karcher Road
Nampa, ID 83687

MSI Computer Corp.
c/o Richard F. Cauley
Wang, Hartmann & Gibbs, P.C.
1301 Dover Street, Suite 1050
Newport Beach, CA  92260

NEC Corp.
NEC Solutions (America), Inc.
NEC Computers, Inc.
NEC USA, Inc.
c/o Robert Parker
Garrison LLP
1615 L Street, NW, Suite 1300
Washington, D.C.  20036

Network Appliance, Inc.
Legal Department
495 East Java Drive
Sunnyvale, CA 94089

Office Depot
c/o P. Benjamin Zuckerman
Greenberg Traurig, P.A.
5100 Town Center Circle, Suite 400
Boca Raton, FL  33486

OfficeMax Incorporated
William R. VanHole
Associate General Counsel
OfficeMax Incorporated
1111 West Jefferson Street, Suite 510
Boise, Idaho  83702

PathScale, Inc.
c/o Heather N. Mewes
Fenwick & West LLP
275 Battery Street
San Francisco, CA  94111

PC Mall Sales, Inc.
Legal Department
2555 W. 190th Street
Torrance, CA 90504

Phoenix Technologies Ltd.
c/o Michael W. Stebbins
Terra Law LLP
60 South Market Street, Suite 200
San Jose, CA 95113

Pinnacle Systems, Inc.
c/o Craig W. Clark
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Rackable Systems
c/o William P. Garvey
General Counsel
1933 Milmont Drive
Milpitas, CA 95035

Research International
222 Merchandise Mart Plaza, Suite 275
Chicago, IL 60654-1003

Samsung Electronics America, Inc.
Samsung Electronics Co.
c/o Irving Kagan
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza, 24th floor
New York, NY 10112

Sicola Martin
Tom Sicola
701 Brazos, Suite 1100 Street
Austin, TX 78701

Skype Technologies
Legal Department
2 Stephan Street
London, W1T 1AN
United Kingdom

Solectron Corporation
Legal Department
Corporate Headquarters
847 Gibraltar Drive
Building 5
Milpitas, CA 95035

Sony Corp.
c/o Michael Sundermeyer
Williams & Connolly
725 12th Street NW
Washington DC 20005

Sony Electronics, Inc.
c/o P. Clarkson Cullins, Jr.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306

Staples, Inc.
General Counsel
Legal Department
500 Staples Drive
Framingham, MA 01702

Sun Microsystems
c/o Richard J. Mooney
Holme Roberts & Owen LLP
560 Mission Street, #2500
San Francisco, CA  94105

Supermicro Computer, Inc.
c/o Bruce C. Piontkowski
Ropers, Majeski, Kohn & Bentley
80 North First Street
San Jose, CA  95113

Synnex Corporation
c/o Kenneth A. Gallo
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L. Street, NW, Suite 1300
Washington, DC  20036-5694

Tallman Insights
Jim Tallman
701 Brazos St., Suite 1100
Austin, TX 78701

Tech Data Corporation
Eric S. Adams
Carlton Fields PA
Corporate Center Three
at International Plaza
4211 West Boy Scout Blvd., Suite 1000
Tampa, FL  33607

The Portland Group, Inc.
Legal Department
Two Centerpointe Drive, Suite 320
Lake Oswego, OR 97035

Toshiba America Information Systems, Inc.
Toshiba America, Inc.
Toshiba Corp.
c/o John D. Donaldson
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C.  20005-3807

Toys R Us, Inc.
Peter Heimbach
Legal Department
One Geoffrey Way
Wayne, NJ  07470-2030

Transmeta Corporation
Ramamurthy Sivakumar
3990 Freedom Circle
Santa Clara, CA  95054

Trigem
1231 E. Dyer Road
Suite 150
Santa Ana, CA 92705

Tyan Computer Corporation
c/o William J. Monahan
Burriss & Monahan, P.C.
201 San Antonio Circle, Suite 160
Mountain View, CA  94040

UGS Corp.
Allen Scott Lineberry
Associate General Counsel
5800 Granite Parkway
Suite 600
Plano, Texas  75024

UMC Group USA f/k/a United Microelectronics
Corporation
c/o Peter J. Courture
978 Highlands Cir.
Los Altos, CA 94024

Uniwill Computer International Corporation
44259 Novel Drive
Fremont, CA 94538

VIA Technologies
Legal Department
Mottmannstrasse 12
53842 Troisdorf
Germany

Wal-Mart Stores, Inc.
Legal Department
702 Southwest 8th Street
Bentonville, Arkansas  72716

ABS Computer Technologies, Inc.
18045 Rowland Street
City of Industry, CA 91748

Ann Arbor Computer Systems, Inc.
c/o Howard B. Uguccioni
4055 Stone School Road
Ann Arbor, MI 48108

Ateck Computers, Inc.
111 West Park Drive
Mount Laurel, NJ 08054

Central Computer Systems
c/o Saulun Yeung
3777 Stevens Creek Blvd.
Santa Clara, CA 95051

ClickAway Corporation
c/o Richard Sutherland
457 E. McGlincey Lane, Suite 1
Campbell, CA 95008

Computer Essentials
c/o David A. Chase
700 Mt. Hope Avenue
440 Evergreen Woods
Bangor, ME 04401

Computer Help, Inc.
c/o Judith C. Fournier
138 Fourth Street
Auburn, ME 04210

The Computer Place, Inc.
c/o Richard Therrien
9 Blanchard Street
Lewiston, ME 04240

ESYS
12851 Reservoir Street
Chino, CA 91710

Flectronics
4046 Clipper Court
Fremont, CA 94538

Premio, Inc.
c/o Crystal Al-Lan Wu
918 Radecki Court
City of Industry, CA 91748

RV's Computers, Inc.
c/o Richard Rocha
140 Marin Street
Watsonville, CA 95076

Southgate Computers, Inc.
c/o Carla J. Stamatis
15125 Eureka Road
Southgate, MI 48195

ZT Systems
350 Meadowlands Pkwy
Secaucus, NJ 07094

Systemax Inc.
11 Harbor Park Drive
Port Washington, New York 11050

Vertex Computer International Corp.
c/o Guilin Cui
300 N. Clipper Street, Suite 12
Lansing, MI 48912