IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| INTEL CORP. MICROPROCESSOR : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION : | |
| _____ : | _____ |
| : | |
| ADVANCED MICRO DEVICES, INC., a : | |
| Delaware Corporation and AMD : | |
| INTERNATIONAL SALES & SERVICES, : | |
| LTD., a Delaware Corporation, : | |
| : | |
| Plaintiffs, : | Civil Action No. 05-441-JJF |
| : | |
| v. : | |
| : | |
| INTEL CORPORATION, a Delaware : | |
| Corporation, and INTEL KABUSHKI : | |
| KAISHA, a Japanese Corporation, : | |
| : | |
| Defendants. : | |
| _____ : | _____ |
| : | |
| PHIL PAUL, on behalf of himself : | |
| and all others similarly : | |
| situated, : | |
| : | |
| Plaintiffs, : | **CONSOLIDATED ACTION** |
| : | |
| v. : | Civil Action No. 05-485-JJF |
| : | |
| INTEL CORPORATION, : | |
| : | |
| Defendants. : | |

**O R D E R**

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 641 in Civ. Act. No. 05-441; D.I. 743 in Civ. Act. No. 05-485; D.I. 903 in MDL No. 05-1717) concerning the Motion of AMD and Class Plaintiffs to compel Intel to produce the notes of Intel's counsel investigation interviews of designated employees conducted by Intel's counsel concerning Intel's

compliance with its evidence preservation obligations ("DM 4A");

WHEREAS, the Special Master also issued sealed Findings and Recommendations Regarding The Declaration Of David J. Lender (D.I. 642 in Civ. Act. No. 05-441; D.I. 744 in Civ. Act. No. 05-485; D.I. 904 in MDL No. 05-1717) in connection with DM 4A;

WHEREAS, objections to the Report and Recommendation were due by May 16, 2008, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Special Master's Report and Recommendation concerning DM 4A (D.I. 641 in Civ. Act. No. 05-441; D.I. 743 in Civ. Act. No. 05-485; D.I. 903 in MDL No. 05-1717) is **ADOPTED**.

2. The Special Master's sealed Findings and Recommendations Regarding The Declaration Of David J. Lender (D.I. 642 in Civ. Act. No. 05-441; D.I. 744 in Civ. Act. No. 05-485; D.I. 904 in MDL No. 05-1717) are **ADOPTED**.

__June 4, 2008__
DATE

_____
UNITED STATES DISTRICT JUDGE

2