# EXHIBIT O

# SEALED DOCUMENT

# EXHIBIT P

**Lenovo x86-based computer unit sales in China**

| Year | Sales in China | Sales Worldwide | % sales in China |
|------|---------------|-----------------|------------------|
| 2003 | 2,834,757 | 2,834,757 | 100% |
| 2004 | 3,786,144 | 3,786,144 | 100% |
| 2005 | 6,391,767 | 15,010,086 | 43% |
| 2006 | 8,059,420 | 16,652,456 | 48% |
| 2007 | 10,129,106 | 20,114,642 | 50% |

Source: Gartner Personal Computer Quarterly Statistics Worldwide and Asia/Pacific

**Lenovo x86-based computer revenue from sales in China**

| Year | Sales in China ($M) | Sales Worldwide ($M) | % sales in China |
|------|---------------------|----------------------|------------------|
| 2003 | $2,424 | $2,424 | 100% |
| 2004 | $3,033 | $3,033 | 100% |
| 2005 | $4,695 | $14,613 | 32% |
| 2006 | $5,650 | $14,930 | 38% |
| 2007 | $7,671 | $18,313 | 42% |

Source: Gartner Personal Computer Quarterly Statistics Worldwide and Asia/Pacific