

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*    *(302) 425-6410*
*Fax:*      *(302) 428-5132*
*Email:*   *Poppiti@BlankRome.com*

June 4, 2008

W. Harding Drane, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

    Re:    **Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.,
C.A. No. 05-441-JJF;
In re Intel Corporation Microprocessor Antitrust Litigation,
MDL No. 05-1717-JJF;
Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF
DM 4A**

Dear Mr. Drane:

    By separate *ex parte* correspondence of this date I have made my rulings on Intel's additional proposed redactions submitted on May 23, 2008. While I have asked for clarification on a limited number of bates numbers, please consider my rulings of this date to trigger the May 15, 2008 Ordered three business day production requirement with respect to all rulings to date.

    Production, if any, of the final remaining bates numbers will be required three business days after any ruling on same.

    IT IS SO ORDERED.

                                  Yours very truly,

                                  Vincent J. Poppiti
                                  (DSBA No. 100614)
                                  Special Master

VJP/mcl