# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>     Plaintiffs,<br><br> v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>     Defendants. | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>INTEL CORPORATION,<br><br>     Defendant. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## CASE MANAGEMENT ORDER NO. 5

WHEREAS, the Court's September 27, 2006 Case Management Order No. 2 (D.I. 220) established April 27, 2009 as the trial date in C.A. No. 05-441-JJF (the "AMD Action");

WHEREAS, subsequent to a hearing conducted on June 5, 2008 the Special Master has been advised that the Court re-set the trial date in the AMD Action for February 15, 2010, and

RLF1-3292372-1

set November 2, 2009 as the deadline for completion of briefing on any summary judgment motion in the AMD Action;

WHEREAS, at the June 5, 2008 hearing, the Court directed the parties to develop a stipulated schedule containing other appropriate deadlines for the management of the above-captioned actions.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1.  Fact discovery in the above-captioned actions shall conclude on Friday, May 1, 2009.

2.  All deposition reharvest requests shall be made by September 1, 2008. All free throw custodians must be designated by October 15, 2008, except that a party may designate free throw custodians thereafter for good cause, and compliance therewith will not unreasonably be withheld.

3.  AMD will serve its expert witness reports in the AMD Action on Monday, June 8, 2009.

4.  Intel will serve its expert witness reports in the AMD Action on Monday, July 27, 2009.

5.  AMD will serve any rebuttal expert witness reports in the AMD Action on Thursday, August 20, 2009.

6.  Expert witness depositions in the AMD Action shall occur between Friday, August 21, 2009 and Friday, October 16, 2009. The parties agree to cooperate in the scheduling of expert witness depositions such that expert witnesses expected to submit declarations relating to summary judgment motions are deposed as early as possible in the expert deposition period.

7. Expert witness disclosure and expert witness discovery in C.A. No. 05-485-JJF (the "Class Actions") shall begin after the conclusion of the trial in the AMD Action pursuant to a schedule to be established at a later time;

8. Any motion for summary judgment in the AMD Action will be filed on or before September 21, 2009. All briefing related to any summary judgment motion(s) shall be completed by November 2, 2009. Any motion for summary judgment in the Class Actions may be filed after the conclusion of expert witness disclosures and expert witness discovery in those actions pursuant to a schedule to be established at a later time.

9. The Pre-Trial Conference in the AMD Action shall occur on November 5, 2009 at 12 Noon. A second Pre-Trial Conference may be scheduled at the discretion of the Court.

10. Trial in the AMD Action shall commence on Monday, February 15, 2010 at 9:30 a.m..

ENTERED this 13th day of June, 2008.

_____
Vincent J. Poppiti (#100614)
Special Master

SO ORDERED this 16 day of June, 2008.

_____
Joseph J. Farnan, Jr.
United States District Court Judge