**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* *(302) 425-6410*
*Fax:* *(302) 428-5132*
*Email:* *Poppiti@BlankRome.com*

June 17, 2008

W. Harding Drane, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899

    Re:    **Advanced Micro Devices, Inc. et al. v. Intel Corporation, et al.,
C.A. No. 05-441-JJF;
In re Intel Corporation Microprocessor Antitrust Litigation,
MDL No. 05-1717-JJF;
Phil Paul et al. v. Intel Corporation, C.A. No. 05-485-JJF
DM 4A**

Dear Mr. Drane:

    By separate *ex parte* correspondence of this date, I have made my rulings on Bates No. 005740, which was clarified by Intel, and the interview notes of Bob Crepps, which were produced by Intel on June 13, 2008.

    Ordered Production, of the above pages, will be required three business days from today.

    IT IS SO ORDERED.

                                Yours very truly,

                                Vincent J. Poppiti
                                (DSBA No. 100614)
                                Special Master

VJP/mcl

cc: All Counsel