

*Phone:*   (302) 425-6410
*Fax:*     (302) 428-5132
*Email:*   Poppiti@BlankRome.com

June 18, 2008

T. James Koehler
Chief Financial Officer
Micro Electronics, Inc.
4119 Leap Road
Hilliard, OH 43026

    Re:   *Advanced Micro Devices, Inc., et al. v. Intel Corporation et al.*,
           C.A. No. 05-441-JJF – Que Chosir Motion to Intervene and
           Application Pursuant to 28 U.S.C. § 1782

Dear Mr. Koehler:

    I write in response to your letter of June 9, 2008, wherein on behalf of Micro Electronics, Inc. ("MEI") you state opposition to the Motion of Union Federale des Consommateurs – Que Chosir ("QC") in which QC seeks to intervene in this action for the purpose of seeking modification to the Confidentiality Agreement and Protective Order entered on September 26, 2006.

    Pursuant to the local rules of the District of Delaware, any party or third party wishing to bring a matter before the Court (including the Special Master) must do so through counsel or local counsel, admitted to practice by the Supreme Court of Delaware. I am, therefore, not able to consider your position at this time.

                                                        Yours very truly,

                                                         Vincent J. Poppiti
                                                         Special Master
                                                          (DSBA No. 100614)

VJP:mcl

cc:    Clerk of the Court (by CM/ECF)
        Frederick L. Cottrell, III, Esquire (by CM/ECF)
        James L. Holzman, Esquire (by CM/ECF)
        Richard Horwitz, Esquire (by CM/ECF)