**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) ) ) | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br>                                Plaintiffs, <br> vs. <br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br>                                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br>                                Plaintiffs, <br> vs. <br> INTEL CORPORATION, <br>                                Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C. A. No. 05-485-JJF <br><br> CONSOLIDATED ACTION |

**NOTICE OF TAKING DEPOSITION OF
<u>INTEL CORPORATION AND INTEL KABUSHIKI KAISHA</u>**

      **PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of

Civil Procedure, plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service,

Ltd. (collectively, "AMD") will take the deposition of defendants Intel Corporation and Intel

Kabushiki Kaisha (collectively, "Intel") on July 14, 2008, beginning at 9:00 a.m., at the offices of

O'Melveny & Myers LLP, Embarcadero Center West, 275 Battery Street, San Francisco,

California, 94111-3305, or at such other time and place as the parties may agree.  The deposition

will be recorded by stenographic and sound-and-visual (videographic) means, will be taken before

a Notary Public or other officer authorized to administer oaths, and will continue from day to day until completed, weekends and public holidays excepted.

Reference is made to the "Description of Matters on Which Examination is Requested" attached hereto as Exhibit A and incorporated herein by this reference. In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Intel is hereby notified of its obligation to designate one or more officers, directors, or managing agents (or other persons who consent to do so) to testify on its behalf as to all matters embraced in the "Description of Matters on Which Examination is Requested" and known or reasonably available to Intel.

|  |  |
|---|---|
|  | /s/ Chad M. Shandler |
|  | Frederick L. Cottrell, III (#2555) |
|  | Chad M. Shandler (#3796) |
|  | Steven J. Fineman (#4025) |
|  | Richards, Layton & Finger, P.A. |
|  | One Rodney Square |
|  | P.O. Box 551 |
|  | Wilmington, Delaware 19899 |
| OF COUNSEL: | (302) 651-7700 |
| Charles P. Diamond | cottrell@rlf.com |
|   cdiamond@omm.com | shandler@rlf.com |
| Linda J. Smith | fineman@rlf.com |
|   lsmith@omm.com | Attorneys for Plaintiffs Advanced Micro |
| O'Melveny & Myers LLP |   Devices, Inc. and AMD International Sales |
| 1999 Avenue of the Stars, 7th Floor |   & Service, Ltd. |
| Los Angeles, CA  90067 |  |
| (310) 246-6800 |  |

Mark A. Samuels
  msamuels@omm.com
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6000

Dated:  June 19, 2008

RLF1-3294442-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

**BY HAND DELIVERY**
Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899

**BY HAND DELIVERY**
James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

I hereby certify that on June 19, 2008, I have sent by Electronic Mail the foregoing document to the following non-registered participants

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Daniel A. Small, Esquire
Cohen Milstein, Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

      */s/ Chad M. Shandler*
      Chad M. Shandler (#3796)

RLF1-3294496-1