# EXHIBIT A

LA1:1164126.2
RLF1-3294445-1

# EXHIBIT A

## DESCRIPTION OF MATTERS ON WHICH EXAMINATION IS REQUESTED

### I.

### DEFINITION

1. "Intel" shall mean and refer collectively to defendants Intel Corporation and Intel Kabushiki Kaisha, including their respective past and present officers, directors, agents, attorneys, employees, consultants, or other persons acting on either of their behalf.

### II.

### SUBJECT MATTER

1. Intel corporate policies and practices concerning the use, retention and indexing of executed written contracts setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

2. Intel's corporate policies and practices concerning the documentation of all terms and conditions of sale of x86 microprocessors, including all discounts, rebates, MDF funds, and other consideration provided by Intel in connection with such sales.

3. The existence of executed written contracts between Intel and Hewlett-Packard setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

4. The existence of executed written contracts between Intel and IBM setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

5. The existence of executed written contracts between Intel and Dell setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

6. The existence of executed written contracts between Intel and Lenovo setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

7. The existence of executed written contracts between Intel and Toshiba setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

8. The existence of executed written contracts between Intel and Gateway setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

9. The existence of executed written contracts between Intel and Acer setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

10. The existence of executed written contracts between Intel and Fujitsu-Siemens setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

11. The existence of executed written contracts between Intel and NEC setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

12. The existence of executed written contracts between Intel and Fujitsu setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.

13. The existence of executed written contracts between Intel and Sony setting forth the terms and conditions of sale of x86 microprocessors, and the location and custodian of such contracts.