
Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**W. Harding Drane, Jr.**
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019  Direct Phone
302 658-1192  Fax

June 13, 2008
**Public Version Dated: June 24, 2008**

**VIA ELECTRONIC FILING, E-MAIL AND BY HAND**

Vincent J. Poppiti, Esquire
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE  19801

**PUBLIC VERSION**

Re:    **Discovery Matter No. 4**
       *Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
       **C. A. No. 05-441-JJF;**
       *In re Intel Corp.,* **C.A. No. 05-1717-JJF; and**
       *Phil Paul v. Intel Corporation (Consolidated),* **C. A. No. 05-485 (JJF)**

Dear Judge Poppiti:

       Intel provides the enclosed information pursuant to Paragraph 8 of the Order Regarding
Intel's Evidence Preservation Issues.  The enclosed document is marked Confidential and is
being filed under seal.

                          Respectfully submitted,

                          */s/ W. Harding Drane, Jr.*

                          W.  Harding Drane, Jr. (#1023)

WHD/rb
871221 / 29282

cc:    James L. Holzman, Esquire (By electronic mail)
       Frederick L. Cottrell, III, Esquire (By electronic mail)

# THE EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY