## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I electronically filed "Joinder of Third-Party Distributors to Opposition by Other Third Parties to Motion of Union Federale Des Consommateurs – Que Choisir to Intervene for the Purpose of Seeking Modifications to Protective Order and Application Pursuant to 28 U.S.C. § 1782" with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Richard L. Horwitz, Esquire
W. Harding Drane, Jr, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

James L. Holzman, Esquire
J. Clayton Athley, Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

_____
Thomas G. Macauley (ID No. 3411)

1867487.1