IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) | MDL No. 05-1717-JJF |
| | ) | |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | ) ) ) ) ) | Civil Action No. 05-441-JJF |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) ) | |
| PHIL PAUL, on behalf of himself and al others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | CONSOLIDATED ACTION |
| Defendant. | ) ) | |

**JOINDER OF NON-PARTY ACER AMERICA CORPORATION TO THE OPPOSITIONS BY OTHER NON-PARTIES TO UNION FEDERALE DES CONSOMMATEURS – QUE CHOISIR'S**

**1) MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING MODIFICATION TO PROTECTIVE ORDERS; AND**

**2) APPLICATION PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER REQUIRING INTEL AND THIRD PARTIES TO PROVIDE ACCESS TO DOCUMENTS AND DEPOSITION TESTIMONY FOR USE IN FOREIGN PROCEEDINGS**

Non-party Acer America Corporation hereby joins in the opposition of other non-parties[1] to the motion of Union Federale Des Consommateurs – Que Choisir to intervene in the above-captioned proceedings for the purpose of seeking modifications to the protective order adopted by this Court on September 26, 2006 (the "Protective Order"), and application pursuant to 28 U.S.C. § 1782 (05-md-1717, D.I. 853; 05-cv-485, D.I. 697; 05-cv-441, D.I. 609; filed Apr. 9, 2008).

Non-party Acer America Corporation participated in the proceedings before the Special Master relating to the formation of the Protective Order, received subpoenas from the parties seeking the production of substantial information (including information of a highly confidential and commercially sensitive nature), has produced such information, and is proposing to produce further such information.

In filing this joinder, non-party Acer America Corporation does not consent to the personal jurisdiction of this Court or any court in the State of Delaware and expressly reserves all rights to object to the service of process and/or this Court's or any court's exercise of jurisdiction over its person.

---

[1] Specifically, Acer America Corporation joins the following oppositions: (a) the Dell, HP, and Microsoft Opposition Brief (05-md-1717, D.I. 1027; 05-cv-485, D.I. 862; 05-cv-441, D.I. 745); (b) the Sony, NEC, and Toshiba (a/k/a Japanese OEMs) Letter Brief (05-md-1717, D.I. 1028; 05-cv-485, D.I. 863; 05-cv-441, D.I. 746); (c) the Ingram Micro Inc., Avnet Inc., Tech Data Corporation (aka Third Party Distributors) Joinder (05-md-1717, D.I. 1029; 05-cv-485, D.I. 864; 05-cv-441, D.I. 747); (d) the Fry's Electronics Letter Brief (05-md-1717, D.I. 1030; 05-cv-485, D.I. 865); and (e) the LG USA and LG Korea Letter Brief (05-cv-441, D.I. 744).

                                              Respectfully submitted,

                                              */s/ John M. Seaman*
                                              J. Travis Laster (# 3514)
                                              John M. Seaman (# 3868)
                                              ABRAMS & LASTER LLP
                                              20 Montchanin Road, Suite 200
                                              Wilmington, DE  19807
                                              302.778.1000
                                              Laster@abramslaster.com
                                              Seaman@abramslaster.com

                                              *Attorneys for Non-Party*
                                              *Acer America Corporation*

DATED: June 26, 2008