## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) | MDL No. 05-1717-JJF |
| | ) | |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICE, LTD., a Delaware corporation, | ) ) ) ) ) | Civil Action No. 05-441-JJF |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation, | ) ) ) ) | |
| Defendants. | ) ) | |
| PHIL PAUL, on behalf of himself and al others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-485-JJF |
| v. | ) ) | |
| INTEL CORPORATION, | ) ) | CONSOLIDATED ACTION |
| Defendant. | ) ) | |

### NON-PARTY ACER AMERICA CORPORATION'S
### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent non-party Acer America Corporation in the above matters: Peter C. McMahon and Pamela L. Kelly, McMahon Serepca LLP, 985 Industrial

{A&L-00067310-2}

Road, Suite 201, San Carlos, CA 94070-4157, Phone: 650.637.0600. Payment in the amount of $50.00 has been submitted to the Clerk's office upon the filing of this motion.

/s/ John M. Seaman
_____
J. Travis Laster (# 3514)
John M. Seaman (# 3868)
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
302.778.1000
Laster@abramslaster.com
Seaman@abramslaster.com

*Attorneys for Non-Party*
*Acer America Corporation*

DATED: June 26, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Court Judge

{A&L-00067310-2}                    2

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Peter C. McMahon, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 26, 2008

Peter C. McMahon
MCMAHON SEREPCA LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Phone: 650.637.0600
peter@msllp.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Pamela L. Kelly, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: June 25, 2008

Pamela L. Kelly
McMahon Serepca LLP
985 Industrial Road, Suite 201
San Carlos, CA 94070-4157
Phone: 650.637.0600
pam@msllp.com

{A&L-00067310-}