# ABDO, AMY

| | |
|---|---|
| From: | Laser, Jennifer [JLaser@OMM.com] |
| Sent: | Wednesday, June 25, 2008 6:16 PM |
| To: | ABDO, AMY |
| Cc: | BURKE, TIM; Ripley, Richard A.; glueckm@capanalysis.com; Karen J. Marcus; Santesteban, Cristian; Jeff Brown |
| Subject: | Avnet's data production |

Dear Amy --

As we discussed a couple of days ago, we would like to explore the possibility of having Avnet produce all of its purchase and cost data for a select group of manufacturers, without trying to identify relevant products or part numbers on the front-end. Instead, that task will be left to the parties and their consultants once they receive the data. This approach worked successfully with at least one distributor subpoenaed in this case, and we would like to see whether it might work for Avnet as well.

Below is the select group of manufacturers that the parties had previously agreed were most relevant to Avnet's data production:

AMD
Hewlett-Packard/Compaq
Dell
Fujitsu/Fujitsu-Siemens
Hewlett-Packard/Compaq
IBM
Intel
Hitachi
Lenovo
NEC
Panasonic
Sony
Super Micro
Toshiba

With respect to the data fields, we would like the full data production to include the same fields as were included in Avnet's sales data sample, plus the following three:

1. Manufacturer name
2. Ship-to location
3. Invoice date


Best regards,

**Jennifer Laser**
**O'Melveny & Myers LLP**
1999 Avenue of the Stars #700
Los Angeles, California 90067
(310) 246-8445 direct line
(310) 246-6779 fax
jlaser@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential*

6/30/2008

*and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.*

6/30/2008