# FENNEMORE CRAIG, P.C.

3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
(602) 916-5000

**Amy Abdo**
Admitted in Arizona, California and Nevada
Direct Phone: (602) 916-5399
Direct Fax: (602) 916-5599
amy@fclaw.com

**Law Offices**
Phoenix     (602) 916-5000
Tucson      (520) 879-6800
Nogales     (520) 281-3480
Las Vegas   (702) 692-8000
Denver      (303) 291-3200

June 24, 2008

Jennifer Laser (JLaser@OMM.com)
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

Richard A. Ripley (richard.ripley@bingham.com)
Washington, DC 20006-1806
Bingham McCutchen LLP
2020 K Street NW
Washington DC 20006

Karen J. Marcus (kjm@ftllaw.com)
Finkelstein Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007

Matthew W. Ruan (mruan@heinsmills.com)
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

Re:  *Advanced Micro Devices, Inc. et al v. Intel Corp. et al.*
     USDC, District of Delaware, Civil Action No. 05-441-JJF
     In re: Intel Corp., MDL Docket No. 05-1717-JJF

Dear Counsel:

We have received a copy of Case Management Order No. 6 ("Order") signed by Judge Farnan on June 16, 2008. Paragraph 6 of the Order requires any third party that believes it cannot produce the subpoenaed documents on or before August 29, 2008 to apply to the Court on or before July 1, 2008 for relief from the August 29, 2008 deadline.

At this time, it is unknown whether Avnet will be able to comply with the August 29, 2008 production deadline. As you know, we are awaiting further instructions from you regarding the production of transactional data. On April 13, 2007, at your request, Avnet produced its master parts list for three manufacturers of products offered by Avnet. More than a year later, on June 2, 2008, you requested that Avnet produce parts lists for an additional twelve manufacturers that you identified. Avnet made its second production of master parts lists (containing approximately 1,300,000 parts) in a timely manner on June 10, 2008. As we understand, your analysts are reviewing Avnet's parts lists to determine the most efficient way to expedite review.

2078567.1/12444.030

# FENNEMORE CRAIG, P.C.

Jennifer Laser
Richard A. Ripley
Karen J. Marcus
Matthew W. Ruan
June 24, 2008
Page 2

Avnet's compliance with the August 29, 2008 production deadline is dependent upon (i) how soon the parties identify the information they would like Avnet to produce, and (2) the scope of that request. Unless and until we receive further instruction from you outlining the information you want from Avnet in response to Avnet's production of its master parts lists, Avnet cannot reasonably determine whether it can meet the Court's August 29, 2008 deadline.

Based on the foregoing, we will provide this letter to the Court as the basis for our requested relief from the August 29, 2008 deadline. Avnet will continue to cooperate with the parties and respond to reasonable requests in a timely manner.

We would appreciate it if you would identify other counsel, if any, who you believe should receive a copy of this letter. Please call if you have any comments or questions.

Very truly yours,

FENNEMORE CRAIG, P.C.

Amy Abdo

AA/thl

cc: Timothy J. Burke
    Jason Raofield (raofieldj@howrey.com)
    James Pearl (JPearl@OMM.com)

2078567.1/12444.030