IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>　　　　　　Defendants. | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**STIPULATED ORDER ON AMD'S MOTION TO QUASH AND INTEL'S
MOTION TO COMPEL (DM4-d)**

　　　The parties, through their respective attorneys and subject to order of the Court, agree on the following schedule for briefing and a hearing on the captioned motions:

RLF1-3300075-1

1. AMD's response to Intel's motion to compel and reply on its motion to quash shall be served and filed on or before July 24, 2008;

2. Intel's reply on its motion to compel shall be served and filed on or before August 8, 2008; and

3. A hearing on these motions shall be held before the Special Master on August 21, 2008 at 1:00 p.m..

| | |
|---|---|
| /s/ Richard L. Horwitz | /s/ Frederick L. Cottrell, III |
| Richard L. Horwitz (#2246) | Frederick L. Cottrell, III (#2555) |
| rhorwitz@potteranderson.com | cottrell@rlf.com |
| W. Harding Drane, Jr. (#1023) | Chad M. Shandler (#3796) |
| wdrane@potteranderson.com | shandler@rlf.com |
| Potter Anderson & Corroon LLP | Steven J. Fineman (#4025) |
| Hercules Plaza, 6th Floor | fineman@rlf.com |
| 1313 N. Market Street | Richards, Layton & Finger, P.A. |
| P.O. Box 951 | One Rodney Square |
| Wilmington, DE 19890-0951 | 920 North King Street |
| (302) 984-6000 | P.O. Box 551 |
| Attorneys for Intel Corporation and | Wilmington, DE 19899 |
| Intel Kabushiki Kaisha | (302) 651-7700 |
| | Attorneys for Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. |

SO ORDERED this 8TH day of July, 2008.

Vincent J. Poppiti (#100614)
Special Master

2