

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 658-1192 Fax

July 15, 2008

**VIA ELECTRONIC FILING, E-MAIL AND BY HAND**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

Re: Discovery Matter No. 12
*Advanced Micro Devices, Inc., et al. v. Intel Corporation, et al.,*
C. A. No. 05-441-JJF;
*In re Intel Corp.,* C.A. No. 05-1717-JJF; and
*Phil Paul v. Intel Corporation (Consolidated),* C. A. No. 05-485 (JJF)

Dear Judge Poppiti:

As requested in Your Honor's email message of yesterday afternoon, I have enclosed a copy of the June 6, 2008 letter to the European Commission referenced in the Supplemental Declaration of James S. Venit. Because the communication to the Commission is confidential, it is being filed under seal.

Respectfully submitted,

W. Harding Drane, Jr. (#1023)

WHD/rb
872341 / 29282
cc: James L. Holzman, Esquire (By electronic mail)
Frederick L. Cottrell, III, Esquire (By electronic mail)
J. Clayton Athey, Esquire (By electronic mail)