IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | ) ) ) ) ) MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br>Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-441-JJF ) ) ) ) ) ) ) ) ) |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>INTEL CORPORATION, <br><br>Defendant. | ) ) ) ) ) ) Civil Action No. 05-485-JJF ) ) CONSOLIDATED ACTION ) ) ) ) |

SUPPLEMENTAL DECLARATION OF JON T. KING IN SUPPORT OF

1) MOTION OF UNION FEDERALE DES CONSOMMATEURS – QUE CHOISIR TO INTERVENE FOR THE LIMITED PURPOSE OF SEEKING MODIFICATION TO PROTECTIVE ORDERS; AND

2) APPLICATION OF UNION FEDERALE DES CONSOMMATEURS – QUE CHOISIR PURSUANT TO 28 U.S.C. § 1782 FOR AN ORDER REQUIRING INTEL AND THIRD PARTIES TO PROVIDE ACCESS TO DOCUMENTS AND DEPOSITION TESTIMONY FOR USE IN FOREIGN PROCEEDINGS

389009.1 1

I, Jon T. King, make the following declaration pursuant to 28 U.S.C. § 1746:

1.  I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2.  I am an attorney with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., and counsel for proposed intervenor Union Federale Des Consommateurs – Que Choisir ("UFC-Que Choisir") in the above-captioned case. I submit this Declaration in further support of UFC-Que Choisir's Motion to Intervene for the Limited Purpose of Seeking Modification to Protective Orders; and Application of Union Federale Des Consommateurs – Que Choisir Pursuant to 28 U.S.C. § 1782 for an Order Requiring Intel and Third Parties to Provide Access to Documents and Deposition Testimony for Use in Foreign Proceedings (the "Motion").

3.  Attached hereto as Exhibit 1 is a true and correct copy of a press release dated July 27, 2007 from the European Commission and titled "Competition: Commission confirms sending of Statement of Objections to Intel."

4.  Attached hereto as Exhibit 2 is a true and correct copy of an article from Forbes.com dated May 28, 2008 and titled "EU says Intel antitrust case 'active'; no provisional decision made."

5.  Attached hereto as Exhibit 3 is a true and correct copy of an article from *The New York Times* dated June 5, 2008 and titled "South Korea to Fine Intel $25.4 Million for Trade Violations."

6.  Attached hereto as Exhibit 4 is a true and correct copy of an article from *The New York Times* dated June 7, 2008 and titled "In Turnabout, Antitrust Unit Looks at Intel."

7.  Attached hereto as Exhibit 5 is a true and correct copy of The Council of the European Union's Regulation (EC) No 44/2001.

389009.1 1

8. Attached hereto as Exhibit 6 are true and correct copies of various materials from Acer's website http://us.acer.com (last visited June 15, 2008).

9. Attached hereto as Exhibit 7 is a true and correct copy of an article by Professor Hans Smit titled "American Assistance to Litigation in Foreign and International Tribunals: Section 1782 of Title 28 of the U.S.C. Revisited," published in the Spring 1998 volume of the Syracuse Journal of International Law and Commerce.

10. Attached hereto as Exhibit 8 are true and correct copies of the State of Delaware's Annual Franchise Tax Reports for tax year 2007 showing incorporation in Delaware for the following entities: Dell, Inc.; Hewlett-Packard Company; Sony Electronics Inc.; Ingram Micro Inc.; LG Electronics U.S.A., Inc.; Micro Electronics, Inc. Also attached hereto are true and correct copies of State of Delaware Foreign Annual Reports for Microsoft Corporation and International Business Machines Corporation, dated March 2008 and June 2008 respectively, showing the appointment of Delaware registered agents. Additionally, attached hereto is a true and correct copy of a printout from Best Buy's website showing multiple store locations in Delaware.

11. Attached hereto as Exhibit 9 is a true and correct copy of the "Decision on Phase I Trial Re: Collateral Estoppel," filed April 5, 2006 in *Smokeless Tobacco Cases I – IV*, Superior Court of the State of California, County of San Francisco, J.C.C.P. Nos. 4250, 4258, 4259 & 4262.

12. Attached hereto as Exhibit 10 is a true and correct copy of an email dated July 7, 2008 from David L. Finger, counsel for The New York Times Company, Dow Jones & Co., *The Washington Post* and other entities, to various counsel in the present litigation.

389009.1 1

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 16th day of July, 2008, at San Francisco, California.

_____
Jon T. King
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Phone:      (415) 229-2080
Facsimile:  (415) 986-3643