## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE                                                )
INTEL CORPORATION                                    )
MICROPROCESSOR ANTITRUST                             )    MDL No. 05-1717-JJF
LITIGATION                                           )
                                                     )
_____           )
                                                     )
ADVANCED MICRO DEVICES, INC., a Delaware             )
corporation, and AMD INTERNATIONAL SALES             )
& SERVICE, LTD., a Delaware corporation,             )
                                                     )
                        Plaintiffs,                  )    C.A. No. 05-441-JJF
              v.                                     )
                                                     )
INTEL CORPORATION, a Delaware corporation,           )
and INTEL KABUSHIKI KAISHA, a Japanese               )
corporation,                                         )
                        Defendants.                  )
                                                     )
_____            )
                                                     )
PHIL PAUL, on behalf of himself                      )
and all others similarly situated,                   )
                                                     )
                        Plaintiffs,                  )    C.A. No. 05-485-JJF
              v.                                     )
                                                     )    CONSOLIDATED ACTION
INTEL CORPORATION,                                   )
                        Defendant.                   )
                                                     )
_____            )

### INTEL CORPORATION'S AND INTEL KABUSHIKA KAISHA'S
### AMENDED NOTICE OF DEPOSITION OF PAUL MUEHR

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30,

defendants Intel Corporation and Intel Kabushika Kaisha, through their undersigned counsel, will

take the deposition upon oral examination of Paul Muehr on September 9, 2008, commencing at

9:30 A.M. at the law offices of Graves, Daugherty, Hearon & Moody, 401 Congress Avenue, Suite

2200, Austin, Texas  78701, or at such other time and place as the parties may agree.

The deposition will be recorded stenographic and sound-and-visual (videographic)

means, will be taken before an officer authorized to administer oaths, and will continue from

2

day to day until completed, weekends and public holidays excepted.

OF COUNSEL:                                POTTER ANDERSON & CORROON LLP


Robert E. Cooper                           By: */s/ W. Harding Drane, Jr.*
Daniel S. Floyd                                 Richard L. Horwitz (#2246)
Gibson, Dunn & Crutcher LLP                     W. Harding Drane, Jr. (#1023)
333 South Grand Avenue                          Hercules Plaza, 6th Floor
Los Angeles, CA  90071                          1313 N. Market Street
(213) 229-7000                                  P.O. Box 951
                                                Wilmington, DE 19899-0951
Peter E. Moll                                   (302) 984-6000
Darren B. Bernhard                              rhorwitz@potteranderson.com
Howrey LLP                                      wdrane@potteranderson.com
1299 Pennsylvania Avenue
N.W. Washington, DC  20004                  *Attorneys for Defendants*
(203) 783-0800                             *Intel Corporation and Intel Kabushiki Kaisha*

Dated:  August 11, 2008

877935/29282

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, W. Harding Drane, Jr., hereby certify that on August 11, 2008 the attached

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE  19801

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

I hereby certify that on August 11, 2008, I have Electronically Mailed the

documents to the following non-registered participants:

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
cdiamond@omm.com
lsmith@omm.com

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071
msamuels@omm.com

Salem M. Katsh
Laurin B. Grollman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway, 22nd Floor
New York, New York 10019
skatsh@kasowitz.com
lgrollman@kasowitz.com

Michael D. Hausfeld
Daniel A. Small
Brent W. Landau
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
mhausfeld@cmht.com
dsmall@cmht.com
blandau@cmht.com

Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
tdove@furth.com
aturan@furth.com

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
tony@hbsslaw.com

Michael P. Lehman
Cohen, Milstein, Hausfeld & Toll , P.L.L.C.
One Embarcadero Center, Suite 526
San Francisco, CA  94111
mlehmann@cmht.com

By:    */s/ W. Harding Drane, Jr*
       Richard L. Horwitz (#2246)
       W. Harding Drane, Jr. (#1023)
       POTTER ANDERSON & CORROON LLP
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       P.O. Box 951
       Wilmington, DE 19899-0951
       (302) 984-6000
       rhorwitz@potteranderson.com
       wdrane@potteranderson.com
       *Attorneys for Defendants*
       *Intel Corporation and Intel Kabushiki Kasiha*

Dated: August 11, 2008

738395 / 29282

2