## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>Defendants. | C.A. No. 05-441-JJF |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Xin-Yi Zhou, Michael M. Maddigan and Carlos M. Lazatin of O'Melveny & Myers, LLP, 400 South Hope Street, Los Angeles, California 90071; Mujon Baghai and Paul J. Rogoff of O'Melveny & Myers, LLP, 1999 Avenue of the Stars, 7th Floor, Los Angeles, California 90067; and Roberta H. Vespremi of O'Melveny & Myers, LLP, 2765 Sand Hill Road, Menlo Park, California 94025, to represent Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. in this matter.

*/s/ Steven J. Fineman*
Jesse A. Finkelstein (#1090)
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Finkelstein@rlf.com
Cottrell@rlf.com
Shandler@rlf.com
Fineman@rlf.com
Attorneys for Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd.

Dated: August 13, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* are granted on this _____ day of _____, 2008.

_____
United States District Judge

2

RLF1-3307904-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to

this Court, am admitted, practicing and in good standing as a member of the Bar of the State of

California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court

for any alleged misconduct which occurs in the preparation or course of this action. I also certify

I am generally familiar with this Court's Local Rules. In accordance with Standing Order for

District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid

☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to

the Clerk's Office upon the filing of this motion.

Roberta H. Vespremi
O'Melveny & Myers, LLP
2765 Sand Hill Road
Menlo Park, California 94025
650-473-2600

Dated: August 1, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Paul J. Rogoff
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, California 90067
310-553-6700

Dated: August 1, 2008

## CERTIFICATION BY COUNSEL
## <u>TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to

this Court, am admitted, practicing and in good standing as a member of the Bar of the State of

California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court

for any alleged misconduct which occurs in the preparation or course of this action.  I also certify

I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for

District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid

☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to

the Clerk's Office upon the filing of this motion.

Michael M. Maddigan
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated:  August 3, 2008

## CERTIFICATION BY COUNSEL
## <u>TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to

this Court, am admitted, practicing and in good standing as a member of the Bar of the State of

California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court

for any alleged misconduct which occurs in the preparation or course of this action. I also certify

I am generally familiar with this Court's Local Rules. In accordance with Standing Order for

District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid

☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to

the Clerk's Office upon the filing of this motion.

Carlos M. Lazatin
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated:  August 1, 2008

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to

this Court, am admitted, practicing and in good standing as a member of the Bar of the State of

California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court

for any alleged misconduct which occurs in the preparation or course of this action. I also certify

I am generally familiar with this Court's Local Rules. In accordance with Standing Order for

District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid

☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to

the Clerk's Office upon the filing of this motion.

Mujon Baghai
O'Melveny & Myers, LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, California 90067
310-553-6700

Dated: August 1, 2008

RLF1-3307904-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Xin-Yi Zhou
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, California 90071
213-430-6000

Dated: August 1, 2008

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 13, 2008, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF and have sent by Hand Delivery to the following:

Richard L. Horwitz, Esquire
W. Harding Drane, Jr., Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P. O. Box 951
Wilmington, DE   19899

James L. Holzman, Esquire
Prickett, Jones & Eliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

and have sent via electronic mail to the following non-registered participants:

Darren B. Bernhard, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Robert E. Cooper, Esquire
Daniel S. Floyd, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197

Daniel A. Small, Esquire
Cohen Milstein Hausfeld & Toll, L.L.C.
1100 New York Avenue, N.W.
Suite 500 - West Tower
Washington, DC 20005

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-3307904-1