IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION. | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>　　　　Defendants. | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## ENTRY OF APPEARANCE

Please enter the appearance of Bartholomew J. Dalton, Esquire, as local counsel on behalf of APPLE INC.

Respectfully submitted,

Dated: August 21, 2008

**DALTON & ASSOCIATES, P.A.**

By: _____
Bartholomew J. Dalton, Esq. (DE 0808)
1106 W. 10th Street
Wilmington, DE 19806
(302) 652-2050
(302) 652-0687 (fax)
bdalton@b-dpa.com

Counsel for Apple Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION. | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>Defendants. | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I caused a copy of the document(s) to be hand delivered or mailed by United States Postal Service, to the following participants:

David P. Primack, Esq.
DRINKER BIDDLE & REALTH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

R. Montgomery Donaldson, Esq.
MONTGOMERY, McCRACKEN LLP
1105 Market Street
Wilmington, DE 19801-1223

Daniel Conrad, Esq.
Thomas Jackson, Esq.
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201

John F. Schultz, Esq.
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-1921

Dale A. Rice, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899-0551

James L. Holzman, Esq.
J. Clayton Athey, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19899-1328

Richard Horwitz, Esq.
W. Harding Drane, Jr.
POTTER, ANDERSON & CORROON, LLP
1313 North Market Street
Wilmington, DE 19899-0951

Dated: August 21, 2008

**DALTON & ASSOCIATES, P.A.**

By: _____
Bartholomew J. Dalton, Esq. (DE 0808)
1106 W. 10th Street
Wilmington, DE 19806
(302) 652-2050
(302) 652-0687 (fax)
bdalton@b-dpa.com

Counsel for Apple Inc.