IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br>v.<br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-441-JJF<br>)<br>)<br>)<br>)<br>) |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | )<br>) MDL No. 1717-JJF<br>) |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br>　　　　　　　　Defendants. | )<br>)<br>)<br>) C.A. No. 05-485-JJF<br>)<br>) CONSOLIDATED ACTION<br>)<br>) |

**NOTICE OF WITHDRAW**

TO:　Clerk of the Court
　　　District Court of Delaware
　　　800 N. King Street
　　　Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Daniel B. Scott, Esquire, as attorney for Plaintiffs in this action.

Dated: August 25, 2008

**CHIMICLES & TIKELLIS LLP**

_____
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

*Attorneys for Plaintiffs*