IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | ) ) ) ) ) ) ) | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>     Plaintiffs,<br><br> v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>INTEL CORPORATION,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

## ORDER

**WHEREAS**, in conjunction with the Motion of Union Federale Des Consommateurs - Que Choisir ("QC") to Intervene for the limited purpose of seeking modification to the Protective Order in these cases and QC's companion Application pursuant to 28 U.S.C. § 1782 for an order requiring Intel Corporation and Third Parties

to provide access to documents and deposition testimony for use in foreign proceedings (D.I. 853) both filed on April 9, 2008, the Special Master has as of this date reviewed a total of forty (40) submittals, case law and related authorities all in excess of 3,000 pages;

**WHEREAS**, the Special Master is also mindful that the effort expended and costs incurred on both sides of the issues presented have been significant;

**WHEREAS**, in the interests of efficiency and judicial economy, the Special Master considers the record to be closed and the matter is ripe for consideration on the papers;

**WHEREAS**, the Special Master further concludes that there is no need for the oral argument scheduled for September 9, 2008 at 1:00 p.m.;

**WHEREAS**, the Special Master intends to issue a Report and Recommendation not later than September 30, 2008;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

The oral argument scheduled for September 9, 2008 at 1:00 p.m. is cancelled.

ENTERED this _25_ day of _August_, 2008

Vincent J. Poppiti (#100614)
Special Master

2