IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION. | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>Defendants. | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**JOINDER OF APPLE INC. IN THIRD PARTIES' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION OF UNION FEDERALE DES CONSOMMATEURS - QUE CHOISIR TO INTERVENE FOR THE PURPOSE OF SEEKING MODIFICATIONS TO PROTECTIVE ORDER AND APPLICATION PURSUANT TO 28 U.S.C. § 1782**

Apple Inc. is a third-party recipient of a document subpoena in the above-captioned litigation. Parties in this litigation possess highly-sensitive, proprietary business and financial information which has been or may be produced within the litigation pursuant to, and in reliance on, the provisions of the protective order.

Apple understands that the Moving Party, Union Federale des Consommateurs - Que Choisir ("Que Choisir"), seeks an order granting it access to, and the right to use, confidential information produced pursuant to the terms of the protective order by third parties including Apple. Apple objects to any order that would permit Que Choisir to review or use in any way the confidential information of Apple that has or may be produced in this litigation.

Apple supports and hereby joins in the arguments presented in the August 18, 2008, THIRD PARTIES' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION OF UNION FEDERALE DES CONSOMMATEURS - QUE CHOISIR TO INTERVENE FOR THE PURPOSE OF SEEKING MODIFICATIONS TO PROTECTIVE ORDER AND APPLICATION PURSUANT TO 28 U.S.C. § 1782. For the reasons articulated therein, Apple respectfully requests that the relief sought by Que Choisir be denied in its entirety.

Respectfully submitted,

Dated: August 21, 2008

**DALTON & ASSOCIATES, P.A.**

By: _____
Bartholomew J. Dalton, Esq. (DE 0808)
1106 W. 10th Street
Wilmington, DE 19806
(302) 652-2050
(302) 652-0687 (fax)
bdalton@b-dpa.com

Counsel for Apple Inc.

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION. | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION and INTEL KABUSHIKI KAISHA,<br><br>Defendants. | Civil Action No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I caused a copy of the document(s) to be hand delivered or mailed by United States Postal Service, to the following participants:

David P. Primack, Esq.
DRINKER BIDDLE & REALTH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

R. Montgomery Donaldson, Esq.
MONTGOMERY, McCRACKEN LLP
1105 Market Street
Wilmington, DE 19801-1223

Daniel Conrad, Esq.
Thomas Jackson, Esq.
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201

John F. Schultz, Esq.
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-1921

Dale A. Rice, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899-0551

James L. Holzman, Esq.
J. Clayton Athey, Esq.
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19899-1328

Richard Horwitz, Esq.
W. Harding Drane, Jr.
POTTER, ANDERSON & CORROON, LLP
1313 North Market Street
Wilmington, DE 19899-0951

Dated: August 21, 2008

**DALTON & ASSOCIATES, P.A.**

By: _____
Bartholomew J. Dalton, Esq. (DE 0808)
1106 W. 10th Street
Wilmington, DE 19806
(302) 652-2050
(302) 652-0687 (fax)
bdalton@b-dpa.com

Counsel for Apple Inc.