IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>                    Defendants. | C.A. No. 05-441-JJF |
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself<br>And all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>                    Defendants. | C.A. No. 05-485-JJF<br><br>CONSOLIDATED ACTION |

**NOTICE OF MOTION (1) TO INTERVENE FOR PURPOSE OF
<u>UNSEALING JUDICIAL RECORDS AND (2) FOR PARTIAL REASSIGNMENT</u>**

PLEASE TAKE NOTICE that the Motion (1) to Intervene for Purpose of

Unsealing Judicial Records and (2) for Partial Reassignment, filed on August 21, 2008

(D.I. 840 in C.A. No. 05-331 and D.I. 955 in Cons. C.A. 05-485) by The New York

Times Company, Situation Publishing Ltd., Dow Jones & Co., Inc., The Washington Post, the Reporters Committee for Freedom of the Press, and the Computer & Communications Industry Association, will be presented to the Court on Thursday, October 9, 2008 at 2:00 p.m.

Dated: September 3, 2008

                Respectfully submitted,

                /s/ David L. Finger_____
                David L. Finger (DE Bar ID #2556)
                Finger & Slanina, LLC
                One Commerce Center
                1201 Orange Street, Suite 725
                Wilmington, DE  19801-1155
                Attorney for Movants The New York Times Company, Situation Publishing Ltd., Dow Jones & Co., Inc., The Washington Post, the Reporters Committee for Freedom of the Press, and the Computer & Communications Industry Association