IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD, | : : : : | |
| Plaintiffs, | : : | C.A. No. 05-441-JJF |
| v. | : : : | |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | : : : : | |
| Defendants. | : : | |
| IN RE: | : : | |
| INTEL CORP. MICROPROCESSOR ANTITUST LITIGATION | : : : | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself and all Others similarly situated, | : : : : | |
| Plaintiffs, | : : | C.A. No. 05-485-JJF |
| v. | : : : | |
| INTEL CORPORATION, | : : : | |
| Defendant. | : : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Laura R. Hall, Esquire to represent International Business Machines Corporation ("IBM") in this matter.

2559422-1

                                        **RAWLE & HENDERSON, LLP**

                                        */s/ George T. Lees, III*

                                        George T. Lees, III, Esq. – ID #3647
                                        300 Delaware Ave., Suite 1015
                                        P.O. Box 588
                                        Wilmington, DE 19899
                                        (302) 778-1200

Dated: September 10, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____                              _____
                                                   United States District Judge

2559422-1