IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br> Plaintiffs, <br> v. <br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br> Defendants. | C.A. No. 05-441-JJF |
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 1717-JJF |
| PHIL PAUL, on behalf of himself and all other similarly situated, <br> Plaintiffs, <br> v. <br> INTEL CORPORATION, <br> Defendant. | C.A. No. 05-485 JJF |

## CERTIFICATE OF SERVICE

I, George T. Lees, III, Esq. do hereby certify that on September 10, 2008, I have caused to be sent via electronic filing a copy of the **Motion and Order for Admission Pro Hac Vice of Laura R. Hall, Esq.** to the following individual(s):

| | |
|---|---|
| Frederick L. Cottrell, III <br> Chad Michael Shandler <br> Steven J. Fineman <br> Richards, Layton & Finger <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE 19899 | Adam L. Balick <br> Balick & Balick <br> 711 N. King Street <br> Wilmington, DE 19801 |
| Charles P. Diamond <br> Mark A. Samuels <br> O'Melveny & Myers LLP <br> 400 South Hope Street <br> Los Angeles, California 90071-2899 | Linda J. Smith <br> O'Melveny & Myers LLP <br> 1999 Avenue of the Stars, 7th Floor <br> Los Angeles, CA 90067-6035 |

2562806-1

| | |
|---|---|
| Salem M. Katsch<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York  10019 | Richard L. Horwitz<br>W. Harding Drane, Jr.<br>Potter, Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 |
| Daniel S. Floyd<br>Peter E. Moll<br>Gibson Dunn<br>333 South Grand Avenue<br>Los Angeles, California  90071-3197 | Darren B. Bernhard<br>Peter E. Moll<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| Leslie A. Polizoti<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | Aaron M. Futch<br>Paul, Weiss, Rifkind, Wharton<br>& Garrison LLP<br>1615 L Street, NW, Suite 1300<br>Washington, DC 20036-5694 |

**RAWLE & HENDERSON** LLP

/s/ George T. Lees, III
George T. Lees, III, Esq. – ID #3647
300 Delaware Ave., Suite 1015
P.O. Box 588
Wilmington, DE  19899
(302) 778-1200
Attorney for International Business
Machines ("IBM")

2562806-1