IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>INTEL CORPORATION<br>MICROPROCESSOR ANTITRUST<br>LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC., a Delaware corporation, and AMD INTERNATIONAL SALES & SERVICES, LTD., a Delaware corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation, and INTEL KABUSHIKI KAISHA, a Japanese corporation,<br><br>            Defendants. | C.A. No. 05-441-JJF |

## STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

Plaintiffs Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (hereafter jointly, "AMD") and defendants Intel Corporation and Intel Kabushiki Kaisha (hereafter jointly, "Intel"), through their respective counsel of record, and subject to the approval of the Special Master, hereby stipulate and agree to the following schedule with regard to AMD's letter brief to the Special Master, and supporting declaration, filed on September 9, 2008 in C.A. 05-441 (D.I. 862, 863) and on September 10, 2008 in MDL No. 05-1717 (D.I. 1168, 1169):

    1. Intel shall have until October 7, 2008 to file its opposition letter brief, with any supporting attachments or exhibits; and

    2. AMD shall have until October 28, 2008 to file its reply letter brief, with any supporting attachments or exhibits.

| RICHARDS LAYTON & FINGER LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Frederick L. Cottrell, III<br>　　Jesse A. Finkelstein (#1090)<br>　　Frederick L. Cottrell, III (#2555)<br>　　Chad M. Shandler (#3796)<br>　　Steven J. Fineman (#4025)<br>　　Richards, Layton & Finger<br>　　One Rodney Square<br>　　920 North King Street<br>　　Wilmington, DE 19801<br>　　finkelstein@rlf.com<br>　　shandler@rlf.com<br>　　fineman@rlf.com<br>　　cottrell@rlf.com | By: /s/ W. Harding Drane, Jr.<br>　　Richard L. Horwitz (#2246)<br>　　W. Harding Drane, Jr. (#1023)<br>　　1313 North Market Street<br>　　P.O. Box 951<br>　　Wilmington, DE 19899<br>　　(302) 984-6027<br>　　rhorwitz@potteranderson.com<br>　　wdrane@potteranderson.com<br>　　*Attorneys for Intel Corporation and Intel Kabushiki Kaisha* |

Dated: September 11, 2008
882038/29282

**SO APPROVED** this _12_ day of _Sept._, 2008.

_____
Vincent J. Poppiti (DSBA 100614)
Special Master