IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| | : |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-441-JJF |
| | : |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | : |
| | : |
| Defendants. | : |
| | : |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| | : **CONSOLIDATED ACTION** |
| Plaintiffs, | : Civil Action No. 05-485-JJF |
| | : |
| v. | : |
| | : |
| INTEL CORPORATION, | : |
| | : |
| Defendant. | : |

<u>O R D E R</u>

WHEREAS, the Special Master issued a Report and Recommendation (DM 12) (D.I. 1023 in Civ. Act. No. 05-485; D.I. 912 in Civ. Act. No. 05-441; D.I. 1214 in MDL No. 05-1717) concerning the Motion of Union Federales des Consommateurs - Que Choisir ("QC") To Intervene For the Limited Purpose Of Seeking Modification To Protective Orders and QC's Application Pursuant to 26 U.S.C. § 1782 For An order Requiring Intel And Third

Parties To Provide Access To Documents And Depositions For Use In Foreign Proceedings;

WHEREAS, objections to the Report and Recommendation were due by October 29, 2008, and none have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (DM 12) (D.I. 1023 in Civ. Act. No. 05-485; D.I. 912 in Civ. Act. No. 05-441; D.I. 1214 in MDL No. 05-1717) is **ADOPTED**.

November 7, 2008
DATE

UNITED STATES DISTRICT JUDGE