**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ADVANCED MICRO DEVICES, INC., AND AMD INTERNATIONAL SALES & SERVICES, LTD. | : | |
| Plaintiffs, | : | Civil Action No. 05-441-JJF |
| v. | : | MDL Docket No. 1717-JJF |
| INTEL CORPORATION AND INTEL KABUSHIKI KAISHA | : | |
| Defendants. | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Non-party Toshiba Corporation, by its undersigned attorney, pursuant to Local Rule 83.5 and the attached certification, moves the admission *pro hac vice* of John D. Donaldson, of White & Case LLP, Washington D.C. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

Dated: January 21, 2009

PROCTOR HEYMAN LLP

By: */s/ Vernon R. Proctor*

Vernon R. Proctor (# 1019)
1116 N. West Street
Wilmington, DE 19801
Telephone: (302) 472-7301
Facsimile: (302) 472-7320
E-mail: vproctor@proctorheyman.com

*Counsel for Toshiba Corporation*

OF COUNSEL:

George L. Paul
John D. Donaldson
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Telephone: (202) 637-6253
Facsimile: (202) 639-9355

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED this ____ day of January, 2009, that counsel's motion for admission *pro hac vice* is granted.

______________________________
United States District Judge