IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| INTEL CORP. MICROPROCESSOR : | MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION : | |
| : | |
| ADVANCED MICRO DEVICES, INC. and : | |
| AMD INTERNATIONAL SALES & : | |
| SERVICE, LTD., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-441-JJF |
| : | |
| INTEL CORPORATION and INTEL : | |
| KABUSHIKI KAISHA, : | |
| : | |
| Defendants. : | |
| : | |
| PHIL PAUL, on behalf of himself : | |
| and all others similarly : | |
| situated, : | **CONSOLIDATED ACTION** |
| : | |
| Plaintiffs, : | Civil Action No. 05-485-JJF |
| : | |
| v. : | |
| : | |
| INTEL CORPORATION, : | |
| : | |
| Defendant. : | |
| : | |

<u>O R D E R</u>

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 1291 in Civ. Act. No. 05-485; D.I. 1179 in Civ. Act. No. 05-441; D.I. 1507 in MDL No. 05-1717) concerning the length and scope of Intel's Fed. R. Civ. P. 30(b)(6) notice of deposition concerning AMD's evidence preservation of electronic evidence in this matter;

WHEREAS, the objection period to the Report and Recommendation was reduced to five (5) days by Order of the Court, and to date, no objections have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 1291 in Civ. Act. No. 05-485; D.I. 1179 in Civ. Act. No. 05-441; D.I. 1507 in MDL No. 05-1717) is **ADOPTED**.

_February 3, 2009_  
DATE

_____  
UNITED STATES DISTRICT JUDGE