IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| | : |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-441-JJF |
| | : |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | : |
| | : |
| Defendants. | : |

## O R D E R

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 1933 in MDL 05-1717-JJF; D.I. 1581 in Civ. Act. No. 05-441) on Defendants' letter request to compel further testimony in response to 130 questions it posed to Plaintiffs' Fed. R. Civ. P. 30(b)(6) witness regarding certain evidence preservation issues;

WHEREAS, the objection period to the Report and Recommendation has passed, and to date, no objections have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 1933 in MDL 05-1717-JJF; D.I. 1581 in Civ. Act. No. 05-441) is **ADOPTED**.

July 7, 2009
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE