IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION ) ) ) ) | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., ) ) ) ) Plaintiffs, ) ) vs. ) ) INTEL CORPORATION and INTEL KABUSHIKI KAISHA, ) ) ) Defendants. ) | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) INTEL CORPORATION, ) ) Defendant. ) | C. A. No. 05-485-JJF |

ORDER MODIFYING JULY 31, 2009
ORDER ON AMD'S MOTION TO COMPEL (DM 35)

WHEREAS, on July 31, 2009, Special Master Vincent J. Poppiti (the "Special Master") issued an order granting in part and denying in part AMD's motion to compel Intel's response to AMD's Rule 30(b)(6) Notice and Document Requests ("July 31, 2009 Order") (C.A. No. 05-485, D.I. 1684; C.A. No. 05-441, D.I. 1662; MDL No. 05-1717, D.I. 2038);

WHEREAS, the July 31, 2009 Order requires Intel to prepare a 30(b)(6) witness to testify at deposition for a total of 13 hours, and allocates one hour to Topics No. 1 and 2, two hours to Topic 3, one hour to Topic 4, seven hours to Topics 7 and 9, and two hours to Topic 10, respectively;

WHEREAS, AMD and Intel have met and conferred regarding AMD's request that the Court increase the time allotted to Topic Nos. 1 and 2 to three hours (from the current allotment of one hour), and reduce the time on Topic Nos. 7 and 9 to five hours (from the current allotment of seven hours), leaving all other time allotments ordered by the Court unchanged, and Intel has agreed to this reallocation of deposition time;

WHEREAS, AMD hereby requests that the Special Master reallocate the deposition time previously granted as specified above;

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. AMD's request for a reallocation of deposition time is HEREBY GRANTED as set forth below:

    a. Topics No. 1 and 2 - three hours (previously 1 hour);

    b. Topics 7 and 9 - five hours (previously 7 hours);

2. Except for the modification described in paragraphs 1(a) and (b) above, the July 31, 2009 Order is unchanged and remains the Order of the Court.

**RICHARDS, LAYTON & FINGER, P.A.**

By: /s/ Frederick L. Cottrell, III
    Frederick L. Cottrell, III (#2555)
    Chad M. Shandler (#3796)
    Steven J. Fineman (#4025)
    One Rodney Square
    920 North King Street
    Wilmington, DE 19899
    (302) 651-7836
    Cottrell@rlf.com
    Shandler@rlf.com
    Fineman@rlf.com

Attorneys for Advance Micro Devices, Inc. and AMD International Sales & Service, Ltd.

**PRICKETT JONES & ELLIOTT, P.A.**

By: /s/ J. Clayton Athey
    James L. Holzman (#663)
    J. Clayton Athey (#4378)
    1310 King Street
    Post Office Box 1328
    Wilmington, DE 19899
    (302) 888-6509
    jlholzman@prickett.com
    jcathey@prickett.com

Interim Liaison Counsel and Attorneys for Phil Paul, on behalf of himself and all others similarly situated

**POTTER ANDERSON & CORROON LLP**

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    W. Harding Drane, Jr. (#1023)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Post Office Box 951
    Wilmington, D.E. 19890-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    wdrane@potteranderson.com

Attorneys for Intel Corporation and Intel
Kabushiki Kaisha

**SO ORDERED** this _5th_ day of August, 2009.

Vincent J. Poppiti (DSBA No. 100614)
Special Master

3

RLF1-3421608-1