## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORPORATION MICROPROCESSOR ANTITRUST LITIGATION | MDL No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION and INTEL KABUSHIKI KAISHA, <br><br> Defendants. | C. A. No. 05-441-JJF |
| PHIL PAUL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTEL CORPORATION, <br> Defendant. | C. A. No. 05-485-JJF |

### SECOND PARTIAL AMENDING ORDER MODIFYING JULY 31, 2009 ORDER ON AMD'S MOTION TO COMPEL (DM 35)

WHEREAS, on July 31, 2009, Special Master Vincent J. Poppiti (the "Special Master") issued an Order regarding AMD's motion to compel Intel's response to AMD's Rule 30(b)(6) Notice and Document Requests ("July 31, 2009 Order") (Docket No. 1554);

WHEREAS, paragraph two (2) of the July 31, 2009 Order requires Intel, within seven (7) days of the date of the Order, to either (i) certify that it has produced all of the documents responsive to AMD's Request for Production or (ii) produce the responsive documents on a date to be mutually agreed upon by the parties;

WHEREAS, paragraph two (2) of the July 31, 2009 Order requires the parties to advise the Court of the agreed upon date for Intel's document production not later than August 7, 2009;

WHEREAS, paragraph four (4) of the July 31, 2009 Order requires the parties to recommend not later than August 7, 2009 an end date for causation/culpability discovery;

WHEREAS, the Special Master held a teleconference related to these issues on August 6, 2009 during which the parties reached agreement on certain extensions related to these matters;

WHEREAS, Intel has requested, and AMD does not oppose, that Intel's time to comply with paragraph two (2) of the July 31, 2009 Order shall be extended up to and including August 17, 2009;

WHEREAS, the parties continue to meet and confer regarding an end date for causation/culpability discovery and have agreed to extend the deadline for submitting their joint or separate positions on this issue until August 17, 2009;

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The request for modification is HEREBY GRANTED as set forth below:

    a. The time for Intel to comply with paragraph two (2) of the Order is extended until August 17, 2009;

    b. The time for the parties to advise the Court of the agreed upon date for Intel's document production, if any, is extended until August 17, 2009;

    c. The parties shall advise the Court of their joint or separate positions regarding an end date for causation/culpability discovery on or before August 17, 2009.

2. Except for the modifications described in paragraphs one (1) above, the July 31, 2009 Order is unchanged and remains an Order of the Court.

**SO ORDERED** this 10th day of August, 2009.

Vincent J. Poppiti (DSBA No. 100614)
Special Master