IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-441-JJF |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | : |
| Defendants. | : |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| | : **CONSOLIDATED ACTION** |
| Plaintiffs, | : Civil Action No. 05-485-JJF |
| v. | : |
| INTEL CORPORATION, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on August 18, 2009, the Special Master issued a Report and Recommendation regarding Defendants Intel Corporation And Intel Kabushiki Kaisha's Motion To Compel Plaintiffs, Advanced Micro Devices, Inc. And AMD International Sales & Service, Ltd. To Comply With Notice Of Deposition Pursuant To Fed. R. Civ. P. 30(b)(6) (D.I. 1699 in 05-485; D.I. 1683 in 05-441; D.I. 2061 in MDL No. 05-1717);

WHEREAS, the objection period to the Report and Recommendation has passed, and to date, no objections have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 1699 in 05-485; D.I. 1683 in 05-441; D.I. 2061 in MDL No. 05-1717) is **ADOPTED**.

_September 8, 2009_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE