IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION | : MDL Docket No. 05-1717-JJF |
| | : |
| ADVANCED MICRO DEVICES, INC. and AMD INTERNATIONAL SALES & SERVICE, LTD., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-441-JJF |
| INTEL CORPORATION and INTEL KABUSHIKI KAISHA, | : |
| Defendants. | : |
| PHIL PAUL, on behalf of himself and all others similarly situated, | : |
| | : **CONSOLIDATED ACTION** |
| Plaintiffs, | : Civil Action No. 05-485-JJF |
| v. | : |
| INTEL CORPORATION, | : |
| Defendant. | : |

## O R D E R

WHEREAS, on July 31, 2009, the Special Master issued a Report and Recommendation regarding AMD's motion to compel Intel's Response to AMD's Rule 30(b)(6) Notice and Document Requests (D.I. 1684 in 05-485; D.I. 1662 in 05-441; D.I. 2038 in MDL No. 05-1717);

WHEREAS, on August 5, 2009, the Special Master issued an Amendment to the July 31, 2009 Report and Recommendation (D.I. 1691 in 05-485; D.I. 1669 in 05-441; D.I. 2045 in MDL No. 05-

1717);

WHEREAS, on August 10, 2009, the Special Master issued a Second Partial Amendment to the July 31, 2009 Report and Recommendation (D.I. 1694 in 05-485; D.I. 1675 in 05-441; D.I. 2051 in MDL 05-1717);

WHEREAS, the objection period to the aforementioned Reports and Recommendations have passed, and to date, no objections have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Reports and Recommendations (D.I. 1684, 1691, 1694 in Civ. Act. No. 05-485; D.I. 1662, 1669, 1675 in Civ. Act. No. 05-441; D.I. 2038, 2045, 2051 in MDL No. 05-1717) are **ADOPTED**.

September 8, 2009
DATE

UNITED STATES DISTRICT JUDGE