```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| IN RE: | : |
| | : |
| INTEL CORP. MICROPROCESSOR | : MDL Docket No. 05-1717-JJF |
| ANTITRUST LITIGATION | : |
| | : |
| ADVANCED MICRO DEVICES, INC. and | : |
| AMD INTERNATIONAL SALES & | : |
| SERVICE, LTD., | : |
| | : |
|     Plaintiffs, | : |
| | : |
|   v. | : Civil Action No. 05-441-JJF |
| | : |
| INTEL CORPORATION and INTEL | : |
| KABUSHIKI KAISHA, | : |
| | : |
|     Defendants. | : |
| | : |
| PHIL PAUL, on behalf of himself | : |
| and all others similarly | : |
|     situated, | : **CONSOLIDATED ACTION** |
| | : |
|     Plaintiffs, | : Civil Action No. 05-485-JJF |
| | : |
|   v. | : |
| | : |
| INTEL CORPORATION, | : |
| | : |
|     Defendant. | : |

## O R D E R

WHEREAS, on August 28, 2009, the Special Master issued a Report and Recommendation (DM 36) regarding Defendants' Motion To Compel documents and testimony from Glover Park Group, a consultant for Plaintiffs, Advanced Micro Devices, Inc. and AMD International Sales & Service, Ltd. (D.I. 1714 in 05-485; D.I. 1694 in 05-441; D.I. 2079 in MDL No. 05-1717);

WHEREAS, the objection period to the aforementioned Report and Recommendation has expired, and to date, no objections have

been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Reports and Recommendations (DM 36) (D.I. 1714 in 05-485; D.I. 1694 in 05-441; D.I. 2079 in MDL No. 05-1717) is **ADOPTED**.

October 3, 2009
DATE

UNITED STATES DISTRICT JUDGE